## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. We, Robert F. Bach and Diane M. Bach, make this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

2. We have reviewed a Complaint against Amedisys, Inc. ("Amedisys"), and authorize a filing of a comparable Complaint on our behalf.

3. We did not purchase Amedisys securities that are the subject of this action at the direction of plaintiffs' counsel or to participate in any private action arising under the Exchange Act.

4. We are willing to serve as representative parties on behalf of a Class as set forth in the complaint, including providing testimonies at deposition and trial, if necessary. We understand that the Court has the authority to select the most adequate lead plaintiff in this action and that the firm of Pomerantz Haudek Grossman & Gross LLP may exercise its discretion in determining whether to move on our behalf for appointment as lead plaintiff.

5. To the best of my current knowledge, the attached sheet lists all of our transactions in Amedisys securities that are the subject of this action during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, we have not sought to serve as representative parties on behalf of a class under the federal securities laws, except the following:

7. We agree not to accept any payment for serving as representative parties on behalf of the class as set forth in the Complaint, beyond our pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty or perjury that the foregoing is true and correct.

Executed on  6-6-2010 , at  LEVITTOWN, PA.
             (Date)              (City, State)

*Robert F. Bach* (Signature)

Robert F. BACH
(Type or Print Name)

Executed on  6-6-2010 , at  LEVITTOWN, PA
             (Date)              (City, State)

*Diane M. Bach* (Signature)

Diane M. BACH
(Type or Print Name)

## SUMMARY OF PURCHASES AND SALES

### AMEDISYS, INC. (AMED)

#### Robert F. Bach:

| Date | Type | Price | Shares |
|---|---|---|---|
| 3/2/2010 | Purchase | $60.61 | 3,540 |
| 3/31/2010 | Purchase | $55.50 | 350 |
| 4/5/2010 | Purchase | $58.05 | 1,110 |
| 4/5/2010 | Purchase | $58.01 | 950 |
| 4/6/2010 | Purchase | $57.64 | 625 |

#### Diane M. Bach:

| Date | Type | Price | Shares |
|---|---|---|---|
| 3/31/2010 | Purchase | $55.39 | 600 |