| | |
|---|---|
| ROBERT F. BACH AND DIANE M. BACH, On Behalf of Themselves And All Others Similarly Situated,<br><br>          Plaintiffs,<br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>          Defendants. | No. 3:10-cv-00395-BAJ-CN<br>Honorable Brian A. Jackson<br>Magistrate Judge Christine Noland |
| DAVID ISMAN, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>          Defendants. | No. 3:10-cv-00464-BAJ-DLD<br>Honorable Brian A. Jackson<br>Magistrate Judge Docia L. Dalby |
| ARIK DVINSKY, On Behalf of Himself And All Others Similarly Situated,<br><br>          Plaintiffs,<br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>          Defendants. | No: 3:10-cv-00470-JJB-CN<br>Honorable James J. Brady<br>Magistrate Judge Christine Noland |

| | |
|---|---|
| MELVIN W. BRINKLEY, On Behalf Of Himself And All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>         Defendants. | No. 3:10-cv-00497-JJB-CN<br>Honorable James J. Brady<br>Magistrate Judge Christine Noland |

### DECLARATION OF KIRK A. GUIDRY IN SUPPORT OF THE BIRMINGHAM RETIREMENT SYSTEM MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Kirk A. Guidry, under penalties of perjury, hereby declares:

  1.  I am a member of the law firm of Due', Price, Guidry, Piedrahita & Andrews, APA, liaison counsel for proposed lead plaintiff, the City of Birmingham Retirement and Relief System (the "Birmingham Retirement System").

  2.  Attached hereto as Exhibit 1 is a true and accurate copy of the complaint filed against Amedisys, Inc. in the United States District Court, Middle District of Louisiana.

  3.  Attached hereto as Exhibit 2 is a true and accurate copy of the declaration of Patricia C. Burns, Assistant City Attorney for the City of Birmingham, Alabama.

  4.  Attached hereto as Exhibit 3 is a true and accurate copy of the Birmingham Retirement System's certification and loss chart presenting its transactions in the subject securities and summarizing its total estimated losses of $126,737.69.

  5.  Attached hereto as Exhibit 4 is a true and accurate list of the Birmingham Retirement System's transactions in the subject security.

6. Attached hereto as Exhibit 5 is a true and correct copy of the notice published on, a national, business-oriented newswire service, on June 10, 2010.

7. Attached hereto as Exhibit 6 is a copy of the firm resume of Carney Williams Bates Bozeman & Pulliam, PLLC, proposed lead counsel.

Dated: August 9, 2010.

                                  Respectfully submitted,

                                    /s/Kirk A. Guidry
Kirk A. Guidry, La. Bar Roll #20842
B. Scott Andrews, La. Bar Roll #24280
Due', Price, Guidry, Piedrahita & Andrews, APA
8201 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 929-7481
Fax: (225) 924-4519

**[Proposed] Liaison Counsel**

Darrin L. Williams
Randall K. Pulliam
**Carney Williams Bates Bozeman & Pulliam, PLLC**
11311 Arcade, Suite 200
Little Rock, Arkansas 72212
Tel: (501) 312-8500
Fax: (501) 312-8505

[**Proposed**] **Lead Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2010, true and correct copies of the foregoing were electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification, and I hereby certify that I caused to be mailed the foregoing document or paper via United States Postal Service to the non CM/ECF participants listed below:

**Patrick V. Dahlstrom**
Pomerantz Haudek Grossman & Gross, LLP
10 South LaSalle Street; Suite 3505
Chicago, IL 60603
Tel: 312-377-1181
Fax: 312-377-1184

**Peretz Bronstein**
Bronstein Gewirtz & Grossman LLC
60 East 42nd Street
New York, NY 10165
Tel: 212-697-6484
Fax: 212-697-7296

**Joel B. Strauss**
**Jeffrey P. Campisi**
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: 212-687-1980
Fax: 212-687-7714

**Sandy A. Liebhard**
**U. Seth Ottensoser**
**Joseph R. Seidman, Jr.**
Bernstein Liebhard LLP
10 East 22nd Street
22nd Floor
New York, NY 10016
Tel: 212-779-1414
Fax: 212-779-3218

**Jeffrey C. Block**
Berman DeValerio
One Liberty Square
Boston, MA 02109
Tel: 617-542-8300
Fax: 617-542-1194
Email: JBlock@bermandevalerio.com

**Christopher Heffelfinger**
**Julie J. Bai**
Berman DeValerio
One California Street; Suite 900
San Francisco, CA 94111
Tel: 415-433-3200
Fax: 415-433-6382

**Roy L. Jacobs**
Roy Jacobs & Associates
60 East 42nd Street 46th Floor
New York, NY 10165
Tel: 212-867-1156
Fax: 212-504-8343
Email: Rjacobs@jacobsclasslaw.com

    /s/Kirk A. Guidry
Kirk A. Guidry