UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH AND DIANE M. BACH, On Behalf of Themselves And All Others Similarly Situated,<br><br>                       Plaintiffs,<br>      v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>                       Defendants. | No. 3:10-cv-00395-BAJ-CN<br>Honorable Brian A. Jackson<br>Magistrate Judge Christine Noland |
| DAVID ISMAN, on behalf of himself and all others similarly situated,<br><br>                       Plaintiffs,<br>      v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>                       Defendants. | No. 3:10-cv-00464-BAJ-DLD<br>Honorable Brian A. Jackson<br>Magistrate Judge Docia L. Dalby |
| ARIK DVINSKY, On Behalf of Himself And All Others Similarly Situated,<br>                       Plaintiffs,<br>      v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>                       Defendants. | No: 3:10-cv-00470-JJB-CN<br>Honorable James J. Brady<br>Magistrate Judge Christine Noland |

| | |
|---|---|
| MELVIN W. BRINKLEY, On Behalf Of Himself And All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>         Defendants. | No. 3:10-cv-00497-JJB-CN<br>Honorable James J. Brady<br>Magistrate Judge Christine Noland |

**[PROPOSED] ORDER GRANTING THE BIRMINGHAM RETIREMENT SYSTEM MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

This Court, having considered the Motion of the City of Birmingham Retirement and Relief System (the "Birmingham Retirement System") for Consolidation of Related Cases, Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel, the Memorandum of Law and the Declarations of Kirk A. Guidry and Patricia C. Burns in support thereof, as well as any opposition and reply papers, hereby orders as follows:

1. The actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a);

2. The Birmingham Retirement System is hereby appointed as lead plaintiff for the Class pursuant to and Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Carney Williams Bates Bozeman & Pulliam, PLLC is appointed as lead counsel, and the law firm of Due', Price, Guidry, Piedrahita & Andrews, APA is appointed as liaison counsel.

**SO ORDERED this _____ day of _____, 2010.**

_____
THE HON. _____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on August9, 2010, true and correct copies of the foregoing were electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification, and I hereby certify that I caused to be mailed the foregoing document or paper via United States Postal Service to the non CM/ECF participants listed below:

**Patrick V. Dahlstrom**
Pomerantz Haudek Grossman & Gross, LLP
10 South LaSalle Street; Suite 3505
Chicago, IL  60603
Tel:  312-377-1181
Fax: 312-377-1184

**Peretz Bronstein**
Bronstein Gewirtz & Grossman LLC
60 East 42nd Street
New York, NY  10165
Tel:  212-697-6484
Fax: 212-697-7296

**Joel B. Strauss**
**Jeffrey P. Campisi**
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY  10022
Tel:  212-687-1980
Fax: 212-687-7714

**Sandy A. Liebhard**
**U. Seth Ottensoser**
**Joseph R. Seidman, Jr.**
Bernstein Liebhard LLP
10 East 22nd Street
22nd Floor
New York, NY  10016
Tel:  212-779-1414
Fax: 212-779-3218

**Jeffrey C. Block**
Berman DeValerio
One Liberty Square
Boston, MA  02109
Tel:  617-542-8300
Fax: 617-542-1194
Email:  JBlock@bermandevalerio.com

**Christopher Heffelfinger**
**Julie J. Bai**
Berman DeValerio
One California Street; Suite 900
San Francisco, CA  94111
Tel:  415-433-3200
Fax: 415-433-6382

**Roy L. Jacobs**
Roy Jacobs & Associates
60 East 42nd Street 46th Floor
New York, NY  10165
Tel:  212-867-1156
Fax: 212-504-8343
Email:  Rjacobs@jacobsclasslaw.com

  /s/Kirk A. Guidry
Kirk A. Guidry