UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH and DIANE M. BACH, On Behalf Of Themselves And All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>  Defendants, | Civil Action No. 10-cv-00395 BAJ-CN |

(Additional Captions on Following Page)

**DECLARATION OF RICHARD J. ARSENAULT IN SUPPORT OF THE MOTION OF NIRAV T. PATEL FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF, AND (3) APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| **KAPLAN FOX & KILSHEIMER LLP**<br>Joel B. Strauss<br>Jeffrey P. Campisi<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714 | **NEBLETT, BEARD & ARSENAULT**<br>Richard J. Arsenault, LA Bar #2563<br>C. Michael Bollinger, LA Bar #01259<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, LA 71301-1190<br>Tel: (318) 487-9874<br>Fax: (318) 561-2591 |

*Proposed Lead and Liaison Counsel for Nirav T. Patel and the Proposed Class*

| | |
|---|---|
| DAVID ISMAN, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>      Defendants, | Civil Action No. 10-cv-00464 BAJ-DLD |
| ARIK DVINSKY, On Behalf Of Himself And All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>      Defendants, | Civil Action No. 10-cv-00470 JJB-CN |
| MELVIN W. BRINKLEY, On Behalf Of Himself And All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>      Defendants, | Civil Action No. 10-cv-00497 JJB-CN |

I, Richard J. Arsenault, declare the following under the penalty of perjury:

1. I am a partner at the law firm of Neblett, Beard & Aresnault and I am admitted to practice before this court. I respectfully submit this Declaration in Support of the Motion of Nirav T. Patel for: (1) Consolidation of the Securities Class Actions; (2) Appointment as Lead Plaintiff for the Securities Class Actions; and (3) Approval of Lead Plaintiff's choice of Lead Counsel and Liaison Counsel.

2. Attached hereto are true copies of the following documents:

Exhibit A - Declaration of Nirav T. Patel, dated August 5, 2010;

Exhibit B - Chart of Losses for Nirav T. Patel;

Exhibit C - June 10, 2010, Notice of Pendency of Class Action Lawsuit against Amedisys, Inc. for violation of certain provisions of the federal securities laws;

Exhibit D - Firm résumé of Kaplan Fox & Kilsheimer LLP; and

Exhibit E - Résumé of Richard J. Arsenault of Neblett, Beard & Arsenault.

Dated: August 9, 2010

\_\_\_/s/_____

Richard J. Arsenault