# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH and DIANE M. BACH, On Behalf Of Themselves And All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN, <br><br> Defendants, | Civil Action No. 10-cv-00395 BAJ-CN |

(Additional Captions on Following Page)


**[PROPOSED] ORDER FOR (1) CONSOLIDATION; (2) APPOINTMENT OF LEAD PLAINTIFF AND (3) APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| DAVID ISMAN, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>      Defendants, | Civil Action No. 10-cv-00464 BAJ-DLD |
| ARIK DVINSKY, On Behalf Of Himself And All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>      Defendants, | Civil Action No. 10-cv-00470 JJB-CN |
| MELVIN W. BRINKLEY, On Behalf Of Himself And All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>      Defendants, | Civil Action No. 10-cv-00497 JJB-CN |

Upon consideration of Nirav T. Patel's Motion for consolidation, appointment as Lead Plaintiff and approval of his choice of lead and liaison counsel, the sworn Declaration of Richard J. Arsenault dated August 9, 2010 and exhibits in support thereof, and for other good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Securities Class Actions are consolidated;

2. The motion of Nirav T. Patel for appointment as Lead Plaintiff and for approval of his choice of lead counsel and liaison counsel is **GRANTED**;

3. Nirav T. Patel is hereby appointed to serve as the Lead Plaintiff in the Securities Class Actions;

4. The Court approves Lead Plaintiff's choice of the law firm of Kaplan Fox & Kilsheimer LLP as Lead Counsel; and

5. The Court approves Lead Plaintiff's choice of Richard J. Arsenault of Neblett Beard and Arsenault as liaison counsel.

DATED: _____, 2010  _____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE