# Exhibit A



## DECLARATION OF LEAD PLAINTIFF MOVANT
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Nirav T. Patel, hereby declare and swear as follows:

1. I, on behalf of myself and as President of Patel Focus Fund, LLC, hereby authorize the filing of a lead plaintiff motion on my behalf in the securities class action pending in the United States District Court for the Middle District of Louisiana against Amedisys, Inc., *et al.*;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws, unless noted hereafter;

4. The following is a description of my transactions during the period August 2, 2005 through July 12, 2010 of Amedisys, Inc. securities:

| Security | Transaction | Trade Date | Price Per Share |
|---|---|---|---|

**See attached Schedule A**

5. I did not purchase Amedisys, Inc. securities at the direction of my counsel or in order to participate in any private action under the federal securities laws; and

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 5, 2010

_Nirav Patel_
Nirav T. Patel

Schedule A
Nirav T. Patel's Transactions -- 8/2/2005-7/12/2010

| Account | Security Description | Transaction | Date | Quantity | Price |
|---|---|---|---|---|---|
| **Common Stock:** | | | | | |
| Patel Focus Fund | Amedisys, Inc. | Bought | 5/19/2009 | 62 | $31.90 |
| Patel Focus Fund | Amedisys, Inc. | Sold | 6/29/2009 | 62 | $33.30 |
| **Options:** | | | | | |
| Patel Focus Fund | AMED Mar 10 45 Call | Bought | 10/21/2009 | 13 | $4.90 |
| Patel Focus Fund | AMED Mar 10 45 Call | Sold | 2/23/2010 | 13 | $14.00 |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 6/29/2009 | 4 | $4.60 |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 6/29/2009 | 1 | $4.60 |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/14/2009 | 5 | $6.60 |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/14/2009 | 7 | $6.60 |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/16/2009 | 8 | $6.90 |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/24/2009 | 5 | $9.00 |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/24/2009 | 1 | $9.20 |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/25/2009 | 7 | $8.40 |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 10/12/2009 | 6 | $8.80 |
| Patel Focus Fund | AMED Jan 11 45 Call | Sold | 1/29/2010 | 10 | $11.50 |
| Patel Focus Fund | AMED Jan 11 45 Call | Sold | 2/1/2010 | 12 | $12.70 |
| Patel Focus Fund | AMED Jan 12 45 Call | Bought | 6/24/2010 | 4 | $8.18 |
| Patel Focus Fund | AMED Jan 12 60 Call | Bought | 1/29/2010 | 11 | $9.70 |
| Patel Focus Fund | AMED Jan 12 60 Call | Bought | 2/1/2010 | 13 | $11.60 |
| Patel Focus Fund | AMED Jan 12 60 Call | Bought | 2/26/2010 | 16 | $12.00 |
| **Common Stock:** | | | | | |
| IRA | Amedisys, Inc. | Bought | 9/29/2009 | 15 | $44.55 |
| **Options:** | | | | | |
| IRA | AMED Jan 11 45 Call | Bought | 9/22/2009 | 4 | $8.80 |