# Exhibit B

## Nirav T. Patel's Estimated Losses -- 8/2/2005-7/12/2010

| Account | Security Description | Transaction | Date | Quantity | Price | Amount | Estimated Loss |
|---|---|---|---|---|---|---|---|
| **Common Stock:** | | | | | | | |
| Patel Focus Fund | Amedisys, Inc. | Bought | 5/19/2009 | 62 | $31.90 | $1,977.80 | |
| | | | | *62* | | *$1,977.80* | |
| Patel Focus Fund | Amedisys, Inc. | Sold | 6/29/2009 | 62 | $33.30 | $2,064.60 | |
| | | | | *62* | | *$2,064.60* | $86.80 |
| **Options:** | | | | | | | |
| Patel Focus Fund | AMED Mar 10 45 Call | Bought | 10/21/2009 | 13 | $4.90 | $6,370.00 | |
| | | | | *13* | | *$6,370.00* | |
| Patel Focus Fund | AMED Mar 10 45 Call | Sold | 2/23/2010 | 13 | $14.00 | $18,200.00 | |
| | | | | *13* | | *$18,200.00* | $11,830.00 |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 6/29/2009 | 4 | $4.60 | $1,840.00 | |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 6/29/2009 | 1 | $4.60 | $460.00 | |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/14/2009 | 5 | $6.60 | $3,300.00 | |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/14/2009 | 7 | $6.60 | $4,620.00 | |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/16/2009 | 8 | $6.90 | $5,520.00 | |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/24/2009 | 5 | $9.00 | $4,500.00 | |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/24/2009 | 1 | $9.20 | $920.00 | |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 9/25/2009 | 7 | $8.40 | $5,880.00 | |
| Patel Focus Fund | AMED Jan 11 45 Call | Bought | 10/12/2009 | 6 | $8.80 | $5,280.00 | |
| | | | | *44* | | *$32,320.00* | |
| Patel Focus Fund | AMED Jan 11 45 Call | Sold | 1/29/2010 | 10 | $11.50 | $11,500.00 | |
| Patel Focus Fund | AMED Jan 11 45 Call | Sold | 2/1/2010 | 12 | $12.70 | $15,240.00 | |
| Patel Focus Fund | AMED Jan 11 45 Call | Retained* | | 22 | $0.25 | $550.00 | |
| | | | | *44* | | *$27,290.00* | ($5,030.00) |
| Patel Focus Fund | AMED Jan 12 45 Call | Bought | 6/24/2010 | 4 | $8.18 | $3,272.00 | |
| | | | | *4* | | *$3,272.00* | |
| Patel Focus Fund | AMED Jan 12 45 Call | Retained* | | 4 | $1.66 | $664.00 | |
| | | | | *4* | | *$664.00* | ($2,608.00) |
| Patel Focus Fund | AMED Jan 12 60 Call | Bought | 1/29/2010 | 11 | $9.70 | $10,670.00 | |
| Patel Focus Fund | AMED Jan 12 60 Call | Bought | 2/1/2010 | 13 | $11.60 | $15,080.00 | |
| Patel Focus Fund | AMED Jan 12 60 Call | Bought | 2/26/2010 | 16 | $12.00 | $19,200.00 | |
| | | | | *40* | | *$44,950.00* | |
| Patel Focus Fund | AMED Jan 12 60 Call | Retained* | | 40 | $0.71 | $2,840.00 | |
| | | | | *40* | | *$2,840.00* | ($42,110.00) |
| **Common Stock:** | | | | | | | |
| IRA | Amedisys, Inc. | Bought | 9/29/2009 | 15 | $44.55 | $668.25 | |
| | | | | *15* | | *$668.25* | |
| IRA | Amedisys, Inc. | Retained** | 6/29/2009 | 15 | $25.83 | $387.42 | |
| | | | | *15* | | *$387.42* | ($280.83) |
| **Options:** | | | | | | | |
| IRA | AMED Jan 11 45 Call | Bought | 9/22/2009 | 4 | $8.80 | $3,520.00 | |
| | | | | *4* | | *$3,520.00* | |
| IRA | AMED Jan 11 45 Call | Retained* | | 4 | $0.25 | $100.00 | |
| | | | | *4* | | *$100.00* | ($3,420.00) |
| | | | | | | **Total estimated loss** | **($41,532.03)** |

*Closing price on 8/6/10 (Source: Yahoo Finance)
**Average closing price between 7/13/10 - 8/6/10