# Exhibit C

New User? Register Sign In Help    Make Y! Your Homepage    Yahoo!   Mail

# YAHOO! FINANCE

Search | Web Search

HOME | INVESTING | NEWS & OPINION | PERSONAL FINANCE | MY PORTFOLIOS | TECH TICKER

GET QUOTES  Finance Search    Wed, Aug 4, 2010, 10:55AM EDT - U.S. Markets close in 5 hrs 5 mins





# The Pomerantz Firm Charges Amedisys, Inc. With Securities Fraud -- AMED

GlobeNewswire    Share   retweet   Email   Print

Companies: Amedisys Inc.

**Press Release** Source: Pomerantz Haudek Grossman & Gross LLP On Thursday June 10, 2010, 5:12 pm EDT

**Related Quotes**

| Symbol | Price | Change |
|---|---|---|
| AMED | 26.60 | -0.22 |

NEW YORK, June 10, 2010 (GLOBE NEWSWIRE) -- Pomerantz Haudek Grossman & Gross LLP (www.pomerantzlaw.com) ("Pomerantz") has filed a class action lawsuit in the United States District Court, Middle District of Louisiana against Amedisys, Inc. ("Amedisys" or the "Company") (Nasdaq:AMED - News) and certain of its top officials. The class action (Civil Action No. 3:10-cv-00395-RET-CN)was filed on behalf of purchasers of Amedisys securities between February 23, 2010 and May 13, 2010, both dates inclusive, (the "Class Period"). The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act and Rule 10b-5 promulgated thereunder.

Amedisys is a provider of home health services to the chronic, co-morbid, aging American population. The Company operates in two segments: home health and hospice segments. The Complaint alleges that throughout the Class Period, defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, the Complaint alleges that defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company's reported sales and earnings growth were materially impacted by a scheme whereby the Company intentionally increased the number of in-home therapy visits to patients for the purpose of triggering higher reimbursement rates under the Medicare home health prospective payment system, as those excess visits were not always medically necessary; (2) that the Company's reported sales and earnings were inflated by said scheme and subject to recoupment by Medicare; (3) that the Company was in material violation of its Code of Ethical Business Conduct and compliance due to the scheme to inflate Medicare revenues; and (4) based on the foregoing, defendants lacked a basis for their positive statements about the Company, its prospects and growth.

On April 27, 2010, *The Wall Street Journal* ("WSJ") reported that Amedisys has been taking advantage of the Medicare reimbursement system by increasing the number of in-home therapy visits in order to trigger additional reimbursements. As reported in the article, according to a former Amedisys nurse, the excess visits that triggered additional reimbursements were "not always medically necessary." In the wake of this revelation, Amedisys securities fell $3.98 or 6.5%.

On May 13, 2010, the WSJ did a follow up article where it reported that the Senate Finance Committee ("Committee") had started an investigation into the billing and operating practices of Amedisys. In a Committee letter dated May 12, 2010 to Amedisys, the Committee cited the findings of the WSJ article and requested the Company to produce documents dating as far back as 2006, concerning data on therapy visits, lists of physicians with the highest patient referrals to the Company, and copies of all marketing materials. In the wake of this additional revelation, Amedisys securities fell nearly 8% or $4.48.

If you are a shareholder who purchased the Amedisys securities during the Class Period, you have until August 9, 2010 to ask the Court to appoint you as lead plaintiff for the class. Shareholders outside the United States may join the action, regardless of where they live or which exchange was used to purchase the securities. A copy of the complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Nicola Brown at info@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free. Those who inquire by e-mail are encouraged to include their mailing address and telephone number.

The Pomerantz Firm, with offices in New York, Chicago, Washington, D.C., Columbus, Ohio and Burlingame, California, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class

**Top Stories**

Service Sector Grows More Than Expected in July - AP

Intel to change practices in FTC settlement - AP

Stocks edge up on jobs, service sector growth - AP

For Gulf businesses, fading summer is a lost cause - AP



**Tech Ticker Recent Posts**

With Deflation Looming, "Even the Top Guys Are Flummoxed Right Now," Greg Zuckerman Says - Peter Gorenstein

Obama Administration Is "Dead Wrong" About Taxes, David Malpass Says - Aaron Task

Phil Roth: Stock Market Won't See "Robust" Returns Until True Investors Make a Comeback - Peter Gorenstein

View More

**Subscribe to Topics**

Top Stories
MY YAHOO!    Add Alert

AMED Headlines
MY YAHOO!    Add Alert

See all RSS links

ADVERTISEMENT

litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members.

Copyright © 2010 GlobeNewswire. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. GlobeNewswire makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.

**Contact:**

Pomerantz Haudek Grossman & Gross LLP
Nicola Brown
(888) 476.6529
(888) 4.POMLAW
info@pomlaw.com

### Related Headlines

- The Pomerantz Firm Reminds Amedisys, Inc. Investors of Class Action Lawsuit -- AMED - GlobeNewswire
- Screening for Value Stocks With High Growth Potential - at Seeking Alpha
- Berman DeValerio Files Securities Class Action Against Amedisys, Inc. - Business Wire
- Nasdaq stocks posting largest percentage increases - AP
- AMEDISYS INC Files SEC form 8-K, Change in Directors or Principal Officers, Financial Statements and Exhibits - EDGAR Online

### Related Blog Headlines

- Buy Firms That Are 'Deeply Out of Favor': Strategist - at CNBC

### Related Message Boards

- Amedisys Inc.

### There are no comments yet

### Post a Comment

Sign in to post a comment, or Sign up for a free account.

Sponsored Links

600% Profit From Penny Stocks?
Money Making Email Alerts. Huge Gains in Days. Sign Up Now for FREE.
www.KillerPennyStocks.com

stock market quote
Trade stocks, options, futures and Bonds online with optionsXpress.
optionsXpress.com

BRK: Buy, Sell, or Hold?
Don't trade BRK until you see this special BestNewsletters report.
www.TheBestNewsletters.com

10 Funds to Buy Today
Do your Portfolio a Favor Today. Earn Supercharged Returns in 2009.
www.InvestingNewsWeekly.com

| YAHOO! FINANCE | ALSO ON YAHOO! | | | | THINGS TO DO |
|---|---|---|---|---|---|
| - Banking & Budgeting | - Insurance | - Autos | - Hot Jobs | - News | - Read Our Blog |
| - Calculators | - Market Stats | - Finance | - Mail | - Shopping | - Finance on Your Phone |
| - Currency | - Message Boards | - Flickr | - Maps | - Sports | - Check Home Values |
| - ETFs | - Mobile | - Games | - Movies | - Travel | - Find a New Car |
| - Experts | - Personal Finance | - Groups | - Music | - TV | - Search Jobs Across the Web |
| - Investing | - What's New | - Health | - My Yahoo! | - Video | **YAHOO! FINANCE** |
| | | | | » All Y! Services | **WORLDWIDE** |

Argentina  Australia  Brazil  Canada  China  Chinese  France  French Canada  Germany
Hong Kong  India  Italy  Japan  Korea  Mexico  New Zealand  Singapore  Spain  Spanish  Taiwan  UK & Ireland  USA

Copyright © 2010 Yahoo! All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright Policy - Report Problems - Yahoo! News Network
**Quotes delayed**, except where indicated otherwise. Delay times are 15 mins for NASDAQ, NYSE and Amex. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fundAnalyst estimates data provided by Thomson Financial Network. All data povided by Thomson Financial Network is based solely upon research information provided by third party analysts. Yahoo! has not reviewed, and in no way endorses the validity of such data. Yahoo! and ThomsonFN shall not be liable for any actions taken in reliance thereon.