UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH AND DIANE E. BACH, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>　　　　　Defendants, | No. 3:10-cv-00395-BAJ-CN<br>Honorable Brian A. Jackson<br>Magistrate Judge Christine Noland |
| DAVID ISMAN, *on behalf of himself and all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMEDISYS, INC, WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>　　　　　Defendants. | No. 3:10-cv-00464-BAJ-DLD<br>Honorable Brian A. Jackson<br>Magistrate Judge Docia L. Dalby |

[Captions continued on next page]

**[PROPOSED] ORDER APPOINTING THE CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS, <u>AND CONSOLIDATING ALL RELATED ACTIONS</u>**

| | |
|---|---|
| ARIK DVINSKY, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>   v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>        Defendants. | No. 3:10-cv-00470-JJB-CN<br>Honorable James J. Brady<br>Magistrate Judge Christine Noland |
| MELVIN W. BRINKLEY, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>   v.<br><br>AMEDISYS, INC, WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>        Defendants. | No. 3:10-cv-00497-JJB-CN<br>Honorable James J. Brady<br>Magistrate Judge Christine Noland |

Upon consideration of (1) the motion of the City Of Pontiac General Employees' Retirement System (the "City of Pontiac") for appointment as Lead Plaintiff, approval of its selection of Lead Counsel and Liaison Counsel for the Class, and consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of John Gregory Odom in support thereof; and (4) all other pleadings submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The City of Pontiac's motion is **GRANTED**;

2. The City of Pontiac is **APPOINTED** to serve as Lead Plaintiff, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated hereby pursuant to paragraph 4 of this Order.

3. The selection of counsel by the City of Pontiac is **APPROVED**, the law firm of Milberg LLP is hereby **APPOINTED** as Lead Counsel for the Class, and the law firm of Odom & Des Roches, LLP is hereby **APPOINTED** as Liaison Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the abovecaptioned actions, and any subsequently filed or transferred actions on behalf of the purchasers of the securities of Amedisys, Inc. related to the claims asserted in these cases, are hereby

**CONSOLIDATED** for all purposes. This action shall be captioned "In re Amedisys, Inc. Securities Litigation," and the file shall be maintained under Master File No. CV10-00395.

IT IS SO ORDERED

DATED _____                    _____
                                          Brian A. Jackson, U.S.D.J.

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 9, 2010, a copy of the foregoing [PROPOSED] ORDER APPOINTING THE CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS, AND CONSOLIDATING ALL RELATED ACTIONS was filed electronically with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the email addresses indicated on the attached Electronic Mail Notice Lists, and I hereby certify that I have mailed the foregoing via the U.S. Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists.

                                    **ODOM & DES ROCHES, LLP**

                                    */s/ ____John Gregory Odom___*

                                    John Gregory Odom (La. No. 1109)
                                    John Alden Meade (La. No. 29975)
                                    Poydras Center, Suite 2020
                                    650 Poydras Street
                                    New Orleans, LA 70130
                                    Telephone: (504) 522-0077
                                    Facsimile: (504) 522-0078
                                    E-mail: jodom@odrlaw.com

# Mailing Information for a Case 3:10-cv-00395-BAJ-CN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brandon Scott Andrews**
  sandrews@dueprice.com,robbie@dueprice.com

- **Richard J. Arsenault**
  rarsenault@nbalawfirm.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Julie Moffett McCall**
  julie@kswb.com

- **Michael E. Ponder**
  judgeponder@gmail.com

- **Richard Franklin Zimmerman , Jr**
  richard@kswb.com,beth@kswb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)