UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH AND DIANE E. BACH, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN, <br><br> Defendants, | No. 3:10-cv-00395-BAJ-CN <br> Honorable Brian A. Jackson <br> Magistrate Judge Christine Noland |
| DAVID ISMAN, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> AMEDISYS, INC, WILLIAM F. BORNE, and DALE E. REDMAN, <br><br> Defendants. | No. 3:10-cv-00464-BAJ-DLD <br> Honorable Brian A. Jackson <br> Magistrate Judge Docia L. Dalby |

[Captions continued on next page]

**DECLARATION OF JOHN GREGORY ODOM IN SUPPORT OF THE CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION <u>OF LEAD COUNSEL AND LIAISON COUNSEL</u>**

| | |
|---|---|
| ARIK DVINSKY, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>    v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>        Defendants. | No. 3:10-cv-00470-JJB-CN<br>Honorable James J. Brady<br>Magistrate Judge Christine Noland |
| MELVIN W. BRINKLEY, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>    v.<br><br>AMEDISYS, INC, WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>        Defendants. | No. 3:10-cv-00497-JJB-CN<br>Honorable James J. Brady<br>Magistrate Judge Christine Noland |

I, John Gregory Odom, declare as follows:

1. I am a member in good standing of the bar of the State of Louisiana. I am a partner in the law firm of Odom & Des Roches, LLP. I submit this declaration in support of the motion by the City Of Pontiac General Employees' Retirement System (the "City of Pontiac") for (1) appointment as Lead Plaintiff; (2) approval of its selection of Milberg LLP as Lead Counsel for the Class and Odom & Des Roches, LLP as Liaison Counsel for the Class; and (3) consolidation of all related actions.

2. Attached as Exhibits A through D are true and correct copies of the following documents:

- Exhibit A: Notice of filing of *Robert F. Bach and Diane E. Bach v. Amedisys, Inc., et al.*, No. 3:10-cv-00395-BAJ-CN (M.D. La. filed June 10, 2010), published on *GlobeNewswire* on June 10, 2010;

- Exhibit B: Certification of the City of Pontiac;

- Exhibit C: Loss Analysis for the City of Pontiac;

- Exhibit D: Firm biography of Milberg LLP, counsel for the City of Pontiac and proposed lead counsel for the Class; and

- Exhibit D: Firm biography of Odom & Des Roches, LLP, proposed liaison counsel for the Class.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of August, 2010.

                                                              /s/John Gregory Odom
                                                              John Gregory Odom

## CERTIFICATE OF SERVICE

    I hereby certify that on August 9, 2010, a copy of the foregoing DECLARATION OF JOHN GREGORY ODOM IN SUPPORT OF THE CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL was filed electronically with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the email addresses indicated on the attached Electronic Mail Notice Lists, and I hereby certify that I have mailed the foregoing via the U.S. Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists.

                                    **ODOM & DES ROCHES, LLP**

                                    */s/ ____John Gregory Odom___*

                                    John Gregory Odom (La. No. 1109)
                                    John Alden Meade (La. No. 29975)
                                    Poydras Center, Suite 2020
                                    650 Poydras Street
                                    New Orleans, LA 70130
                                    Telephone: (504) 522-0077
                                    Facsimile: (504) 522-0078
                                    E-mail: jodom@odrlaw.com

# Mailing Information for a Case 3:10-cv-00395-BAJ-CN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brandon Scott Andrews**
  sandrews@dueprice.com,robbie@dueprice.com

- **Richard J. Arsenault**
  rarsenault@nbalawfirm.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Julie Moffett McCall**
  julie@kswb.com

- **Michael E. Ponder**
  judgeponder@gmail.com

- **Richard Franklin Zimmerman , Jr**
  richard@kswb.com,beth@kswb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)