# EXHIBIT A

# CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Charlie Harrison III, on behalf of the City of Pontiac General Employees' Retirement System declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed a complaint in this matter.

2. As Chairman of the City of Pontiac General Employees' Retirement System, I have been duly authorized by City of Pontiac General Employees' Retirement System to pursue litigation against Amedisys, Inc. and the other defendants, and to respond to any issues raised during this litigation.

3. City of Pontiac General Employees' Retirement System did not acquire Amedisys, Inc. securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. City of Pontiac General Employees' Retirement System is willing to serve as a lead plaintiff and class representative on behalf of the class, and will provide testimony at deposition and trial, if necessary.

5. City of Pontiac General Employees' Retirement System will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. (a) City of Pontiac General Employees' Retirement System has sought to serve and was appointed as a lead plaintiff or other representative party in the following actions filed during the three-year period preceding the date of this Certification:

> *Patel v. Parnes*, No. 2:07-cv-05364 -MMM(SHx)(C.D.Cal) (Case Closed)
> *Waterford Township Gen Employees Ret System v. CompuCredit Corp., et al.*, No. 1:08-cv-2270-TWT (N.D. Ga.) (Case Closed)

> *In re Merrill Lynch & Co. Inc. Sec., ERISA & Derivative Litig.*, No. 07-9633 (S.D.N.Y) (Case Settled)

(b) City of Pontiac General Employees' Retirement System is seeking to serve as a lead plaintiff in the following action filed under the federal securities laws; the lead plaintiff motion is pending:

> *City of Pontiac Gen. Employees Ret. Sys. v. Schweitzer-Mauduit Int'l, Inc.*, No. 1:10-cv-00711 (N.D. Ga.)

(c) City of Pontiac General Employees' Retirement System is seeking to serve as a representative party in the following action filed under the federal securities laws:

> *City of Pontiac General Employees' Retirement System v. Stryker, Inc.*, No. 10-cv-00520 (W.D. Mich.)

(d) City of Pontiac General Employees' Retirement System has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification; those motions were not granted:

> *In re Schering-Plough Corporation/Enhance Sec. Litig..*, No. 2:08-cv-00397-DMC-MF (D.N.J)
> *In re TETRA Technologies, Inc. Sec. Litig.*, No. 4:08-cv-00965 (S.D. Tex.)
> *In re NVIDIA Corporation Sec. Litig.*, No. 5:08-cv-04260-JW (N.D. Cal.)
> *City of Pontiac General Employees' Retirement System v. CBS Corporation et al.*, No. 08-cv-10816 (S.D.N.Y)
> *In re Immucor, Inc. Sec. Litig.*, No. 1:09-cv-02351 (N.D. Ga.)

7. City of Pontiac General Employees' Retirement System understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. City of Pontiac General Employees' Retirement System has made the following transactions in Amedisys, Inc. during the Class Period specified in the complaint and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| SEE ATTACHED SCHEDULE A | | | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of August, 2010

City of Pontiac General Employees' Retirement System

By: *[signature]*
Charlie Harrison, III
Chairman

2

Case 3:10-cv-00395-BAJ-CN   Document 17-4   08/09/10   Page 3 of 4

# Schedule A
## City of Pontiac General Employees' Retirement System
## Transactions in Amedisys (NASDAQ: AMED)

**Purchase(s):**

| Date | Shares | Price |
|---|---|---|
| 03/20/08 | 1,961 | 38.8175 |
| 03/24/08 | 922 | 39.5987 |
| 03/25/08 | 112 | 39.8093 |
| 09/04/08 | 404 | 50.0558 |
| 09/19/08 | 2,250 | 53.3476 |
| 11/20/08 | 900 | 34.0536 |
| 03/16/09 | 1,025 | 29.0694 |
| 04/30/09 | 850 | 33.9828 |
| 05/04/09 | 50 | 34.3700 |
| 05/19/09 | 1,350 | 32.1307 |
| 12/17/09 | 4,200 | 45.0590 |
| 03/25/10 | 4,300 | 58.0665 |

**Sale(s):**

| Date | Shares | Price |
|---|---|---|
| 04/30/08 | 95 | 51.6675 |
| 04/30/08 | 332 | 51.7597 |
| 07/15/08 | 359 | 54.3338 |
| 11/20/08 | 395 | 35.0005 |
| 05/19/09 | 1,802 | 32.2483 |
| 05/20/09 | 416 | 32.0320 |
| 01/09/09 | 1,505 | 45.5074 |
| 06/30/09 | 2,350 | 33.2260 |
| 07/01/09 | 2,570 | 34.0297 |