# EXHIBIT B

Amedisys, Inc. (NASDAQ:AMED)

Hold price: $25.8925

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| City of Pontiac General Employees' Retirement System | 03/20/08 | 1,961 | 38.8175 | 76,121.12 | 04/30/08 | 95 | 51.6675 | 4,908.41 | 1,866 | 48,315.41 | (22,897.30) |
| | 03/24/08 | 922 | 39.5987 | 36,510.00 | 04/30/08 | 332 | 51.7597 | 17,184.22 | 590 | 15,276.58 | (4,049.21) |
| | 03/25/08 | 112 | 39.8093 | 4,458.64 | 07/15/08 | 359 | 54.3338 | 19,505.83 | (247) | (6,395.45) | 8,657.95 |
| | 09/04/08 | 404 | 50.0558 | 20,222.54 | 11/20/08 | 395 | 35.0005 | 13,825.20 | 9 | 233.03 | (6,164.31) |
| | 09/19/08 | 2,250 | 53.3476 | 120,032.10 | 01/09/09 | 1,505 | 45.5074 | 68,488.64 | 745 | 19,289.91 | (32,252.25) |
| | 11/20/08 | 900 | 34.0536 | 30,648.24 | 05/19/09 | 1,802 | 32.2483 | 58,111.44 | (902) | (23,355.04) | 4,108.16 |
| | 03/16/09 | 1,025 | 29.0694 | 29,796.14 | 05/20/09 | 416 | 32.0320 | 13,325.31 | 609 | 15,768.53 | (702.09) |
| | 04/30/09 | 850 | 33.9828 | 28,885.38 | 06/30/09 | 2,350 | 33.2260 | 78,081.10 | (1,500) | (38,838.75) | 10,356.87 |
| | 05/04/09 | 50 | 34.3700 | 1,718.50 | 07/01/09 | 2,570 | 34.0297 | 87,456.33 | (2,520) | (65,249.10) | 20,488.73 |
| | 05/19/09 | 1,350 | 32.1307 | 43,376.45 | | | | | 1,350 | 34,954.88 | (8,421.57) |
| | 12/17/09 | 4,200 | 45.0590 | 189,247.80 | | | | | 4,200 | 108,748.50 | (80,499.10) |
| | 03/25/10 | 4,300 | 58.0665 | 249,685.95 | | | | | 4,300 | 111,337.75 | (138,348.30) |
| City of Pontiac General Employees' Retirement SystemTotal | | 18,324 | | 830,702.85 | | 9,824 | | 360,886.48 | 8,500 | 220,086.25 | (249,730.22) |

(1) Sales have been applied on a FIFO basis.
(2) Shares held through the date of this filing have been valued using the average price $ 25.8925 per share.