# EXHIBIT E

**ODOM & DES ROCHES, LLP**
*A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS*
SUITE 2020, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
TEL. (504) 522-0077
FAX (504) 522-0078

**Firm Resume**

Odom & Des Roches, LLP, engages in multi-party litigation of complex civil matters throughout the United States. The firm's clients include local businesses, national and international companies, and private individuals.

The lawyers of Odom & Des Roches, LLP, have particular depth of experience in antitrust litigation, corporate litigation, and pharmaceutical industry litigation. The firm routinely handles complex class action cases and other matters both inside and outside the context of the Multi-District Litigation context. The firm also maintains an active defense practice, and regularly represents an international accounting firm and other business interests.

The firm has been actively intimately in the following national antitrust class action and non-class action cases:

- *In re TriCor Direct Purchaser Antitrust Litig.*, Civil Action No. 05-340, D. Del. (district court appointment to plaintiffs' executive committee representing Sherman Act Class Plaintiffs) (district court-approved settlement of $250,000,000).

- *In re Buspirone Antitrust Litig.,* MDL Docket No. 1410, S.D.N.Y. (district court appointment to steering committee representing Sherman Act Class Plaintiffs) (district court-approved settlement of $220,000,000).

- *In re Cardizem CD Antitrust Litig.*, MDL Docket No. 1278, U.S.D.C., E.D.Mich. (district court appointment to discovery committee representing Sherman Act Class Plaintiffs) (district court-approved settlement of $110,000,000).

- *In re Relafen Antitrust Litig.*, Master File No. 01-12239, D. Mass. (district court

approved settlement of $175,000,000).

- *In re Brand Name Prescription Drugs Antitrust Litig.*, No. 94 C 897, U.S.D.C., E.D.N.Y. (representation of 3,800 non-class independent retail pharmacy operations) (private settlements reached with many defendants).

- *In re Terazosin Hydrochloride Antitrust Litig.*, MDL Docket No. 1317, U.S.D.C., S.D. Fla. (counsel for Sherman Act Class Plaintiffs) (district court-approved settlement of $72,500,000).

- *In re Remeron Antitrust Litig.*, 03-CV-0085, D.N.J. (counsel for Sherman Act Class Plaintiffs) (district court-approved settlement of $75,000,000).

- *In re K-Dur Antitrust Litig.*, MDL Docket No. 1419, D.N.J. (district court appointment to executive committee representing Sherman Act Class Plaintiffs; case pending).

- *In re Ciprofloxacin Hydrochloride Antitrust Litig.*, 00-MDL-1383, E.D.N.Y. (district court appointment to executive committee representing Sherman Act Class Plaintiffs; case pending).

- *In re Hypodermic Direct Purchaser Antitrust Litig.*, Civil Action No. 05-1602 (JLL), U.S.D.C., D.N.J. (district court appointment to executive committee representing Sherman Act Class Plaintiffs; case pending).

- *Natchitoches Parish Hospital Service District, et al. v. Tyco International (US) et al.*, Civil Action No. 05-12024 (PBS), D. Mass. (district court preliminarily approval of $32,500,000 settlement in January 2010; final approval pending).

- *In re AndroGel Antitrust Litig.*, Civil Action No. 09-md-2084 (TWT), N.D. Ga. (district court appointment to executive committee for Sherman Act Class Plaintiffs; case pending).

- *King Drug of Florence, Inc. et al. v. Cephalon, Inc., et al.*, Civil Action No. 2:06-cv-01797 (MSG), E.D. Pa. (district court appointment to executive committee for Sherman Act Class Plaintiffs; case pending).

The core of the firm's philosophy and practice is its commitment and ability to try jury cases, and its lawyers structure their strategy from the outset of an engagement with an eye towards eventual appearances in the courtroom for motion practice and jury trials. It is the firm's philosophy and experience that being prepared for the rigors of motion practice and trial maximizes the opportunities for the client to obtain favorable results. In addition to its active jury trial practice, the firm has extensive appellate experience, and its senior partner argued and won the unanimous reversal of a federal circuit court of appeals before the United States Supreme Court. Odom & Des Roches, LLP, which is rated "AV" by Martindale-Hubbell, maintains offices in New Orleans, Louisiana and Hahira, Georgia. The firm is listed in Martindale-Hubbell's "Bar Register of Preeminent Lawyers".

## PARTNERS

**John Gregory Odom, PLC.** Mr. Odom was born in Hahira, Lowndes County, Georgia on November 29, 1951, and was admitted to the bar of the State of Georgia in 1978, the District of Columbia in 1982, and the State of Louisiana in 1983. He is also admitted to the bars of numerous United States District Courts and Courts of Appeals throughout the country, as well as the United States Supreme Court. He practiced with a leading Savannah firm for several years, and was a business litigation partner in the second-largest firm in Louisiana for seven years before leaving to form his own firm in 1990.

Mr. Odom was educated at Yale University (B.A., cum laude, 1973); The Queen's College, Oxford University (B.A. (hons.), 1975; M.A., 1981); and the University of Virginia School of Law (J.D., 1978). He is the author of "Recent Developments in Litigation Under the Racketeer Influenced and Corrupt Organizations Act and Federal Securities Law," Manual of Recent Developments in the Law, Louisiana State Bar Association, 1987-1990, and "Creative Applications of Civil RICO," 11 Am. J. Trial Adv. 245, Fall, 1987. His regular areas of practice include corporate litigation; healthcare industry litigation; securities litigation; RICO litigation; professional liability litigation; class action litigation; and antitrust litigation.

