# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH AND DIANE E. BACH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>    Defendants. | **Civil Action No. 10-cv-395-BAJ-CN** |
| DAVID ISMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>    Defendants. | **Civil Action No. 10-cv-464-BAJ-CN** |
| ARIK DVINSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>    Defendants. | **Civil Action No. 10-cv-470-JJB-CN** |

| | ) | |
|---|---|---|
| MELVIN W. BRINKLEY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | **Civil Action No. 10-cv-497JJB-CN** |
| v. | ) ) | |
| AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN, | ) ) ) | |
| Defendants. | ) ) | |

### [Proposed] ORDER

**WHEREAS**, the Court, having considered the motion of the Amedisys Securities Investors to consolidate all future related cases, to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's choice of counsel, all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

1. The actions are hereby consolidated;

2. The Amedisys Securities Investors are hereby appointed Lead Plaintiff for the Class pursuant to Section 21D(a)(3)(B) of the Private Securities Litigation Reform Act; and,

3. The law firms of Pomerantz Haudek Grossman & Gross LLP and Kahn Swick & Foti, LLC are hereby approved and appointed as Co-Lead Counsel.

**IT IS SO ORDERED.**

DATED: _____    _____
                                United States District Judge