# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH AND DIANE E. BACH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN, <br><br> Defendants. | **Civil Action No. 10-cv-395-BAJ-CN** |
| DAVID ISMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN, <br><br> Defendants. | **Civil Action No. 10-cv-464-BAJ-CN** |
| ARIK DVINSKY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE, <br><br> Defendants. | **Civil Action No. 10-cv-470-JJB-CN** |

(Captions continued on subsequent page.)

## DECLARATION OF JEREMY A. LIEBERMAN
## IN SUPPORT OF AMEDISYS SECURITIES INVESTORS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL

| | |
|---|---|
| MELVIN W. BRINKLEY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN, | ) ) ) |
| Defendants. | ) ) |

**Civil Action No. 10-cv-497JJB-CN**

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am a member of the firm of Pomerantz Haudek Block Grossman & Gross LLP, counsel on behalf of James R. DeShaw; Robert F. Bach and Diane M. Bach; Joseph H. Czajkowski; and Jay Dragon (collectively "Amedisys Securities Investors"). I make this Declaration in support of the motion by Amedisys Securities Investors for appointment as lead plaintiff and for approval of their selection of Co-Lead Counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the press release published over Global Newswire in the above-referenced actions on June 10, 2010.

3.      Attached hereto as Exhibit B are true and correct copies of certifications executed by the Amedisys Securities Investors in the above-referenced actions.

4.      Attached hereto as Exhibit C is a true and correct copy of a chart detailing the loss of the Amedisys Securities Investors in the above-referenced actions.

5.      Attached hereto as Exhibit D is a true and correct copy of the firm resume for Pomerantz Haudek Block Grossman & Gross LLP.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume for Kahn Swick & Foti, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2010, at New York, NY.

  /s/ Jeremy A. Lieberman
      Jeremy A. Lieberman