# Exhibit B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, _James R DeShaw_, make this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Amedisys, Inc. ("Amedisys"), and authorize the firm of Pomerantz Haudek Grossman & Gross LLP (the "Pomerantz Firm") to move on my behalf.

3. I did not purchase Amedisys securities that are the subject of this action at the direction of plaintiffs' counsel or to participate in any private action arising under the Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class as set forth in the complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action and that the firm of Pomerantz Haudek Grossman & Gross LLP may exercise its discretion in determining whether to move on my behalf for appointment as lead plaintiff.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Amedisys securities that are the subject of this action during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws, except the following:

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty or perjury that the foregoing is true and correct.

Executed on __8-4-10__, at __Huntsville, TX 77340__
            (Date)               (City, State)

_James R. DeShaw_
(Signature)

_JAMES R. DeShaw_
(Type or Print Name)

AMEDISYS INC (2010)　　　　　　　　　　　DeShaw, James R.
CLASS PERIOD: AUG 02 2005 through JULY 12 2010
LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 4/21/2010 | PUR | 800 | $59.9900 |
| 4/21/2010 | PUR | 250 | $59.9800 |
| 4/21/2010 | PUR | 200 | $59.9800 |
| 4/21/2010 | PUR | 1,400 | $59.9700 |
| 4/21/2010 | PUR | 750 | $60.0900 |
| 4/21/2010 | PUR | 2,800 | $59.9900 |
| 4/21/2010 | PUR | 1,800 | $59.9900 |
| 4/21/2010 | PUR | 800 | $59.9900 |
| 4/21/2010 | PUR | 600 | $59.9900 |
| 4/21/2010 | PUR | 300 | $59.9900 |
| 4/21/2010 | PUR | 100 | $59.9900 |
| 4/21/2010 | PUR | 100 | $59.9900 |
| 4/21/2010 | PUR | 100 | $59.9900 |
| 4/21/2010 | PUR | 100 | $59.9900 |
| 4/21/2010 | PUR | 100 | $59.9900 |
| 4/21/2010 | PUR | 100 | $59.9900 |
| 4/21/2010 | PUR | 94 | $59.9900 |
| 4/21/2010 | PUR | 6 | $59.9900 |
| 4/21/2010 | PUR | 750 | $59.9800 |
| 4/21/2010 | PUR | 300 | $59.6100 |
| 4/21/2010 | PUR | 100 | $59.6100 |
| 4/22/2010 | PUR | 100 | $58.9800 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. We, Robert F. Bach and Diane M. Bach, make this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

2. We have reviewed a Complaint against Amedisys, Inc. ("Amedisys"), and authorize a filing of a comparable Complaint on our behalf.

3. We did not purchase Amedisys securities that are the subject of this action at the direction of plaintiffs' counsel or to participate in any private action arising under the Exchange Act.

4. We are willing to serve as representative parties on behalf of a Class as set forth in the complaint, including providing testimonies at deposition and trial, if necessary. We understand that the Court has the authority to select the most adequate lead plaintiff in this action and that the firm of Pomerantz Haudek Grossman & Gross LLP may exercise its discretion in determining whether to move on our behalf for appointment as lead plaintiff.

5. To the best of my current knowledge, the attached sheet lists all of our transactions in Amedisys securities that are the subject of this action during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, we have not sought to serve as representative parties on behalf of a class under the federal securities laws, except the following:

7. We agree not to accept any payment for serving as representative parties on behalf of the class as set forth in the Complaint, beyond our pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty or perjury that the foregoing is true and correct.

