# EXHIBIT C

**AMEDISYS INC (2010)**
**CLASS PERIOD: AUG 02 2005 through JULY 12 2010**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Held | 25-Day* Mean Price $25.8279 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bach, Diane M. | 3/31/2010 | 600 | $55.3900 | ($33,234) | 7/8/2010 | (600) | $35.4000 | $21,240 | 0 | | ($11,994) |
| Bach, Robert F. | 3/2/2010 | 3,540 | $60.6100 | ($214,559) | 7/6/2010 | (1,392) | $35.5500 | $49,486 | | | |
| | 3/31/2010 | 350 | $55.5000 | ($19,425) | 7/6/2010 | (5,183) | $35.0900 | $181,871 | | | |
| | 4/5/2010 | 1,110 | $58.0500 | ($64,436) | | | | | | | |
| | 4/5/2010 | 950 | $58.0100 | ($55,110) | | | | | | | |
| | 4/6/2010 | 625 | $57.6400 | ($36,025) | | | | | | | |
| | | 6,575 | | ($389,554) | | (6,575) | | $231,357 | 0 | | ($158,197) |
| Bach Total | | 7,175 | | ($422,788) | | (7,175) | | $252,597 | 0 | | ($170,191) |
| DeShaw, James R. | 4/21/2010 | 750 | $60.0900 | ($45,068) | | | | | | | |
| | 4/21/2010 | 2,800 | $59.9900 | ($167,972) | | | | | | | |
| | 4/21/2010 | 1,800 | $59.9900 | ($107,982) | | | | | | | |
| | 4/21/2010 | 800 | $59.9900 | ($47,992) | | | | | | | |
| | 4/21/2010 | 800 | $59.9900 | ($47,992) | | | | | | | |
| | 4/21/2010 | 600 | $59.9900 | ($35,994) | | | | | | | |
| | 4/21/2010 | 300 | $59.9900 | ($17,997) | | | | | | | |
| | 4/21/2010 | 100 | $59.9900 | ($5,999) | | | | | | | |
| | 4/21/2010 | 100 | $59.9900 | ($5,999) | | | | | | | |
| | 4/21/2010 | 100 | $59.9900 | ($5,999) | | | | | | | |
| | 4/21/2010 | 100 | $59.9900 | ($5,999) | | | | | | | |
| | 4/21/2010 | 100 | $59.9900 | ($5,999) | | | | | | | |
| | 4/21/2010 | 100 | $59.9900 | ($5,999) | | | | | | | |
| | 4/21/2010 | 94 | $59.9900 | ($5,639) | | | | | | | |
| | 4/21/2010 | 6 | $59.9900 | ($360) | | | | | | | |
| | 4/21/2010 | 750 | $59.9800 | ($44,985) | | | | | | | |
| | 4/21/2010 | 250 | $59.9800 | ($14,995) | | | | | | | |
| | 4/21/2010 | 200 | $59.9800 | ($11,996) | | | | | | | |
| | 4/21/2010 | 1,400 | $59.9700 | ($83,958) | | | | | | | |
| | 4/21/2010 | 300 | $59.6100 | ($17,883) | | | | | | | |
| | 4/21/2010 | 100 | $59.6100 | ($5,961) | | | | | | | |
| | 4/22/2010 | 100 | $58.9800 | ($5,898) | | | | | | | |
| DeShaw Total | | 11,650 | | ($698,666) | | | | | 11,650 | $300,895 | ($397,770) |
| Dragon, Jay | 1/6/2010 | 3,000 | $49.6900 | ($149,070) | 1/7/2010 | (3,000) | $50.2300 | $150,690 | | | $1,620 |
| | 1/15/2010 | 4,000 | $52.5900 | ($210,360) | 1/15/2010 | (4,000) | $52.8000 | $211,200 | | | $840 |
| | 3/11/2010 | 80 | $56.8500 | ($4,548) | 3/11/2010 | (80) | $57.2900 | $4,583 | | | $35 |
| | 3/11/2010 | 1,000 | $56.9000 | ($56,900) | 3/11/2010 | (1,000) | $57.6000 | $57,600 | | | $700 |
| | 3/11/2010 | 1,000 | $57.0000 | ($57,000) | 3/11/2010 | (1,000) | $57.6000 | $57,600 | | | $600 |
| | 4/16/2010 | 300 | $60.1300 | ($18,039) | 4/19/2010 | (300) | $61.6200 | $18,486 | | | $447 |
| | | | | ($495,917) | | (9,380) | | $500,159 | 0 | | $4,242 |
| | 4/14/2010 | 2,000 | $63.3300 | ($126,660) | | | | | | | |
| | 4/15/2010 | 500 | $61.7200 | ($30,860) | | | | | | | |
| | 4/15/2010 | 850 | $61.6900 | ($52,437) | | | | | | | |
| | 4/15/2010 | 158 | $61.9000 | ($9,780) | | | | | | | |
| | 4/15/2010 | 75 | $61.6300 | ($4,622) | | | | | | | |
| | 4/15/2010 | 842 | $62.2100 | ($52,381) | | | | | | | |
| | | | | ($276,740) | | | | | 4,425 | $114,288 | ($162,451) |
| Dragon Total | | 13,805 | | ($772,657) | | | | $500,159 | 4,425 | $114,288 | ($158,209) |
| Czajkowski, Joseph H. | 6/18/2010 | 20,000 | $50.0000 | ($1,000,000) | 7/6/2010 | (20,000) | $36.3200 | $726,400 | 0 | | ($273,600) |
| Put Option | 4/17/2010 | 200 | | Expired | 4/9/2010 | (200) | $0.9900 | $19,800 | | | |
| Put Option | 5/22/2010 | 109 | $3.8600 | ($42,074) | 4/12/2010 | (109) | $2.5900 | $28,231 | | | |
| Put Option | 6/18/2010 | 200 | | Exercised | 4/21/2010 | (200) | $1.3400 | $26,800 | | | |
| | | 509 | | ($42,074) | | (509) | | $74,831 | 0 | | $32,757 |
| Czajkowski Total | | | | | | | | | | | ($240,843) |
| **Group Total** | | | | | | | | | | | |
| Shares | | 52,630 | | ($2,894,111) | | (36,555) | | $1,479,156 | 16,075 | | ($999,771) |
| Options | | 509 | | ($42,074) | | (509) | | $74,831 | 0 | | $32,757 |
| **Total Gain(Loss)** | | | | | | | | | | | **($967,014)** |

* Avg of Closing Prices July 13-Aug 06

damages\amed7