# EXHIBIT E



**Madisonville, Louisiana**

206 Covington Street
Madisonville, LA 70447
Toll Free: (866) 467-1400
Phone: (504) 455-1400
Fax: (504) 455-1498

**New York, New York**

500 5th Avenue, Suite 1810
New York, NY 10110
Phone: (212) 696-3730
Fax: (504) 455-1498

www.ksfcounsel.com

**Table of Contents**

**The Firm** ................................................................................................................................ 2

**Securities Fraud** ................................................................................................................... 2
   **Current Cases** ................................................................................................................. 2
   **Recent Recoveries** ......................................................................................................... 3

**Corporate Governance and Shareholder Rights** ............................................................. 4
   **Current Cases** ................................................................................................................. 4
   **Recent Recoveries** ......................................................................................................... 4

**Mergers And Acquisitions** .................................................................................................. 5
   **Current Cases** ................................................................................................................. 5
   **Recent Recoveries** ......................................................................................................... 5

**Consumer Fraud** ................................................................................................................... 5
   **Current Cases** ................................................................................................................. 5
   **Recent Recoveries** ......................................................................................................... 6

**Attorneys** ............................................................................................................................... 6
   **Partners** ........................................................................................................................... 6
      *Lewis S. Kahn* ................................................................................................................ 6
      *Michael A. Swick* ............................................................................................................ 7
      *Charles C. Foti, Jr.* ........................................................................................................ 7
      *Kim E. Miller* .................................................................................................................. 8
      *Albert M. Myers* ............................................................................................................. 9
      *Kevin L. Oufnac* ........................................................................................................... 11
   **Of Counsel** .................................................................................................................... 11
      *Neil Rothstein* .............................................................................................................. 11
   **Associates** ..................................................................................................................... 12
      *Paul S. Balanon* ........................................................................................................... 12
      *Sarah Catherine Boone* ............................................................................................... 13
      *Melissa Ryan Clark* ..................................................................................................... 13
      *Michael McGuane* ....................................................................................................... 14
      *Melinda A. Nicholson* .................................................................................................. 14
      *Geoffrey Rodriguez* ..................................................................................................... 15

# The Firm

Kahn Swick & Foti, LLC ("KSF") ([www.ksfcounsel.com](www.ksfcounsel.com)) is a law firm with offices in Louisiana and New York. KSF focuses predominantly on class action litigation, in the areas of securities and consumer fraud, and on shareholder derivative and other complex litigation. KSF was formed in 2000 as a partnership between established class action attorneys. Since its inception KSF has recovered tens of millions of dollars for its clients.

The lawyers of KSF have significant experience litigating complex securities cases. Among other cases the firm is involved in, KSF has been appointed to leadership roles in the following litigations:

# Securities Fraud

## Current Cases

**In re Allot Communications Ltd. Securities Litigation,** 1:07-cv-03455-RJH
*S.D.N.Y.*
*Co-Lead Counsel*

**In re China Sunergy Securities Litigation**, 1:07-civ-7895-DAB
*S.D.N.Y.*
*Lead Counsel*
*Preliminary Approval of Settlement Pending*

**Gooden v. Smart Online et al.,** 1:07-cv-785-WLO
*M.D. N.C.*
*Co-Lead Counsel*

**In re HomeBanc Corporation Securities Litigation,** 1:08-cv-1461-TCB
*N.D. Ga.*
*Co-Lead Counsel*

**In re Nvidia Corporation Securities Litigation,** 08-CV-4260-JW
*N.D. Cal.*
*Co-Lead Counsel*

**In re Opteum, Inc., Securities Litigation,** 2:07-cv-14278-DLG
*S.D. Fla.*
*Co-Lead Counsel*

**In re ShoreTel, Inc. Securities Litigation**, 3:08-cv-00271-CRB
*N.D. Cal.*
*Lead Counsel*
*Settlement Preliminarily Approved*

*In re Superior Offshore International, Inc. Securities Litigation,* 4:08-cv-00687-NFA
    *S.D. Tex.*
    *Lead Counsel*

*In re Virgin Mobile USA IPO Litigation,* 2:07-cv-05619-SDW-MCA
    *D. N.J.*
    *Co-Lead Counsel*
    *Preliminary Approval of Settlement Pending*

## Recent Recoveries

***In re BigBand Networks, Inc Securities Litigation,*** 3:07-CV-05101-SBA(C.D. Cal.), *Co-Lead Counsel,* federal securities class action brought against a computer hardware corporation, certain officers and directors of the Company, and the Company's Underwriters, resulting in a cash settlement of **$11 million** for shareholders.

