# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH and DIANE M. BACH, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>Defendants. | No. 10-cv-395-BAJ-CN |
| DAVID ISMAN, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>Defendants. | No. 10-cv-464-BAJ-DLD |
| ARIK DVINSKY, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>Defendants. | No. 10-cv-470-JJB-CN |

[Captions continued on next page]

**[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD <u>COUNSEL AND LIAISON COUNSEL</u>**

| MELVIN W. BRINKLEY, On Behalf Of Himself And All Others Similarly Situated, | No. 10-cv-497-JJB-CN |
|---|---|
| Plaintiff, | |
| v. | |
| AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN, | |
| Defendants. | |

Having considered the Motion of City of Tallahassee Retirement System for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel, the Memorandum in Support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. Pursuant to Fed. R. Civ. P. 42(a), the above-captioned actions, and any subsequently filed or transferred actions that are related to the claims asserted in these actions are CONSOLIDATED for all purposes.

3. This action shall be captioned as "In re Amedisys, Inc. Securities Litigation" and the file shall be maintained under Master File No. 10-cv-395-BAJ-CN.

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), City of Tallahassee Retirement System is hereby appointed to serve as Lead Plaintiff in the consolidated action.

5. The law firm of Barroway Topaz Kessler Meltzer & Check, LLP is hereby approved as Lead Counsel for the Class. Lead Counsel shall provide general supervision of the activities of plaintiffs' counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

    a. To brief and argue motions;

    b. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c. To direct and coordinate the examination of witnesses in depositions;

    d. To act as spokesperson at pretrial conferences;

  e. To initiate and conduct any settlement negotiations with counsel for defendants;

  f. To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

  g. To consult with and employ experts;

  h. To receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

  i. To perform such other duties as may be expressly authorized by further order of this Court.

 6. The law firm of Morrow, Morrow, Ryan & Bassett is hereby approved as Liaison Counsel for the Class.

DATED:_____    _____
                BRIAN A. JACKSON
                UNITED STATES DISTRICT JUDGE