# EXHIBIT A

# CERTIFICATION OF JIM ENGLISH, JR. IN SUPPORT OF CITY OF TALLAHASSEE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL

City of Tallahassee Retirement System ("City of Tallahassee" or "Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. City of Tallahassee did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. City of Tallahassee is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule A are the City of Tallahassee's transactions in Amedisys, Inc. securities during the Class Period.

4. City of Tallahassee has full power and authority to bring suit to recover for its investment losses.

5. City of Tallahassee has fully reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

6. I, Jim English, Jr., City Attorney, am authorized to make legal decisions on behalf of City of Tallahassee.

7. City of Tallahassee intends to actively monitor and vigorously pursue this action for the benefit of the Class.

8. City of Tallahassee will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. City of Tallahassee is currently serving in a class action filed under the federal securities laws during the three years prior to the date of this Certification in *In re Citigroup Bond Litigation*, No. 08-9522 (S.D.N.Y.) (class representative).

10. City of Tallahassee has served as a representative party in a class action filed under the federal securities laws during the three years prior to the date of this Certification in *In re Michael Baker Corp. Securities Litigation*, No. 08-370 (W.D. Pa.)

1

11. City of Tallahassee has sought to serve (but was not appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *Dutton v. Harris Stratex Networks Inc.*, No. 08-755 (D. Del.)

12. City of Tallahassee will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___9___ day of August, 2010.

City of Tallahassee Retirement System

By: _____
Jim English, Jr.
*City Attorney*

2

## Schedule A

| Security | Buy/Sell | Date | Shares | Price |
|---|---|---|---|---|
| Com Stk | Buy | 03/31/2006 | 300 | $34.75 |
| Com Stk | Buy | 03/31/2006 | 900 | $34.70 |
| Com Stk | Buy | 10/19/2006 | 1,100 | $41.32 |
| Com Stk | Buy | 01/17/2008 | 20,000 | $48.41 |
| Com Stk | Buy | 07/22/2008 | 9,900 | $62.32 |
| Com Stk | Buy | 08/07/2008 | 4,800 | $64.20 |
| Com Stk | Buy | 10/27/2008 | 8,900 | $46.55 |
| Com Stk | Buy | 08/18/2009 | 1,698 | $42.82 |
| Com Stk | Buy | 01/19/2010 | 1,384 | $55.20 |
| Com Stk | Buy | 03/16/2010 | 5 | $58.89 |
| Com Stk | Sell | 04/05/2006 | 1,200 | $34.01 |
| Com Stk | Sell | 10/23/2006 | 675 | $41.71 |
| Com Stk | Sell | 10/24/2006 | 425 | $41.69 |
| Com Stk | Sell | 01/25/2008 | 3,000 | $45.10 |
| Com Stk | Sell | 03/06/2008 | 17,000 | $40.99 |
| Com Stk | Sell | 12/30/2008 | 3,400 | $41.74 |
| Com Stk | Sell | 02/03/2009 | 8,900 | $43.27 |
| Com Stk | Sell | 02/27/2009 | 11,300 | $32.49 |
| Com Stk | Sell | 09/15/2009 | 92 | $39.78 |
| Com Stk | Sell | 10/13/2009 | 1,606 | $44.13 |
| Com Stk | Sell | 02/16/2010 | 310 | $58.71 |
| Com Stk | Sell | 04/13/2010 | 97 | $58.70 |
| Com Stk | Sell | 05/18/2010 | 982 | $50.35 |

3