# EXHIBIT B

**CITY OF TALLAHASSEE RETIREMENT SYSTEM**
**FIFO Losses in Amedisys, Inc. (NASDAQ: AMED)**
Class Period: 8/2/05 - 7/12/10

| Buy/Sell | Date | Shares | Price | Cost | Buy/Sell | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 0 | | | | | | | |
| Buy | 03/31/2006 | 300 | $34.75 | $10,425.00 | Sell | 04/05/2006 | 1,200 | $34.01 | $40,812.00 |
| Buy | 03/31/2006 | 900 | $34.70 | $31,230.90 | Sell | 10/23/2006 | 675 | $41.71 | $28,151.82 |
| Buy | 10/19/2006 | 1,100 | $41.32 | $45,452.00 | Sell | 10/24/2006 | 425 | $41.69 | $17,718.55 |
| Buy | 01/17/2008 | 20,000 | $48.41 | $968,226.00 | Sell | 01/25/2008 | 3,000 | $45.10 | $135,300.00 |
| Buy | 07/22/2008 | 9,900 | $62.32 | $617,007.60 | Sell | 03/06/2008 | 17,000 | $40.99 | $696,838.50 |
| Buy | 08/07/2008 | 4,800 | $64.20 | $308,165.76 | Sell | 12/30/2008 | 3,400 | $41.74 | $141,923.14 |
| Buy | 10/27/2008 | 8,900 | $46.55 | $414,312.80 | Sell | 02/03/2009 | 8,900 | $43.27 | $385,111.90 |
| Buy | 08/18/2009 | 1,698 | $42.82 | $72,710.40 | Sell | 02/27/2009 | 11,300 | $32.49 | $367,097.45 |
| Buy | 01/19/2010 | 1,384 | $55.20 | $76,391.13 | Sell | 09/15/2009 | 92 | $39.78 | $3,659.76 |
| Buy | 03/16/2010 | 5 | $58.89 | $294.45 | Sell | 10/13/2009 | 1,606 | $44.13 | $70,876.31 |
| | | | | | Sell | 02/16/2010 | 310 | $58.71 | $18,201.25 |
| | | | | | Sell | 04/13/2010 | 97 | $58.70 | $5,693.43 |
| | | | | | Sell | 05/18/2010 | 982 | $50.35 | $49,443.70 |
| | | 48,987 | | $2,544,216.03 | | | 48,987 | | $1,960,827.81 |
| | | | | | | | **FIFO LOSS** | | **($583,388.22)** |

**CITY OF TALLAHASSEE RETIREMENT SYSTEM**
**LIFO Losses in Amedisys, Inc. (NASDAQ: AMED)**
Class Period: 8/2/05 - 7/12/10

| Buy/Sell | Date | Shares | Price | Cost | Buy/Sell | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 0 | | | | | | | |
| Buy | 03/31/2006 | 300 | $34.75 | $10,425.00 | Sell | 04/05/2006 | 1,200 | $34.01 | $40,812.00 |
| Buy | 03/31/2006 | 900 | $34.70 | $31,230.90 | Sell | 10/23/2006 | 675 | $41.71 | $28,151.82 |
| Buy | 10/19/2006 | 1,100 | $41.32 | $45,452.00 | Sell | 10/24/2006 | 425 | $41.69 | $17,718.55 |
| Buy | 01/17/2008 | 20,000 | $48.41 | $968,226.00 | Sell | 01/25/2008 | 3,000 | $45.10 | $135,300.00 |
| Buy | 07/22/2008 | 9,900 | $62.32 | $617,007.60 | Sell | 03/06/2008 | 17,000 | $40.99 | $696,838.50 |
| Buy | 08/07/2008 | 4,800 | $64.20 | $308,165.76 | Sell | 12/30/2008 | 3,400 | $41.74 | $141,923.14 |
| Buy | 10/27/2008 | 8,900 | $46.55 | $414,312.80 | Sell | 02/03/2009 | 8,900 | $43.27 | $385,111.90 |
| Buy | 08/18/2009 | 1,698 | $42.82 | $72,710.40 | Sell | 02/27/2009 | 11,300 | $32.49 | $367,097.45 |
| Buy | 01/19/2010 | 1,384 | $55.20 | $76,391.13 | Sell | 09/15/2009 | 92 | $39.78 | $3,659.76 |
| Buy | 03/16/2010 | 5 | $58.89 | $294.45 | Sell | 10/13/2009 | 1,606 | $44.13 | $70,876.31 |
| | | | | | Sell | 02/16/2010 | 310 | $58.71 | $18,201.25 |
| | | | | | Sell | 04/13/2010 | 97 | $58.70 | $5,693.43 |
| | | | | | Sell | 05/18/2010 | 982 | $50.35 | $49,443.70 |
| | | 48,987 | | $2,544,216.03 | | | 48,987 | | $1,960,827.81 |

**LIFO LOSS** **($583,388.22)**