# EXHIBIT E

# MORROW, MORROW, RYAN AND BASSETT
ATTORNEYS AT LAW
POST OFFICE DRAWER 1787
324 W. LANDRY STREET
OPELOUSAS, LOUISIANA 70571-1787
E-mail pmorrow@mmrblaw.com

PATRICK C. MORROW
J. MICHAEL MORROW (1946-1983)
JAMES P. RYAN
JEFFREY M. BASSETT
P. CRAIG MORROW
CANDYCE C. GAGNARD
RICHARD T. HAIK, JR.

PHONE:
OPELOUSAS (337) 948-4483
1-800-356-6776
FAX: (337) 942-5234

Website: www.mmrblawoffice.com

The law firm of MORROW, MORROW, RYAN & BASSETT, has its main office located in Opelousas, St. Landry Parish, Louisiana. All members are experienced in the fields of toxic tort, negligence, product liability, environmental law litigation, and in particular, class action litigation, wrongful death, automobile accidents, worker's compensation claims, personal injury claims, as well as general civil practice in all State and Federal Courts.

The members include:

**PATRICK C. MORROW**, Senior Partner, born in Plaquemine, Louisiana, January 15, 1948; admitted to bar, 1972, Louisiana; also admitted to practice before the U. S. Supreme Court; U. S. Court of Appeals, Fifth and eleventh Circuits; U. S. District Courts, Eastern, Western and Middle Districts of Louisiana and Southern District of Texas. Preparatory and legal education, Louisiana State University (B.A., Government, 1969; J. D., 1972). Judge, Pro Tempore, 27th Judicial District Court, 1995. Member: St. Landry Parish (Secretary-Treasurer, 1974), Louisiana State (Medical/Legal Inter-professional Committee) and American Bar Associations; Bar Association of the Fifth Federal Circuit; Louisiana Trial Lawyers Association (Board of Governors, 1987 - 2004), member of the Counsel of Directors for the Louisiana Association for Justice; American Association for Justice; The Louisiana City Attorneys Association; Fellow, International Academy of Trial Lawyers; American Board of Trial Advocates; John M. Duhe, Jr., American Inn of Court.

**JAMES P. RYAN**, was born in Detroit, Michigan on December 29, 1952. He attended Louisiana State University and obtained his B.S. in 1976 and J.D. in 1980. He was admitted to the Louisiana State Bar in 1980. He is a member of the St. Landry Parish Bar Association, the Louisiana State Bar Association, the Louisiana Association for Justice, the American Association for Justice and the Bar Association of the Fifth Federal Circuit. James devotes 100% of his practice to litigation. His areas of practice include Admiralty and Maritime Law, Medical Malpractice, Motor Vehicle Accidents, Nursing Home, Patents, Personal Injury, Products Liability Law, Toxic Torts and Workers' Compensation. He is admitted to practice in all state and federal courts in Louisiana and the United States Supreme Court and U.S. Fifth Circuit Court of Appeals. In 2008, James P. Ryan was named Louisiana Super Lawyer by Law & Politics, as published in Louisiana Life and St. Charles Avenue Magazines. He has three children Katie, Jack and Will.

**JEFFREY M. BASSETT,** born in Baton Rouge, Louisiana, Jeff attended Louisiana State University in Baton Rouge where he was a business major. Jeff graduated from Louisiana State University Law School in 1977. Upon graduation from Law School Jeff worked as an Assistant District Attorney in New Orleans where he was head of the District Attorney's Homicide Department before becoming Chief of Trials. During that time he prosecuted numerous major felony and murder trials. He was admitted to practice before the United States Supreme Court in 1982. He left the District Attorney's office in New Orleans in 1981 and joined the firm of Morrow and Morrow, which later became Morrow, Morrow, Ryan & Bassett. His work with Morrow, Morrow, Ryan and Bassett has been almost exclusively in the area of personal injury. During that time he developed a specialty in traumatic brain injury cases and has given continuing legal education presentations in that area. Along with other members of the firm, Jeff has handled virtually every type of personal injury case in areas such as products liability law, all terrain vehicle accidents, trucking accidents, automobile accidents, medical malpractice, sports-related injuries, industrial accidents, municipal liability and aviation accidents. A great deal of his practice focuses on maritime personal injury, a field in which the firm specializes. He has tried and settled many cases with multi-million dollar recoveries. His practice also includes class action and pharmaceutical litigation. He is a member of the Louisiana State Bar, the American Bar Association, the St. Landry Parish Bar Association, the Louisiana Association for Justice and the American Association for Justice. Jeff is admitted to practice before the Louisiana Supreme Court, the U.S. Supreme Court and the 5th and 11th Circuits of the U.S. Court of Appeals. He served as Vice President of the St. Landry Parish Bar Association in 1986 and President in 1987. He served as Chairman of the St. Landry Parish Indigent Defender Board from 1987 - 2008. In addition to legal work, he served as a member of the Board of Trustees for the Academy of the Sacred Heart in Grand Coteau from 1998 until 2000 and was Chairman of the Board in 2000 and 2001. He also served as a member of the Board of the Z'Tejas Restaurant Group. He is married to Cecette Bassett and has three children.

