# EXHIBIT A



# The Pomerantz Firm Charges Amedisys, Inc. With Securities Fraud -- AMED

NEW YORK, June 10, 2010 (GLOBE NEWSWIRE) -- Pomerantz Haudek Grossman & Gross LLP (www.pomerantzlaw.com) ("Pomerantz") has filed a class action lawsuit in the United States District Court, Middle District of Louisiana against Amedisys, Inc. ("Amedisys" or the "Company") (Nasdaq:AMED) and certain of its top officials. The class action (Civil Action No. 3:10-cv-00395-RET-CN)was filed on behalf of purchasers of Amedisys securities between February 23, 2010 and May 13, 2010, both dates inclusive, (the "Class Period"). The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act and Rule 10b-5 promulgated thereunder.

Amedisys is a provider of home health services to the chronic, co-morbid, aging American population. The Company operates in two segments: home health and hospice segments. The Complaint alleges that throughout the Class Period, defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, the Complaint alleges that defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company's reported sales and earnings growth were materially impacted by a scheme whereby the Company intentionally increased the number of in-home therapy visits to patients for the purpose of triggering higher reimbursement rates under the Medicare home health prospective payment system, as those excess visits were not always medically necessary; (2) that the Company's reported sales and earnings were inflated by said scheme and subject to recoupment by Medicare; (3) that the Company was in material violation of its Code of Ethical Business Conduct and compliance due to the scheme to inflate Medicare revenues; and (4) based on the foregoing, defendants lacked a basis for their positive statements about the Company, its prospects and growth.

On April 27, 2010, *The Wall Street Journal* ("WSJ") reported that Amedisys has been taking advantage of the Medicare reimbursement system by increasing the number of in-home therapy visits in order to trigger additional reimbursements. As reported in the article, according to a former Amedisys nurse, the excess visits that triggered additional reimbursements were "not always medically necessary." In the wake of this revelation, Amedisys securities fell $3.98 or 6.5%.

On May 13, 2010, the WSJ did a follow up article where it reported that the Senate Finance Committee ("Committee") had started an investigation into the billing and operating practices of Amedisys. In a Committee letter dated May 12, 2010 to Amedisys, the Committee cited the findings of the WSJ article and requested the Company to produce documents dating as far back as 2006, concerning data on therapy visits, lists of physicians with the highest patient referrals to the Company, and copies of all marketing materials. In the wake of this additional revelation, Amedisys securities fell nearly 8% or $4.48.

If you are a shareholder who purchased the Amedisys securities during the Class Period, you have until August 9, 2010 to ask the Court to appoint you as lead plaintiff for the class. Shareholders outside the United States may join the action, regardless of where they live or which exchange was used to purchase the securities. A copy of the complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Nicola Brown at info@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free. Those who inquire by e-mail are encouraged to include their mailing address and telephone number.

The Pomerantz Firm, with offices in New York, Chicago, Washington, D.C., Columbus, Ohio and Burlingame, California, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar

**Other Company Press Releases**

The Pomerantz Firm Reminds Canadian Solar Inc. Investors of Class Action Lawsuit -- CSIQ - Jul 26, 2010

The Pomerantz Firm Reminds China North East Petroleum Holdings Ltd. Investors of Class Action Lawsuit -- NEP - Jul 26, 2010

The Pomerantz Firm Reminds Amedisys, Inc. Investors of Class Action Lawsuit -- AMED - Jul 26, 2010

The Pomerantz Firm Reminds China North East Petroleum Holdings Ltd. Investors of Class Action Lawsuit -- NEP - Jul 13, 2010

The Pomerantz Firm Reminds Canadian Solar Inc. Investors of Class Action Lawsuit -- CSIQ - Jul 13, 2010

More >>

**Related News**

- CLASS ACTION LAWSUITS

**Blogging/Bookmarking**

Blogger
Blog Search
Digg
del.icio.us
Facebook
Google Bookmarks
Newsvine
Reddit

damages awards on behalf of class members.

```
CONTACT:   Pomerantz Haudek Grossman & Gross LLP
           Nicola Brown
           (888) 476.6529
           (888) 4.POMLAW
           info@pomlaw.com
```


StumbleUpon
Technorati
Yahoo MyWeb

Home | Services | Newsroom | About Us | Contact Us | Site Map
Sign up for New Membership | Job Opportunities

© 2010 GlobeNewswire, Inc. All Rights Reserved.

Case 3:10-cv-00395-BAJ-CN   Document 21-1   08/09/10   Page 3 of 3