# EXHIBIT B

# CERTIFICATION OF PLAINTIFF WEST PALM BEACH POLICE PENSION FUND

I, Ed Mitchell, Chairman of the West Palm Beach Police Pension Fund hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed a copy of a complaint filed in this matter and have been advised that additional complaints based on the same operative facts have been filed.

2. The West Palm Beach Police Pension Fund has authorized Berman DeValerio to file a motion for consolidation, appointment as lead plaintiff and appointment of lead counsel on its behalf in this litigation.

3. The West Palm Beach Police Pension Fund did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the securities laws of the United States.

4. The West Palm Beach Police Pension Fund is willing to serve as a lead plaintiff and a representative party on behalf of the class and to provide testimony at deposition and trial, if necessary.

5. The West Palm Beach Police Pension Fund's transactions in the securities of Amedisys, Inc., between August 2, 2005 and July 12, 2010, inclusive, (the "Class Period") are set forth in Schedule A, attached hereto.

6. During the three-year period preceding the date of my signing this Certification, the West Palm Beach Police Pension Fund has sought to serve, or served, as lead plaintiff in the following actions: *Hill v. State Street Corp.*, 09-cv-12146 (D. Mass.) and *West Palm Beach Police Pension Fund v. Collins Capital Low Volatility Performance Fund II, et al.*, No. 09-80846-CIV-MARRA/JOHNSON (S.D. FLA.).

7. The West Palm Beach Police Pension Fund will not accept any payment for serving as class representative on behalf of the class beyond West Palm Beach Police Pension Fund's pro rata share of any recovery, except for an award, as ordered or approved by the Court in compliance with the federal laws, directly relating to the representation of the class.

8. As Chairman for West Palm Beach Police Pension Fund, I am duly authorized to sign this Certification on behalf of West Palm Beach Police Pension Fund.

I certify under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

Executed on August 6, 2010.

_____
Ed Mitchell
Chairman
West Palm Beach Police Pension Fund

## SCHEDULE A

| Type | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| Common Stock | Purchase | 12/17/09 | 1,250 | $45.0599 |
| Common Stock | Purchase | 03/01/10 | 50 | $59.8899 |
| Common Stock | Purchase | 03/23/10 | 150 | $60.6890 |
| Common Stock | Purchase | 03/25/10 | 1,300 | $58.0696 |