# EXHIBIT C

# AMEDISYS, INC.
# Common Stock (023436108)
# Loss Analysis

**Class Period:** 08/02/05 - 07/12/10

**$25.8279=Average Price 07/13/10-08/06/10**

**Shareholder:** West Palm Beach Police Retirement System

| Trade Date | Transaction | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) / Proceeds |
|---|---|---|---|---|---|---|
| Beg. Balance | | | | 0 | | |
| 12/17/09 | Purchased | 1,250 | | 1,250 | $45.0599 | ($56,324.875) |
| 03/01/10 | Purchased | 50 | | 1,300 | $59.8899 | ($2,994.495) |
| 03/23/10 | Purchased | 150 | | 1,450 | $60.6890 | ($9,103.350) |
| 03/25/10 | Purchased | 1,300 | | 2,750 | $58.0696 | ($75,490.480) |
| Totals: | | 2,750 | 0 | | | ($143,913.20) |
| Shares Remaining: | | | 2,750 | | | |
| Shares Remaining x $25.8279: | | | $71,026.73 | | | |
| Total (Cost)/Proceeds: | | | ($143,913.20) | | | |
| Total (Loss)/Profit: | | | ($72,886.48) | | | |