# EXHIBIT D



**THE FIRM**

The law firm of Berman DeValerio prosecutes class actions nationwide on behalf of victims of securities and antitrust law violations. Founded in 1982, Berman DeValerio has 39 attorneys in offices in Boston, San Francisco and South Florida. The firm holds leadership positions in securities and antitrust actions around the country.

The attorneys at Berman DeValerio have prosecuted hundreds of class actions on behalf of defrauded individuals and institutions, recovering billions of dollars overall for its clients and the classes they have represented. In addition to the financial recoveries, the firm has achieved significant changes in corporate governance.

The firm acts as monitoring, evaluation and/or litigation counsel for approximately 70 institutional investors, including four of the five largest public pension funds in the nation and more than a third of all U.S. public funds with more than $5 billion in defined-benefit assets under management.

*Results*

**SECURITIES SETTLEMENTS**

The firm has negotiated substantial recoveries and corporate governance changes for its clients. The following is a selection of significant results in securities litigation:

*Carlson v. Xerox Corp., et al.*, 3:00-CV-1621 (D. Conn.). Representing the Louisiana State Employees' Retirement System as co-lead counsel, Berman DeValerio negotiated a $750 million settlement to resolve claims of securities fraud against Xerox, certain top officers and its auditor KPMG LLP. When it received final court approval in January 2009, the recovery was the 10th largest securities class action settlement of all time.

*In re Bristol-Myers Squibb Sec. Litig.*, 02cv2251 (S.D.N.Y.). Berman DeValerio represented the Fresno County Employees' Retirement Association and Louisiana State Employees' Retirement System as co-lead plaintiffs and negotiated a settlement of $300 million in July 2004. At that time, the settlement was the largest by a drug company in a U.S. securities fraud case.

*In re WorldCom, Inc. Sec. Litig.*, 02cv3288 (S.D.N.Y.). As counsel to court-appointed bondholder representatives the County of Fresno, Calif., and the Fresno County Employees' Retirement Association, Berman DeValerio helped a team of lawyers representing the lead plaintiff, the New York State Common Retirement Fund, obtain settlements worth more than $6.13 billion.



*In re El Paso Sec. Litig.*, H-02-2717 (S.D. Tex.). Representing the Oklahoma Firefighters Pension and Retirement System as co-lead plaintiff, Berman DeValerio helped negotiate a settlement totaling $285 million, including $12 million from auditors PricewaterhouseCoopers. The court granted final approval of the settlement in March 2007.

*In re Digital Lightwave Sec. Litig.*, 98-152cvT-24C (M.D. Fla.). As co-lead counsel, Berman DeValerio negotiated a settlement that included changing company management and strengthening the company's internal financial controls. The class received 1.8 million shares of freely tradable common stock that traded at just below $4 per share when the court approved the settlement. At the time the shares were distributed to the members of the class, the stock traded at approximately $100 per share and class members received more than 200% of their losses after the payment of attorneys' fees and expenses. The total value of the settlement, at the time of distribution, was almost $200 million.

*In re Symbol Technologies, Inc. Sec. Litig.*, 2:02cv01383 (E.D.N.Y.). Berman DeValerio represented the Louisiana Municipal Police Employees' Retirement System as co-lead plaintiff, obtaining a $139 million partial settlement in June 2004. Subsequently, Symbol's former auditor, Deloitte & Touche LLP, agreed to pay $24 million. The court granted final approval in September 2006.

*In re Lernout & Hauspie Sec. Litig.*, 00-11589 (D. Mass.), and *Quaak v. Dexia, S.A.*, 03-11566 (D. Mass.). As co-lead counsel, Berman DeValerio negotiated in December 2004 what was then the third-largest settlement ever paid by accounting firms in a securities class action – a $115 million agreement with the U.S. and Belgian affiliates of KPMG International. The case stemmed from KPMG's work for Lernout & Hauspie Speech Products, a software company driven into bankruptcy by a massive fraud. In March 2005, the firm reached an additional settlement worth $5.27 million with certain of Lernout & Hauspie's former top officers and directors. In the related Quaak case, the Firm negotiated a $60 million settlement with Dexia Bank Belgium to settle claims stemming from the bank's alleged role in the fraudulent scheme at Lernout & Hauspie. The court granted final approval of the Dexia settlement in June 2007, bringing the total settlement value to more than $180 million.

*In re Prison Realty Sec. Litig.*, 3:99cv0452 (M.D. Tenn.), (*In re Old CCA Sec. Litig.*, 3:99cv0458). The firm represented the former shareholders of Corrections Corporation of America, which merged with another company to form Prison Realty Trust, Inc. The action charged that the registration statement issued in connection with the merger contained untrue statements. Overcoming arguments that the class' claims of securities fraud were released in prior litigation involving the merger, the firm successfully defeated the motions to dismiss. It subsequently negotiated a global settlement of approximately $120 million in cash and stock for this case and other related litigation.

2



*Oracle Cases, Coordination Proceeding, Special Title (Rule 1550(b))* No. 4180 (Cal. Sup. Ct., SM Cty.). In this coordinated derivative action, Oracle Corporation shareholders alleged that the company's Chief Executive Officer, Lawrence J. Ellison, profited from illegal insider trading. Acting as co-lead counsel, the firm reached a settlement pursuant to which Mr. Ellison would personally make charitable donations of $100 million over five years in Oracle's name to an institution or charity approved by the company and pay $22 million in attorneys' fees and expenses associated with the prosecution of the case. This innovative agreement, approved by a judge in December 2005, benefited Oracle through increased goodwill and brand recognition, while minimizing concerns that would have been raised by a payment from Mr. Ellison to the company, given his significant ownership of the company. This lawsuit resulted in important changes to Oracle's internal trading policies that decrease the chances that an insider will be able to trade in possession of material, non-public information.

*In re International Rectifier Sec. Litig.*, 07cv2544 (C.D. Cal.). As co-lead counsel representing the Massachusetts Laborers' Pension Fund, the firm received preliminary approval in 2009 for a $90 million settlement with International Rectifier Corporation and certain top officers and directors. The case alleged that the company engaged in numerous accounting improprieties to inflate its financial results. The court granted final approval in February 2010.

*In re State Street Bank & Trust Co. ERISA Litig., 07cv8488 (S.D.N.Y.).* The firm was appointed as co-lead counsel in this consolidated class action case, which alleges that defendant State Street Bank and Trust Company and its affiliate, State Street Global Advisors, Inc., (collectively, "State Street") breached their fiduciary duties under the Employee Retirement Income Security Act of 1974 ("ERISA") by failing to prudently manage the assets of ERISA plans invested in State Street fixed income funds (the "Bond Funds") during 2007. After well over a year of litigation, during which Berman DeValerio and its co-counsel reviewed over 13 million pages of documents and took over 30 depositions, the parties negotiated an all-cash $89.75 million settlement of the claims asserted in this action, subject to court approval. On October 28, 2009, the Court entered an order preliminarily approving the parties' settlement. The Court has set a Final Approval Hearing date of February 17, 2010.

*In re Philip Services Corp. Sec. Litig.*, 98cv0835 (S.D.N.Y). As co-lead counsel, Berman DeValerio negotiated settlements totaling $79.75 million with the bankrupt company's former auditors, top officers, directors and underwriters. The case alleged that Philip Services and its top officers and directors made false and misleading statements regarding the company's publicly reported revenues, earnings, assets and liabilities. The district court initially dismissed the claims on grounds of *forum non conveniens*, but the firm successfully obtained a reversal by the Second U.S. Circuit Court of Appeals. The court granted final approval of the settlements in March 2007.



*In re Reliant Sec. Litig.*, 02cv1810 (S.D. Tex.). As lead counsel representing the Louisiana Municipal Police Employees' Retirement System, the firm negotiated a $75 million cash settlement from the company and Deloitte & Touche LLP. The settlement agreement was announced in July 2005 and received final approval in January 2006.

*In re KLA-Tencor Corp. Sec. Litig.*, 06cv04065 (N.D. Cal.). Representing co-lead plaintiff the Louisiana Municipal Police Employees' Retirement System, Berman DeValerio negotiated a $65 million agreement to settle claims that KLA-Tencor illegally backdated stock option grants, issued false and misleading statements regarding grants to key executives and inflated the company's financial results by understating expenses associated with the backdated options. The court granted final approval in 2008.

*Ehrenreich v. Witter*, 95cv6637 (S.D. Fla.). The firm was co-lead counsel in this case involving Sensormatic Electronics Corp., which resulted in a settlement of $53.5 million. When it was approved in 1998, the settlement was one of the largest class action settlements in the state of Florida.

*In re Thomas & Betts Sec. Litig.*, 2:00cv2127 (W.D. Tenn.). The firm served as co-lead counsel in this class action, which settled for more than $51 million in 2004. Plaintiffs had accused the company and other defendants of issuing false and misleading financial statements for 1996, 1997, 1998, 1999 and the first two quarters of 2000.

*In re Enterasys Networks, Inc. Sec. Litig.*, C-02-071-M (D.N.H.). Berman DeValerio acted as sole lead counsel in a case against Enterasys Networks, Inc., in which the Los Angeles County Employees Retirement Association was lead plaintiff. The company settled in October 2003 for $17 million in cash, stock valued at $33 million and major corporate governance improvements that opened the computer networking company to greater public scrutiny. Changes included requiring the company to back a proposal to eliminate its staggered board of directors, allowing certain large shareholders to propose candidates to the board and expanding the company's annual proxy disclosures. The settlement received final court approval in December 2003.

*Giarraputo v. UNUMProvident Corp.*, 2:99cv00301 (D. Me.). A member of the executive committee representing plaintiffs, Berman DeValerio secured a $45 million settlement in a lawsuit stemming from the 1999 merger that created UNUMProvident. Shareholders of both predecessor companies accused the insurer of misleading the public about its business condition before the merger. The settlement received final approval in June 2002.

*In re UCAR International, Inc. Sec. Litig.*, 98cv0600 (D. Conn.). The firm represented the Florida State Board of Administration as the lead plaintiff in a securities claim arising from an accounting restatement. The case settled for $40 million cash and the requirement that UCAR appoint an independent director to its board of directors. The settlement was approved in 2000.



*In re American Home Mortgage Sec. Litig.*, 07-MD-1898 (E.D.N.Y.). As co-lead counsel representing the Oklahoma Police Pension & Retirement System, the Firm negotiated a $37.25 million settlement – including $4.75 million from auditors Deloitte & Touche and $8.5 million from underwriters – despite the difficulties American Home's bankruptcy posed to asset recovery. The plaintiffs contended that American Home had failed to write down the value of certain loans in its portfolio, which declined substantially in value as the credit markets unraveled. The settlement received preliminary approval July 30, 2009 and is awaiting final approval.

*In re SmartForce PLC d/b/a SkillSoft Sec. Litig.*, 02cv544 (D.N.H.). Representing the Teachers' Retirement System of Louisiana as co-lead plaintiff, Berman DeValerio negotiated a $30.5 million partial settlement with SkillSoft. Subsequently, the firm also negotiated an $8 million cash settlement with Ernst & Young Chartered Accountants and Ernst & Young LLP, SkillSoft's auditors at the time. The settlements received final approval in September 2004 and November 2005, respectively.

*In re Centennial Technologies Sec. Litig.*, 97cv10304 (D. Mass.). Berman DeValerio served as sole lead counsel a class action involving a massive accounting scandal that shot down the company's high-flying stock. Berman DeValerio negotiated a settlement that permitted a turnaround of the company and provided a substantial recovery for class members. The firm negotiated changes in corporate practice, including a strengthening of internal financial controls and obtained 37% of the company's stock for the class. The firm also recovered $20 million from Coopers & Lybrand, Centennial's auditor at the time. In addition, the firm recovered $2.1 million from defendants Jay Alix & Associates and Lawrence J. Ramaekers for a total recovery of more than $35 million for the class.

*In re Avant, Sec. Litig.*, 96cv20132 (N.D. Cal.). Avant!, a software company, was charged with securities fraud in connection with its alleged theft of a competitor's software code, which Avant! incorporated into its flagship software product. Serving as lead counsel, the firm recovered $35 million for the class. The recovery resulted in each eligible class claimant receiving almost 50% of losses net of attorneys' fees and expenses.

