UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH and DIANE M. BACH, On Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>      Defendants. | No. 3:10-cv-00395-BAJ-CN<br><br>Hon. Brian A. Jackson<br>Mag. Judge Christine Noland |
| DAVID ISMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>      Defendants. | No. 3:10-cv-00464-BAJ-DLD<br><br>Hon. Brian A. Jackson<br>Mag. Judge Docia L. Dalby |

*(Additional captions on following page)*

**DECLARATION OF ALAN I. ELLMAN IN SUPPORT
OF THE MOTION OF BALTIMORE COUNTY EMPLOYEES'
RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

| | |
|---|---|
| ARIK DVINSKY, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>      Defendants. | No. 3:10-cv-00470-JJB-CN<br><br>Hon. James J. Brady<br>Mag. Judge Christine Noland |
| MELVIN W. BRINKLEY, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>      Defendants. | No. 3:10-cv-00497-JJB-CN<br><br>Hon. James J. Brady<br>Mag. Judge Christine Noland |

ALAN I. ELLMAN declares under penalty of perjury this 9th day of August, 2010:

1. I am an attorney with the law firm of Labaton Sucharow LLP, counsel for Baltimore County Employees' Retirement System ("Baltimore County"). I submit this declaration in support of Baltimore County's motion for consolidation, appointment as lead plaintiff, and approval of its selection of counsel in the above-captioned securities fraud action against Amedisys, Inc. ("Amedisys"), on behalf of all persons and entities who purchased or otherwise acquired Amedisys securities between August 2, 2005 and July 12, 2010, inclusive.

2. Attached hereto as Exhibit A is a true and correct copy of the signed certification of Baltimore County, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(2).

3. Attached hereto as Exhibit B is a true and correct copy of a chart of Baltimore County's transactions and approximate losses in Amedisys securities.

4. Attached hereto as Exhibit C is a true and correct copy of the notice that was published on June 10, 2010 on *GlobeNewswire,* a widely-circulated, national, business-oriented publication or wire service, advising the public of the pendency of the first-filed class action brought on behalf of purchasers of Amedisys securities.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Labaton Sucharow LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct.

ALAN I. ELLMAN