# Exhibit A

# CERTIFICATION

I, John E. Beverungen, as County Attorney of Baltimore County, Maryland, on behalf of the Baltimore County Employees' Retirement System ("Baltimore County"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Baltimore County. I have reviewed a complaint filed against Amedisys, Inc. ("Amedisys") alleging violations of the federal securities laws;

2. Baltimore County did not purchase Amedisys at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Baltimore County is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. Baltimore County's transactions in Amedisys during the class period are reflected in Exhibit A, attached hereto;

5. Baltimore County has not sought to serve as a lead plaintiff in a class action under the federal securities laws during the last three years preceding the date of this certification, except for the following:

*In Re: First Marblehead Corporation Securities Litigation*, No. 1:08-cv-10612-JLT (D. Mass.)

6. Beyond its pro rata share of any recovery, Baltimore County will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 6 day of August, 2010.

                                                    John E. Beverungen
                                                  County Attorney

# EXHIBIT A

## TRANSACTIONS IN AMEDISYS, INC.

| Transaction Type | Trade Date | No. of Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 09/01/05 | 400.00 | $39.98 | ($15,990.56) |
| Purchase | 09/08/05 | 566.00 | $39.18 | ($22,178.09) |
| Purchase | 09/09/05 | 34.00 | $40.33 | ($1,371.23) |
| Purchase | 09/14/05 | 26.00 | $39.86 | ($1,036.36) |
| Purchase | 09/14/05 | 574.00 | $39.94 | ($22,924.41) |
| Purchase | 09/26/05 | 500.00 | $38.69 | ($19,347.45) |
| Sale | 01/26/06 | -400.00 | $42.45 | $16,980.00 |
| Sale | 02/06/06 | -400.00 | $41.34 | $16,535.00 |
| Sale | 02/09/06 | -100.00 | $41.35 | $4,134.67 |
| Sale | 04/24/06 | -600.00 | $32.58 | $19,549.98 |
| Sale | 06/23/06 | -454.00 | $37.50 | $17,025.00 |
| Sale | 06/23/06 | -955.00 | $37.59 | $35,902.46 |
| Sale | 06/26/06 | -91.00 | $37.57 | $3,418.92 |
| Purchase | 09/06/06 | 100.00 | $39.99 | ($3,999.40) |
| Sale | 10/19/06 | -1,430.00 | $41.34 | $59,114.91 |
| Sale | 10/20/06 | -670.00 | $41.21 | $27,608.89 |
| Sale | 10/27/06 | -2,400.00 | $43.19 | $103,656.24 |
| Purchase | 08/31/07 | 2,100.00 | $37.67 | ($79,097.97) |
| Purchase | 09/04/07 | 2,500.00 | $37.48 | ($93,691.75) |
| Purchase | 09/05/07 | 800.00 | $37.86 | ($30,291.04) |
| Purchase | 09/06/07 | 200.00 | $37.93 | ($7,586.14) |
| Purchase | 09/07/07 | 300.00 | $37.79 | ($11,336.55) |
| Purchase | 09/10/07 | 900.00 | $37.84 | ($34,058.43) |
| Purchase | 09/14/07 | 1,200.00 | $37.40 | ($44,882.88) |
| Purchase | 09/17/07 | 1,100.00 | $37.54 | ($41,292.90) |
| Purchase | 09/18/07 | 300.00 | $38.00 | ($11,399.79) |
| Purchase | 09/28/07 | 4,300.00 | $38.64 | ($166,150.71) |
| Purchase | 10/01/07 | 900.00 | $38.87 | ($34,983.00) |
| Purchase | 10/02/07 | 1,000.00 | $39.07 | ($39,067.70) |
| Purchase | 10/03/07 | 500.00 | $38.50 | ($19,250.00) |
| Purchase | 10/03/07 | 1,300.00 | $38.76 | ($50,389.69) |
| Purchase | 10/04/07 | 1,200.00 | $39.05 | ($46,860.00) |
| Purchase | 02/29/08 | 600.00 | $42.80 | ($25,680.00) |
| Sale | 05/05/08 | -600.00 | $51.52 | $30,914.16 |
| Purchase | 05/20/08 | 2,574.00 | $52.41 | ($134,903.34) |
| Sale | 05/23/08 | -674.00 | $51.93 | $34,998.93 |
| Sale | 05/23/08 | -1,900.00 | $51.69 | $98,207.96 |
| Purchase | 06/30/08 | 400.00 | $50.10 | ($20,041.64) |
| Purchase | 12/31/08 | 300.00 | $41.80 | ($12,541.08) |

| Sale | 03/02/09 | -1,100.00 | $27.71 | $30,485.51 |
| Purchase | 07/01/10 | 8,600.00 | $37.24 | ($320,258.84) |