# Exhibit B

**Baltimore County Employees' Retirement System**

Class Period: 08/02/2005 to 07/12/2010

**AMEDISYS INC**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price* |
|---|---|---|---|---|---|
| | AMED | 23436108 | 2024332 | US0234361089 | $25.83 |

| FIFO ANALYSIS: | | | | | |
|---|---|---|---|---|---|
| Trans Type | Trade Date | Settle Date | Shares | Price Per Share | Cost / Proceeds |
| Open | 08/02/05 | | 5,300.00 | | |
| | | | | | |
| Sale | 01/26/06 | 01/31/06 | -400.00 | $42.45 | $16,980.00 |
| Sale | 02/06/06 | 02/09/06 | -400.00 | $41.34 | $16,535.00 |
| Sale | 02/09/06 | 02/14/06 | -100.00 | $41.35 | $4,134.67 |
| Sale | 04/24/06 | 04/27/06 | -600.00 | $32.58 | $19,549.98 |
| Sale | 06/23/06 | 06/28/06 | -454.00 | $37.50 | $17,025.00 |
| Sale | 06/23/06 | 06/28/06 | -955.00 | $37.59 | $35,902.46 |
| Sale | 06/26/06 | 06/29/06 | -91.00 | $37.57 | $3,418.92 |
| Sale | 10/19/06 | 10/24/06 | -1,430.00 | $41.34 | $59,114.91 |
| Sale | 10/20/06 | 10/25/06 | -670.00 | $41.21 | $27,608.89 |
| Sale | 10/27/06 | 11/01/06 | -200.00 | $43.19 | $8,638.02 |
| *Sales (matched to pre-class period purchases):* | | | *-5,300.00* | | *$208,907.86* |
| | | | | | |
| Purchase | 09/01/05 | 09/07/05 | 400.00 | $39.98 | ($15,990.56) |
| Purchase | 09/08/05 | 09/13/05 | 566.00 | $39.18 | ($22,178.09) |
| Purchase | 09/09/05 | 09/14/05 | 34.00 | $40.33 | ($1,371.23) |
| Purchase | 09/14/05 | 09/19/05 | 26.00 | $39.86 | ($1,036.36) |
| Purchase | 09/14/05 | 09/19/05 | 574.00 | $39.94 | ($22,924.41) |
| Purchase | 09/26/05 | 09/29/05 | 500.00 | $38.69 | ($19,347.45) |
| Purchase | 09/06/06 | 09/11/06 | 100.00 | $39.99 | ($3,999.40) |
| Purchase | 08/31/07 | 09/06/07 | 2,100.00 | $37.67 | ($79,097.97) |
| Purchase | 09/04/07 | 09/07/07 | 2,500.00 | $37.48 | ($93,691.75) |
| Purchase | 09/05/07 | 09/10/07 | 800.00 | $37.86 | ($30,291.04) |
| Purchase | 09/06/07 | 09/11/07 | 200.00 | $37.93 | ($7,586.14) |
| Purchase | 09/07/07 | 09/12/07 | 300.00 | $37.79 | ($11,336.55) |
| Purchase | 09/10/07 | 09/13/07 | 900.00 | $37.84 | ($34,058.43) |
| Purchase | 09/14/07 | 09/19/07 | 1,200.00 | $37.40 | ($44,882.88) |
| Purchase | 09/17/07 | 09/20/07 | 1,100.00 | $37.54 | ($41,292.90) |
| Purchase | 09/18/07 | 09/21/07 | 300.00 | $38.00 | ($11,399.79) |
| Purchase | 09/28/07 | 10/03/07 | 4,300.00 | $38.64 | ($166,150.71) |
| Purchase | 10/01/07 | 10/04/07 | 900.00 | $38.87 | ($34,983.00) |
| Purchase | 10/02/07 | 10/05/07 | 1,000.00 | $39.07 | ($39,067.70) |
| Purchase | 10/03/07 | 10/09/07 | 500.00 | $38.50 | ($19,250.00) |
| Purchase | 10/03/07 | 10/09/07 | 1,300.00 | $38.76 | ($50,389.69) |
| Purchase | 10/04/07 | 10/10/07 | 1,200.00 | $39.05 | ($46,860.00) |
| Purchase | 02/29/08 | 03/05/08 | 600.00 | $42.80 | ($25,680.00) |
| Purchase | 05/20/08 | 05/23/08 | 2,574.00 | $52.41 | ($134,903.34) |
| Purchase | 06/30/08 | 07/03/08 | 400.00 | $50.10 | ($20,041.64) |
| Purchase | 12/31/08 | 01/06/09 | 300.00 | $41.80 | ($12,541.08) |
| Purchase | 07/01/10 | 07/07/10 | 8,600.00 | $37.24 | ($320,258.84) |
| *Class period purchases:* | | | *33,274.00* | | *($1,310,610.95)* |

| Trans Type | Trade Date | Settle Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|
| Sale | 10/27/06 | 11/01/06 | -2,200.00 | $43.19 | $95,018.22 |
| Sale | 05/05/08 | 05/08/08 | -600.00 | $51.52 | $30,914.16 |
| Sale | 05/23/08 | 05/29/08 | -674.00 | $51.93 | $34,998.93 |
| Sale | 05/23/08 | 05/29/08 | -1,900.00 | $51.69 | $98,207.96 |
| Sale | 03/02/09 | 03/05/09 | -1,100.00 | $27.71 | $30,485.51 |
| *Class period sales (matched to class period purchases):* | | | *-6,474.00* | | *$289,624.78* |
| | **FIFO Retained purchases:** | | **26,800.00** | **$25.83** | **$692,187.58** |
| | | | | **FIFO Gain/(Loss):** | **($328,798.59)** |

