UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH and DIANE M. BACH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>Defendants. | Civil Action No. 3:10-cv-395-BAJ-CN |

(caption continued on subsequent page)

**[PROPOSED] ORDER APPOINTING THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND THE PUERTO RICO TEACHERS' RETIREMENT SYSTEM AS LEAD PLAINTIFF, APPROVING THEIR SELECTION OF LEAD COUNSEL AND CONSOLIDATING ALL RELATED ACTIONS**

| | |
|---|---|
| DAVID ISMAN, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br>    v.<br><br>AMEDISYS, INC, WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>                      Defendants. | Case No. 3:10-cv-00464-BAJ-DLD |
| ARIK DVINSKY, On Behalf Of Himself And All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>                      Defendants. | Case No. 3:10-cv-00470-JJB-CN |
| MELVIN W. BRINKLEY, On Behalf Of Himself And All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>                      Defendants. | Case No. 3:10-cv-00497-JJB-CN |

Upon consideration of (1) the Motion of the Public Employees' Retirement System of Mississippi ("Mississippi PERS") and the Puerto Rico Teachers' Retirement System ("Puerto Rico TRS") for appointment as Lead Plaintiff, approval of their selection of counsel as Lead Counsel for the Class, and consolidation of all related securities class actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Richard P. Ieyoub; (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Mississippi PERS' and Puerto Rico TRS' Motion is **GRANTED**.

2. Mississippi PERS and Puerto Rico TRS are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3. Mississippi PERS' and Puerto Rico TRS' selection of counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Wolf Popper LLP are **APPOINTED** as Lead Counsel for the Class and Carleton Dunlap Olinde Moore & Bohman, LLC is **APPOINTED** as Liaison Counsel.

4. Pursuant to Fed. R. Civ. P. 42(a), the above-captioned actions, and any subsequently filed or transferred actions that are related to the claims asserted in these actions, are **CONSOLIDATED** for all purposes.

5. This action shall be captioned "In re Amedisys, Inc. Securities Litigation" and the file shall be maintained under Master File No. 10-cv-395-BAJ-CN.

**IT IS SO ORDERED**.

Dated: _____ ___, 2010

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2010, true and correct copies of the above and foregoing [Proposed] Order Appointing the Public Employees' Retirement System of Mississippi and the Puerto Rico Teachers' Retirement System for Appointment as Lead Plaintiff, Approving Their Selection of Lead Counsel, and Consolidating All Related Actions were electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification, and I hereby certify that I caused to be mailed the foregoing document on paper via United States Postal Service to the non-CM/ECF participants listed below:

Patrick V. Dahlstrom
**Pomerantz Haudek Grossman & Gross, LLP**
10 South LaSalle Street; Suite 3505
Chicago, IL 60603

Joel B. Strauss
Jeffrey P. Campisi
**Kaplan Fox & Kilsheimer LLP**
850 Third Avenue, 14th Floor
New York, NY 10022

Jeffrey C. Block
Berman DeValerio
**One Liberty Square**
Boston, MA 02109

Roy L. Jacobs
**Roy Jacobs & Associates**
60 East 42nd Street 46th Floor
New York, NY 10165

Darrin L. Williams
Randall K. Pulliam
**Carney Williams Bates Bozeman & Pulliam, PLLC**
11311 Arcade, Suite 200
Little Rock, Arkansas 72212

Peretz Bronstein
**Bronstein Gewirtz & Grossman LLC**
60 East 42nd Street
New York, NY 10165

Sandy A. Liebhard
U. Seth Ottensoser
Joseph R. Seidman, Jr.
**Bernstein Liebhard LLP**
10 East 22nd Street
22nd Floor
New York, NY 10016

Christopher Heffelfinger
Julie J. Bai
**Berman DeValerio**
One California Street; Suite 900
San Francisco, CA 94111

Kirk A. Guidry
B. Scott Andrews
**Due', Price, Guidry, Piedrahita & Andrews, APA**
8201 Jefferson Highway
Baton Rouge, Louisiana 70809

By: ___/s/ Richard P. Ieyoub___
      Richard P. Ieyoub