UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

ROBERT F. BACH and DIANE M. BACH,
Individually and on Behalf of All Others
Similarly Situated,

      Plaintiffs,

  v.

AMEDISYS, INC., WILLIAM F. BORNE,
and DALE E. REDMAN,

      Defendants.

Civil Action No. 3:10-cv-395-BAJ-CN

(caption continued on subsequent page)

**DECLARTION OF RICHARD P. IEYOUB IN SUPPORT OF THE MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND THE PUERTO RICO TEACHERS' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL AND CONSOLIDATION OF ALL RELATED ACTIONS**

| | |
|---|---|
| DAVID ISMAN, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>AMEDISYS, INC, WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>       Defendants. | Case No. 3:10-cv-00464-BAJ-DLD |
| ARIK DVINSKY, On Behalf Of Himself And All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>       Defendants. | Case No. 3:10-cv-00470-JJB-CN |
| MELVIN W. BRINKLEY, On Behalf Of Himself And All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>       Defendants. | Case No. 3:10-cv-00497-JJB-CN |

I, Richard P. Ieyoub, declare as follows:

1.  I am a member in good standing of the bars of the State of Louisiana and of this Court. I submit this declaration in support of the motion filed by the Public Employees' Retirement System of Mississippi ("Mississippi PERS") and the Puerto Rico Teachers' Retirement System ("Puerto Rico TRS") for appointment as Lead Plaintiff, approval of their selection of Bernstein Litowitz Berger & Grossmann LLP and Wolf Popper LLP to serve as Lead Counsel for the Class and Carleton Dunlap Olinde Moore & Bohman, LLC ("Carleton Dunlap") as Liaison Counsel, and for consolidation of all related actions.

2.  Attached as Exhibits A through J are true and correct copies of the following documents:

> Exhibit A: Certification of Mississippi PERS;
>
> Exhibit B: Certification of Puerto Rico TRS;
>
> Exhibit C: Chart reflecting the losses incurred by Mississippi PERS as a result of its transactions in Amedisys securities;
>
> Exhibit D: Chart reflecting the losses incurred by Puerto Rico TRS as a result of its transactions in Amedisys securities;
>
> Exhibit E: Joint Declaration of the Public Employees' Retirement System of Mississippi and the Puerto Rico Teachers' Retirement System in Support of Their Motion for Appointment as Lead Plaintiff;
>
> Exhibit F: First notice of pendency of this class action published in connection with the filing of *Bach v. Amedisys, Inc., et al.,* No. 10-cv-395 (M.D. La.);
>
> Exhibit G: Subsequent notice of pendency of this class action published in connection with the filing of *Dvinsky v. Amedisys, Inc., et al.,* No. 10-cv-470 (M.D. La.);
>
> Exhibit H: Subsequent notice of pendency of this class action published in connection with the filing of *Brinkley v. Amedisys, Inc., et al.,* No. 10-cv-497 (M.D. La.);
>
> Exhibit I: Firm Biography of Bernstein Litowitz Berger & Grossmann LLP; and

2

<u>Exhibit J</u>:   Firm Biography of Wolf Popper LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this ninth day of August, 2010.

                                                        /s/   Richard P. Ieyoub
                                                          Richard P. Ieyoub

3

Case 3:10-cv-00395-BAJ-CN   Document 23-3   08/09/10   Page 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2010, true and correct copies of the above and foregoing Declaration of Richard P. Ieyoub in Support of the Motion of the Public Employees' Retirement System of Mississippi and the Puerto Rico Teachers' Retirement System for Appointment as Lead Plaintiff, Approval of Their Selection of Lead Counsel and Consolidation of All Related Actions were electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification, and I hereby certify that I caused to be mailed the foregoing document on paper via United States Postal Service to the non-CM/ECF participants listed below:

Patrick V. Dahlstrom
**Pomerantz Haudek Grossman & Gross, LLP**
10 South LaSalle Street; Suite 3505
Chicago, IL 60603

Joel B. Strauss
Jeffrey P. Campisi
**Kaplan Fox & Kilsheimer LLP**
850 Third Avenue, 14th Floor
New York, NY 10022

Jeffrey C. Block
Berman DeValerio
**One Liberty Square**
Boston, MA 02109

Roy L. Jacobs
**Roy Jacobs & Associates**
60 East 42nd Street 46th Floor
New York, NY 10165

Darrin L. Williams
Randall K. Pulliam
**Carney Williams Bates Bozeman & Pulliam, PLLC**
11311 Arcade, Suite 200
Little Rock, Arkansas 72212

Peretz Bronstein
**Bronstein Gewirtz & Grossman LLC**
60 East 42nd Street
New York, NY 10165

Sandy A. Liebhard
U. Seth Ottensoser
Joseph R. Seidman, Jr.
**Bernstein Liebhard LLP**
10 East 22nd Street
22nd Floor
New York, NY 10016

Christopher Heffelfinger
Julie J. Bai
**Berman DeValerio**
One California Street; Suite 900
San Francisco, CA 94111

Kirk A. Guidry
B. Scott Andrews
**Due', Price, Guidry, Piedrahita & Andrews, APA**
8201 Jefferson Highway
Baton Rouge, Louisiana 70809

By:    /s/  Richard P. Ieyoub
          Richard P. Ieyoub