**Ex. B**

## PLAINTIFF CERTIFICATION
## UNDER THE FEDERAL SECURITIES LAWS

Francisco Del Castillo, Director of Legal Affairs for the Puerto Rico Teachers Retirement System, hereby states:

1. I have reviewed the complaint against Amedisys, Inc. et al. and certain of its senior officers and directors in *Brinkley v. Amedisys, Inc., et al.*, 10-cv-00497, and have authorized the filing on behalf of the Puerto Rico Teachers Retirement System of a Lead Plaintiff motion in that action and related actions.

2. TRS is willing to serve as a representative party on behalf of the Class, as defined in the above referenced actions, including providing testimony at deposition and trial, if necessary.

3. The following includes all of TRS's transactions in Amedisys common stock during the period August 2, 2005 through July 12, 2010:

| Buy or Sell | Trade Date | No. of Shares | Price Per Share |
|---|---|---|---|

**SEE ATTACHED**

4. TRS did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

5. During the three-year period preceding the date of signing this Certification, TRS has not served as a representative on behalf of a class in any private action arising under the federal securities laws. TRS filed a motion to serve as lead plaintiff on behalf of a class under the federal securities laws in *Hill v. State Street Corporation, et al.*, No. 09-cv-12146 (D. Mass.). TRS subsequently withdrew that motion in favor of a lead plaintiff movant with a larger loss.

6. TRS will not accept any payment for serving as a representative party on behalf of the Class except to receive a pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses, including lost wages relating to the representation of the Class.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6 day of August, 2010

By: _____
Francisco Del Castillo, Director of Legal Affairs

Doc. 168495

**Puerto Rico Teachers**
Amedisys, Inc. Common Stock
Period: August 2, 2005 through July 12, 2010

| Date | Purchases | | | Sales | | |
|---|---|---|---|---|---|---|
| | Quantity | Price | Cost | Quantity | Price | Proceeds |
| 1/5/2010 | 9,975 | $52.33 | $522,031 | | | |
| 1/11/2010 | 2,540 | $51.83 | $131,651 | | | |
| 1/11/2010 | 2,740 | $51.08 | $139,967 | | | |
| 1/14/2010 | 2,140 | $54.05 | $115,676 | | | |
| 2/12/2010 | | | | 2,700 | $56.85 | $153,491 |
| 2/23/2010 | 1,375 | $58.93 | $81,033 | | | |
| 3/16/2010 | 1,520 | $59.31 | $90,152 | | | |
| 3/30/2010 | | | | 3,770 | $57.21 | $215,690 |
| 4/27/2010 | 2,640 | $56.38 | $148,833 | | | |
| 5/7/2010 | 2,115 | $53.91 | $114,011 | | | |
| 5/14/2010 | 650 | $49.83 | $32,386 | | | |
| 5/17/2010 | 695 | $50.18 | $34,878 | | | |
| 5/18/2010 | 580 | $49.50 | $28,708 | | | |
| 7/1/2010 | | | | 12,747 | $35.85 | $456,944 |
| 7/1/2010 | | | | 2,783 | $35.96 | $100,066 |
| 7/1/2010 | | | | 4,970 | $36.90 | $183,411 |