# Ex. C

**Public Employees' Retirement System of Mississippi**
**Losses in Amedisys, Inc.**
Class Period: 08/02/05 to 07/12/10
Retained share price: $25.8279 (07/13/10 - 08/06/10)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/16/2009 | 50,150 | $43.1899 | $2,165,973.49 | | | | | |
| Purchase | 1/7/2010 | 23,400 | $50.6315 | $1,184,777.10 | | | | | |
| Purchase | 1/7/2010 | 14,100 | $50.8985 | $717,668.85 | | | | | |
| Purchase | 1/8/2010 | 8,400 | $50.1078 | $420,905.52 | | | | | |
| Purchase | 1/8/2010 | 4,200 | $50.5908 | $212,481.36 | | | | | |
| Purchase | 1/11/2010 | 3,500 | $50.4891 | $176,711.85 | | | | | |
| Purchase | 1/12/2010 | 8,900 | $51.3407 | $456,932.23 | | | | | |
| Purchase | 1/13/2010 | 4,000 | $51.2114 | $204,845.60 | | | | | |
| Purchase | 2/1/2010 | 400 | $56.5939 | $22,637.56 | | | | | |
| Purchase | 2/22/2010 | 400 | $60.7929 | $24,317.16 | | | | | |
| Purchase | 3/1/2010 | 500 | $57.6867 | $28,843.35 | | | | | |
| Purchase | 3/5/2010 | 200 | $60.1000 | $12,020.00 | | | | | |
| Purchase | 3/26/2010 | 3,900 | $56.5347 | $220,485.33 | | | | | |
| Purchase | 3/26/2010 | 300 | $56.8055 | $17,041.65 | | | | | |
| Purchase | 4/22/2010 | 100 | $59.6289 | $5,962.89 | | | | | |
| Purchase | 4/23/2010 | 900 | $59.4188 | $53,476.92 | | | | | |
| Purchase | 4/27/2010 | 1,600 | $56.4268 | $90,282.88 | | | | | |
| Purchase | 4/27/2010 | 4,100 | $56.6301 | $232,183.41 | | | | | |
| Purchase | 4/29/2010 | 200 | $58.3563 | $11,671.26 | | | | | |
| Purchase | 5/3/2010 | 400 | $57.5000 | $23,000.00 | | | | | |
| Purchase | 5/11/2010 | 200 | $55.3769 | $11,075.38 | | | | | |
| Purchase | 5/12/2010 | 200 | $56.1970 | $11,239.40 | Sale* | 7/13/2010 | (30,750) | $26.8235 | ($824,822.63) |
| Purchase | 5/13/2010 | 200 | $52.9929 | $10,598.58 | Sale* | 7/13/2010 | (4,000) | $26.8507 | ($107,402.80) |
| Purchase | 5/18/2010 | 4,400 | $49.2057 | $216,505.08 | Sale* | 7/13/2010 | (4,130) | $26.8307 | ($110,810.79) |
| Purchase | 5/27/2010 | 400 | $49.1136 | $19,645.44 | Sale* | 7/13/2010 | (5,710) | $26.8978 | ($153,586.44) |
| Purchase | 6/15/2010 | 200 | $47.0717 | $9,414.34 | Sale* | 7/13/2010 | (5,560) | $26.8095 | ($149,060.82) |
| Purchase | 6/25/2010 | 200 | $44.0177 | $8,803.54 | | | | | |
| Purchase | 6/30/2010 | 400 | $44.6439 | $17,857.56 | Retained | | (85,700) | $25.8279 | ($2,213,451.03) |
| | | 135,850 | | $6,587,357.73 | | | (135,850) | | ($3,559,134.50) |

**Total Loss:** **($3,028,223.22)**

*Shares sold in the 90 days following the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale.*