**Ex. D**

**Teachers' Retirement System of Puerto Rico**
**Losses in Amedisys, Inc.**
Class Period: 08/02/05 to 07/12/10
Retained share price: $25.8279 (07/13/10 - 08/06/10)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/5/2010 | 9,975 | $52.3339 | $522,030.65 | | | | | |
| Purchase | 1/11/2010 | 2,540 | $51.8310 | $131,650.74 | | | | | |
| Purchase | 1/11/2010 | 2,740 | $51.0827 | $139,966.60 | | | | | |
| Purchase | 1/14/2010 | 2,140 | $54.0544 | $115,676.42 | | | | | |
| Purchase | 2/23/2010 | 1,375 | $58.9329 | $81,032.74 | | | | | |
| Purchase | 3/16/2010 | 1,520 | $59.3108 | $90,152.42 | | | | | |
| Purchase | 4/27/2010 | 2,640 | $56.3763 | $148,833.43 | Sale | 2/12/2010 | (2,700) | $56.8484 | ($153,490.68) |
| Purchase | 5/7/2010 | 2,115 | $53.9057 | $114,010.56 | Sale | 3/30/2010 | (3,770) | $57.2122 | ($215,689.99) |
| Purchase | 5/14/2010 | 650 | $49.8251 | $32,386.32 | Sale | 7/1/2010 | (12,747) | $35.8472 | ($456,944.26) |
| Purchase | 5/17/2010 | 695 | $50.1845 | $34,878.23 | Sale | 7/1/2010 | (2,783) | $35.9563 | ($100,066.38) |
| Purchase | 5/18/2010 | 580 | $49.4961 | $28,707.74 | Sale | 7/1/2010 | (4,970) | $36.9036 | ($183,410.89) |
| | | 26,970 | | $1,439,325.83 | | | (26,970) | | ($1,109,602.21) |

**Total Loss:** **($329,723.62)**