# Ex. E

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH AND DIANE M. BACH, On Behalf Of Themselves And All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN, <br><br> Defendants. | Case No. 3:10-cv-00395-BAJ-CN |

(caption continued on subsequent page)

**JOINT DECLARATION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND THE PUERTO RICO TEACHERS' RETIREMENT SYSTEM IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

| | |
|---|---|
| DAVID ISMAN, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>AMEDISYS, INC, WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>          Defendants. | Case No. 3:10-cv-00464-BAJ-DLD |
| ARIK DVINSKY, On Behalf Of Himself And All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>          Defendants. | Case No. 3:10-cv-00470-JJB-CN |
| MELVIN W. BRINKLEY, On Behalf Of Himself And All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>          Defendants. | Case No. 3:10-cv-00497-JJB-CN |

George W. Neville and Francisco Del Castillo, each having personal knowledge of the information in this declaration, do hereby declare as follows:

1.      I, George W. Neville, am the Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi and am authorized to make this Declaration in support of the motion to appoint the Public Employees' Retirement System of Mississippi ("Mississippi PERS") as Lead Plaintiff. Mississippi PERS is the retirement system for nearly all non-federal public employees in the State of Mississippi, providing benefits to over 75,000 retirees, and future benefits to more than 250,000 current and former employees, and manages billions of dollars in assets for its beneficiaries. As noted in the papers accompanying this motion, Mississippi PERS suffered substantial losses as a result of its investment in Amedisys, Inc. securities during the period of wrongdoing alleged in the complaints on file in this action. I am thoroughly familiar with the duties and responsibilities of serving as a Lead Plaintiff under the Private Securities Litigation Reform Act ("PSLRA"). After careful consideration of all the relevant facts and circumstances, and after conferring with Francisco Del Castillo at the Puerto Rico Teachers' Retirement System ("Puerto Rico TRS"), Mississippi PERS determined to file a joint motion seeking appointment as Lead Plaintiff together with Puerto Rico TRS.

2.      I, Francisco Del Castillo, am the Director of Legal Affairs for Puerto Rico TRS and am authorized to make this Declaration in support of the motion to appoint Puerto Rico TRS as Lead Plaintiff. Puerto Rico TRS provides retirement, death and disability benefits to over 78,000 active and retired teachers in Puerto Rico and has over $2 billion in assets under management. Under the terms of Act No. 1 of March 29, 2004, which superseded Act No. 218 of 1951, Puerto Rico TRS is governed by a 9-member Board that includes the Secretary of Education of the Commonwealth of Puerto Rico, the Secretary of the Treasury of the Commonwealth, as well as two active and two retired teachers and a public member appointed to

a four-year term by the Governor of the Puerto Rico. As noted in the papers accompanying this motion, Puerto Rico TRS suffered substantial losses as a result of its investment in Amedisys, Inc. securities during the period of wrongdoing alleged in the complaints on file in this action. After careful consideration of all the relevant facts and circumstances, and after conferring with George Neville at Mississippi PERS, Puerto Rico TRS determined to file a joint motion seeking appointment as Lead Plaintiff together with Mississippi PERS.

3. Recognizing the benefits of joint prosecution of securities litigation by sophisticated institutional investors committed to working together to achieve the best possible result for the Class, we have determined to move jointly for appointment as Lead Plaintiff. By working together we will be able to take advantage of shared resources and the benefits of joint decision-making. Puerto Rico TRS recognizes the benefit of working with an institutional investor, such as Mississippi PERS, experienced in the securities litigation process. Mississippi PERS recognizes the benefit of working with Puerto Rico TRS and the importance of the role that institutional investors play in prosecuting complex securities litigations.

4. Mississippi PERS and Puerto Rico TRS are both large institutional defined benefit retirement systems for public employees of their respective jurisdictions and recognize the value and importance of working together to protect all members of the Class. The two systems also have significant investments in the equity securities of U.S. corporations, such as Amedisys.

5. Prior to filing this lead plaintiff motion, we discussed the shared goals of Mississippi PERS and Puerto Rico TRS in pursuing a leadership position in this action, the merits of the case, and the steps we would take to ensure it was prosecuted in the bests interests of the Class.

6. Among other things, we discussed the claims against Amedisys and the wrongdoing alleged in the action, as well as our shared belief that the misconduct at issue in the

2

action implicates important public policy concerns of great importance to our respective institutions' members and beneficiaries. As public pension systems whose primary mission is to serve the interests of retired teachers and public employees and ensure the sustainable provision of pension benefits that will properly and appropriately provide for their welfare during retirement, Mississippi PERS and Puerto Rico TRS are very concerned with practices and misconduct that drive up healthcare costs. Part of their motivation for seeking to serve as lead plaintiff and working together in this action was to seek accountability for misconduct that enriches corporate executives at the expense of patients—including, in many instances, their members and beneficiaries who depend on Medicare-funded programs like those provided by Amedisys during retirement—and seek appropriate corporate reforms that prevent such abuses from occurring in the future.

