Ex. G

Bernstein Liebhard LLP Files Class Action Further Expanding Class Period on Behalf of Investors in Amedisys, Inc. (NASDAQ: AMED)

NEW YORK, NY -- (Marketwire) -- 07/16/10 --   Bernstein Liebhard LLP today announced that it filed a class action in the United States District Court for the Middle District of Louisiana on behalf of purchasers (the "Class") of Amedisys, Inc. ("Amedisys" or the "Company") securities during the period of August 2, 2005 and June 30, 2010, inclusive (the "Class Period"). Defendants are Amedisys and certain of its officers and executives.

The complaint charges Amedisys and certain of its officers and executives with violations of the Securities Exchange Act of 1934.

Amedisys is a provider of home health services to the chronic, co-morbid, aging American population. The Company operates in two segments: home health and hospice segments. The Complaint alleges that throughout the Class Period, defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, the Complaint alleges that defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company's reported sales and earnings growth were materially impacted by a scheme whereby the Company intentionally increased the number of in-home therapy visits to patients for the purpose of triggering higher reimbursement rates under the Medicare home health prospective payment system, as those excess visits were not always medically necessary; (2) that the Company's reported sales and earnings were inflated by said scheme and subject to recoupment by Medicare; (3) that the Company was in material violation of its Code of Ethical Business Conduct and compliance due to the scheme to inflate Medicare revenues; and (4) based on the foregoing, defendants lacked a basis for their positive statements about the Company, its prospects and growth.

On April 27, 2010, The Wall Street Journal ("WSJ") reported that Amedisys has been taking advantage of the Medicare reimbursement system by increasing the number of in-home therapy visits in order to trigger additional reimbursements. As reported in the article, according to a former Amedisys nurse, the excess visits that triggered additional reimbursements were "not always medically necessary." In the wake of this revelation, Amedisys common stock fell $3.98 per share or 6.5%.

On May 13, 2010, the WSJ did a follow up article where it reported that the Senate Finance Committee ("SFC") had started an investigation into the billing and operating practices of Amedisys. In an SFC letter dated May 12, 2010 to Amedisys, the SFC cited the findings of the WSJ article and requested the Company to produce documents dating as far back as 2006, concerning data on therapy visits, lists of physicians with the highest patient referrals to the Company, and copies of all marketing materials. In the wake of this additional revelation, Amedisys common stock fell nearly 8% or $4.48 per share.

Finally, on June 30, 2010, the last day of the Class Period, Amedisys announced that it had received notice of a formal investigation from the Securities and Exchange Commission pertaining to the Company, and received a subpoena for documents relating to matters under review by the SFC. As a result, on July 1, 2010, the price of Amedisys stock declined from a close on June 30, 2010 of $43.98 per share, to close at $39.34 per share, a decline of $4.64 per share or approximately 11%, on higher than usual volume.

On July 13, 2010, Amedisys announced that its second quarter earnings would drop substantially, in part, due to nonrecurring costs of 17 cents a share connected with the investigations. As a result, Amedisys stock fell another 25% on July 13, 2010.

Plaintiffs seek to recover damages on behalf of all Class members who purchased or otherwise acquired securities of Amedisys during the Class Period. If you purchased or otherwise acquired Amedisys securities during the Class Period, and either lost money on the transaction or still hold the securities, you may wish to join in the action to serve as lead plaintiff. In order to do so, you must meet certain requirements set forth in the applicable law and file appropriate papers no later than August 9, 2010.

A "lead plaintiff" is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as lead plaintiff. Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Bernstein Liebhard LLP, or other counsel of your choice, to serve as your counsel in this action.

Bernstein Liebhard has pursued hundreds of securities and consumer cases and recovered almost $3 billion for its clients. It has been named to The National Law Journal's "Plaintiffs' Hot List" in each of the last seven years.

You can obtain a copy of the complaint from the clerk of the court for the United States District Court for the Middle District of Louisiana or at www.bernlieb.com.

Bernstein Liebhard LLP
 10 East 40th Street
 New York, New York
10016
 (877) 779-1414
 www.bernlieb.com

ATTORNEY ADVERTISING. Copyright 2010 Bernstein Liebhard LLP. The law firm responsible for this advertisement is Bernstein Liebhard LLP, 10 East 40th Street, New York, New York 10016, (212) 779-1414. Prior results do not guarantee or predict a similar outcome with respect to any future matter.
Copyright (c) 2010

Contact Information
U. Seth Ottensoser
Joseph R. Seidman, Jr.
Bernstein Liebhard LLP
http://www.bernlieb.com
(212) 779-1414
ottensoser@bernlieb.com
seidman@bernlieb.com

-0- Jul/16/2010 18:57 GMT

Copyright (C) 2010