# Ex. H

Berman DeValerio Files Securities Class Action Against Amedisys, Inc.

Business Wire

BATON ROUGE, La. -- July 28, 2010

The law firm of Berman DeValerio filed a securities fraud lawsuit today against Amedisys, Inc. (Nasdaq: AMED) ("Amedisys" or the "Company") and certain of its top officials.

The complaint was filed on behalf of investors who purchased or otherwise acquired publicly traded Amedisys securities between April 30, 2008 and July 12, 2010 (the "Class Period") and were damaged by the conduct asserted therein.

Berman DeValerio (www.bermandevalerio.com) filed the complaint in the United States District Court for the Middle District of Louisiana, where it was filed as Brinkley v. Amedisys, Inc. et al., 3:10-cv-00497 (M.D. La.)

The action seeks to recover losses under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder by the United States Securities and Exchange Commission. Pursuant to the Private Securities Litigation Reform Act of 1995, investors wishing to serve as the Lead Plaintiff are required to file a motion for appointment as Lead Plaintiff by no later than August 9, 2010.

The complaint asserts that Amedisys, a provider of home health services, and the individual defendants engaged in a fraudulent income-generating scheme to repeatedly inflate the Company's publicly reported revenue and earnings by pushing patients into extra and sometimes unnecessary home-health visits. This scheme enabled the Company to hit threshold levels that secured additional Medicare reimbursements, thereby issuing materially false and misleading financial results. Medicare reimbursements represented 88%, 87% and 89% of its net service revenue in 2009, 2008 and 2007, respectively, and are its primary focus over the near and intermediate term, according to the complaint.

The true financial state of the Company began to emerge on April 26, 2010, when The Wall Street Journal published an article questioning whether healthcare companies, including Amedisys, were taking advantage of the Medicare reimbursement system. Following the article's publication, the Company's stock closed at $56.52 on April 27, 2010, dropping 6.58% on heaving volume from the previous day's close of $60.50.

Amedisys stock suffered additional significant drops following a May 12, 2010 follow-up article by the Journal revealing the existence of an inquiry letter from the Senate Finance Committee, the official announcement of the inquiry letter and the Company's June 30, 2010 announcement of a formal SEC investigation, the complaint states. Finally, on July 13, 2010, the Company's second quarter earnings announcement triggered another stock drop.

As a result of these multiple disclosures concerning the Company's revenue and billing practices, the Company's stock price collapsed to a close of $26.57 on July 13, 2010, damaging plaintiffs and Class members, the complaint alleges.

BUS        Berman DeValerio Files Securities Class Action Against
            Jul 28 2010  19:04:00

To receive a copy of the complaint, please call Berman DeValerio at (800) 516-9926 or click here.

If you are a member of the Class, you may, no later than August 9, 2010, request that the court appoint you as Lead Plaintiff for the class. You may contact the attorneys at Berman DeValerio to discuss your rights and interests in the case. Please note: you may also retain counsel of your choice and need not take any action at this time to be a class member.

Berman DeValerio is a national law firm representing plaintiffs in lawsuits against corporate wrongdoers, chiefly for violations of securities and antitrust laws. The firm has 39 lawyers in Boston, San Francisco and Palm Beach Gardens, Florida.

Contact:

Berman DeValerio
Jeffrey C. Block, Esq., 800-516-9926
jblock@bermandevalerio.com
or
Julie J. Bai, Esq., 415-433-3200
jbai@bermandevalerio.com

-0- Jul/28/2010 23:04 GMT

Copyright (c) 2010