UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH AND DIANE M. BACH, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMEDISYS, INC., WILLIAM F. BORNE and DALE E. REDMAN,<br><br>Defendants. | Civil Action No. 3:10-cv-00395-BAJ-CN<br><br>CLASS ACTION |
| DAVID ISMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMEDISYS, INC., WILLIAM F. BORNE and DALE E. REDMAN,<br><br>Defendants. | Civil Action No. 3:10-cv-00464-BAJ-DLD<br><br>CLASS ACTION |

[Caption continued on following page.]

**DECLARATION OF JAMES C. CARVER IN SUPPORT OF THE MOTION OF MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

| | |
|---|---|
| ARIK DVINSKY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN and GREGORY H. BROWNE, <br><br> Defendants. | Civil Action No. 3:10-cv-00470-JJB-CN <br><br> <u>CLASS ACTION</u> |
| MELVIN W. BRINKLEY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AMEDISYS, INC., WILLIAM F. BORNE and DALE E. REDMAN, <br><br> Defendants. | Civil Action No. 3:10-cv-00497-JJB-CN <br><br> <u>CLASS ACTION</u> |

I, James C. Carver, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Louisiana and this Court. I am a member of Oats & Hudson, Liaison Counsel for proposed lead plaintiff, Macomb County Employees' Retirement System (the "Retirement System"), in the above-captioned actions. I make this Declaration in support of the Retirement System's motion for consolidation of related actions, appointment as Lead Plaintiff and approval of selection of counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached to this declaration are the following exhibits:

- 1 -

Exhibit A: A true and accurate copy of the notice of pendency of class action published by the plaintiff in this action on *GlobeNewswire*, a national business-oriented newswire service, on June 10, 2010;

Exhibit B: A true and accurate copy of the Certification of the Retirement System;

Exhibit C: A true and accurate copy of a loss chart presenting the transactions and summarizing the estimated losses of the Retirement System at approximately $436,167 in connection with its purchases of Amedisys, Inc. securities;

Exhibit D: A true and accurate copy of the firm resume of Robbins Geller Rudman & Dowd LLP, proposed Lead Counsel for the Retirement System; and

Exhibit E: A true and accurate copy of the firm resume of Oats & Hudson, proposed Liaison Counsel for the Retirement System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of August, 2010, at Baton Rouge, Louisiana.

s/ James C. Carver
JAMES C. CARVER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

s/ James C. Carver
JAMES C. CARVER