# EXHIBIT C

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Macomb County Employees' Retirement System | 02/23/2010 | 7,200 | $59.86 | $430,991.28 | 03/24/2010 | 5,900 | $60.22 | $355,277.35 | |
| Macomb County Employees' Retirement System | 02/23/2010 | 14,600 | $58.20 | $849,647.00 | 07/01/2010 | 2,729 | $35.96 | $98,124.74 | |
| Macomb County Employees' Retirement System | 04/27/2010 | 4,200 | $56.38 | $236,780.46 | 07/01/2010 | 4,873 | $36.90 | $179,831.24 | |
| Macomb County Employees' Retirement System | | | | | 07/01/2010 | 12,498 | $35.85 | $448,018.31 | |
| **Movant's Total** | | **26,000** | | **$1,517,418.74** | | **26,000** | | **$1,081,251.64** | **($436,167.10)** |