# EXHIBIT E

# **OATS & HUDSON, LLC**

**OATS & HUDSON** is a Martindale-Hubbell "av" rated law firm, engaged in the general practice of law with emphasis on administrative, regulatory, alternative dispute resolution, and civil trial and appellate practices. The firm practices in all areas of administrative law; alternative dispute resolution; anti-trust cases; automobile collision defense; bankruptcy law; civil litigation; commercial collections; commercial transactions; complex and multi-jurisdiction litigation; constitutional law; construction law; contract law; economic development and finance; environmental law; expropriation and inverse condemnation cases; general business; government agency law; government relations; health care transactions, regulatory matters and medical malpractice defense; insurance law; intellectual property law; law enforcement defense; maritime, admiralty, LSHWCA and aviation defense; mineral, energy and oil and gas law; premises liability defense; public policy; road hazard defense; real estate, property and banking law; regulatory matters; security fraud and market manipulation claims; successions, wills, and probate matters; and worker's compensation defense. The firm, which was established in 1986, is currently composed of fourteen (14) attorneys, maintaining offices in Lafayette, New Orleans, and Baton Rouge, Louisiana.

## **STEPHEN J. OATS**

Born Lafayette, Louisiana, January 04, 1958; admitted to bar, 1983, Louisiana. Licensed to practice before the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana and the United States Court of Appeals for the Fifth Circuit. <u>Employment</u>: Director, 1997 to date, Stephen J. Oats, APLC, Partner, 1986 to date, Oats & Hudson, Lafayette, Louisiana; Associate, 1985-6, Preis, Kraft, LaBorde & Daigle, Lafayette, Louisiana; Associate, 1984-5, O'Neil, Eichin & Miller, New Orleans, Louisiana; Associate, 1983-4, Fulbright & Jaworski, Houston, Texas; Abstractor of Titles, 1977-80, Gankendorff Abstract and Title Company, Lafayette, Louisiana; and Officer, 1976-9, University of Southwestern Louisiana Police Department. <u>Appointments</u>: Legal Counsel to Governor's Transition Team, 2003-4; Lafayette Regional Airport Commission, Member, 1998-2002; Special Assistant Attorney General, State of Louisiana, 1986 to date; Legislative Counsel, Lafayette Parish Council, Lafayette, Louisiana, 1988-96; General Counsel, Lafayette Areawide Planning Commission, Lafayette, Louisiana, 1987-96; General Counsel, Lafayette Board of Realtors, 1992 to date; and Approved Attorney, Lawyer's Title Insurance Company, 1985 to date. <u>Listings</u>: Martindale-Hubbell, 1983 to date, Reed Reference Publishing Company; and West's Legal Directory, 1983 to date, West Publishing

Corporation. <u>Education</u>: UNIVERSITY OF LOUISIANA AT LAFAYETTE (formerly University of Southwestern Louisiana), Lafayette, Louisiana (B.S., *Cum Laude*, 1979); Externship, Lafayette Parish Sheriff's Department, Lafayette, Louisiana; <u>Honors and Awards</u>: Dean's List; Alumni Award for Outstanding Male Graduate, 1979; Arts and Humanities Outstanding Graduate, 1979; Pi Gamma Mu

Social Sciences Honor Society, Member; Blue Key Honor Society, Member; Student Government Association Senate Chairman; Arts and Humanities Senator; and Student Affairs and Appeals Court, Member. Listings: Who's Who Among Students in American Universities and Colleges, 1979; and TULANE UNIVERSITY SCHOOL OF LAW, New Orleans, Louisiana (J.D., *Cum Laude*, 1983); Honors and Awards: The Order of Barristers; Justice, Moot Court Board, 1982-3; Administrative Justice for Interschool Competitions, Moot Court Board, 1982-3; Chairman, Judicial Review Council, 1982-3; New York Bar Association's National Appellate Moot Court Team, Member, 1981; Senior Fellow, 1983; Merit Scholarship Recipient; Louisiana 44th Legislative District Scholarship, 1980-3; and Lafayette Parish Bar Auxiliary Scholarship, 1980; and LOUISIANA STATE UNIVERSITY, Baton Rouge, Louisiana (Fellow of the Academy of Politics, 1998). Member: Lafayette Parish Bar Association, Board of Directors, 1986-91; New Orleans and American Bar Associations; Louisiana State Bar Association, Lifetime Fellow and Interest on Lawyers Trust Account Grants Committee Member, 1992 to date; Louisiana Bar Foundation; Louisiana Association of Defense Counsel; Maritime Law Association of the United States; and Greater Lafayette Chamber of Commerce.