**Stuart E. Des Roches.** Mr. Des Roches was born in New Orleans, Louisiana on August 12, 1966, and was admitted to the bar for the State of Louisiana in 1992. He has practiced continuously with Mr. Odom since 1992 and was made a partner in the firm in 1998. He is admitted to practice in numerous United States District Courts and Courts of Appeals throughout the country, as well as the United States Supreme Court. Mr. Des Roches was educated at University of New Orleans (B.A., 1989), and Tulane University School of Law (J.D., 1992), and is a member of the New Orleans, Louisiana, and American Bar Associations.

Mr. Des Roches has routinely practiced antitrust law for the past seventeen years, and has particular experience in antitrust litigation relating to the Hatch-Waxman Act and pharmaceutical industry, as well as antitrust cases in the area of medical devices. For instance, Mr. Des Roches served as lead trial lawyer for the class of direct purchasers in *In re Tricor Direct Purchaser Antitrust Litigation* (D. Del.), which resulted in the largest settlement to date of a Hatch-Waxman

antitrust case ($250,000,000) after commencement of trial, and also recently served as lead trial lawyer in *Natchitoches Parish Hospital Service District, et al v. Tyco Healthcare, et al.* (D. Mass.), which settled for $32,500,000 after nearly three weeks of trial. In addition to, Mr. Des Roches has been heavily involved in the following antitrust cases on behalf of classes of direct purchasers: *In re Busiprone Antitrust Litig.* (S.D.N.Y.) (district court-approved settlement of $220,000,00); *In re Cardizem CD Antitrust Litig.* (E.D. Mich.) (district court-approved settlement of $110,000,000); *In re Relafen Antitrust Litig.* (D. Mass.) (district court-approved settlement of $175,000,000); *In re Remeron Antitrust Litig.* (D.N.J.) (district court-approved settlement of $75,000,000); *In re Terazosin Hydrochloride Antitrust Litig.* (S.D. Fla.) (district court-approved settlement of $72,500,000); and several additional pending antitrust matters. He has also been involved in various other litigation matters, including numerous trials, in the areas of general business and accountant's liability defense.

**Andrew W. Kelly.** Mr. Kelly was born in Bellefont, Pennsylvania on December 6, 1966, and was admitted to the bar for the States of California and Louisiana in 1994. He is admitted to practice in the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, and the Southern District of California; and the United States Court of Appeals for the Fifth Circuit. Mr. Kelly was educated at the University of California at Berkeley (B.A., 1988), and the University of San Diego School of Law (J.D., 1994). He served as law clerk to the Honorable John Minor Wisdom, of the United States Court of Appeals for the Firth Circuit. His regular areas of practice include business litigation; class action litigation; and antitrust litigation. He is also available for counseling on criminal defense matters.

## ASSOCIATES

**John Alden Meade.** Mr. Meade was born in New Orleans, Louisiana on November 5, 1975. He was educated at Stanford University (B.A. 1998), and Tulane University (J.D. 2005) where he graduated magna cum laude, and was a member of the Order of the Coif. Mr. Meade joined the firm upon graduation from law school and is a member of the Louisiana bar, actively participating in the firm's antitrust litigation practice. He is admitted to practice in the several courts of Louisiana, as well as the Eastern, Middle, and Western Districts of Louisiana, and the Fifth Circuit Court of Appeals.

**John E. Fitzpatrick, III.** Mr. Fitzpatrick was born in New Orleans, Louisiana on May 9, 1968. He earned a J.D. from Loyola University School of Law in 2006, and received a Bachelor of Arts degree from Loyola University in 2001. Mr. Fitzpatrick is admitted to practice before the Louisiana Supreme Court and the several courts of the State of Louisiana. He is also admitted to practice in all United States District Courts in Louisiana, and the Fifth Circuit Court of Appeals. He actively participates in the firm's antitrust litigation practice.

**Chris Letter.** Mr. Letter earned a Juris Doctor degree from Loyola University of New

Orleans School of Law in 2007 and received a Bachelor of Arts degree in history from the University of New Orleans in 1998. Mr. Letter is admitted to practice in the Louisiana Supreme Court and the several courts of the State of Louisiana. He is also admitted to practice in the United States District Courts in Louisiana, and the Fifth Circuit Court of Appeals. He actively participates in the firm's antitrust litigation practice.

## OF COUNSEL

**Craig M. Glantz.** Mr. Glantz was born in New York, New York on March 15, 1971. He was admitted to the bar of the State of California in 1999 and the States of New York and Massachusetts in 2000. He received a B.A. in History from Tufts University in 1993, where he graduated *magna cum laude* and earned membership in *Phi Beta Kappa*. He received a J.D. from Northwestern University School of Law in 1998, where he graduated *cum laude* and received the Arlyn Miner Book Award for excellence in Legal Writing. Following law school, Mr. Glantz served as a judicial law clerk to the Honorable John Minor Wisdom of the United States Court of Appeals for the Fifth Circuit and then practiced with a prominent international law firm. Mr. Glantz has a range of experience in a variety of areas, including business litigation, real estate and corporate transactional. He is currently an active participant in the firm's antitrust litigation practice.

********