Executed on  6-6-2010 , at  LEVITTOWN, PA.
(Date)                    (City, State)

_____
(Signature)

Robert F. Bach
(Type or Print Name)


Executed on  6-6-2010 , at  LEVITTOWN, PA
(Date)                    (City, State)

_____
(Signature)

Diane M. Bach
(Type or Print Name)

AMEDISYS INC (2010)  Bach, Robert F.
CLASS PERIOD: AUG 02 2005 through JULY 12 2010
LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 3/2/2010 | PUR | 3,540 | $60.6100 |
| 3/31/2010 | PUR | 350 | $55.5000 |
| 4/5/2010 | PUR | 1,110 | $58.0500 |
| 4/5/2010 | PUR | 950 | $58.0100 |
| 4/6/2010 | PUR | 625 | $57.6400 |
| 7/6/2010 | SLD | 1,392 | $35.5500 |
| 7/6/2010 | SLD | 5,183 | $35.0900 |

Bach, Diane M.

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 3/31/2010 | PUR | 600 | $55.3900 |
| 7/8/2010 | SLD | 600 | $35.4000 |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Joseph N. Czajkowski (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2. Plaintiff did not purchase securities of Amedisys, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of Amedisys, Inc. as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 2, 2010

_____
Plaintiff Signature

AMEDISYS INC (2010)  Czajkowski, Joseph H.
CLASS PERIOD: AUG 02 2005 through JULY 12 2010
LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 4/9/2010 | SLD 04/2010 PUT | 200 | $0.9900 |
| 4/12/2010 | SLD 05/2010 PUT | 109 | $2.5900 |
| 4/21/2010 | SLD 06/2010 PUT | 200 | $1.3400 |
| 5/22/2010 | PUR 05/2010 PUT | 109 | $3.8600 |
| 6/18/2010 | PUR COM STK | 20,000 | $50.0000 |
| 7/6/2010 | SLD COM STK | 20,000 | $36.3200 |

# CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

_____Jay Dragon____ _ (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2. Plaintiff did not purchase securities of Amedisys, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of Amedisys, Inc. as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Dated: 8/9, 2010
Plaintiff  _Jay Allan Dragon_

**Jay Dragon Trade Data for Amedisys Inc.**

| Account | Shares | Buy/Sell | Date | Purchase Price |
|---|---|---|---|---|
| Asset Mgmt | 3000 | Buy | 1/6/2010 | $49.69 |
| Asset Mgmt | 3000 | Sell | 1/7/2010 | $50.23 |
| Asset Mgmt | 4000 | Buy | 1/15/2010 | $52.59 |
| Asset Mgmt | 4000 | Sell | 1/15/2010 | $52.80 |
| Asset Mgmt | 2000 | Buy | 4/14/2010 | $63.33 |
| Asset Mgmt | 500 | Buy | 4/15/2010 | $61.72 |
| Asset Mgmt | 300 | Buy | 4/16/2010 | $60.13 |
| Asset Mgmt | 300 | Sell | 4/19/2010 | $61.62 |
| Asset Mgmt | 2000 | Sell | 7/15/2010 | $25.83 |
| Asset Mgmt | 500 | Sell | 7/15/2010 | $25.82 |

| Account | Shares | Buy/Sell | Date | Purchase Price |
|---|---|---|---|---|
| Roth IRA | 80 | Buy | 3/11/2010 | $56.85 |
| Roth IRA | 80 | Sell | 3/11/2010 | $57.59 |
| Roth IRA | 75 | Buy | 4/15/2010 | $61.63 |
| Roth IRA | 75 | Sell | 7/15/2010 | $25.76 |

| Account | Shares | Buy/Sell | Date | Purchase Price |
|---|---|---|---|---|
| IRA | 1000 | Buy | 3/11/2010 | $56.90 |
| IRA | 1000 | Buy | 3/11/2010 | $57.00 |
| IRA | 1000 | Sell | 3/11/2010 | $57.60 |
| IRA | 1000 | Sell | 3/11/2010 | $57.60 |
| IRA | 850 | Buy | 4/15/2010 | $61.69 |
| IRA | 158 | Buy | 4/15/2010 | $61.90 |
| IRA | 842 | Buy | 4/15/2010 | $62.21 |
| IRA | 850 | Sell | 7/15/2010 | $25.84 |
| IRA | 158 | Sell | 7/15/2010 | $25.84 |
| IRA | 842 | Sell | 7/15/2010 | $25.84 |