***In re U.S. Auto Parts Networks, Inc. Securities Litigation,*** 2:07-cv-02030-GW-JC (C.D. Cal.), *Lead Counsel*, federal securities IPO-related class action against an online automotive supply company, certain members of its board of directors, and its underwriters, resulting in a cash settlement of **$10 million** for shareholders.

***In re Xethanol Corporation Securities Litigation,*** 1:06-cv-10234-HB (S.D.N.Y.), *Lead Counsel*, federal securities fraud class action against an ethanol production company and certain of its officers and directors, resulting in a cash settlement of **$2.8 million** for shareholders.

***Mongeli v. Terayon Comm. Systems Inc. et al.,*** 4:06-cv-03936-CW (N.D. Cal.), *Co-Lead Counsel*, federal securities fraud class action brought against a communications systems corporation, the Company's outside auditor, and certain officers and directors, resulting in a cash settlement of **$2.73 million** for shareholders.

# Corporate Governance and Shareholder Rights

## Current Cases

**In re American International Group, Inc. 2007 Deriv. Litig.,** 07-CV-10464 (LTS)
 *S.D.N.Y.*
 *Co-Lead Counsel*

**In re ArthroCare Corp. Sec. Lit.,** No. 08-cv-574-SS
 *W.D. Tex.*
 *Co-Lead Counsel in the Consolidated Derivative Action*

**In re Bank of America Corp. Securities, Derivative, and Employment Retirement Income Security Act (ERISA) Litigation,** 09 Civ.580 (DC)
 *SDNY*
 *Co-Lead Counsel in the Consolidated Derivative Action*

**In re Barnes & Noble Stockholder Derivative Litigation**, C.A. No. 4813-VCS
 *Court of Chancery of the State of Delaware*
 *Co-Lead Counsel*

**In re Morgan Stanley & Co., Inc. Auction Rate Secs. Deriv. Litig.,** 1:08-cv-07587-AKH
 *S.D.N.Y.*
 *Lead Counsel*

## Recent Recoveries

**In re Proquest Company Shareholder Deriv. Litig. (pending),** 2:06-cv-11845-AC-MKM (E.D. Mich.), *Co-Lead Counsel*, federal derivative action filed on behalf of ProQuest Company (now Voyager) against certain officers and directors, resulting in a settlement with important corporate governance changes.

4
Case 3:10-cv-00395-BAJ-CN   Document 18-8   08/09/10   Page 6 of 17

# Mergers And Acquisitions

## *Current Cases*

**In re Alcon, Inc. Shareholder Litigation,** No. 10 Civ. 139
    S.D.N.Y. 2010 (VM)
    Chair of Plaintiffs' Executive Committee

## *Recent Recoveries*

**Golub v. Case, Pomeroy & Co., Inc. et al.,** C.A. No. 2449-N. (Delaware), *Co-Lead Counsel*, lawsuit challenging a merger agreement between Case, Pomeroy & Co. and CP Newco, Inc. resulting in a financial benefit of **$2.75 million** for the minority shareholders of the Company.

# Consumer Fraud

## *Current Cases*

**In re: Actimmune Marketing Litigation**, No. C 08-02376 MHP (N.D. Cal.), *member of Plaintiffs' Steering Committee*, putative nationwide class action on behalf of consumers and third-party payors who paid for the prescription drug Actimmune to treat idiopathic pulmonary fibrosis, an incurable disease for which Actimmune was not approved by the FDA as a treatment. The complaint alleges that Actimmune was improperly marketed as providing a survival benefit for people with idiopathic pulmonary fibrosis despite the lack of any scientific study confirming the claim.