**P. CRAIG MORROW**, born in Baton Rouge, Louisiana, attended Louisiana State University in Baton Rouge, Louisiana and received his Bachelor of Criminal Justice on May 16, 1991. He also attended Southern University Law School and received the degree of Juris Doctor on May 14, 1994. Upon graduation from Law School, Craig joined the firm of Morrow, Morrow, Ryan & Bassett. Craig's work with Morrow, Morrow, Ryan & Bassett has been exclusively in the area of personal injury. During his legal career, he has developed a specialty in maritime personal injury and has handled numerous cases in this particular area. In addition, he has handled, along with his partners, virtually all types of personal injury cases involving automobile accidents, traumatic brain injury, aviation accidents, products liability, industrial accidents, municipal liability, medical malpractice and class action litigation. Craig is a member of the Louisiana State Bar Association, the American Bar Association, the Louisiana Association for Justice, the American Association for Justice, the St. Landry Parish Bar Association and the Lafayette Bar Association. A Martindale-Hubbell AV-rated attorney, he is the 2008-2009 chair of the LAJ Auto Torts Section. He is a lifetime member of the National Registry of Who's Who and a member of the Lexington Who's Who Registry. Craig is a member of the Million Dollar

Advocates Forum. Craig currently serves on the Council of Directors representing the Louisiana Association for Justice. Craig is also a member of the North American Brain Injury Society and the Brain Injury Association of America. Craig is admitted to practice before the Louisiana Supreme Court, Federal Court consisting of the Western, Eastern and Middle Districts and the 5th Circuit of the U.S. Court of Appeals. He has lectured at other continuing legal education programs on the topic of traumatic brain injuries. Craig is married to Nicole Morrow and they have four daughters, Courtney, Tyler, Savannah and Blair.

**CANDYCE C. GAGNARD,** born in Alexandria, Louisiana on August 6, 1970. She attended the University of Denver and obtained her Bachelors of Arts in English Literature and Speech Communications in 1992, with honors. She attended Loyola University, School of Law and obtained her Juris Doctor in 1997 and was admitted to the Louisiana State Bar on October 10, 1997. She was a member of Loyola's Moot Court Staff from 1995-97 and served as a Moot Court Teaching Assistant from 1995-97. She is a member of the St. Landry Parish Bar Association, the Avoyelles Parish Bar Association, the Lafayette Parish Bar Association, the Louisiana State Bar Association, the Louisiana Association for Justice, and the American Association for Justice. Candyce formerly clerked for the Honorable Charles R. Jones, Fourth Circuit Court of Appeal, State of Louisiana, then became City Prosecutor for Marksville, Louisiana from 1998 through 2001. She formerly served as the President of the Avoyelles Parish Bar Association in 2001, Vice-President in 2000, and Secretary in 1999. She is admitted to practice in all state and federal courts in Louisiana. In addition to her legal work, Candyce is an active volunteer at the Miles Perret Cancer Services.