*In re Sykes Enterprises, Inc. Sec. Litig.*, 8:00cv212-T-26F (M.D. Fla.). The firm represented the Florida State Board of Administration as co-lead plaintiff. Sykes Enterprises was accused of using improper means to match the company's earnings with Wall Street's expectations. The firm negotiated a $30 million settlement, which received final approval in March 2003.


*In re Valence Sec. Litig.*, 95cv20459 (N.D. Cal.). Berman DeValerio served as co-lead counsel in this action against a Silicon Valley-based company for overstating its performance and the development of an allegedly revolutionary battery technology. After the Ninth Circuit revered the District Court's decision to grant summary judgment in favor of defendants, the case settled for $30 million in Valence common stock.

*In re Sybase II, Sec. Litig.*, 98cv0252-CAL (N.D. Cal.). Sybase was charged with inflating its quarterly financial results by improperly recognizing revenue at its wholly owned subsidiary in Japan. Acting as co-lead counsel, the firm obtained a $28.5 million settlement.

*In re ICG Communications Inc. Sec. Litig.*, 00cv1864 (D. Colo.). As co-lead counsel representing the Strategic Marketing Analysis Fund, the firm negotiated an $18 million settlement with ICG Communications Inc. The case alleged that ICG executives misled investors and misrepresented growth, revenues and network capabilities. The court granted final approval of the settlement in January 2007.

*In re Critical Path, Inc. Sec. Litig.*, 01cv0551 (N.D. Ca.). The firm negotiated a $17.5 million recovery to settle claims of accounting improprieties at a California software development company. Representing the Florida State Board of Administration, the firm was able to obtain this recovery despite difficulties arising from the fact that Critical Path teetered on the edge of bankruptcy. The settlement was approved in June 2002.

*In re Sunrise Senior Living, Inc. Sec. Litig.*, 07cv00102 (D.D.C.) A federal judge granted final approval of a $13.5 million settlement between Oklahoma Firefighters Pension and Retirement System, represented by Berman DeValerio, and Sunrise Senior Living Inc.

*Hallet v. Li & Fung, Ltd., et al.*, 95cv08917 (S.D.N.Y.). Cyrk Inc. was charged with misrepresenting its financial results and failing to disclose that its largest customer was ending its relationship with the company. In 1998, Berman DeValerio successfully recovered more than $13 million for defrauded investors.

*In re Warnaco Group, Inc. Sec. Litig.*, 00cv6266 (S.D.N.Y.). Representing the Fresno County Employees' Retirement Association as co-lead plaintiff, the firm negotiated a $12.85 million settlement with several current and former top officers of the company.

*Gelfer v. Pegasystems, Inc., et al.*, 98cv12527 (D. Mass.). As co-lead counsel, Berman DeValerio negotiated a settlement valued at $12.5 million, $4.5 million in cash and $7.5 million in shares of the company's stock or cash, at the company's option.



*Sand Point Partners, L.P. v. Pediatrix Medical Group, Inc.*, 99cv6181 (S.D. Fla.). Berman DeValerio represented the Florida State Board of Administration, which was appointed co-lead plaintiff along with several other public pension funds. The complaint accused Pediatrix of Medicaid billing fraud, claiming that the company illegally increased revenue and profit margins by improperly coding treatment rendered. The case settled for $12 million on the eve of trial in 2002.

*In re Molten Metal Technology Inc. Sec. Litig.*, 1:97cv10325 (D. Mass.), and *Axler v. Scientific Ecology Group, Inc., et al.*, 1:98cv10161 (D. Mass.). As co-lead counsel, Berman DeValerio played a key role in settling the actions after Molten Metal and several affiliates filed a petition for bankruptcy reorganization in Massachusetts. The individual defendants and the insurance carriers in Molten Metal agreed to settle for $11.91 million. After the bankruptcy, a trustee objected to the use of insurance proceeds for the settlement. The parties agreed to pay the trustee $1.325 million of the Molten Metal settlement. The parties also agreed to settle claims against Scientific Ecology Group for $1.25 million, giving Molten Metal's investors $11.835 million.

*In re CHS Electronics, Inc. Sec. Litig.*, 99-8186-CIV (S.D. Fla.). The firm helped obtain an $11.5 million settlement for co-lead plaintiff Warburg, Dillon, Read, LLC (now UBS Warburg).

*In re Summit Technology Sec. Litig.*, 96cv11589 (D. Mass.). Berman DeValerio, as co-lead counsel, negotiated a $10 million settlement for the benefit of the class.

*In re Exide Corp. Sec. Litig.*, 98cv60061 (E.D. Mich.). Exide was charged with having altered its inventory accounting system to artificially inflate profits by reselling used, outdated or unsuitable batteries as new ones. As co-lead counsel for the class, Berman DeValerio recovered more than $10 million in cash for class members.

*In re Fidelity/Micron Sec. Litig.*, 95cv12676 (D. Mass.). The firm recovered $10 million in cash for Micron investors after a Fidelity Fund manager touted Micron while secretly selling the stock.

*In re Interspeed, Inc. Sec. Litig.*, 00cv12090-EFH (D. Mass.). Berman DeValerio served as co-lead counsel and negotiated a $7.5 million settlement on behalf of the class. The settlement was reached in an early stage of the proceedings largely as a result of the financial condition of Interspeed and the need to salvage a recovery from its available assets and insurance.

*In re Abercrombie & Fitch Co. Sec. Litig.*, M21-83 (S.D.N.Y). As a member of the executive committee in this case, the firm recovered more than $6 million on behalf of investors. The case alleged that the clothing company misled investors with respect to declining sales which affected the company's financial condition. The court granted final approval of the settlement in January 2007.



**ANTITRUST SETTLEMENTS**

Over the past two decades, Berman DeValerio has held leadership roles in scores of complex antitrust cases, negotiating substantial settlements for its clients. These include:

*In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation*, MDL 05-1671 (C.D.Calif.). Berman DeValerio, as one of four co-lead counsels in the case, negotiated a $48 million settlement with Union Oil Company and Unocal. The agreement settled claims that the defendants manipulated the California gas market for summertime reformulated gasoline and increased prices for consumers. The settlement is noteworthy because it delivers to consumers a combination of clean air benefits and the prospect of funding for alternative fuel research. The settlement received final court approval in November 2008.

*In re Foreign Currency Conversion Fee Antitrust Litig.*, MDL 1409 (S.D.N.Y.). Berman DeValerio, as head of discovery against defendant Citigroup Inc., played a key role in reaching a $336 million settlement. The agreement settled claims that the defendants, which include the VISA, MasterCard and Diners Club networks and other leading bank members of the VISA and MasterCard networks, violated federal and state antitrust laws in connection with fees charged to U.S. cardholders for transactions effected in foreign currencies.

*Sullivan et. al. v. DB Investments, Inc. et. al.,  Case No. 04-02819 (D.N.J.).*  Berman DeValerio represented the class in this case alleging that the De Beers group of companies unlawfully monopolized the worldwide supply of diamonds in a scheme to overcharge resellers and consumers. In May 2008, a federal judge approved the settlement which included a cash payment to class members of $295 million, an agreement by DeBeers to submit to the jurisdiction of the United States court to enforce the terms of the settlement and a comprehensive injunction limiting DeBeers' ability to restrict the worldwide supply of diamonds in the future.  This case is significant not only because of the large cash recovery but also because previous efforts to obtain jurisdiction over DeBeers in both private and government actions had failed.

*In re DRAM Antitrust Litig.*, M:02cv01486 (N.D. Cal). As liaison counsel, the firm actively participated in this Multi-District Litigation which ultimately resulted in significant settlements with some of the world's leading manufacturers of Dynamic Random Access Memory ("DRAM") chips. The defendant chip-makers allegedly conspired to fix prices of the DRAM memory chips sold in the United States during the class period. The negotiated settlements total nearly $326 million.



*In re Sorbates Direct Purchaser Antitrust Litig.*, C 98-4886 CAL (N.D. Cal.). The firm served as lead counsel alleging that six manufacturers of Sorbates, a food preservative, violated antitrust laws through participation in a worldwide conspiracy to fix prices and allocations to customers in the United States. The firm negotiated a partial settlement of $82 million with four of the defendants in 2000. Following intensive pretrial litigation, the firm achieved a further $14.5 million settlement with the two remaining defendants, Japanese manufacturers, in 2002. The total settlement achieved for the class was $96.5 million.

*In re Disposable Contact Lens Antitrust Litig.*, MDL 1030 (M.D. Fla.). Attorneys in the Florida office acted as co-lead counsel and chief trial counsel. Representing both a national class and the State of Florida, the firm helped secure settlements from defendants Bausch & Lomb and the American Optometric Association before trial and from Johnson & Johnson after five weeks of trial. The settlements were valued at more than $92 million and also included significant injunctive relief to make disposable contact lenses available at more discount outlets and at more competitive prices.

*In re Cardizem CD Antitrust Litig.*, 99-01278 (E.D. Mich.). In another case involving generic drug competition, Berman DeValerio, as co-lead counsel, helped secure an $80 million settlement from French-German drug maker Aventis Pharmaceuticals and the Andrx Corporation of Florida. The payment to consumers, state agencies and insurance companies settled claims that the companies conspired to prevent the marketing of a less expensive generic version of the blood pressure medication Cardizem CD. The state attorneys general of New York and Michigan joined the case in support of the class.

*In re Toys "R" Us Antitrust Litig.*, MDL 1211 (E.D.N.Y.). The California office negotiated a $62 million settlement to answer claims that the retailer violated laws by colluding to cut off or limit supplies of popular toys to stores that sold the products at lower prices. The case developed the antitrust laws with respect to a "hub and spoke" conspiracy where a downstream power seller coerces upstream manufacturers to the detriment of consumers. One component of the settlement required Toys "R" Us to donate $40 million worth of toys to needy children throughout the United States over a three-year period.

*In re New Motor Vehicles Canadian Export Antitrust Litigation*, 03-md-1532 (D. Me.). In an action against automobile manufacturers and dealer associations, Berman DeValerio reached a partial settlement with defendant Toyota Motor Sales for $35 million and changes to the company's business practices to be in compliance with the Sherman Antitrust Act. The proposed partial settlement is awaiting court approval.

*In re NASDAQ Market-Makers Antitrust Litig.*, 94cv3996 (S.D.N.Y). The firm played a significant role in one of the largest antitrust settlements on record in a case that involved alleged price-fixing by more than 30 NASDAQ Market-Makers on about 6,000 NASDAQ-listed stocks over a four-year period. The settlement was valued at nearly $1 billion.



*In re Buspirone Antitrust Litig.*, MDL 1413 (S.D.N.Y). Berman DeValerio attorneys played a key role in obtaining a $535 million agreement from Bristol-Myers Squibb Co. to partially settle claims that the drug company had illegally blocked generic competition for its anxiety medication, BuSpar.

*Automotive Refinishing Paint Antitrust*, J.C.C.P. No. 4199 (Sup. Cal.). In this class action, indirect purchaser-plaintiffs brought suit in California State Court against five manufacturers of automotive refinishing coatings and chemicals alleging that they violated California law by unlawfully conspiring to fix paint prices. Settlements were reached with all defendants totaling $9.4 million - 55% of the proceeds were allocated among an End-User Class consisting of consumers and distributed on a *cy pres*, or charitable, basis to thirty-nine court-approved organizations throughout California and the remaining 45% of the proceeds were distributed directly to a Refinishing Class consisting principally of auto-body shops located throughout California.

### Leadership Roles

The firm currently acts as lead or co-lead counsel in dozens of high-profile securities and antitrust class actions and also represents investors in individual actions, ERISA cases and derivative cases.

## SECURITIES CLASS ACTIONS

The following is a list of active securities class action cases in which the firm serves as lead or co-lead counsel or as executive committee member.

- *In re General Electric Sec. Litig.*, 09-CIV-1951 (S.D.N.Y.) – Lead Counsel.

- *In re IndyMac Mortgage-Backed Litig.*, 09-CIV-4583 (S.D.N.Y.) – Lead Counsel.

- *In re The Bear Stearns Cos. Inc. Sec., Derivative and ERISA Litig.*, Master File No. 08-MDL No. 1963 / 08 Civ. 2793 (S.D.N.Y). – Co-lead Counsel.