**LIFO ANALYSIS:**

| Trans Type | Trade Date | Settle Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|---|
| Open | 08/02/05 | | 5,300.00 | | $0.00 |
| Sale | 06/23/06 | 06/28/06 | -809.00 | $37.59 | $30,413.71 |
| Sale | 06/26/06 | 06/29/06 | -91.00 | $37.57 | $3,418.92 |
| Sale | 10/19/06 | 10/24/06 | -1,330.00 | $41.34 | $54,981.00 |
| Sale | 10/20/06 | 10/25/06 | -670.00 | $41.21 | $27,608.89 |
| Sale | 10/27/06 | 11/01/06 | -200.00 | $43.19 | $8,638.02 |
| Sale | 10/27/06 | 11/01/06 | -2,200.00 | $43.19 | $95,018.22 |
| *Sales (matched to pre-class period purchases):* | | | *-5,300.00* | | *$220,078.77* |
| Purchase | 09/01/05 | 09/07/05 | 400.00 | $39.98 | ($15,990.56) |
| Purchase | 09/08/05 | 09/13/05 | 566.00 | $39.18 | ($22,178.09) |
| Purchase | 09/09/05 | 09/14/05 | 34.00 | $40.33 | ($1,371.23) |
| Purchase | 09/14/05 | 09/19/05 | 26.00 | $39.86 | ($1,036.36) |
| Purchase | 09/14/05 | 09/19/05 | 574.00 | $39.94 | ($22,924.41) |
| Purchase | 09/26/05 | 09/29/05 | 500.00 | $38.69 | ($19,347.45) |
| Sale | 01/26/06 | 01/31/06 | -400.00 | $42.45 | $16,980.00 |
| Sale | 02/06/06 | 02/09/06 | -400.00 | $41.34 | $16,535.00 |
| Sale | 02/09/06 | 02/14/06 | -100.00 | $41.35 | $4,134.67 |
| Sale | 04/24/06 | 04/27/06 | -600.00 | $32.58 | $19,549.98 |
| Sale | 06/23/06 | 06/28/06 | -454.00 | $37.50 | $17,025.00 |
| Sale | 06/23/06 | 06/28/06 | -146.00 | $37.59 | $5,488.75 |
| Purchase | 09/06/06 | 09/11/06 | 100.00 | $39.99 | ($3,999.40) |
| Sale | 10/19/06 | 10/24/06 | -100.00 | $41.34 | $4,133.91 |
| Purchase | 08/31/07 | 09/06/07 | 2,100.00 | $37.67 | ($79,097.97) |
| Purchase | 09/04/07 | 09/07/07 | 2,500.00 | $37.48 | ($93,691.75) |
| Purchase | 09/05/07 | 09/10/07 | 800.00 | $37.86 | ($30,291.04) |
| Purchase | 09/06/07 | 09/11/07 | 200.00 | $37.93 | ($7,586.14) |
| Purchase | 09/07/07 | 09/12/07 | 300.00 | $37.79 | ($11,336.55) |
| Purchase | 09/10/07 | 09/13/07 | 900.00 | $37.84 | ($34,058.43) |
| Purchase | 09/14/07 | 09/19/07 | 1,200.00 | $37.40 | ($44,882.88) |
| Purchase | 09/17/07 | 09/20/07 | 1,100.00 | $37.54 | ($41,292.90) |
| Purchase | 09/18/07 | 09/21/07 | 300.00 | $38.00 | ($11,399.79) |
| Purchase | 09/28/07 | 10/03/07 | 4,300.00 | $38.64 | ($166,150.71) |
| Purchase | 10/01/07 | 10/04/07 | 900.00 | $38.87 | ($34,983.00) |
| Purchase | 10/02/07 | 10/05/07 | 1,000.00 | $39.07 | ($39,067.70) |

| Trans Type | Trade Date | Settle Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|
| Purchase | 10/03/07 | 10/09/07 | 500.00 | $38.50 | ($19,250.00) |
| Purchase | 10/03/07 | 10/09/07 | 1,300.00 | $38.76 | ($50,389.69) |
| Purchase | 10/04/07 | 10/10/07 | 1,200.00 | $39.05 | ($46,860.00) |
| Purchase | 02/29/08 | 03/05/08 | 600.00 | $42.80 | ($25,680.00) |
| Sale | 05/05/08 | 05/08/08 | -600.00 | $51.52 | $30,914.16 |
| Purchase | 05/20/08 | 05/23/08 | 2,574.00 | $52.41 | ($134,903.34) |
| Sale | 05/23/08 | 05/29/08 | -674.00 | $51.93 | $34,998.93 |
| Sale | 05/23/08 | 05/29/08 | -1,900.00 | $51.69 | $98,207.96 |
| Purchase | 06/30/08 | 07/03/08 | 400.00 | $50.10 | ($20,041.64) |
| Purchase | 12/31/08 | 01/06/09 | 300.00 | $41.80 | ($12,541.08) |
| Sale | 03/02/09 | 03/05/09 | -1,100.00 | $27.71 | $30,485.51 |
| Purchase | 07/01/10 | 07/07/10 | 8,600.00 | $37.24 | ($320,258.84) |
| | **LIFO Retained purchases:** | | **26,800.00** | **$25.83** | **$692,187.58** |
| | | | | **LIFO Gain/(Loss):** | **($339,969.49)** |

*Value of retained purchases is the mean trading price from 07/13/2010 to 08/06/2010.*