7.     Furthermore, we also discussed the shared objectives of Mississippi PERS and Puerto Rico TRS in serving as lead plaintiff, the benefits of collaboration, and protocols for the management of the litigation. For example, we discussed the fact that Mississippi PERS has taken on an active role in pursuing leadership positions in securities class actions in order to recover losses suffered by investors, remedy corporate wrongdoing and promote sound corporate governance practices that benefit the healthy functioning of the capital markets more broadly. Because of its active participation in securities class actions and in serving as an advocate for shareholder rights, Mississippi PERS has extensive experience in overseeing class counsel and fulfilling the fiduciary duties owed to its fellow investors when serving as a Lead Plaintiff in actions brought under the PSLRA. We also discussed that this is one of the first cases in which Puerto Rico TRS has sought to serve as a lead plaintiff, and the advantages that would inure to the Class by Puerto Rico TRS serving together with an experienced institution such as Mississippi PERS. In particular, we discussed the importance of properly carrying out the

fiduciary duties of the lead plaintiff, including consultation with counsel with respect to the litigation strategy, review and authorization for the filing of significant litigation documents, attending depositions, settlement mediations, and court proceedings, and the commitment of our respective systems to work together in this action.

8. To ensure that Mississippi PERS and Puerto Rico TRS are able to independently communicate and make timely decisions, we implemented communication procedures to enable us to confer via phone and/or email on short notice. Further, we directed our counsel to advise us of all developments during the progress of the litigation, including by providing drafts of pleadings, court filings and submissions by defendants.

9. Mississippi PERS has previously been appointed lead plaintiff together with other institutional investors and has achieved impressive results in serving as a member of a small Lead Plaintiff group. For example, in *In re Maxim Integrated Products, Inc. Sec. Litig.*, Case No. 08cv832 (JW), (S.D.N.Y.), Mississippi PERS worked with other institutional investors as co-Lead Plaintiffs to recover approximately $173 million on behalf of shareholders, the third largest recovery in a case involving allegations of stock-options backdating, and in *In re Delphi Corp. Securities Litigation*, No. 05-md-1725(GER) (E.D. Mich.), Mississippi PERS' efforts as a member of a Lead Plaintiff group led to a recovery of over $322 million.

10. Recently, Mississippi PERS' leadership in prosecuting claims on behalf of investors in Merck in a securities class action involving the pharmaceutical company's fraudulent misrepresentations concerning its blockbuster Vioxx drug helped secure an important decision by the U.S. Supreme Court, which rendered an unanimous opinion accepting Mississippi PERS' arguments regarding the proper statute of limitations for claims arising under Section 10(b) of the Securities Exchange Act. Mississippi PERS firmly believes that its active participation in securities class actions benefits investors by ensuring they have a strong,

4

effective advocate with experience and expertise in prosecuting these claims and an institution committed to using this leadership position to effect positive corporate governance reform at companies that have committed fraud.

11.     Both Mississippi PERS and Puerto Rico TRS believe that lead plaintiffs owe a fiduciary responsibility to the Class to select and retain lead counsel with a proven history of handling this type of complex litigation and have selected counsel that we are confident will act only in accordance with our direction and authority.  We also believe that it is the responsibility of a lead plaintiff to ensure that lead counsel handles the litigation in an efficient manner and we are committed to ensuring that any resulting fees and expenses are fair and reasonable.  We agree that Wolf Popper LLP and Bernstein Litowitz Berger & Grossmann LLP have the experience and ability to work cooperatively in this complex securities litigation and therefore should serve as lead counsel for the Class in this action.

12.     Furthermore, Mississippi PERS and Puerto Rico TRS have negotiated a fee agreement in this action that we believe appropriately aligns the interests of our counsel with those of the Class, and will ensure that the action is effectively and efficiently prosecuted.

13.     Mississippi PERS and Puerto Rico TRS are confident in their ability to actively oversee the effective and efficient prosecution of this action for the benefit of the Class by, among other things, reviewing court documents, conferring amongst ourselves, monitoring and directing counsel and/or attending hearings as necessary.  Mississippi PERS and Puerto Rico TRS take their obligations to the Class very seriously and, on their behalf, we hereby reaffirm our commitment to actively monitor our counsel, ensure the action is prosecuted in the best interests of the Class and that Mississippi PERS and Puerto Rico TRS otherwise fulfill the duties they will assume if appointed as Lead Plaintiff in this action.

5

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of our knowledge.

Executed on this 6th day of August, 2010.

George W. Neville
Special Assistant Attorney General
Office of the Attorney General of the
State of Mississippi


Francisco Del Castillo
Director of Legal Affairs
Puerto Rico Teachers Retirement
System