Mr. Oats serves as Managing Partner and chairs the firm's Administrative and Executive Committees. Mr. Oats practices from the firm's Lafayette office.

**WILLIAM M. HUDSON, III**

Born Lafayette, Louisiana, December 10, 1953; (deceased, 2010) admitted to bar, 1983, Louisiana; and 1998, Texas. Licensed to practice before the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana; the United States Court of Appeals for the Fifth Circuit; and the United States Supreme Court. Employment: Director, 1977 to date, William M. Hudson, III, APLC; Partner, 1986 to date, Oats & Hudson, Lafayette, Louisiana; Associate, 1983-6, Broadhurst, Brook, Mangham, Hardy & Reed, Lafayette, Louisiana; Research Assistant, 1980, Lafayette Parish District Attorney's Office, Lafayette, Louisiana; Abstractor of Titles, 1978-80, Gankendorff Abstract and Title Company, Lafayette, Louisiana; and Deputy Clerk of Court, 1976-8, Lafayette Parish Clerk of Court, Lafayette, Louisiana. Appointments: Governor's Transition Advisory Committee for Louisiana Department of Transportation and Development, 2003-4; Co-Class Counsel, *Bauman v. Superior Financial Corporation*; Docket No. 4-01-CV-00756 GH, AR. W. Div.; Class Counsel, "*In Re: Vitamins Anti-Trust Litigation*", Docket No. Misc. No. 99-197 (TFH), MDL 1285, U.S.D.C., D.C.; Co-Lead Class Counsel, "*Duhé, et al v. Texaco, Inc., et al*", Docket Nos. 86, 848 and 88,707, 16th J.D.C., Parish of Iberia, State of Louisiana; Approved Attorney, Lawyer's Title Insurance Corporation, 1986 to date; Temporary Receiver, Carencro Nursing Home, Inc., 15th J.D.C., Lafayette, Louisiana, 1987-8; General Counsel, Lafayette Areawide Planning Commission, Lafayette, Louisiana, 1987-96; Legislative Counsel, Lafayette Parish Council, Lafayette, Louisiana, 1988-96; Special Assistant Attorney General, State of Louisiana, 1986 to date; Governor's Transition Team, Louisiana Department of Environmental Quality, 1991-2; and Panel of Arbitrators and Mediators, American

Arbitration Association, 1993. <u>Listings</u>: Martindale-Hubbell Bar Register of Preeminent Lawyers, 1995-6, Reed Reference Publishing Company; Martindale-Hubbell Dispute Resolution Directory, 1994, Reed Reference Publishing Company; Directory of Environmental Attorneys, 1993, Prentice Hall Law & Business; Directory of Litigation Attorneys, 1993, Prentice Hall Law & Business; Martindale-Hubbell, 1983 to date, Reed Reference Publishing Company; and West's Legal Directory, 1983 to date, West Publishing Corporation. <u>Education</u>: UNIVERSITY OF LOUISIANA AT LAFAYETTE (formerly University of Southwestern Louisiana), Lafayette, Louisiana (B.S., 1980); Externship, 15th J.D.C. Judges' Offices, Lafayette, Louisiana; <u>Honors and Awards</u>: Dean's List; and TULANE UNIVERSITY SCHOOL OF LAW, New Orleans, Louisiana; (J.D., 1983); <u>Honors & Awards</u>: Philip C. Jessup International Appellate Moot Court Team, 1981, Member; New York Bar Association's National Appellate Moot Court Team, 1982, Coach; Louisiana 10th Legislative District Scholarship, 1980-1; Louisiana 26th Legislative District Scholarship, 1981-2; Louisiana 23rd Legislative District Scholarship, 1982-3; The Order of Barristers; Justice, Moot Court Board, 1982-3; and Judicial Review Council, Representative, 1982-3; <u>Teaching</u>: Host, Career Externship, Tulane University, New Orleans, Louisiana, 1989 to date; Adjunct Faculty, Department of Criminal Justice, University of Louisiana at Lafayette, Lafayette, Louisiana, 1985-7; and Host, Criminal Justice Externship, University of Louisiana at Lafayette, Lafayette, Louisiana, 1986 to date. <u>Member</u>: Public Relations Committee, 1987-90, and Nominating Representative for the Third Board of Governors District, 1985, Louisiana State Bar Association; Lafayette Parish, Texas State, and American Bar Associations; and Greater Lafayette Chamber of Commerce.