**Rose Goudeau, et. al. v. The Administrators of the Tulane Educational Fund, et. al.**, No. 2004-04758, Sec. 13, Div. J (Civil District Court for the Parish of Orleans), *Class Co-Counsel*, certified nationwide class action on behalf of the near relatives of individuals who donated their bodies to the Tulane Willed Body Program. The complaint alleges that the Tulane Willed Body Program sold the donated bodies and/or body parts that it did not need to third parties.

Kahn Swick & Foti, LLC

5
Case 3:10-cv-00395-BAJ-CN   Document 18-8   08/09/10   Page 7 of 17

### *Recent Recoveries*

***In re: General Motors Corp. Speedometer Products Liability Litigation,*** MDL No. 1896, *Co-Lead Counsel*. These multi-state consumer fraud actions, consolidated in federal court in the Western District of Washington, alleged that certain makes and models of GM vehicles contain a defective component that caused premature speedometer failure. The settlement required GMC to repair certain of the vehicles and to extend warranties for a substantial period of time or mileage duration, at an estimated value to the Class in excess of **$300 million.**

## Attorneys

### *Partners*

**Lewis S. Kahn**

Lewis Kahn is the founding partner of KSF, and also serves as the firm's managing partner. A substantial portion of Mr. Kahn's practice is devoted to representing shareholders in connection with losses suffered as a result of securities fraud, and in shareholder derivative litigation.

Mr. Kahn manages the firm's portfolio monitoring program for public and private institutional investors. Additionally, Mr. Kahn oversees the firm's lead plaintiff motion practice in PSLRA class action litigation, and serves on the firm's settlement team, which has been responsible for settlements including *In re U.S. Auto Parts Networks, Inc. Securities Litigation,* 2:07-cv-02030-GW-JC ($10 million dollar settlement).

In addition to securities lawsuits, Mr. Kahn has significant experience with consumer fraud and mass tort class actions. Mr. Kahn has been appointed to various leadership positions in federal class action litigation.

Mr. Kahn is often turned to by the media for expert commentary in the field of class action litigation. Mr. Kahn's firm has been profiled in the *New York Times, Washington Post, Boston Globe*, and many other media outlets. Mr. Kahn holds a Bachelor's degree from New York University and received a Juris Doctor from Tulane Law School in 1994. He has been a member in good standing of the Louisiana State Bar Association since 1995,

and is a member of the Federal Bars for the Eastern, Middle and Western Districts of Louisiana.

**Michael A. Swick**

Michael A. Swick is the co-founding partner of Kahn Swick & Foti LLC, and also heads the firm's Securities Litigation Group. Mr. Swick began his career in the mid 1990s working at some of the nation's leading securities class action law firms.

Over the past decade, Mr. Swick has played a significant role in investigating large corporate frauds and in initiating litigations against the nation's largest corporations. On behalf of shareholders, Mr. Swick has initiated actions in a variety of federal courts, primarily seeking to recover for violation the Securities Act of 1933 and the Securities Exchange Act of 1934.

Recent actions have resulted in tens of millions of dollars of recoveries for shareholders. Over his career, Mr. Swick has also participated in the litigation of cases that have resulted in hundreds of millions of dollars in recoveries for aggrieved shareholders and institutional investors.

Mr. Swick is also intimately involved with serving the firm's institutional investor clients, participating in the management and development of KSF's portfolio monitoring systems.

Mr. Swick received a Juris Doctor from Tulane Law School in 1994. Mr. Swick received a Masters of Political Philosophy from Columbia University in 1989 and a B.A. in Philosophy and Political Science from State University of New York at Albany in 1988. Mr. Swick was admitted to the State Bar of New York in 1997 and is admitted to practice before the United States District Court for the Southern District of New York.

**Charles C. Foti, Jr.**

Charles C. Foti, Jr. served as the Attorney General for the state of Louisiana from 2004-2008, after serving for 30 years as one of the most innovative law enforcement officials in the United States as Orleans Parish Criminal Sheriff. Throughout his career, General Foti has remained committed to public service.