**RICHARD T. HAIK, JR.,** born in New Iberia, Louisiana, on September 7, 1979. He attended the University of Mississippi, and obtained his Bachelor of Arts in English and Psychology in 2002. He attended Louisiana State University Law School and obtained his Juris Doctor in 2005. He is a member of the Lafayette Parish, St. Landry Parish and Louisiana State Bar Associations, Louisiana Association for Justice, American Association for Justice, and is admitted to practice in all Louisiana State courts, as well as the United States District Court, Western District of Louisiana. Prior to joining the firm of Morrow, Morrow, Ryan and Bassett, he served as law clerk for the Honorable Chief Judge Helen Gillmor, United States District Court for the District of Hawaii. In addition to his legal work, Richie is the President of the Acadiana Alumni Club for the University of Mississippi. Richie is married to Katie Hawkins Haik.

Patrick C. Morrow and the firm serve as City Attorneys for the Cities of Port Barre, Krotz Springs, Leonville and Arnaudville, Louisiana.

The firm of Morrow, Morrow, Ryan & Bassett has a rating of "AV" by the Martindale-Hubbell Law Directory; and

Patrick C. Morrow and the firm of Morrow, Morrow, Ryan & Bassett have served as plaintiff/class counsel in several matters, including but not limited to, the following:

a. Class counsel in the case of ***"In Re: September 25, 1996 Chemical Exposure in Plaquemine, Louisiana"***, bearing docket number 48,054, in the 18th Judicial District Court for the Parish of Iberville, Louisiana.
b. Member of the Plaintiff's Committee in the case of ***"In Re: 1993 Exxon Coker Fire Litigation"***, bearing Master Docket Number 93-MS-2-A-M-2, in the United States District Court for the Middle District of Louisiana.

c. Counsel for plaintiffs in the chemical exposure matter under the consolidated captions of *"Joe Don Touchet, et al vs Baker Hughes, Inc., et al"*, bearing docket numbers 94-64948; 94-64951; 94-65623; 95-65624; 95-65625; 95-65626; 95-65627; 95-65628; 95-65629; 95-65630; 95-65631; 95-65654; 95-65655; 95-65656; 95-65690; 95-65691; 95-65715; 95-65716; 95-65717; 95-65718; 95-65719; 95-65720; 95-65721; 95-65856; 95-65857; 95-65782; 95-65783; 95-65895; 95-65897; 95-66399; 95-66450; 95-66451; 95-66452, 15th Judicial District Court for the Parish of Vermilion, Louisiana.
d. Counsel for several plaintiffs in the class action matter against Teletronics.
e. Member of the Plaintiff's Committee in a multi-district litigation filed in that matter entitled *"Madeline Dohmann v PHI"*, in the Western District of Louisiana.
f. Lead Trial Counsel in that class action entitled **"Craig West, et al vs G&H Seed Company, et al,"** bearing docket number 99-4984-A, in the 27th Judicial District Court of St. Landry Parish, Louisiana. This matter was recently settled for $45 Million.
g. Co-Lead Trial Counsel in that matter entitled **"Eric Viezina, et al v Union Pacific Railroad Company,"** bearing Civil Action Number 00-1267, (Judge Haik, Magistrate Methvin), in the United States District Court for the Western District of Louisiana, Lafayette-Opelousas Division. This class action was recently settled for $65 Million.
h. Lead Class Counsel in that matter entitled **"Norman Dekerlegand et al versus FMC Corporation",** bearing docket number 01-C-0069-B, of the 27th Judicial District Court in and for the Parish of St. Landry, Louisiana. This class action was recently settled for $3.7 Million.
i. Co-Lead Counsel in the pharmaceutical suit entitled "*State of Louisiana, ex rel Charles C. Foti, Jr., Attorney General vs Janssen Pharmaceutica*", bearing docket number 04-3967, 27th Judicial District Court for St. Landry Parish, Louisiana.
j. Co-Lead Counsel in the pharmaceutical suit entitled **"State of Louisiana, ex rel Charles C. Foti, Jr., Attorney General Vs: Eli Lily, et al"**, bearing docket number 04-3965, Middle District Court for the State of New York. This matter has settled for $24 Million.
k. Counsel for plaintiffs in the Patel Litigation matter entitled, **"Barbara Pellerin, et al v. Our Lady of Lourdes Regional Medical Center, Inc."**, Docket No. 2006-6518 and consolidated cases bearing docket numbers 2008-1969, 2008-4712 and 2009-7339, in the 15th Judicial District Court for the Parish of Lafayette, Louisiana. This matter was settled for approximately $15 Million.
*l.* Plaintiff Counsel in the class action entitled "**Judi Abrusley, Individually and on Behalf of All Other Similarly Situated Customers v. Centennial Lafayette Cellular Corporation and Centennial Cellular Corporation"**; Docket No. C-99-380; 33rd Judicial District Court, parish of Allen, State of Louisiana
m. A member of the Plaintiff's Steering Committee in the mass tort cases entitled *"***Willie Buard, et al v. Colfax Treating Company, LLC, et al***;* Docket No. 214,915 in the 9th Judicial District Court for the Parish of Rapides, Louisiana.
n. A member of the Plaintiff's Steering Committee in the mass tort cases entitled "**Cynthia Paige, et al v. Dura-Wood, LLC, et al**; Docket No. 214,913 in the 9th Judicial District Court for the Parish of Rapides, Louisiana.
o. Co-Trial Counsel in the class action entitled **"Faith Brooks, et al v Union Pacific Railroad Co., et al"**, bearing docket number C-96-235,, in the 27th Judicial District Court for St. Landry Parish, Louisiana. This case settled for approximately $6 Million.
p. Co-Counsel in the class action entitled **"Opelousas Trust Authority, d/b/a Opelousas General Hospital , et al v Summit consulting, Inc."**, bearing docket number 07-3737, in the 27th Judicial District Court for St. Landry Parish, Louisiana.