- *In re Fannie Mae 2008 Sec. Litig.*, 08-cv-7831 (S.D. N.Y.) – Co-lead Counsel.

- *In re Force Protection Inc. Sec. Litig.*, 08-cv-845 (D.S.C.) – Co-lead Counsel.

- *In re Par Pharmaceutical Sec. Litig.*, 06cv03226 (D. N.J.) – Member of the Executive Committee.

- *Hwang v. Smith & Wesson Holding Corp., et. al.*, 07cv30238 (D. Mass.) – Lead Counsel.

10



- *In re Bank United Sec. Litig.*, 08 CIV 22572 (S.D. Fla.) – Lead Counsel.

## INDIVIDUAL SECURITIES CASES

The following are individual securities "opt-out" cases in which the firm acts as plaintiffs' counsel for major institutional investors.

- *California Public Employees' Retirement System v. Moody's Corp.*, CGC-09-490241 (Cal. Super. Ct., SF Cty.) – Plaintiff's Counsel.

- *Florida State Bd. Of Admin. v. American Int'l Group, Inc.*, 05-CIV-7886 (S.D.N.Y.) – Plaintiffs' Counsel.

## ANTITRUST CLASS ACTIONS

The following is a list of active antitrust securities class action cases in which the firm serves as lead or co-lead counsel or as executive committee member.

- *Carlin v. DairyAmerica, Inc.*, 09-CV-00430  (E.D. Cal) – Member of the Interim Executive Committee and Liaison Counsel.

- *In re New Motor Vehicles Canadian Export Antitrust Litig.*, 03-MD-1532-P-H (D. Me.) – Lead Counsel.

- *In re Abbott Laboratories Norvir Antitrust Litig.*, 04-1511, 04-4203, (N.D. Cal.) – Lead Counsel.

### *Trial Experience*

The Firm has significant experience taking class actions to trial. Over the years, Berman DeValerio's attorneys have tried cases against pharmaceutical companies in courtrooms in New York and Boston, a railroad conglomerate in Delaware, one of the nation's largest trustee banks in Philadelphia, a major food retailer in St. Louis and the top officers of a failed New England bank.



The firm has been involved in more trials than most of the firms in the plaintiffs' class action bar. Our partners' trial experience includes:

- *In re MetLife Demutualization Litig.*, 00-Civ-2258 (E.D.N.Y.). This case settled for $50 million after the jury was empanelled.

- *White v. Heartland High-Yield Municipal Bond Fund*, 00-C-1388 (E. D. Wis.). Firm attorneys conducted three weeks of a jury trial against final defendant, PwC, before a settlement was reached for $8.25 million. The total settlement amount was $23.25 million.

- *In re Disposable Contact Lens Antitrust Litig.*, MDL 1030 (M.D. Fla.). Settled for $60 million with defendant Johnson & Johnson after five weeks of trial.

- *Gutman v. Howard Savings Bank*, 2:90cv02397 (D.N.J.). Jury verdict for plaintiffs after three weeks of trial in individual action. Mr. Tabacco also obtained a landmark opinion allowing investors to pursue common law fraud claims arising out of their decision to retain securities as opposed to purchasing new shares. *See Gutman v. Howard Savings Bank*, 748 F. Supp. 254 (D.N.J. 1990).

- *Hurley v. Federal Deposit Insurance Corp.*, 88cv940 (D. Mass.). Bench verdict for plaintiffs.

- *Levine v. Fenster*, 2cv895131 (D.N.J.). Plaintiffs' verdict of $3 million following four-week trial.

- *In re Equitec Sec. Litig.*, 90cv2064 (N.D. Cal.). Parties reached a $35 million settlement at close of evidence following five-month trial.

- *In re ICN/Viratek Sec. Litig.*, 87cv4296 (S.D.N.Y.). Hung jury with 8-1 vote in favor of plaintiffs; the case eventually settled for over $14.5 million.

- *In re Biogen Sec. Litig.*, 94cv12177 (D. Mass.). Verdict for defendants.

- *Upp v. Mellon*, 91-5219 (E.D. Pa.). In this bench trial tried through verdict in 1992, the court found for a class of trust beneficiaries in a suit against trustee bank and ordered disgorgement of fees. The Third Circuit later reversed based on lack of jurisdiction.



**OUR ATTORNEYS**

*Partners*

**NORMAN BERMAN**

In 1982, Norman Berman co-founded Berman DeValerio & Pease, LLP, a predecessor to Berman DeValerio.  He focuses his practice principally on complex securities and antitrust litigation.

During the course of his career, Mr. Berman has litigated numerous cases to successful resolution, recovering many millions of dollars on behalf of defrauded investors. He was recently among the lead attorneys in the *ICG Communications, Inc.* and *Philip Services, Corp.* class actions. In the class action against ICG Communications, he helped to successfully secure an $18 million settlement. Co-lead plaintiffs in the case alleged that ICG executives misled investors and misrepresented ICG's growth, revenues and network capabilities throughout the class period. In the case against Philip Services, Mr. Berman assisted in recovering a $79.75 million settlement. To date, that settlement includes the largest recovery ever obtained from a Canadian auditor.

Mr. Berman also was part of the team that achieved a $750 million recovery in *Carlson v. Xerox Corp.*, in which the firm represented the Louisiana State Employees' Retirement System as co-lead counsel. The recovery ranked 10th among all securities class action settlements when it received final court approval in 2009.

Mr. Berman has acted as trial counsel in a number of successful cases, including *Hurley et al v. Federal Deposit Insurance Corp.*, where the court entered an $18 million judgment against the failed First Service Bank for Savings, and *ICN Securities Litigation*, which settled after trial for more than $14.5 million in 1996. The trial team's work in *ICN* prompted positive judicial comment.

Prior to co-founding Berman DeValerio & Pease, LLP in 1982, Mr. Berman was associated with the Boston-based general practice firms Barron & Stadfeld, P.C. and Harold Brown & Associates.

Mr. Berman graduated from Boston University in 1970 and from Suffolk University Law School in 1974. While in law school, he was a member of the Public Defenders Group and, following law school, was an intern with the Massachusetts Defenders Committee.

Mr. Berman is co-author of a chapter on expert testimony in a handbook on Massachusetts Evidence published by Massachusetts Continuing Legal Education. He is AV rated by Martindale-Hubbell.

Mr. Berman is admitted to practice law in the Commonwealth of Massachusetts, the State of Connecticut and the U.S. Supreme Court.



**JEFFREY C. BLOCK**

A partner in Boston, Jeffrey C. Block focuses his practice on securities litigation and is a member of the New Case Investigations Team for institutional clients. He is a main point of contact for many of the firm's public fund clients, including the Illinois State Board of Investment, the Massachusetts Pension Reserves Investment Management Board, and the Michigan State Retirement Systems. Mr. Block is one of the firm's lead attorneys representing the Michigan Systems in the *Bear Stearns Companies* litigation stemming from the 2008 collapse of the company.

Mr. Block has worked on numerous securities cases as a lead attorney, obtaining recoveries for investors in the *Lernout & Hauspie*, *Bristol-Myers Squibb*, *Symbol Technologies* and *Philip Services* class actions, among others. In *Lernout & Hauspie* and a related case, *Quaak v. Dexia, S.A.*, Mr. Block and the case team recovered more than $180 million on behalf of former shareholders of Lernout & Hauspie Speech Products, N.V., a bankrupt Belgian software company. The recovery includes one of the largest settlements ever paid by an accounting firm in a securities action.

Representing the Louisiana State Employees' Retirement System in the *Bristol-Myers Squibb* case, Mr. Block helped to recover $300 million for the class. In *Philip Services*, Mr. Block and the case team recovered a total $79.75 million settlement. To date, that settlement includes the largest recovery ever obtained from a Canadian auditor.

Prior to joining Berman DeValerio, Mr. Block was associated with the New York law firm of Pomerantz Haudek Block & Grossman, representing shareholders in class actions brought under the federal securities laws and in state court actions involving claims of breaches of fiduciary duties by corporate directors.

Mr. Block graduated *cum laude* from the State University of New York at Albany in 1983 and received his J.D. in 1986 from Brooklyn Law School, where he finished in the top 10 percent of his class.

Mr. Block is admitted to practice law in the states of New York and Massachusetts. He is a frequent commentator on investor issues, appearing most recently on CNBC and WGBH-TV to discuss the Bernard Madoff fraud. In April, Mr. Block participated in a panel about securities litigation at the Capital Matters conference, which was sponsored by the Labor & Worklife Program at Harvard Law School.



**GLEN DEVALERIO**

Glen DeValerio was a co-founder in 1982 of Berman DeValerio & Pease, LLP, one of the law firms that formed Berman DeValerio in 2001. He is also the managing partner of the firm's Boston office and oversees some of the firm's most important cases. As one of the lead attorneys in *Carlson v. Xerox Corp.*, he helped negotiate a $750 million settlement, which ranked as the 10th largest securities class action settlement of all time when it received court approval in January 2009.

Mr. DeValerio is a primary point of contact for many of the firm's public fund clients, including the Massachusetts Pension Reserves Investment Management Board, the Louisiana State Employees' Retirement System, the Oklahoma Firefighters Pension & Retirement System, the Oklahoma Police Pension & Retirement System and the Pennsylvania State Employees' Retirement System. He was trial counsel in *In re Katy Indus. Sec. Litig.*, 85-CV-459 (D. Del. Aug. 6, 1985).

Mr. DeValerio has prosecuted federal securities law violations, chiefly class and derivative actions, since the early 1970s. A 1969 graduate of the University of Rhode Island, he received his law degree in 1973 from the Catholic University Law School and served on the *Catholic University Law Review*'s editorial board for two years. In 1973 and 1974, he worked as a law clerk to the Honorable June L. Green, U.S. District Court for the District of Columbia.

A frequent lecturer on complex securities litigation issues, Mr. DeValerio speaks at continuing legal education seminars sponsored by groups such as PLI, ALI-ABA and the Boston Bar Association. He served as the President of the National Association of Securities and Commercial Law Attorneys (NASCAT) from 1996 through 1998.

Mr. DeValerio has been admitted to practice law in the Commonwealth of Massachusetts as well as the U.S. Districts Courts for the District of Columbia, Massachusetts, Delaware, New Hampshire and Connecticut. He has also been admitted to practice in the First and Fourth Circuit Courts of Appeals. He is also AV rated by Martindale-Hubbell.

**MANUEL J. DOMINGUEZ**

Manuel J. Dominguez graduated with honors from the Florida State University Law School in 1995 and was a member of the *Transnational Journal of Law and Policy*. He received his undergraduate degree from Florida International University in 1991. Mr. Dominguez is admitted to practice law in the State of Florida as well as the United States District Courts for the Northern, Middle and Southern Districts of Florida.

Mr. Dominguez served as an assistant attorney general with the State of Florida from 1995 to 1997 in the Department of Economic Crimes. He participated in the prosecution and investigation of corporations and business entities for violations of Florida's RICO statute, Florida's antitrust statute and Florida's Unfair and Deceptive Trade Practices Act.



In private practice from 1997 through 2000, Mr. Dominguez litigated and tried cases involving Florida's Unfair and Deceptive Trade Practices Act, the Florida Consumer Collection Practices Act, Federal Debt Collection Practices Act and Truth In Lending.

**KATHLEEN M. DONOVAN-MAHER**
Kathleen M. Donovan-Maher became a partner at the firm in 1999 and focuses her work in Berman DeValerio's securities practices.

Ms. Donovan-Maher is currently a principal attorney in a class action against American Home Mortgage. Representing the Oklahoma Police Pension and Retirement System, Berman DeValerio is co-lead counsel in the case, which contends that the real estate investment trust company made materially false and misleading statements to investors, some contained in SEC filings. The lawsuit also claims that American Home failed to write down the value of certain loans in its portfolio, which declined substantially in value as the credit markets unraveled. As a result, investors purchased American Home securities at inflated prices, plaintiffs allege.