**JAMES C. CARVER**

Born: Lake Charles, Louisiana, December 16, 1945; admitted to bar, Louisiana, 1989; Texas, 2007. Licensed to practice before all state courts of Louisiana; the United States District Courts for the Eastern, Middle and Western Districts of Louisiana; the United States Court of Appeals for the Fifth Circuit; the United States Supreme Court; and all state courts of Texas; registered patent attorney authorized to practice before the U.S. Patent and Trademark Office. <u>Employment</u>: Attorney, January 1, 2009 to date, Oats & Hudson, Baton Rouge, Louisiana; Attorney, 1989-2008, Taylor, Porter, Brooks & Phillips, Baton Rouge, Louisiana; Law Clerk, 1987-8, Office of the U.S. Attorney, Baton Rouge, Louisiana; Staff Chemist, 1978-86, Exxon Research & Development Labs, Baton Rouge, LA; Assistant Professor of Chemistry, 1975-78, Texas A & M University, College Station, Texas; Instructor, 1974-75, Department of Chemistry, University of Georgia, Athens, Georgia; Post-Doctoral Researcher, 1972-74, University of Georgia, Athens, Georgia. <u>Appointments</u>: Judge pro tempore of the Baton Rouge City Court; Arbitrator for the Better Business Bureau. <u>Listings</u>: Martindale-Hubbell, 1994 to date, a Reed Reference Publishing Company; and West's Legal Directory, 1994 to date, West Publishing Corporation. <u>Education</u>: Centenary

College, Shreveport, Louisiana (B.S., Chemistry, 1967); University of Tennessee, Knoxville, Tennessee (Ph.D., Chemistry, 1972); Paul M. Hebert Law Center, Louisiana State University, Baton Rouge, Louisiana (J.D., 1989). Honors and Awards: Roger D. Middlekauff Award for service to the Division of Chemistry and the Law of the American Chemical Society; Finalist, Tullis Moot Court, Paul M. Hebert Law Center, Louisiana State University. Publications: "Hindcasting Volatile Chemical Emissions to Air from Ponded Recycle Oil," Carver and Thibodeaux, Environmental Progress (Vol. 16, p. 106, Summer, 1997) and "The Hypothetical Question," James Carver, Comments on Toxicology (Vol. 7, p. 191, 2000). Member: Louisiana State, Texas State, and American Bar Associations; Dean Henry George McMahon American Inn of Court; Board of Trustees, Paul M. Hebert Law Center, Louisiana State University; Defense Research Institute; Louisiana Association of Defense Counsel; Louisiana Association of Business and Industry, American Intellectual Property Law Association, and American Chemical Society (Councilor).

Mr. Carver is the Managing Partner of the firm's Baton Rouge office, and sits on the firm's Executive Committee.

## KENNETH M. HENKE

Born New Orleans, Louisiana, January 21, 1943; admitted to bar, 1972, Louisiana. Licensed to practice before the United States District Courts for the Middle, Eastern, and Western Districts of Louisiana; the United States District Court for the Southern District of Texas; the United States Court of Appeals for the Fifth Circuit; and the United States Supreme Court. Employment: Director, 2001 to date, Kenneth M. Henke, APLC; Partner, 2001 to date, Oats & Hudson, Lafayette, Louisiana; Director and Shareholder, 1983-2001, and Associate, 1979-82, Roy, Bivins, Judice & Henke, Lafayette, Louisiana; and Principal, 1973-9, Kenneth M. Henke & Associates, New Orleans, Louisiana; and Regional Analyst, 1966-9, Continental Oil Company, New Orleans, Louisiana. Appointments: American Arbitration Association (Commercial Arbitrator II), Panel of Neutrals; 1989 to date; and Lead/Liaison Counsel, *Upjohn Co. Antibiotic Cleocin Products Liability Litigation*, 81 FRD 482, MDL 343, U.S.D.C.-E.D. of Michigan, Southern Division. Listings: Martindale-Hubbell, 1972 to date, Reed Reference Publishing Company; and West's Legal Directory, 1972 to date, West Publishing Company. Education: UNIVERSITY OF LOUISIANA at LAFAYETTE (formerly University of Southwestern Louisiana), Lafayette, Louisiana (B.S., Business and Finance, 1966); and LOYOLA UNIVERSITY OF THE SOUTH, New Orleans, Louisiana (J.D., 1972); Honors and Awards: Moot Court Assistant, 1970; and Trial Practice Assistant, 1971. Member: Lafayette Parish, Louisiana State, American, and U.S. Fifth Circuit Bar Associations; Fellow, Louisiana Bar Foundation; Lafayette Volunteer Lawyers; Louisiana Association of Defense Counsel; Maritime Law Association; and Houston Mariners Club.