As Attorney General for the state of Louisiana, General Foti's achievements include:

- Recovered over $24 million for Louisiana consumers in consumer fraud matters, $8 million in anti-trust litigation, $9.1 million for state employees through Office of Group Benefits, over $2 million for auto complaints, over $33 million in Medicaid Fraud.

- Investigated and apprehended numerous contractor fraud criminals in the wake of the worst natural disaster in United States history, Hurricane Katrina.

- Doubled the number of arrests for crime against children through the Louisiana Internet Crimes Against Children Task Force.

In his tenure as Orleans Parish Criminal Sheriff, General Foti oversaw the enormous expansion of the parish jail, growing from 800 prisoners in 1973 to more than 7,000 currently. As the prison expanded, so did the need for education and rehabilitation skills for prisoners. As Sheriff, General Foti started the first reading and GED programs, work release programs, drug treatment programs and the nation's first boot camp at the local level, all to prepare prisoners for a future without crime. Administratively, General Foti managed a multi-million dollar budget and a complex organization of more than 1,400 employees.

General Foti has for many years been an advocate for the elderly. As Sheriff, he and a small army of volunteers provided Thanksgiving meals for senior citizens in the New Orleans area who were alone or couldn't afford a proper holiday feast. He started a back to work program for senior citizens that helps people over the age of 55 get back into the workforce.

General Foti received his Juris Doctor degree from Loyola University Law School in 1965, after serving his country in the United States Army from 1955 through 1958.

**Kim E. Miller**

Kim E. Miller is a partner of Kahn Swick & Foti, LLC, who specializes in securities, consumer, and commercial litigation. Prior to joining KSF in 2006, Ms. Miller was a partner at one of the nation's leading plaintiff class action firms. Ms. Miller also spent two years as a securities litigator on the defense side.

Over the course of her career, Ms. Miller has represented tens of thousands of wronged investors and consumers in class actions filed throughout the country. Among other cases, Ms. Miller has worked on more than 25 cases involving allegations of improper

directed brokerage arrangements and excessive charges in mutual fund cases brought pursuant to the 1934 Securities Exchange Act and/or the Investment Company Act of 1940. Ms. Miller was also involved in the mutual funds late trading/market timing litigation.

Ms. Miller has been involved in a variety of cases in which large settlements were reached, including:

- **Settlement value of $127.5 million** *Spahn v. Edward D. Jones & Co., L.P.,* 04-cv-00086-HEA (E.D. Mo.)

- **$110 Million Recovery.** *In re StarLink Corn Products Liability Litigation*, MDL No. 1403 (N.D. Ill.)

- **$100 Million Recovery.** *In re American Express Financial Advisors*, Inc. Sec. Litig., 1:04-cv-01773-DAB (S.D.N.Y.)

Ms. Miller is currently overseeing KSF's securities class actions.

Ms. Miller graduated with honors from Stanford University in 1992 with a double major in English and Psychology. She earned her Juris Doctor degree from Cornell Law School, *cum laude*, in 1995. While at Cornell, Ms. Miller was the Co-Chair of the Women's Law Symposium, Bench Brief Editor of the Moot Court Board, and a member of the Board of Editors of the Cornell Journal of Law & Public Policy. Her pro bono work includes representing families of 9/11 victims at *In re September 11 Victim Compensation Fund* hearings. Ms. Miller has also served as a fundraiser for the New York Legal Aid Society. She is admitted to practice in the States of California and New York and before the United States District Courts for the Southern and Eastern Districts of New York and the Northern, Southern, and Central Districts of California.

**Albert M. Myers**

Albert M. Myers, a partner in the New Orleans office of KSF, prosecutes the rights of shareholders in class action litigation, shareholder derivative litigation, and corporate governance litigation around the world. In addition, he represents consumers in financial services class action litigation.