q.  Co-Counsel in the class action entitled *"Opelousas Trust Authority, d/b/a Clerk Gunderson, et al v F. A. Richard & Associates, et al"*, bearing docket number 2004-2417, in the 14th Judicial District Court for the Parish of Calcasieu, Louisiana.

r.  Co-Counsel in the class action entitled *"Dr. George Raymond Williams, Orthopaedic Surgery, A Professional Medical LLC, v Bestcomp"*, bearing docket number 09-5242, in the 27th Judicial District Court for St. Landry Parish, Louisiana.

s.  Co-Counsel in the class action entitled *"Dr. George Raymond Williams, Orthopaedic Surgery, A Professional Medical LLC, v Mor-Tem Risk, et al"* bearing docket number 09-5243, in the 27th Judicial District Court for St. Landry Parish, Louisiana.

t.  Co-Counsel in the class action entitled *"Dr. George Raymond Williams, Orthopaedic Surgery, A Professional Medical LLC, v SIF Consultants, et al"*, bearing docket number 09-5244, in the 27th Judicial District Court for St. Landry Parish, Louisiana.

u.  A member of the Louisiana-Texas Rice Litigation Group in the matter entitled *"In Re: Genetically Modified Rice Litigation"*, bearing docket number 4:06 MD 1811 CDP, United States District Court, Eastern District of Missouri, Eastern Division.

v.  Counsel for plaintiffs in a brain injury case involving a toddler in that matter entitled *"Tiffany Davis, Individually and on behalf of her minor daughter, Macie Davis v Kings Highway Associates, et al"*, bearing docket number 504,279-C, 1st Judicial District Court, Caddo Parish, Louisiana.

w.  Liaison Counsel in that class action entitled *"In Re: Stone Energy Corporation Securities Litigation"*, bearing docket number 05-CV-2088, in the United States District Court for the Western District of Louisiana.

x.  Counsel in the class action entitled *"Ellis Schouest, III, et al v B.P. Products North America, Inc., et al"*, bearing docket number 6:10-00727, in the United States District Court, Western District of Louisiana.

y.  Counsel in the class action entitled *"Opelousas Trust Authority, et al v Cleco"*, bearing docket number 10-CV-607, in the United States District Court, Western District of Louisiana.

z.  Co-Counsel in the class action entitled *"Opelousas Trust Authority, d/b/a Opelousas General Health System, et al v Amerisafe Risk Services, Inc."*, bearing docket number 08-3361, in the 27th Judicial District Court for St. Landry Parish, Louisiana.

Patrick C. Morrow and the firm of MORROW, MORROW, RYAN & BASSETT have the financial ability, time and resources to pursue the rights of all the members of a putative class to a final judgment.

MORROW, MORROW, RYAN & BASSETT

/s/ Patrick C. Morrow
PATRICK C. MORROW