During her career, Ms. Donovan-Maher has successfully helped to prosecute numerous class actions. She served as discovery captain in the *NASDAQ Antitrust Litigation* and was a member of the trial team in the *ICN/Viratek Sec. Litig.*, which settled for $14.5 million when the jury deadlocked at the conclusion of a 1996 trial. Other cases in which Ms. Donovan-Maher has played a chief role include, but are not limited to, *Enterasys Networks* and *SkillSoft*. In both cases Ms. Donovan-Maher's efforts helped achieve significant financial recoveries for representing public retirement systems, the Los Angeles County Employees Retirement Association and the Teachers' Retirement System of Louisiana, respectively.

In addition to a monetary award, the *Enterasys Networks* settlement also included corporate governance improvements, requiring the company to back a proposal to eliminate its staggered board of directors, allow certain large shareholders to propose candidates to the board and expand the company's annual proxy disclosures.

Ms. Donovan-Maher graduated from Suffolk University in 1988, receiving a B.S. degree in Business Administration *magna cum laude* and earning an award for maintaining the highest grade point average among students with concentrations in Finance. She graduated from Suffolk University Law School three years later after serving for two years on the *Transnational Law Review*.

A member in good standing of the state bar of Massachusetts, Ms. Donovan-Maher is admitted to practice law in the U.S. District Court of Massachusetts and the U.S. Court of Appeals, First Circuit. She is also AV rated by Martindale-Hubbell.



Ms. Donovan-Maher is a frequent author on continuing legal education issues for such groups as ALI-ABA and PLI. She is also a member of Phi Delta Phi, Delta Mu Delta National Honor Society in Business Administration and Omicron Delta Epsilon International Honor Society of Economics.

**PATRICK T. EGAN**
A partner in Boston, Patrick T. Egan focuses his practice on securities litigation. Mr. Egan is currently one of the firm's lead attorneys representing the Michigan State Retirement Systems in the *Bear Stearns Companies* litigation stemming from the 2008 collapse of the company.

Mr. Egan has worked on a number of important cases, including *Lernout & Hauspie* and the related case, *Quaak v. Dexia, S.A.* Those cases stem from a massive accounting fraud scheme at Lernout & Hauspie Speech Products, N.V., a bankrupt Belgian software company. As co-lead counsel, the firm recovered more than $180 million on behalf of former Lernout & Hauspie shareholders.

Prior to joining the firm in 1999 and being named partner in 2006, Mr. Egan worked at the U.S. Department of Labor, where he served as an attorney advisor for the Office of Administrative Law Judges.

Mr. Egan received a B.A. in Political Science *cum laude* from Providence College in 1993. In 1997, he graduated *cum laude* from Suffolk University Law School.

While at Suffolk, Mr. Egan served on the editorial board of the *Suffolk University Law Review* and authored a note entitled, "Virtual Community Standards: Should Obscenity Law Recognize the Contemporary Community Standard of Cyberspace" 30 Suffolk University L. Rev. 117 (1996).

Mr. Egan is admitted to practice law in the states of Massachusetts, Connecticut and New York, as well as the U.S. District Court of Massachusetts. He is also admitted to practice before the U.S. Courts of Appeals in the First and Fourth Circuits.

**CHRISTOPHER T. HEFFELFINGER**
Christopher T. Heffelfinger focuses on securities and antitrust cases and has litigated class actions in the high-tech, real estate, pharmaceutical, gasoline and manufacturing industries.

Cases that Mr. Heffelfinger has litigated include the following:

Co-lead counsel in *In re Reformulated Gasoline & Patent Litigation*. The court granted final approval of a $48 million settlement in a case alleging that Unocal violated the Cartwright Act by entering into unlawful combinations with standard-setting organizations, refiners and



independent contractors by manipulating the California Air Resources Board rule-making proceedings regarding emissions standards for reformulated gasoline.

The court approved the settlement on a *cy pres* basis to be applied toward a California statewide automobile repair and scrap program to reduce carbon emissions and an open-grant program for projects demonstrating fuel or clean air emissions benefits.

Executive committee member and liaison counsel in *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*. This antitrust case alleged a conspiracy by major manufacturers of dynamic random access memory chips to fix prices over a four-year period. Settlements totaling $320 million were approved by the court.

Co-lead counsel in *In re Warnaco Securities Litigation*. This securities fraud case alleged that defendants had issued materially false and misleading financial statements by vastly overstating the value of inventory that should have been written off in accordance with Generally Accepted Accounting Principles. The case settled for $12 million following a reversal in the Second Circuit in favor of plaintiffs.

Co-lead counsel in *In re:Toys 'R Us Antitrust Litigation*. The firm represented toy-purchaser consumers in multidistrict litigation alleging that Toy 'R Us conspired with certain toy manufacturers, in contravention of federal antitrust laws and various state unfair competition statutes, not to sell certain popularly promoted toys to deep discount retailers, such as Costco. A settlement with a combined value of $56 million consisted of a cash component of $20 million and a *cy pres* component of $36 million in toys distributed to charitable organizations and needy children in each of the 50 states by the Marine Corps Toys for Tots Foundation.

Co-lead counsel in *In re Valence Technology Securities Litigation*. This securities fraud case alleged that Valence Technology failed to disclose material facts concerning the energy densities and performance characteristics of a new solid polymer lithium battery. A settlement of $20.5 million in cash and stock was achieved.

Co-lead counsel for auto-body shops in *In re Autopaint Antitrust Litigation*. The California antitrust unfair business practices case alleged a price fixing conspiracy among paint manufacturers and settlements totaling $10 million were achieved.

Prior to joining the firm, Mr. Heffelfinger practiced securities and bankruptcy/commercial litigation for nine years with two other firms in San Francisco and in Marin County, California. Mr. Heffelfinger left the practice of law for nearly one year in 1990 and 1991 when he was recalled as an infantry officer in the U.S. Marine Corps in support of Operations Desert Shield/Storm. He has lectured periodically on discovery matters. From 2003 to 2006, for one to two evenings per month, he also worked as a volunteer attorney with the YWCA's legal information clinic in Marin County.



Mr. Heffelfinger is a 1984 graduate of the University of the San Francisco School of Law, where he was a member of the *University of San Francisco Law Review*. He graduated from Claremont Men's College in 1977 with a B.A. in Economics. For 2009 and 2010, Mr. Heffelfinger was named a Super Lawyer by *Northern California Super Lawyers Magazine*, which features the top 5% of attorneys in the region. He has an AV rating from Martindale-Hubbell.

**NICOLE LAVALLEE**

A partner in San Francisco, Nicole Lavallee focuses her practice on securities and derivative litigation and is an integral member of the firm's New Case Investigations Team for institutional clients. The team investigates potential securities law violations to determine whether a case meets the firm's exacting standards. Ms. Lavallee is also a member of the Firm's executive committee.

Ms. Lavallee is also a contact for a number of the firm's institutional clients, including the Orange County Employees Retirement System, the Los Angeles County Employees Retirement Association, the Arizona State Retirement System, the Arizona Public Safety Personnel Retirement System, the Wyoming Retirement System and the Wyoming State Treasurer.  She has prosecuted a number of the firm's high-profile securities fraud cases. For example, she is a lead attorney representing the Massachusetts Laborers' Pension Fund as co-lead plaintiff in a class action alleging that *International Rectifier Corp.* and certain of its former officers and directors manipulated the company's financial results. The case settled for $90 million in 2009 and was granted final court approval in February 2010. Ms. Lavallee was also the lead attorney representing the Louisiana Municipal Police Employees' Retirement System as co-lead plaintiff in the *KLA-Tencor Corp.* options-backdating class action, which recently settled for $65 million. At the conclusion of the case, Judge Charles R. Breyer praised plaintiffs' counsel for "working very hard" in exchange for an "extraordinarily reasonable" fee. "I appreciate the fact that you've done an outstanding job, and you've been entirely reasonable in what you've done," he said.

Ms. Lavallee was also the partner responsible for the day-to-day prosecution of a derivative insider trading action against Lawrence J. Ellison, the Chief Executive Officer of Oracle Corporation, which resulted in changes to the company's insider trading policies. As part of the 2005 settlement negotiated by plaintiffs' counsel, Mr. Ellison agreed to make $100 million in charitable donations in Oracle's name and pay plaintiffs' attorneys' fees and expenses. At the hearing on summary judgment, the judge praised Ms. Lavallee's work, stating: "Ms. Lavallee, I just wanted to tell you I thought your brief was excellent."

Ms. Lavallee also represented as local counsel the state employee retirement systems of Colorado, Minnesota and Utah in a successful opt-out action against McKesson/HBOC brought in San Francisco Superior Court. Though the details of the settlement are confidential, these clients obtained results that far exceed their pro-rata share of the corresponding class action.



Ms. Lavallee is a 1989 graduate of the French Civil Law School at Université de Montréal in Montreal and obtained her Common Law degree from Osgoode Hall Law School in Toronto. She is a member of the State Bar of California and admitted to practice is all the district courts of California and the Ninth Circuit. She is AV rated by Martindale-Hubbell.

**PETER A. PEASE**
Peter A. Pease is a founding partner of the firm, which opened its doors as Berman DeValerio & Pease in Boston in 1982. Mr. Pease has spent more than 30 years litigating cases for violations of federal securities and antitrust laws and for state unfair trade practices claims. His effective and successful advocacy has elicited favorable judicial comment in courts throughout the nation. He has earned an AV Martindale-Hubbell rating from his peers.

He has served as lead counsel in many securities fraud class actions, prevailing in claims against companies in the automotive, biotech, banking, energy, high tech, internet, medical equipment and devices, software, telecommunications and other industries. He has led many successful prosecutions of accounting firms and investment bankers.

Mr. Pease has lectured at various bar association Continuing Legal Education programs, trade association annual meetings and the Sloan School of Management at the Massachusetts Institute of Technology. He has appeared frequently in the print and broadcast media. He served as an editor of the American Bar Association's *Franchise Law Journal*, 1986-89. Mr. Pease is the executive editor of the *Berman DeValerio Monitor*, the firm's quarterly newsletter for clients and friends.

Mr. Pease is chair of the Board of Directors of Bay Cove Human Services, Inc., having served as a director since 2000. Bay Cove serves more than 12,000 individuals and their families each year at more than 80 different program sites, providing treatment for mental illness, developmental disabilities, addiction disorders and homelessness, and providing early intervention learning programs and services for seniors.
He received a B.A. from the University of Denver in 1972 and a J.D. from Suffolk University Law School in 1976. He is admitted to practice in Massachusetts, the U.S. District Courts of Massachusetts and the Eastern District of Michigan and the U.S. Courts of Appeals for the First and Third Circuits.

**TODD A. SEAVER**
A partner in the San Francisco office, Todd A. Seaver litigates both antitrust and securities matters, with a primary focus on antitrust litigation. He is a member of the antitrust practice group's new case development team, which investigates potential antitrust violations to determine whether a case has merit.

Mr. Seaver is currently involved in several cases, including *In re New Motor Vehicles Canadian Export Antitrust Litigation*, in which Berman DeValerio is lead counsel. The case alleges that



major auto manufacturers unlawfully conspired to stop the export of cheaper Canadian new vehicles into the United States for use or resale. The case has partially settled with Toyota Motor Sales U.S.A. for $35 million, pending court approval. Mr. Seaver is one of the lead counsel in *Online DVD Rental Antitrust Litigation* and also worked on a number of the firm's high-profile cases including *Cardizem CD*, still the leading generic drug competition case, which settled in 2003 for $80 million.

Mr. Seaver is also extensively involved in a securities fraud case against the three major credit rating agencies, *CalPERS v. Moody's Corp*. The case, filed on behalf of the nation's largest state pension fund, the California Public Employees' Retirement System, is landmark litigation that seeks to hold the rating agencies financially responsible for alleged negligent misrepresentations in rating Structured Investment Vehicles.

Mr. Seaver was previously associated with the law firm Devine, Millimet & Branch, P.A., where he practiced commercial litigation. He was also an adjunct Professor of Law with the New England School of Law in 2003.

Mr. Seaver graduated *magna cum laude* from Boston University in 1994 with a B.A. in International Relations. He earned a M.Sc. from the London School of Economics in 1995 and graduated *cum laude* from the American University Washington College of Law in 1999. While in law school, Mr. Seaver served as a law clerk at the Federal Trade Commission's Bureau of Competition and as a judicial extern for the Honorable Ricardo M. Urbina of the U.S. District Court for the District of Columbia.