Mr. Henke practices in the firm's Lafayette office.

**PATRICK B. McINTIRE**

Born Beaumont, Texas, October 29, 1960; admitted to bar, Louisiana, 1985. Licensed to practice before the United States District Court for the Western District of Louisiana and the United States Court of Appeals for the Fifth Circuit. Employment: Partner, 2004 to date, and Associate, 1986-2004, Oats & Hudson, Lafayette, Louisiana; and Associate 1985-6, Broadhurst, Brook, Mangham, Hardy & Reed, Lafayette, Louisiana. Appointment: Special Assistant Attorney General, State of Louisiana, 1986 to date; and Lafayette Parish Law Library Commission, Lafayette, Louisiana, 1988 to date. Listings West's Legal Directory, 1985 to date, West Publishing Corporation; and Martindale-Hubbell, 1985 to date, Reed Reference Publishing Company. Education: LAMAR UNIVERSITY, Beaumont, Texas (B.S., Highest Honors, 1982); and TULANE UNIVERSITY SCHOOL OF LAW, New Orleans, Louisiana (J. D., *Cum Laude*, 1985). Member: Lafayette Parish, Louisiana State and American Bar Associations.

Mr. McIntire practices in the firm's Lafayette office.

**MICHAEL McGRATH DURAN, SR.**

Born New Orleans, Louisiana, November 25, 1949; admitted to bar, 1988, Louisiana. Licensed to practice before the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana; the United States Court of Appeals for the Fifth Circuit; and the United States Supreme Court. Employment: Director, 2000 to date, Michael McGrath Duran, Sr., APLC; Partner, 2005 to date, Oats & Hudson, New Orleans, Louisiana; Partner, 2003-4, Hemelt & Foshee, New Orleans, Louisiana; Partner, 1999-2003, Milling Benson Woodward, New Orleans, Louisiana; Partner, 1994-9, Associate, 1988-94, Adams & Reese, New Orleans, Louisiana; Law Clerk, South Central Bell Telephone, New Orleans, Louisiana, 1986-8; and Enforcement Agent, Louisiana Department of Wildlife & Fisheries, State of Louisiana, Jefferson Parish, Louisiana, 1978-86. Listings: Martindale-Hubbell, 1988 to date, Reed Reference Publishing Company; and West's Legal Directory, 1988 to date, West Publishing Corporation. Education: UNIVERSITY OF NEW ORLEANS, New Orleans, Louisiana (B.A., 1971); and LOYOLA UNIVERSITY SCHOOL OF LAW, New Orleans, Louisiana (J.D., 1988). Honors and Awards: Law Review, Articles Editor; Legal Research and Writing Teaching Assistant; Moot Court Staff; and Moot Court Teaching Assistant. Teaching: Assistant, University of Maine, English Department, Orono, Maine, 1971-3. Publications: *The Railway Labor Act*, 2d Ed. (2005), Senior editorial committee of ABA subsection; "Looziana 'Razoo' on Employee Loyalty," *A La Carte, The Official Magazine of the Louisiana Restaurant Association,* September/October 2001; "Remedial Employment Law: Rule Number One," *A La Carte, The Official Magazine of the Louisiana Restaurant Association,*

March/April 2000; *Nothing New: Unwrapping the Packaging of Post-Traumatic Stress Disorder*, 33 Loyola Law Review 1076, 1988; *The Handgun Liability Duel: Choosing Your Weapons in Louisiana*, 31 Loyola Law Review 1014, 1986. Member: New Orleans, Louisiana State, and U.S. Fifth Circuit Bar Associations.

Mr. Duran is the Managing Partner for the firm's New Orleans office.