Mr. Myers is currently handling many KSF lead counsel engagements, including:

- *In re Alcon, Inc. Shareholder Litigation*, No. 10 Civ. 139 (S.D.N.Y. 2010) (VM) (Chair of Plaintiffs' Executive Committee)

- *In re Bank of America Corp. Securities, Derivative, and ERISA Litigation*, No. 09 MDL 2058 (DC) (S.D.N.Y. 2009) (Co-Lead Counsel for Derivative Plaintiffs)

- *In re Barnes & Noble Stockholder Derivative Litigation*, C.A. No. 4813-VCS (Del. Ch. 2009) (Co-Lead Counsel)

- *In re Arthrocare Corp. Securities Litigation*, No. A-08-cv-00574-SS (W.D. Tex. 2009) (Co-Lead Counsel for Derivative Plaintiffs)

- *In re Morgan Stanley & Co., Inc. Auction Rate Securities Derivative Litigation*, No. 08 Civ. 7587 (AKH) (S.D.N.Y. 2008) (Lead Counsel)

- *In re American International Group, Inc. 2007 Derivative Litigation*, No. 07 Civ. 10464 (LTS) (S.D.N.Y. 2007) (Co-Lead Counsel)

Since he began his practice in 1994, Mr. Myers has represented clients in securities or corporate disputes in numerous courts. Successful results for clients include:

- *In re Intelligroup Securities Litigation*, 468 F. Supp. 2d 670 (D.N.J. 2006)

- *Bailey v. Cumberland Casualty & Surety Co.*, No. 7:04-cv-02162-TMP, slip op. (N.D. Ala. June 3, 2005), aff'd, No. 05-13740-BB (11th Cir. May 11, 2006)

- *In re Recoton Corp. Securities Litigation*, 358 F. Supp. 2d 1130 (M.D. Fla. 2005)

- *Oran v. Stafford*, 226 F.3d 275 (3d Cir. 2000)

- *Kwiatkowski v. Bear Stearns Co.*, No. 96 Civ. 4798 (JGK), 1997 WL 538819 (Aug. 29, 1997)

- *Quaker Oats Co. v. Borden, Inc.*, No. 95 Civ. 9300 (RO), 1996 WL 255386 (S.D.N.Y. May 15, 1996).

Mr. Myers received his B.A. from Yale University and his J.D., *magna cum laude*, from New York Law School, where he was the John Ben Snow Scholar (1991-1994), a Teaching Fellow, and Chief Articles Editor of the *New York Law School Law Review*, and coached the school's moot court team in the Kaufman Securities Law Competition.

He served as a judicial intern to the Honorable Prudence Carter Beatty of the United States Bankruptcy Court for the Southern District of New York, and is the author of Anatomy of a Cross-Border Securities Investigation: A Case Study (Int'l Bar Ass'n Oct. 2004), Whom May the Corporation Serve?—The Constitutionality of Nonstockholder Constituency Statutes, 39 N.Y.L. Sch. L. Rev. 449 (1994), and other publications.

Mr. Myers is a member of the Georgia and New York bars, the Federal Bar Association, and the International Bar Association.

### Kevin L. Oufnac

Kevin Oufnac joined Kahn Swick & Foti, LLC in 2006. Prior to becoming a partner in KSF, Mr. Oufnac spent many years litigating cases with some of the nation's most recognized law firms, including Ness, Motley, Loadholt, Richardson, & Poole, PA; Richardson, Patrick, Westbrook & Brickman, LLC; and Motley Rice, LLC. Some of the litigations in which Mr. Oufnac has participated include *In re Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee Second Mortgage Loan Litigation,* No. 03-0425 (W.D. Pa.) (which resulted in a settlement of $33 million to the class members), and *Dundon v. U.S. Bank,* No. 01-408 (S.D. Ill.) (which resulted in a settlement of $26 million to the class members).

Mr. Oufnac received his Juris Doctor in 1995 from the Loyola University School of Law, New Orleans. He is a member of the Louisiana State Bar Association, the South Carolina State Bar Association, and the Association of Trial Lawyers of America. Mr. Oufnac has also been admitted to the United States Court of Appeals for the Fourth Circuit and the United States District Courts for the Eastern District of Michigan, the Eastern District of Louisiana, and the District of South Carolina.

## *Of Counsel*

### Neil Rothstein

Neil Rothstein is of counsel to Kahn Swick & Foti, LLC.  Mr. Rothstein has spent more than twenty years involved in all aspects of class action litigation.  He is a graduate of Case Western Reserve University (B.A. 1986) and the Temple University School of Law (J.D. 1989).