Mr. Seaver was admitted to the New Hampshire Bar in 1999 and the Massachusetts Bar in 2000. He is also a member of the American Bar Association's Antitrust Section.

**LESLIE R. STERN**
A partner in Boston, Leslie R. Stern heads the New Case Investigations Team for institutional clients. The team investigates possible securities law violations, gauging clients' damages and evaluating the merits of cases to determine the best course of legal action.

In her role with the New Case Investigations Team, Ms. Stern oversees a portfolio monitoring program that combines the power of an online loss calculation system with the hands-on work of a dedicated group of attorneys, investigators and financial analysts. Her case development duties include preparing detailed case analyses and recommendations, and advising clients on their legal options.

Ms. Stern is also the primary contact for several public and union funds, including the Brockton Contributory Retirement System, the Massachusetts Laborers' Pension Fund, the Employees Retirement System of the City of St. Louis and the Louisiana School Employees' Retirement System. She is a seasoned litigator with more than a decade of experience on cases such as *Carlson v.*


*Xerox Corp.*, in which Berman DeValerio represented the Louisiana State Employees' Retirement System as co-lead counsel. Upon approval in January 2009, the $750 million *Xerox* settlement ranked as the 10th largest securities class action recovery of all time. Ms. Stern also worked on *In re Bristol Myers-Squibb Sec. Litig.*, which settled for $300 million, and *In re Zila Inc. Sec. Litig.*, which settled for $5.75 million.

Prior to joining Berman DeValerio in 1998 and being named partner in 2003, Ms. Stern practiced general civil litigation. She earned a B.S. degree in Finance from American University in 1991 and graduated *cum laude* from Suffolk University Law School in 1995. While at Suffolk, Ms. Stern served on the *Suffolk University Law Review*'s editorial board and authored three publications.

Ms. Stern has been admitted to practice law in the Commonwealth of Massachusetts and the U.S. District Court of Massachusetts. She has also been admitted to practice in the First and Fourth Circuits of the U.S. Courts of Appeals.

**JOSEPH J. TABACCO, JR.**

Joseph J. Tabacco, Jr. is the managing partner of Berman DeValerio's San Francisco office. A 1974 honors graduate of George Washington University School of Law, he actively litigates antitrust, securities fraud, commercial high tech and intellectual property matters.

Mr. Tabacco is a primary point of contact for many of Berman DeValerio's institutional clients, including the California Public Employees' Retirement System, the California State Teachers' Retirement System, the Offices of the Attorneys General of Alaska, Michigan and other states.

Since entering private practice in the early 1980s, Mr. Tabacco has served as trial or lead counsel in numerous antitrust and securities cases and has been involved in all aspects of state and federal litigation. Prior to 1981, Mr. Tabacco served as senior trial attorney for the U.S. Department of Justice, Antitrust Division in both the Central District of California and the Southern District of New York. In that capacity, he had major responsibility for several criminal and civil matters, including the antitrust trial of U.*S. v. IBM*. Since entering private practice, he has tried a number of securities actions, including *Gutman v. Howard Savings Bank* and I*n re Equitec Sec. Litig.*

Mr. Tabacco is currently overseeing a number of securities and antitrust cases, including *CalPERS v. Moody's Corp.*, a pioneering attempt to hold credit rating agencies financially responsible for their alleged negligence in rating Structured Investment Vehicles; *In re New Motor Vehicles Canadian Export Antitrust Litig.*, a massive case against the large auto manufacturers; and a class action against diamond giant *DeBeers*.



In addition to his role providing legal counsel to public pension and union fund clients, Mr. Tabacco is an independent director of Overstock.com, a publicly traded company, and serves on its Audit and Compensation Committees. He also frequently lectures and authors articles on securities and antitrust law issues and is a member of the Advisory Board of the Institute for Consumer Antitrust Studies at Loyola University Chicago School of Law. Mr. Tabacco is also a former teaching fellow of the Attorney General's Advocacy Institute in Washington, D.C., and has served on the faculty of ALI-ABA on programs about U.S.-Canadian business litigation and trial of complex securities cases.

Mr. Tabacco was most recently named to two committees of the United States District Court for the Northern District of California by the Court's Chief Judge: (1) the Magistrate Judge Merit Selection Panel for the Northern District of California; and (2) the Northern District of California Model Protective Order Revision Committee.

For the third year in a row, he has been among the top U.S. securities litigators ranked by *Chambers USA 2009* and is also AV rated by Martindale-Hubbell. Mr. Tabacco has been recognized and featured by the *Daily Journal* as one of California's top 30 securities litigators, a group chosen from both the plaintiff and defense bars. Additionally, for three consecutive years, Mr. Tabacco has been named a Super Lawyer by *Northern California Super Lawyer Magazine*, which features the top 5 percent of attorneys in the region.

Mr. Tabacco has been admitted to practice law in the states of California, Massachusetts, New York and the District of Columbia (currently inactive).

**BRYAN A. WOOD**
A partner in Boston, Bryan A. Wood focuses his practice on securities litigation and is a member of the firm's New Case Investigations Team for institutional clients.

Mr. Wood is currently overseeing a number of securities cases, including *Fannie Mae*, *Smith & Wesson Holding Corp.* and *Massachusetts Mutual Life Insurance Company*, which alleges that the insurance company failed to protect investors in hedge funds it controls from losses in Bernard L. Madoff's Ponzi scheme.

He also worked extensively on the *Carlson v. Xerox Corp.* litigation. In this case, representing the Louisiana State Employees' Retirement System, Berman DeValerio received final court approval for a $750 million settlement in January 2009. Mr. Wood was responsible for managing and supervising the firm's discovery process in the *Xerox* case.

Mr. Wood joined Berman DeValerio as an associate in 2002 and became a partner in 2009. Prior to joining the firm, Mr. Wood was a litigation associate at both Montgomery, McCracken, Walker & Rhoads, LLP in Philadelphia and Schnader Harrison Segal & Lewis in Boston. As an associate at those firms, he represented corporations and directors in shareholder and other



class action lawsuits. He also represented businesses and municipalities in general contract and employment discrimination cases.

Mr. Wood graduated *cum laude* from the University of Massachusetts in 1991 with a B.A. in Sociology. In 1995, he earned an M.S. *summa cum laude* in Public Policy from the Eagleton Institute of Politics at Rutgers University and graduated *cum laude* from the Temple University Beasley School of Law in 1998. While in law school, he was the Managing Editor of the *Temple Law Review* and a board member of the Temple Law Moot Court Honor Society. In addition, Mr. Wood completed a one-year internship for the Honorable Edward R. Becker, then Chief Judge for the U.S. Court of Appeals for the Third Circuit. In 2007, *Massachusetts Super Lawyer*s magazine named him a "Rising Star" in recognition of his expertise and work in securities litigation.

Mr. Wood is admitted to practice law in the Commonwealths of Massachusetts and Pennsylvania (voluntarily inactive as of 2005). He is also admitted to the U.S. District Courts for the Districts of Massachusetts, Colorado and Eastern Pennsylvania, as well as the U.S. Court of Appeals for the First Circuit. Mr. Wood is also a member of the Boston Bar Association and the American Bar Association.

***Associates***

**DARYL DEVALERIO ANDREWS**
Daryl DeValerio Andrews, an associate in the Boston office, focuses her practice on securities litigation. Her work is currently focused on the firm's cases against *Bank United* and *Smith & Wesson Holding Corp.*, which survived the defendants' motion to dismiss and has entered the discovery phase.

Prior to joining the firm as an associate in 2009, Ms. Andrews was a litigation associate at Sherin and Lodgen LLP, where she practiced civil litigation with an emphasis on bankruptcy and real estate litigation, and employment law.

After graduating from Boston University School of Law in 2003, Ms. Andrews clerked for Judge Michael A. Ponsor of the U.S. District Court, District of Massachusetts. During law school, she served on the Public Interest Law Journal and was a legal intern for the U.S. Attorney's Office, Civil Division, where she drafted dispositive motions for a variety of cases and researched legal issues for briefs and motions. She also interned for two years at Shelter Legal Services, assisting low-income clients on legal matters such as housing, credit, employment and family law issues.

Ms. Andrews earned a B.A. in Education from Smith College in 1997.

Ms. Andrews was named a "Rising Star" in 2007 and 2008 by *Massachusetts Super Lawyers Magazine*.



Ms. Andrews is admitted to practice law in the Commonwealth of Massachusetts and the U.S. District Court of Massachusetts.

**JULIE J. BAI**

An associate in San Francisco, Julie J. Bai works on numerous securities and antitrust cases, and is currently working on *Bear Stearns Companies.* She worked on *International Rectifier Corp.*, which settled for $90 million in 2009 and was granted final court approval in February 2010. She also recently worked on the *Reformulated Gasoline Antitrust* case, which settled for $48 million.

Prior to joining Berman DeValerio in 2004, Ms. Bai, a Certified Public Accountant, worked as a business assurance associate and senior tax accountant at two major public accounting firms. She earned a B.S. in Economics and a minor in Japanese from the University of Pennsylvania, Wharton School of Business in 1995. In 2003, she received her J.D. from the University of California, Davis, School of Law. While in law school, Ms. Bai worked on family law matters with low-income victims of domestic violence at the Family Protection Clinic in Woodland, California.

Ms. Bai is admitted to practice in California and is a member of the American Bar Association and San Francisco Bar Association.

**DANIEL A. BUSHELL**

An associate in the firm's Florida office, Daniel A. Bushell focuses his practice on antitrust and consumer protection litigation.

Mr. Bushell is actively involved in litigating several antitrust and consumer protection class action cases on behalf of businesses and consumers. His experience encompasses cases involving industries in the high-tech, financial, consumer products, insurance, healthcare, commodities, electronics and service sectors. Mr. Bushell is also a member of the antitrust practice group's new case development team, which investigates potential antitrust violations to determine whether a case has merit.

Mr. Bushell has focused his practice on class action litigation since 2002. Prior to joining Berman DeValerio in 2008, Mr. Bushell represented businesses, investors and individuals in class action litigation while associated with law firms in Pittsburgh, Pa. and South Florida, focusing primarily on actions brought under federal employee benefits law (ERISA) and on class actions brought under state and federal consumer protection laws.



Mr. Bushell has helped plaintiff classes of employees, investors, businesses and consumers obtain favorable settlements in numerous cases. He has also been responsible for briefing in numerous precedent-setting cases, including in *Penzer v. Transportation Ins. Co.*, 545 F.3d 1303, (11th Cir. 2008), *Harris v. Koenig*, 602 F.Supp. 2d 39 (D.D.C. 2009), *Sherrill v. Federal-Mogul Corp. Retirement Programs Comm.*, 413 F.Supp.2d 842 (E.D. Mich. 2006), and *In re CMS Energy ERISA Litig.*, 225 F.R.D. 539 (E.D. Mich. 2004).

Mr. Bushell earned a B.A. in Economics from the University of Michigan in 1996 and a J.D. from the University of Pennsylvania Law School in 2002. While in law school, he served as an editor of the *University of Pennsylvania Journal of Labor & Employment Law* and was a legal representative at the Penn Legal Assistance Clinic. He was also an intern for U.S. Bankruptcy Judge William H. Gindin, in Trenton, New Jersey.

Mr. Bushell is admitted to practice in the state courts of Florida and Pennsylvania. He is also admitted to the U.S. Court of Appeals for the Eleventh Circuit as well as the U.S. District Courts for the Southern and Middle Districts of Florida, the Northern District of Illinois and the Western District of Pennsylvania.

**STEVEN J. BUTTACAVOLI**
An associate in the firm's Boston Office, Steven J. Buttacavoli focuses his practice on securities litigation.

Prior to joining Berman DeValerio in 2009, Mr. Buttacavoli worked as an associate at Foley Hoag LLP in Boston where he defended securities class actions and Securities and Exchange Commission enforcement actions, conducted internal investigations, responded to criminal investigations by the United States Attorney's Office and advised clients in connection with litigation risk analysis and mitigation strategies.