## LAWRENCE E. MARINO

Born Syracuse, New York, October 13, 1968; admitted to bar, Louisiana, 1994; and Texas, 1995. Licensed to practice before the United States District Courts for the Middle and Western Districts of Louisiana; the United States Court of Appeals for the Fifth Circuit; and the United States Supreme Court. Employment: Partner 2005 to date, and Associate 1995-2005, Oats & Hudson, Lafayette, Louisiana; Judicial Law Clerk, 1994-5, Hon. Billie C. Woodard, Louisiana Third Circuit Court of Appeal, Lake Charles, Louisiana; and Research Assistant to Prof. Terry A. O'Neill, 1993-4, Tulane University School of Law, New Orleans, Louisiana. Appointments: Special Assistant Attorney General, State of Louisiana, 1995 to date; Editorial Advisory Board, Louisiana Bar Journal, 2000 to date. Listings: Martindale-Hubbell, 1994 to date, a Reed Reference Publishing Company; and West's Legal Directory, 1994 to date, West Publishing Corporation. Education: UNIVERSITY OF HOUSTON, Houston, Texas (B.S., *Magna Cum Laude*, 1990); Honors and Awards: Speaker Pro Tempore, Student Association Senate, 1989-90; Member, University Delegation, Model League of Arab States, 1988-90; and National Merit Scholarship Recipient, 1986-90; UNIVERSITY OF LONDON, School of Slavonic and East European Studies, London, England and Kazan, U.S.S.R., 1990-1; Honors and Awards: Rotary Foundation Year Award Scholarship Recipient, 1990-1; and TULANE UNIVERSITY SCHOOL OF LAW, New Orleans, Louisiana (J.D., *Cum Laude*, 1994); Honor and Awards: Certificate of Specialization in Environmental Law, 1994; Wiener Weiss Academic Scholarship, 1991-4; Senator, Student Bar Association, 1992-3; Saul Lefkowitz Interschool Appellate Moot Court Competition, Brief Writer and Coach, 1993-4; and Journal of International and Comparative Law, Founding Member and Senior Notes and Comments Editor, 1992-4. Publications: Co-arthor, *The Scientific Basis of Causality in Toxic Tort Cases*, 21 University of Dayton Law Review 1 (1995); and Tracking Legislation and Researching Legislative History, 48 La. Bar J. 370 (2001). Member: Lafayette Parish, Louisiana and Texas State, and American Bar Associations.

Mr. Marino practices in the firm's Lafayette office.

## MONICA V. BOWERS

Born Memphis, Tennessee, November 4, 1972; admitted to bar, Louisiana, 2003; and

Tennessee, 1999. Licensed to practice before the United States District Courts for the Eastern District of Louisiana; and the United States District Courts for the Middle and Western Districts of Tennessee. <u>Employment</u>: Associate, 2005 to date, Oats & Hudson, New Orleans and Lafayette, Louisiana; General Counsel, 2002, Honorable Dale N. Atkins, Clerk of Civil District Court, Orleans Parish, New Orleans, Louisiana; Judicial Law Clerk, 1998-2001, Tennessee Chancery Court, Nashville, Tennessee. <u>Appointment</u>: Legal Counsel to Governor's Transition Team, 2003-4; <u>Listings</u>: Martindale-Hubbell, 1999 to date, Reed Reference Publishing Company; and West's Legal Directory, 1999 to date; West Publishing Corporation. <u>Education</u>: MOUNT HOLYOKE COLLEGE, South Hadley, Massachusetts (B.A., 1995). <u>Honors and Awards</u>: Pangyneskie Academic/Leadership Award, 1992; and Merrill Freshmen English Award, 1992; DOSHISHA UNIVERSITY, Kyoto, Japan, 1993-4; and VANDERBILT UNIVERSITY SCHOOL OF LAW, Nashville, Tennessee (J.D. 1998); <u>Honors and Awards</u>: Student Attorney, Juvenile Law Clinic; Chief Justice, Moot Court Board, 1997-8; Moot Court Competition Finalist, 1997; Graduate Conduct Council Member, 1996; Honor Council, 1995-6. <u>Member:</u> Louisiana and Tennessee State, Orleans Parish, National and American Bar Associations.

Ms. Bowers practices in the firm's Lafayette office.