During law school, Mr. Rothstein was a summer associate and a law clerk for two nationally known class action firms and later became an attorney at one of them. In 1997, he joined a small boutique law firm that worked on several important and widely-followed class action cases in the country.

Mr. Rothstein has extensive experience in all phases of securities, antitrust, consumer, and shareholder derivative litigation. He has always believed that the clients' needs come first. In that light, he focuses on helping to lead Kahn Swick & Foti, LLC in client development and communications, client education and client participation in litigation in which they have been financially and otherwise injured.

## *Associates*

### Paul S. Balanon

Paul Balanon works as part of the KSF securities litigation team and is actively involved in all phases of litigation on matters asserted under the Securities Act of 1933 and the Exchange Act of 1934. He has been instrumental in spearheading discovery for such cases as: *In re Superior Offshore Intl, Inc Sec Litig* (S.D. Tex.); *In re Virgin Mobile USA IPO Litig* (D. N.J.); and *In re ShoreTel, Inc Sec Litig* (N.D. Cal.). Prior to joining the firm, Mr. Balanon worked for defense firms handling complex litigation involving products liability, federal preemption, oil and gas indemnity, vessel casualty, marine insurance, and toxic torts.

Mr. Balanon received a B.A. in Political Science/International Relations from UCLA (1999) and a J.D. from American University (2003). During law school, Mr. Balanon worked for Judge David Tatel at the U.S. Court of Appeals for the D.C. Circuit, the Washington Lawyers Committee for Civil Rights and Urban Affairs, and the American University Criminal Justice Clinic. Mr. Balanon then enrolled at Tulane Law School to pursue studies in one of his areas of interest, shipping, and served on the Tulane Maritime Law Journal. He received a Master of Laws in Admiralty (2004) and the Edward A. Dodd Prize for graduating first in his class.

Mr. Balanon is admitted to practice in Louisiana, Maryland, the District of Columbia, and before the United States Court of Appeals for the Fifth Circuit, the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana.

**Sarah Catherine Boone**

Sarah Catherine Boone focuses primarily on federal securities class action litigation. While she works on all aspects of complex litigation, her particular areas of expertise are discovery -- including evolving applications of technology in e-discovery – and settlement. She has been actively involved in the e-discovery and technological aspects of document production and management in several securities class actions, including *In re Opteum, Inc., Securities Litigation,* 2:07-cv-14278-DLG (S.D. Fl.), *In re ShoreTel, Inc. Securities Litigation*, 3:08-cv-00271-CRB (N.D. Cal.), *In re Superior Offshore International, Inc. Sec. Litig.* (S.D. Tex.), and *In re Virgin Mobile USA IPO Litig.* (D. N.J.). She was heavily involved in all aspects of the settlement process for *In re Xethanol Corporation Sec. Litig.* (S.D.N.Y.), *In re U.S. Auto Parts Networks, Inc. Sec. Litig.* (C.D. Cal.), *Mongeli v. Terayon Commun. Sys., Inc. et al.* (N.D. Cal.), and *In re BigBand Networks, Inc. Sec. Litig.* (N.D. Cal).

Ms. Boone holds a Bachelor of Arts in Philosophy from the University of Southern California (1999), where she was a Trustee Scholar; a Master of Fine Arts in Writing from the Master of Professional Writing Program at USC (2002); and a Juris Doctor from Tulane Law School (2007). She was admitted to practice law in the State of Montana in 2007 and in the State of California in 2010. She is a member of the State Bar Associations of Montana and California and the San Diego Bar Association, and is admitted to the United States District Courts for the District of Montana, the Northern District of California, the Central District of California, and the Southern District of California.

**Melissa Ryan Clark**

Ms. Clark practices in KSF's New York office where she focuses on all phases of federal securities litigation. She is actively involved in cases pending before various federal courts across the United States, including *In re Superior Offshore International, Inc. Sec. Litig.* 08-cv-00687 (S.D. Tex.) and *In Re Virgin Mobile USA IPO Litig.* 2:07-cv-05619 (D.N.J.), and has been involved in cases that have successfully settled, including *In re U.S. Auto Parts Network, Inc. Sec. Litig.* CV 07-2030 (C.D. Cal.).