Mr. Buttacavoli earned an A.B. in International Relations from the College of William & Mary and a Master of Public Policy degree from Georgetown University. In 2001, he earned his J.D. *magna cum laude* from the Georgetown University Law Center, where he was a member of the Order of the Coif. Mr. Buttacavoli was also a Senior Articles and Notes Editor for the *American Criminal Law Review.*

Mr. Buttacavoli is admitted to practice in the state and federal courts of the Commonwealth of Massachusetts and the United States Court of Appeals for the First Circuit.



**MARK DELANEY**

An associate in the Boston office of Berman DeValerio, Mark Delaney focuses his practice on antitrust litigation matters. Prior to joining the firm in 2010, Mr. Delaney worked as a contract attorney for several prominent Boston law firms, including Berman DeValerio. Prior to that, Mr. Delaney was an associate at Wilmer Hale, LLP, where his practice areas included antitrust and securities litigation.

Mr. Delaney received a B.A. in Political Science *summa cum laude* from Tulane University in 1998. In 2001, he graduated *magna cum laude* from Boston University School of Law.

Mr. Delaney is admitted to practice law in the Commonwealth of Massachusetts and the U.S. District Court of Massachusetts.

**KYLE G. DEVALERIO**

An associate in the firm's Florida office, Kyle G. DeValerio is a member of the antitrust practice's new case development team, which investigates potential antitrust violations to determine the merits of potential cases.

In addition to serving as a member of the new case development team, Mr. DeValerio works on antitrust and securities litigation. He was part of the team in *Carlson v. Xerox Corp.*, which settled for $750 million.

Prior to joining the firm as an associate in 2004, Mr. DeValerio worked as a legal intern in the Civil Division of the U.S. Attorney's Office in Boston.

Mr. DeValerio is a 1999 graduate of Colby College, where he earned a B.A. in Government. He also studied European politics at the London School of Economics and Political Science. He received his J.D. in 2004 from the Suffolk University School of Law. In 2010, *Florida Super Lawyers* magazine named him a "Rising Star."

Mr. DeValerio is admitted to practice law in the Commonwealth of Massachusetts, the State of Florida and the U.S. District Court of Massachusetts. He is also a member of the Palm Beach County Bar Association.

**JASON M. LEVITON**

As an associate in the Boston office of Berman DeValerio, Jason M. Leviton focuses his practice on securities litigation matters and is a member of the firm's New Case Investigations Team for institutional clients. He is also on the team prosecuting the class action case against *Smith & Wesson Holding Corp.*, which recently survived the defendants' motion to dismiss the case and has entered the discovery phase.



Prior to joining Berman DeValerio in March 2009, Mr. Leviton was a member of the Securities Fraud/Investor Protection group at another plaintiffs' securities law firm in Washington, D.C. Mr. Leviton was involved in litigating several high-profile fraud cases, including: *In re Verisign Securities Litigation* (N.D. Cal.), which settled for $78 million; *Ong v. Sears Roebuck & Co.* (N.D. Ill.), which settled for $15.5 million; *Welmon v. Chicago Bridge & Iron* (S.D.N.Y.), which settled for $10.5 million and certain corporate governance reforms; and *Bovee v. Coopers & Lybrand* (S.D. Ohio), which settled for $7.5 million. He also worked extensively on the firm's client outreach efforts. Mr. Leviton also gained valuable experience with a securities class-action firm in Florida.

Mr. Leviton attended Gonzaga University, where he received a B.A. in Philosophy in 2000 and a J.D. *cum laude* in 2003. While in law school, he won the Linden Cup Moot Court competition and was a member of the Editorial Board of the *International Law Journal*. In 2004, Mr. Leviton also received a Master of Laws in Securities and Financial Regulations from Georgetown University Law Center.

While at Georgetown, he was the inaugural LL.M. student selected for an externship with the Securities and Exchange Commission's Division of Enforcement.

Mr. Leviton is admitted to practice in the District of Columbia and the states of Washington and Florida.

**WILLIAM B. LEWIS**
An associate in the firm's Florida office, William B. Lewis focuses his practice on antitrust litigation. Mr. Lewis is a member of the team litigating the *Credit Card Arbitration* antitrust case.

Mr. Lewis earned a B.A. in Political Science from Colgate University in 2004, graduating *cum laude*. In 2008, Mr. Lewis earned a J.D. *cum laude* from the University of Florida Levin College of Law. In 2009, he earned a M.B.A from the University of Florida with concentrations in Finance and Securities Analysis.

While in law school, Mr. Lewis was a general board member of the *University of Florida Journal of Law and Public Policy* and served as a teaching assistant for courses in Legal Research and Writing and in Appellate Advocacy. He also was an intern at the U.S. Attorney's Office for the Middle District of Florida and participated in the Eighth Judicial Circuit State Attorney's Clinic.

Mr. Lewis is admitted to practice law in the State of Florida.



**SCOTT A. MAYS**
An associate in the firm's Boston office, Scott A. Mays focuses his practice on securities litigation matters.

Mr. Mays came to Berman DeValerio in 2010 from Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., where as a litigation associate he worked on a number of cases that resulted in favorable settlements for the firm's clients. Prior to that, he was a litigation associate at another prominent Boston law firm, Skadden, Arps, Slate, Meagher & Flom, LLP.

Before becoming a practicing attorney, Mr. Mays was a judicial intern for Magistrate Judge Judith G. Dein of the U.S. District of Massachusetts and served as a legal intern at the Massachusetts Department of Public Health.

Mr. Mays earned a B.A. in Psychology from Boston University in May 2001 and a J.D. from Northeastern University School of Law in 2005.

He is admitted to practice law in the Commonwealth of Massachusetts and the U.S. District Court of Massachusetts.

**NATHANIEL L. ORENSTEIN**
An associate in the firm's Boston office, Nathaniel L. Orenstein focuses his practice on securities and antitrust litigation. He is currently working on antitrust cases including *LCD Flat Panel* and on a consumer privacy case, *AOL*, against the online company.

In addition to Mr. Orenstein's legal practice at Berman DeValerio, he is on the Board of Directors for the Center for Insurance Research.

Prior to joining Berman DeValerio, Mr. Orenstein was a staff attorney for the Securities Division of the Office of the Secretary of the Commonwealth of Massachusetts. While there, he monitored companies, investigated matters and pursued enforcement actions to detect and prevent fraud at hedge funds and related companies. Mr. Orenstein was also the lead attorney on many investigations and actions against broker-dealers, investment advisors and others.

Prior to obtaining his J.D. from the New York University School of Law in 2005, Mr. Orenstein served as a member of the mutual fund and insurance brokerage investigation teams for the Office of the New York State Attorney General's Investment Protection Bureau.
As a legal intern, he assisted with the Bureau's investigation work including, case planning, discovery and settlement negotiation.

In addition to his work for the Commonwealth and for New York State, Mr. Orenstein was a policy analyst, and was subsequently promoted to associate director, for the Center for Insurance Research, a consumer advocacy organization. In these roles he participated in



complex litigation matters. He also testified in regulatory and legislative proceedings on behalf of policyholders concerning market conduct and insurance rate setting.

Mr. Orenstein is admitted to practice law in the Commonwealth of Massachusetts.

**MATTHEW D. PEARSON**
An associate in the San Francisco office, Matthew D. Pearson focuses his practice on securities and antitrust litigation.

Mr. Pearson is currently working on several antitrust cases including the *In re New Motor Vehicles Canadian Export Antitrust Litigation*, an action alleging that major auto manufacturers unlawfully conspired to stop the export of cheaper Canadian new vehicles into the United States for use or resale. The case has partially settled with Toyota Motor Sales, U.S.A., Inc. for $35 million. The settlement requires court approval.

Prior to joining Berman DeValerio in 2005, Mr. Pearson earned a B.A. in Political Science in 1999 from the University of California, Los Angeles, and a J.D. in 2004 from the University of California, Davis, School of Law.

While in law school, Mr. Pearson completed the King Hall Public Service Law Program and worked as a legal intern assigned to a felony trial team at the Sacramento County District Attorney's Office.

Mr. Pearson has been admitted to practice law in the State of California as well as the United States District Courts for the Northern, Central and Southern Districts of California.

**ANTHONY D. PHILLIPS**
An associate in San Francisco, Anthony D. Phillips focuses his practice on securities and antitrust litigation.

Mr. Phillips currently works on several securities and antitrust cases, including the *In re New Motor Vehicles Canadian Export Antitrust* case.

Mr. Phillips received a combined honors B.A. in history and politics from the University of York, in England. In 2008, he graduated *cum laude* from the University of San Francisco School of Law, where he was named to the McAuliffe Honor Society and received two CALI Awards for Excellence in Antitrust and Intellectual Property Law and in Legal Ethics. Mr. Phillips also interned for the Honorable Joanne C. Parrilli at the California Court of Appeal.

Prior to attending law school, Mr. Phillips spent eight years working in the logistics industry, including two years as director of product management for a transportation software provider, Varsity Logistics, Inc.

30



Mr. Phillips is admitted to practice in the State of California and in U.S. District Court in the Northern, Central and Eastern Districts of California.

**ABIGAIL R. ROMEO**
An associate in the firm's Boston office, Abigail R. Romeo focuses her practice on securities litigation. Ms. Romeo conducts case investigations to determine whether a potential case meets the firm's exacting standards, assists with lead plaintiff filings and carries out other legal research.

Ms. Romeo worked extensively on the *Carlson v. Xerox Corp.* litigation, which recently received final court approval for a $750 million settlement. Prior to joining Berman DeValerio in 2005, Ms. Romeo worked as a litigation associate with Edwards Angell Palmer & Dodge LLP in Boston and as a legal intern with the U.S. Department of Justice, Executive Office for Immigration Review.

Ms. Romeo earned a B.A. in Government from Skidmore College in 2000 graduating *summa cum laude*. In 2003, she earned a J.D. *magna cum laude* from Pepperdine University School of Law, where she received the Witkin Award for Academic Excellence in Contracts I, Torts II and Evidence. Ms. Romeo was also editor of the *Pepperdine Law Review.*

She is admitted to practice law in the Commonwealth of Massachusetts and the U.S. District Court of Massachusetts. She is also a member of the American Bar.

**MATTHEW W. RUAN**
An associate in the firm's San Francisco office, Matthew W. Ruan focuses his practice on antitrust litigation.

Mr. Ruan currently works on the *In re New Motor Vehicles Canadian Export Antitrust* case, which alleges that major auto manufacturers unlawfully conspired to stop the export of cheaper Canadian new vehicles into the United States for use or resale. The case has partially settled with Toyota Motor Sales U.S.A. for $35 million. The settlement requires court approval. Prior to joining Berman DeValerio in 2008, Mr. Ruan worked as an associate at Heins Mills & Olson, P.L.C. in Minneapolis, Minnesota. He was also an intern in the U.S. Department of Justice's Criminal Division and a judicial extern for the Honorable Blanche M. Manning in the U.S. District Court of Northern Illinois.

Mr. Ruan earned an A.B. with honors in Anthropology from the University of Chicago and a J.D. from the University of Michigan Law School. While in law school he was an Associate Editor of the *Michigan Journal of International Law* and a student attorney for the Michigan Appellate Law Clinic.


Mr. Ruan is a member of the state bar of California and Minnesota. He is also admitted to the U.S. District Court of Minnesota.

**BING ZHANG RYAN**

An associate in the firm's San Francisco office, Bing Zhang Ryan focuses her practice on securities and antitrust litigation. She is a member of the team litigating securities class actions *LDK Solar Company Ltd.* and *Massachusetts Mutual Life Insurance Company*, which is related to Bernard L. Madoff's Ponzi scheme.

Prior to joining Berman DeValerio in June 2009, Ms. Ryan gained broad-based civil litigation experience, with an emphasis on securities class actions, at another plaintiffs' firm in San Francisco. She was a member of the litigation teams for high-profile securities cases such as *WorldCom*, *America West* and *Household International*.

Ms. Ryan attended China Youth College for Politics where she received a B.A. in Political Science in 1991. She went on to receive her M.B.A., with a concentration in Finance and Accounting, from Loyola University of Chicago in 1996. Ms. Ryan received her J.D. in May 2003 from the University of California at Berkeley Law School. She is fluent in Mandarin, Cantonese and Shanghainese.