## GEORGE O. LUCE

Born Hammond, Louisiana, January 29, 1967; admitted to bar, 2005, Louisiana. Licensed to practice before the United States District Court for the Western District of Louisiana. <u>Employment</u>: Associate, 2006 to date, Oats & Hudson, Baton Rouge, Louisiana; Judicial Law Clerk, 2005-6, Honorable James J. Brady, United States District Court, Middle District of Louisiana, Baton Rouge, Louisiana; and Computer Technical Analyst, 1993-2003, Division of Administration, State of Louisiana. <u>Education</u>: SOUTHEASTERN LOUISIANA UNIVERSITY, Hammond, Louisiana (B.M.,1988); LOUISIANA STATE UNIVERSITY, Baton Rouge, Louisiana (M.B.A., 1992); and NORTHWESTERN UNIVERSITY, Chicago Illinois (J.D., 2005). <u>Honors and Awards</u>: Associate Editor, Law Review; and Member, Julius Miner Moot Court Board. <u>Publications</u>: "Why Disparate Impact Claims Should Not be Allowed Under the Federal Employer Provisions of the ADEA", 99 Nw. U. L. Rev. 437 (2004). <u>Member</u>: Louisiana State Bar Association.

Mr. Luce practices in the firm's Baton Rouge office.

## LISA A. BENEFIELD

Born Lafayette, Louisiana, February 16, 1977; admitted to bar, 2005, Louisiana. <u>Employment</u>: Associate, Oats & Hudson, New Orleans, Louisiana, February 2007 to

date; Judicial Law Clerk, Hon. Lloyd J. Medley Jr., Civil District Court Orleans Parish, New Orleans, Louisiana, 2004-7. <u>Education</u>: UNIVERSITY OF LOUISIANA AT LAFAYETTE (formerly University of Southwestern Louisiana), Lafayette, Louisiana (B.A., 1999) <u>Study Abroad</u>: Paris, France, Summer 1998; UNIVERSITY OF NEW ORLEANS, New Orleans, Louisiana (M.A., 2001);

LOYOLA UNIVERSITY SCHOOL OF LAW, New Orleans, Louisiana (J.D., 2004); <u>Member</u>: Louisiana State, New Orleans and American Bar Associations.

Ms. Benefield practices in the firm's New Orleans office.

**RENE D. GUIDRY**

Born New Iberia, Louisiana, April 30, 1972; admitted to bar, 2000, Louisiana. <u>Employment</u>: Associate, Oats & Hudson, Lafayette, Louisiana, January 2008 to date; Attorney, Cypress Title, LLC, Lafayette, Louisiana, 2006-7; Associate, Rowe Law Firm, Lafayette, Louisiana, 2004-6; Associate, Powers & Hightower, Baton Rouge, Louisiana, 2001-4; Judicial Law Clerk, Hon. Paul J. DeMahy, Louisiana 16th Judicial District Court, St. Martinville, Louisiana, 2000-1; <u>Education</u>: PAUL M. HEBERT LAW CENTER, LOUISIANA STATE UNIVERSITY, Baton Rouge, Louisiana (J.D., 2000); UNIVERSITY OF LOUISIANA AT LAFAYETTE (formerly University of Southwestern Louisiana), Lafayette, Louisiana (B.A., 1994). <u>Member</u>: Louisiana State Bar Association.

Mr. Guidry practices in the firm's Lafayette office.

**VICTORIA A. GUIDRY**

Born McComb, Mississippi on August 21, 1957; admitted to bar, 1985, Louisiana. Licensed to practice before the United States District Court for the Middle District of Louisiana. <u>Employment</u>: Associate, Oats & Hudson, Lafayette, Louisiana, August 2008 to date; Director of Development, Episcopal School of Acadiana, Cade, Louisiana (1997-2008); Associate, Oats & Hudson, Lafayette, Louisiana, 1996-7; Associate, Broadhurst, Brook, Mangham, Hardy & Reed, Lafayette, Louisiana, 1985-7; Law Clerk, Acadiana Legal Services Corporation, Lafayette, Louisiana, 1983-5. <u>Education</u>: PAUL M. HEBERT LAW CENTER, Baton Rouge, Louisiana (J.D., 1985); NEWCOMB COLLEGE OF TULANE UNIVERSITY, New Orleans, Louisiana (B.A., 1979). <u>Member</u>: Louisiana State Bar Association.

Ms. Guidry practices in the firm's Lafayette office.