Prior to joining KSF, Ms. Clark's legal work experience included clerking at the San Francisco District Attorney's Office and externing for the Honorable Chief Judge Jerry

Brown in the United States Bankruptcy Court, Eastern District of Louisiana and the Honorable Jay C. Zainey in the Eastern District of Louisiana.

Ms. Clark received her Juris Doctor from Tulane Law School in 2007. While at Tulane, Ms. Clark was president of her graduating class and of the Business Law Society, a chairperson for the Moot Court Board, and a Senior Fellow for Legal Research & Writing. In Fall 2006, Ms. Clark attended University of California – Berkeley where she received high honors in Securities & Class Action Litigation and was a Visiting Contributor to the *California Law Review*. She received her Bachelors of Science degree in International Affairs from Florida State University in 2004.

Ms. Clark was admitted to the State Bar of New York in 2008 and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York. She is also an active member of the New York State Bar Association and is a member of its Law, Youth & Citizenship Committee.

### Michael McGuane

Prior to joining Kahn Swick & Foti, LLC, Mr. McGuane served as law clerk to the Honorable John Preston Bailey, United States District Judge, and the late Honorable W. Craig Broadwater, United States District Judge, in the United States District Court for the Northern District of West Virginia.

Mr. McGuane received his J.D. cum laude from Tulane University Law School (2006) and his B.S. in Psychology with a Minor in Political Science from New York University (2003), where he was a University Honors Scholar.

While attending Tulane University Law School, Mr. McGuane served as a managing editor of the *Tulane Journal of International and Comparative Law*. In this capacity, Mr. McGuane was honored with the Journal's Best Editor Award for his work during the 2005-2006 publishing year.

Mr. McGuane is admitted to practice in New York and is a member of the New York State Bar Association.

### Melinda A. Nicholson

Melinda A. Nicholson's practice focuses on shareholder derivative and class action litigation. She is actively involved in cases pending before various federal courts across

the United States, including *In re Bank of America Corp. Securities, Derivative & ERISA Litigation*, 09 MD 2058 (DC) (S.D.N.Y. 2009). Prior to joining the firm, Ms. Nicholson worked for defense firms in New York, handling complex commercial litigations and regulatory investigations involving a variety of legal issues, including fiduciary obligations, securities violations, contractual breaches, antitrust and insurance coverage.

Ms. Nicholson completed a joint B.A./J.D. program at Tulane University, receiving a B.A. in Political Science, with a concentration in American Politics and Policies and a minor in Economics, from Tulane in 2003 and a J.D. from Tulane in 2005. While at Tulane Law School, Ms. Nicholson served as a Notes and Comments Managing Editor for the *Tulane Law Review*, which published her comment, *The Constitutional Right to Self-Representation: Proceeding Pro Se and the Requisite Scope of Inquiry When Waiving Right to Counsel*, 79 TUL. L. REV. 755 (2005). She received numerous awards, including the Dean's Medal for attaining the highest grade point average during the third year, the George Dewey Nelson Memorial Award for attaining the highest grade point average in common law subjects throughout the three years of law study, and Order of the Coif. She graduated from the law school *summa cum laude* and ranked second in her class.

Ms. Nicholson is admitted to practice in Louisiana and New York, and before the United States District Court for the Eastern District of Louisiana.

**Geoffrey Rodriguez**

Geoffrey Rodriguez focuses on class action and derivative litigation. He is actively involved in cases pending before various federal courts across the United States.

Mr. Rodriguez received a B.A. *magna cum laude* with majors in economics, history, political science, philosophy, and political economy from Tulane University (2005), where he was a Dunbar Fellow and received departmental honors in history and political science. In 2008, he received his J.D. from Georgetown University Law, where he was a Dean's Scholar. As a member of the Law Center's Moot Court team, he competed in the European Tax College Moot Court Competition in 2007, and served as a coach in the same competition in 2008.

Mr. Rodriguez is admitted to practice in Louisiana and is a member of the Louisiana State Bar Association.