Ms. Ryan is also a Certified Public Accountant and is admitted to practice law in the State of California.

**JUSTIN N. SAIF**

An associate in the firm's Boston office, Justin N. Saif focuses his practice on securities litigation. He is currently working on the *Bear Stearns Companies* litigation.

Prior to joining Berman DeValerio in 2008, Mr. Saif worked as an associate at Foley Hoag LLP in Boston, where he focused on complex civil litigation including securities litigation and professional liability matters involving lawyers and accountants.

Mr. Saif earned an A.B. in Psychology from Harvard University in 1999 graduating *cum laude*. In 2004 he earned a J.D. from the University of Chicago. While in law school he worked at the MacArthur Justice Center, an impact litigation firm and legal clinic focused on reforming the criminal justice system.

Mr. Saif is admitted to practice law in state and federal court in Massachusetts and the U.S. Court of Appeals, First Circuit. He is a member of the American and Boston Bar Associations.



BERMAN DeValerio

*Special Counsel*

**KEVIN SHELLEY**
Kevin Shelley, special counsel to the firm, is a former California Secretary of State and State Assembly leader recognized as an advocate for working people, consumers and investors.

Mr. Shelley's political involvement began in 1978 as a staff member to U.S. Representatives Phil and Sala Burton. He then played a key role in electing their successor, current Speaker of the U.S. House of Representatives Nancy Pelosi, in 1987. His own political career began in 1990, when he won a seat on the San Francisco Board of Supervisors.

Elected to the California State Assembly in 1996, he championed the rights of workers and fought to protect civil rights. Among his accomplishments, he improved conditions at nursing homes, drafted new corporate accountability requirements and created a restitution fund for victims of corporate fraud.

Mr. Shelley, who spent five of his six years in the State Assembly as Majority Leader, won election for Secretary of State in November 2002. As the state's Chief Election Officer, he is credited with improving voter participation, calmly overseeing the historic recall election, and decertifying problematic electronic voting machines.

Since 2005, Mr. Shelley has been representing consumers and plaintiffs in civil litigation.

He began working with Berman DeValerio in 2006. He earned a B.A. in Political Science from the University of California-Davis in 1978 and a law degree from the University of California Hastings College of the Law in 1983. A member of the California Bar, he is the son of Jack Shelley, a former San Francisco mayor, U.S. congressman and California state senator.

*Of Counsel*

**DANIEL E. BARENBAUM**
Daniel E. Barenbaum is Of Counsel in the firm's San Francisco office, where he focuses his practice on securities and antitrust litigation.

Mr. Barenbaum was formerly a partner at a San Francisco law firm where he represented clients in securities and antitrust litigation, as well as in mass tort and employment class actions and in multidistrict litigation.

With a business degree in finance in addition to his law degree, Mr. Barenbaum has also worked for a financial services company, assisting clients with investment planning and risk mitigation.



Mr. Barenbaum earned his J.D. and M.B.A. degrees in 2000 from Emory University, where he received the business school award for Most Outstanding Academic Accomplishment.

He obtained his B.A. in English from Tufts University in 1994. Mr. Barenbaum was Notes and Comments Editor for the Emory Bankruptcy Developments Journal for 1999-2000. He is the author of "Delineating Covered Class Actions Under SLUSA," *Securities Litigation Report* (December-January 2005), and Contributing Author to *California Class Actions Practice and Procedures* (Elizabeth J. Cabraser, Editor-in-Chief, 2003). Having successfully obtained his Series 7 and 66 licenses, he is registered with the Securities and Exchange Commission as both a broker-dealer representative and an investment advisor.

Mr. Barenbaum is admitted to practice law in the State of California.

**C. OLIVER BURT, III**
For decades, C. Oliver Burt has worked to defend the interests of investors and fight against corporate fraud.


During the course of his extensive career, Mr. Burt has taken a number of cases to trial and appeal to obtain recoveries for defrauded investors.

In the *White v. Heartland High-Yield Municipal Bond Fund* case, for example, following three weeks of trial against the funds' auditors, PricewaterhouseCoopers, Mr. Burt and the case team obtained an $8.25 million settlement – an aggregate settlement of $23.25 million for the class. Mr. Burt was also trial co-counsel for plaintiffs in *Peil v. Speiser*, a securities class action tried to verdict in 1986, and argued the appeal. In its landmark opinion, the Third Circuit Court of Appeals adopted the "fraud-on-the-market" presumption of reliance as the law of the Circuit. He was plaintiffs' lead trial counsel in *Kumpis v. Wetterau* and in *Upp v. Mellon Bank*. In addition, *Upp v. Mellon Bank*, a class action which involved an alleged breach of trust by a bank trustee, was tried to verdict in August 1992.

He has argued appeals in class action cases in the Third, Eighth, Ninth and Eleventh Circuits and the Delaware Supreme Court.

Prior to co-founding his firm in West Palm Beach in January 1994, Mr. Burt was a partner at a Philadelphia law firm and in private practice from 1977 to 1993. During that period of time, he tried many cases and was engaged in commercial litigation including antitrust, securities litigation, unfair competition, white-collar criminal cases and general business litigation, as well as plaintiffs' class actions.



Mr. Burt's tried cases included *Callan, et al. v. State Chemical Manufacturing Company*, *The Mader Group, Inc. v. Gekoski*, *Beta Consultants & Administrators v. Centennial Life Ins. Co.* and *U.S. v. Natale*, a criminal RICO case, among others.

From 1971 to 1977, Mr. Burt was an Assistant U.S. Attorney for the Eastern District of Pennsylvania. He was appointed Chief of the Civil Division of that office in 1973. In that role, he managed and tried many matters including the Grand Jury investigation concerning the bankruptcy of the Penn Central Railroad, *U.S. v. Rosenbaum*. That case was tried by Mr. Burt for approximately six weeks in the United States District Court in Philadelphia in the winter of 1977. Before being promoted to Chief, Mr. Burt was an Assistant U.S. Attorney for several years during which he prosecuted white-collar and other criminal cases involving securities fraud, mail fraud, wire fraud, "check-kiting," embezzlement of bank funds, interstate transportation of stolen motor vehicles, income tax evasion, bank robbery, drug trafficking and other offenses. During that time period, among other cases, he also prosecuted *U.S. v. Bertram Lazar*, a Ponzi scheme.

In addition to his case work, Mr. Burt has been actively involved in a number of associations, authored materials and lectured on a variety of legal topics. From 1972 through 1985, he was Chairman of the Criminal Law Committee of the Philadelphia Bar Association Young Lawyers' Section Basic Legal Practice Course. He was an author and lecturer on various legal topics including co-authoring materials on Punitive Damages in the Class Action context and lecturing on that subject at the seminar "Litigating Punitive Damages" presented by the American Conference Institute in New York in May 1995.

Mr. Burt graduated from Swarthmore College with a B.A. in History and earned his J.D. from the University of Pennsylvania Law School.

He is a member of the Florida and Pennsylvania Bars, and is admitted to practice before the U.S. Supreme Court, the Third, Eighth, Ninth and Eleventh Circuit Court of Appeals and various U.S District Courts. He is AV rated by Martindale-Hubbell.

Mr. Burt co-founded Burt & Pucillo LLP, one of the firms that merged to form Berman DeValerio in 2001. After serving as a partner in the firm's Florida office, he became Of Counsel to the firm in January 2009.

**MARC J. GREENSPON**
Marc J. Greenspon became Of Counsel to the firm in 2009 and concentrates his practice in the area of antitrust litigation.

Mr. Greenspon, formerly an associate with the firm from 2003 to 2007, worked on significant antitrust, consumer and securities class actions before starting an independent law practice



counseling corporate clients. He maintains his independent law practice, which is not affiliated with the firm.

Mr. Greenspon earned an LL.M. in Securities and Financial Regulation from the Georgetown University Law Center in 2003, a J.D. from Nova Southeastern University in 2002, and a B.A. from the State University of New York at Buffalo in 1999. He co-authored "Securities Arbitration: Bankrupt, Bothered & Bewildered," *7 Stan. J.L. Bus. & Fin. 131 (2002)*.

Mr. Greenspon is admitted to practice law in the State of Florida as well as in the U.S. District Courts for the Southern District of Florida, Middle District of Florida and Northern District of Florida. Mr. Greenspon is a member of the American Bar Association Section of Antitrust Law and the American Bar Association Committee on Derivatives and Futures Law.

**KRISTIN J. MOODY**
Kristin J. Moody is Of Counsel in the firm's Boston office, where she focuses her practice on securities litigation. She is currently working on litigation, including *American Home Mortgage and International Rectifier Corp.*, which settled for $90 million in 2009 and was granted final approval by the court in February 2010.

Prior to joining Berman DeValerio in 2008, Ms. Moody practiced at Holland & Knight, LLP in Boston and Morrison & Foerster, LLP in San Francisco. While at Morrison & Foerster, Ms. Moody represented clients in complex commercial litigation matters with a focus on securities litigation. At Holland & Knight, she represented clients in a range of white-collar criminal matters, government and regulatory investigations and complex civil litigation, including securities litigation. Ms. Moody has also represented clients in a number of *pro bono* matters, including discrimination and political asylum cases.

Ms. Moody teaches Business Law at Fisher College in the School of Management and Public Administration and also sits on the Fisher College Advisory Board. She has published several articles in the areas of accounting fraud, securities class actions and derivative suits.

Ms. Moody earned an LL.M. from New York University School of Law in 2003, a J.D. *cum laude* from Boston College Law School in 1999, and a B.A. in English and Legal Studies *cum laude* from Bucknell University in 1995. While in law school, she was Notes and Comments Editor of the *Boston College International and Comparative Law Review* and was active in the Women's Law Center.

Ms. Moody is admitted to practice in the Commonwealth of Massachusetts and in the State of California.



**BERMAN DeVALERIO**

**ANNE F. O'BERRY**

Since joining the firm in 2000, Anne F. O'Berry has specialized primarily in securities class action litigation, helping to achieve substantial recoveries for institutional investors in cases such as *El Paso*, *Lernout & Hauspie*, *Reliant*, *International Rectifier Corp.*, *Sykes* and *WorldCom*.

She has also assisted in several of the firm's antitrust, consumer protection, and ERISA cases, including *Canadian Motor Vehicles*, *Citrus Canker*, *LCD Flat Panel*, *Marine Hose* and *State Street Bank and Trust Co. State Street Bank and Trust Co.* recently received preliminary approval for an all-cash settlement of $89.75 million. She is also currently involved in the securities class actions *Bear Stearns Companies.*, *Fannie Mae* and *Smith & Wesson Holding Corp.*

Ms. O'Berry began her legal career as a commercial litigation associate at the New York firm of Debevoise & Plimpton, and thereafter worked as a staff attorney for a federally funded agency representing indigent death row inmates in state and federal post-conviction litigation, as co-director of a non-profit agency representing incarcerated battered women seeking executive clemency, as a central staff attorney at Florida's Fourth District Court of Appeal, and as an adjunct professor at St. Thomas University Law School.

Ms. O'Berry has also served on several law-related committees, including serving as Secretary of the Civil Rights Committee of the Association of the Bar of the City of New York.

She obtained her B.A. from the University of Pennsylvania in 1983, graduating *summa cum laude* and *Phi Beta Kappa*, and earned her J.D. from the New York University School of Law in 1986, where she was the director of the Women in Prison Project at Riker's Island, a member of the Civil Rights Litigation Clinic, and an Articles Editor on the *Annual Survey of American Law*, where she published the article, "Prisoners' Rights: Judicial Deference to Prison Administrators," *1985 Annual Survey of American Law 325*.

While in law school, Ms. O'Berry interned for Judge Abraham D. Sofaer of the U.S. District Court for the Southern District of New York and for Judge A. Leon Higginbotham, Jr. of the U.S. Court of Appeals for the Third Circuit.

Following law school, Ms. O'Berry served as a Law Clerk to Judge Dickinson R. Debevoise of the U.S. District Court for the District of New Jersey, and then as a research and teaching associate to Judge Higginbotham, with whom she co-authored: "The 'Law Only As An Enemy': The Legitimization of Racial Powerlessness Through the Colonial and Antebellum Criminal Laws of Virginia," 70 N.C. L. Rev. 969 (1992).