## OF COUNSEL

**LARRY L. MURRAY**

Born Baton Rouge, Louisiana, February 27, 1957; admitted to bar, 1983, Louisiana. Licensed to practice before the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana. <u>Employment</u>: Of Counsel, 2005 to date, Oats & Hudson, Baton Rouge, Louisiana; and President, 2003 to date, The Capitol Group, Baton Rouge, Louisiana; <u>Appointments</u>: Louisiana's Commissioner of Financial Institutions; 1991-2002; Director of Government Relations, Louisiana Bankers Association, 1986-91; Co-chairman, Mayor's Select Committee on Revenues and Expenditures, Baton Rouge, Louisiana; and Leadership 2006, Council for a Better Louisiana. <u>Listings</u>: Martindale-Hubbell, 1993 to date, Reed Reference Publishing Company; and West's Legal Directory, 1993 to date, West Publishing Corporation. <u>Education</u>: TULANE UNIVERSITY SCHOOL OF BUSINESS (B.S., 1979); <u>Honors and Awards</u>: Dean's List; READING UNIVERSITY, England, 1977-8; and TULANE UNIVERSITY SCHOOL OF LAW, New Orleans, Louisiana; (J.D., 1983). <u>Honors and Awards</u>: National Trial Team, 1982-3. <u>Publications</u>: Co-author "Administering College and University Housing: A Legal Perspective". <u>Member</u>: Louisiana State Bar Association.

Mr. Murray practices in the firm's Baton Rouge office.

**STANLEY B. BLACKSTONE**

Licensed to practice before the United States District Court for the Western District of Louisiana; United States District Court Middle District of Louisiana; United States Tax Court. Education: Loyola University School of Law, New Orleans, Louisiana (J.D., 1978); University of Louisiana at Lafayette (formerly University of Southwestern Louisiana) (B.S., 1972). Representative Experience: Counsel for numerous physician and diagnostic practice groups, including the Lafayette Surgical Specialty Hospital, the Lafayette Bone & Joint Clinic, and the Palms Surgery Center. Professional and Civic Activities: Louisiana State Bar Association; Louisiana State Bar Association State and Local Taxation Committees. Prior Appointments: Board Member, Lafayette Rotary Club; Board member, Fatima Foundation; Board Member, Episcopal High School; Board Member, Lafayette Children's Shelter; Lafayette Advisory Board, Hibernia Bank. Author: "More on the Marital Deduction," 31 La. Bar Journal, Vol. 31 No. 6 (April, 1984); Presenter, National Business Institute and Merrill Lynch seminars on tax and legal topics

Stanley brings twenty-five years' experience to the Health Care Practice Group, with expertise in health care, taxation and corporate law. He has also been a Certified Public Accountant since 1972, having previously practiced with a Ernst & Young as a tax specialist.

**MARTHA KING MANSFIELD**

Born Beaumont, Texas, February 9, 1962; admitted to bar, 1987, in Texas; 1994, Louisiana. Licensed to practice before the U.S. District Court, Middle District of Louisiana. Employment: Of Counsel 2009 to present, Oats & Hudson, Baton Rouge, Louisiana; Education: SOUTH TEXAS COLLEGE OF LAW, (J.D., 1987) Finalist, GARLAND WALKER MOOT COURT COMPETITION, (1987); SAM HOUSTON STATE UNIVERSITY, (B.S. 1984). Representative Experience: Counsel for the LSU Health Care System; Represented agencies in administrative hearings; Administrative Law Judge; Represented the LSU Health System before the Provider Reimbursement Review Board. Admissions: Louisiana State Bar; U.S. District Court, Middle District of Louisiana. Professional and Civic Activities: Walker County Bar Association, (1988-1993)Secretary, 1990; President, 1991; Secretary, 1992; East Texas Legal Services Pro Bono Program, (1988-1993); Outstanding Pro Bono Attorney, East Texas Pro Bono Program, (1993); Participant, National Judicial College Fair Hearings Course, (June, 1997); Group Facilitator, National Judicial College Fair Hearings Course, (Fall, 1998); Faculty, National Judicial College, (2002); Lecturer, "Practice in the Public Sector", (February, 2001; 2002); Chair, Public Law Section, Baton Rouge Bar Association, (2005-2006); Member, Baton Rouge Bar Association; Member, Louisiana Association of Hospital Attorneys;

Member, American Health Lawyer's Association; Past Board member, Redemptorist High School; CASA Volunteer.

Marty practices in the Health Care Group in the Baton Rouge office, and brings a decade of experience in advising health care entities regarding regulatory compliance, contracts, policy matters, peer review and credentialing, billing practices, employment law and managed care agreements. Marty joined Oats and Hudson in 2009, after fifteen years' practice in state government.

.