Ms. O'Berry is admitted to practice before the New York and Florida Bars, the U.S. Supreme Court and the U.S. District Courts for the Southern and Eastern Districts of New York and the Southern District of Florida.



She is a member of the Appellate Practice Section of the Florida Bar, the Palm Beach County Bar Association and the U.S. Green Building Council's South Florida Chapter.

**MICHAEL J. PUCILLO**

Michael J. Pucillo has been a member of the Florida Bar since 1978, and is admitted to practice before the United States Court of Appeals for the Fifth and Eleventh Circuits and the United States District Courts for the Southern and Middle Districts of Florida.

Mr. Pucillo is a member of the Southern District of Florida Trial Bar. During 1989-1990, he served as President of the Gold Coast Chapter of the Federal Bar Association.

He has served from 1994 to 1997 as Chairman of the Palm Beach County Bar Association Federal Court Practice Committee. He is a graduate of Williams College (1975) and Georgetown University Law School (1978).

Mr. Pucillo has lectured frequently on class actions and litigation. In 1994, Mr. Pucillo became a member of the faculty of the College of Advanced Judicial Studies, where he taught "Managing the Complex Civil Case" to Florida Circuit Court judges, in 1994, 1996 and 2002. He has been an educational sustainer of the Council of Institutional Investors since 1999 and has lectured at several Council meetings on securities litigation issues.

He also appeared on the PBS Nightly Business Report on issues relating to investor fraud.

From 1978 to 1979, Mr. Pucillo served as Law Clerk to the Honorable Charles B. Fulton, United States District Judge for the Southern District of Florida. From 1979 to 1981, Mr. Pucillo served as Law Clerk to the Honorable William J. Campbell, Senior United States District Judge for the Northern District of Illinois. In 1983 and 1984 he was an attorney in the Division of Enforcement of the SEC in Washington, D.C.

Mr. Pucillo, as counsel to court-appointed bond purchaser class representatives, was one of the attorneys who prosecuted bond purchaser claims in the *WorldCom Securities Litigation* in the Southern District of New York. That litigation resulted in a $6.13 billion settlement.

Mr.Pucillo also represented the Florida State Board of Administration in its lead plaintiff application in the *Enron Securities Litigation*.

As part of a settlement of the *UCAR International Securities Litigation* in 1999, on behalf of lead plaintiff, the Florida State Board of Administration, Mr. Pucillo negotiated significant corporate governance changes that included the appointment of an outside director by the lead plaintiff, in addition to a significant monetary recovery.



Mr. Pucillo has prosecuted several securities cases arising out of energy trading. He served as co-lead and lead counsel in the *El Paso Securities Litigation* and the *Reliant Securities Litigation*, both in the Southern District of Texas. Those cases settled for $285 million and $75 million, respectively.

After serving on the firm's Executive Committee and as managing partner for the firm's Florida office, Mr. Pucillo became Of Counsel to the firm on January 1, 2009. Mr. Pucillo continues to counsel institutional clients, and handle certain individual and class cases. He also serves as a trustee of the Robert Gaudino Memorial Fund at Williams College.

**MARIE QUASHNOCK**
Marie Quashnock focuses her practice on securities litigation. Before joining Berman DeValerio as Of Counsel in 2010, Ms. Quashnock developed broad litigation experience in a variety of areas. She began her career as an entertainment litigator at a mid-sized firm in Los Angeles before moving on to insurance and reinsurance coverage litigation and appellate work at mid-sized firms in San Francisco.

Ms. Quashnock widened her experience at a boutique firm in San Francisco, where she handled transactional work involving insurance regulations, general corporate, trademarks, intellectual property, real estate and finance matters. In recent years, she has extensively practiced civil litigation in general commercial, real estate and construction litigation. With a specialty in intellectual property law, she has prosecuted hundreds of trademark registrations with the U.S. Patent and Trademark Office on behalf of her clients.

Ms. Quashnock graduated first in class for both her LL.B. (Canadian common law equivalent to J.D.) and B.C.L. (Quebec civil law based on Napoleonic civil law) degrees from McGill University in 1989. Prior to that, she attended Dawson College in Montreal, where she made the Dean's List while obtaining her Diploma of College Studies (DEC) in Social Science. She is fluent in French.

Ms. Quashnock was named a Super Lawyer by Northern California Super Lawyer Magazine for two consecutive years - 2009 and 2010. She is admitted to practice law in the State of California.

**JOHN H. SUTTER**
John H. Sutter focuses on securities litigation. He joined Berman DeValerio as Of Counsel in early 2010 after working with the firm for several years as a contract attorney.

Mr. Sutter participated in a number of the firm's important cases, drafting investigative memoranda and mediation statements in the *Xerox* litigation, which resulted in a $750 million recovery for plaintiffs from the company and its auditor, KPMG. He also participated in


extensive document review and discovery preparation in the S*tate Street Bank ERISA* litigation and the *Nortel II* litigation, each of which resulted in a substantial recovery for plaintiffs.

Before working with Berman DeValerio, Mr. Sutter was both a corporate and litigation associate for two prominent Boston law firms. He also served as an in-house assistant general counsel with Biogen, Inc., focusing in particular on securities and compliance issues.
Mr. Sutter graduated second in a class of nearly 400 from Boston University School of Law, *summa cum laude*, in 1995. He served on the *Boston University Law Review* and was a charter member of the *Phi Delta Phi* Legal Fraternity. He also was a distinguished scholar for all three years and was the recipient of the William L. and Lillian Berger Award for Distinguished Academic Achievement. He graduated from Suffolk University in 1992 with a B.A. in English Literature.

He is admitted to practice law in the Commonwealth of Massachusetts and the U.S. District Court of Massachusetts.

### WENDY H. ZOBERMAN

Wendy H. Zoberman focuses her practice on securities litigation. Since 1990, Ms. Zoberman has prosecuted numerous securities class actions and derivative actions throughout Florida and in other jurisdictions.

Ms. Zoberman regularly represents institutional investors. Examples include the Louisiana Municipal Police Employees' Retirement System case *Reliant Energy, Inc.* and the Florida State Board of Administration in shareholder actions *Sensormatic Electronics Corporation* and *Sykes Enterprises, Inc.* The latter two litigations resulted in what were, at that time, among the largest securities class action settlements in Florida - $53.3 million and $30 million, respectively.

Additionally, Ms. Zoberman participated in the *UCAR International, Inc.* securities case, one of the first times significant corporate governance relief was achieved as part of a securities class action. The *UCAR* case, where the Florida State Board of Administration was lead plaintiff, settled for a $40 million cash payment and the right to appoint a new member to UCAR's Board of Directors.

Ms. Zoberman is a 1981 graduate of Wellesley College, where she was a Durant Scholar, and was elected to the Phi Beta Kappa Society. She received her law degree from Columbia University in 1984. At Columbia she served as an Articles Editor of the *Columbia University-Volunteer Lawyers for the Arts Journal of Art and the Law*, and is a co-author of "An Introduction to the New York Artists' Authorship Rights Act," appearing at Vol. 8, No. 3 *Columbia - VLA Journal of Art and the Law* 369.



Ms. Zoberman is admitted to practice before the U.S. District Court for the Middle and Southern Districts of Florida as well as all Florida State Courts.

After serving as a partner in Berman DeValerio's Florida office, Ms. Zoberman became Of Counsel to the firm on Jan. 1, 2009.

***Other Key Personnel***

### RONALD J. KEATING, DIRECTOR OF INVESTIGATIONS

Based in the firm's Boston office, Ronald J. Keating is a fraud investigator and forensic accountant with nearly three decades of field experience, including 21 years as a Special Agent for the Federal Bureau of Investigation.

A Certified Public Accountant and licensed Private Investigator, Mr. Keating joined the firm in 2008. He devotes his skills and energies to uncovering evidence of fraud, often non-public information obtained through interviews with former employees at suspect companies.

Mr. Keating served as a Special Agent in the FBI's Boston office from 1979-1988 and again from 1995-2007. While with the Bureau, he directed all aspects of complex financial fraud investigations, including securities fraud, Ponzi schemes, financial institution fraud, financial statement fraud and economic crimes. Cases that Mr. Keating investigated in conjunction with federal and state regulators -- including the Securities Exchange Commission and the Financial Industry Regulatory Authority (formerly the National Association of Securities Dealers) -- resulted in criminal penalties, multi-million-dollar settlements and asset forfeiture.

From 1993 to 1995, Mr. Keating served as Senior Special Investigator for the Board of Governors of the Federal Reserve System in Washington D.C., where he directed investigations related to violations of federal money laundering, bank fraud and bank secrecy laws.

Mr. Keating became a CPA in 1979. He is a Massachusetts-licensed Private Investigator and a Certified Anti-Money Laundering Specialist. He earned a Master of Science in Taxation from Bentley College in 1988 and a B.S. in Accounting from Northeastern University in 1976.

### MARGARET BOITANO, SENIOR INVESTIGATOR

Margaret Boitano, a licensed Private Investigator and former financial journalist, joined Berman DeValerio as a senior investigator in 2009. Ms. Boitano conducts due-diligence investigations, in-depth interviews and public records research for complex securities fraud and antitrust litigation.

Ms. Boitano has been an investigator since 2001, when she joined the James Mintz Group, a corporate investigations firm in New York. For four years, she managed hundreds of complex cases involving corporate fraud, securities fraud and antitrust violations. She also performed



background investigations and due diligence research on individuals for major investment banks, corporations and executive recruiting firms.

In 2005, Ms. Boitano relocated to Rhode Island, where she obtained her Private Investigator's license and continued to investigate cases as a private contractor.

Earlier in her career, Ms. Boitano covered the financial services sector for *Fortune* magazine and the mutual fund industry for Dow Jones. She also was a foreign correspondent in Japan for two years. Her articles were frequently published in *The Wall Street Journal* and *Barron's*.

Ms. Boitano is proficient in Japanese. She has lived in Japan and has completed intensive Japanese language programs at Cornell University in New York and at the Stanford Inter-University Center for Japanese Language Studies in Yokohama, Japan. Ms. Boitano also worked for two multinational companies in Tokyo, Toray Industries and Kyodo News/Telerate.

Ms. Boitano is an associate member of the Association of Certified Fraud Examiners. In 1993, she earned an M.A. in International Relations from Columbia University on a Foreign Language Area Studies scholarship awarded by the federal government. She holds a B.S. in Economics from Union College.

**VAN C. KHANG, FORENSIC ACCOUNTANT**
During the past four years at the firm, Van C. Khang has worked on many cases that have resulted in significant client recoveries, including suits against *Symbol Technologies*, *ICG Communications* and *Philip Services*.

Prior to her arrival at Berman DeValerio, Ms. Khang worked as a manager in the Global Investigations and Dispute Advisory Services Group for the accounting firm of Ernst & Young and, previously, as a senior consultant and staff auditor.

Ms. Khang graduated from the University of Massachusetts in 1998 with a B.S in Accounting and Finance. In 1993, she earned a B.S. in Molecular Biology from the University of Connecticut. Ms. Khang is a Certified Public Accountant in Massachusetts and a Certified Financial Examiner.

**JEANNINE M. SCARSCIOTTI, SENIOR PORTFOLIO ANALYST**
Jeannine M. Scarsciotti is Berman DeValerio's senior portfolio analyst and oversees portfolio monitoring, data analysis, and loss calculations for the firm's institutional clients.

She is also the firm's senior paralegal and, as such, oversees and coordinates paralegal projects. She joined the firm in 1995. Ms. Scarsciotti attended Bentley College, graduating *summa cum laude* in 1995. She earned a B.S. in Professional Studies and an ABA-Accredited Certificate of Paralegal Studies.



**OFFICES**

| **MASSACHUSETTS** | **FLORIDA** |
| --- | --- |
| One Liberty Square | 4280 Professional Center Drive, Suite 350 |
| Boston, MA 02109 | Palm Beach Gardens, FL 33410 |
| Phone: (617) 542-8300 | Phone: (561) 835-9400 |
| Fax: (617) 542-1194 | Fax: (561) 835-0322 |

**CALIFORNIA**

One California Street, Suite 900
San Francisco, CA 94111
Phone: (415) 433-3200
Fax: (415) 433-6382

###