# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH and DIANE M. BACH, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>　　　　　　　　　Defendants. | No. 3:10-cv-00395-BAJ-CN<br><br>Hon. Brian A. Jackson<br>Mag. Judge Christine Noland |
| DAVID ISMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>　　　　　　　　　Defendants. | No. 3:10-cv-00464-BAJ-DLD<br><br>Hon. Brian A. Jackson<br>Mag. Judge Docia L. Dalby |

*(Additional captions on following page)*

**RESPONSE OF BALTIMORE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT <u>AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| ARIK DVINSKY, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, DALE E. REDMAN, JOHN F. GIBLIN, and GREGORY H. BROWNE,<br><br>      Defendants. | No. 3:10-cv-00470-JJB-CN<br><br>Hon. James J. Brady<br>Mag. Judge Christine Noland |
| MELVIN W. BRINKLEY, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN,<br><br>      Defendants. | No. 3:10-cv-00497-JJB-CN<br><br>Hon. James J. Brady<br>Mag. Judge Christine Noland |

Baltimore County Employees' Retirement System ("Baltimore County") hereby responds to the competing motions for consolidation, appointment of lead plaintiff, and approval of selection of lead counsel, and states as follows:

On August 9, 2010, Baltimore County moved for consolidation, appointment of lead plaintiff, and approval of its selection of lead counsel in the above-captioned securities class actions against Amedisys, Inc. Eight other motions were filed that day, including one by the Public Employees' Retirement System of Mississippi ("Mississippi PERS") and the Puerto Rico Teachers' Retirement System ("Puerto Rico TRS").

Having reviewed the competing motions, Baltimore County has determined that Mississippi PERS and Puerto Rico TRS possess the "largest financial interest in the relief sought by the class," as required by the Private Securities Litigation Reform Act, and appear to meet the other requirements for appointment. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Baltimore County therefore supports the lead plaintiff motion of Mississippi PERS and Puerto Rico TRS.

If, for any reason, Mississippi PERS and Puerto Rico TRS's motion is not granted, Baltimore County stands ready, willing, and able to represent the Class as lead plaintiff.

Dated: August 20, 2010                    Respectfully submitted,

   /s/ Michael C. Palmintier

Michael C. Palmintier (LA Bar # 10288)
**deGRAVELLES, PALMINTIER,**
   **HOLTHAUS & FRUGÉ**
618 Main Street
Baton Rouge, Louisiana 70801
Telephone: (225) 344-3735
Facsimile: (225) 344-0522
mpalmintier@dphf-law.com

*Proposed Liaison Counsel for the Class*

Christopher J. Keller
Alan I. Ellman
Stefanie J. Sundel
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700

- 2 -

Facsimile: (212) 818-0477
ckeller@labaton.com
aellman@labaton.com
ssundel@labaton.com

Sidney S. Liebesman
**LABATON SUCHAROW LLP**
One Commerce Center
1201 N. Orange Street, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 573-2540
Facsimile: (302) 573-2529
sliebesman@labaton.com

*Counsel for Baltimore County Employees' Retirement System and Proposed Lead Counsel for the Class*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2010, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com

- **Michael E. Ponder**
  judgeponder@gmail.com

- **Richard Franklin Zimmerman, Jr.**
  richard@kswb.com

- **Julie Moffett McCall**
  julie@kswb.com

- **Brandon Scott Andrews**
  sandrews@dueprice.com

- **Richard J. Arsenault**
  rarsenault@nbalawfirm.com

- **Charles Michael Bollinger**
  mbollinger@nbalawfirm.com

- **Lewis Stephen Kahn**
  lewis.kahn@ksfcounsel.com

- **Paul S. Balanon**
  paul.balanon@ksfcounsel.com

- **Eric R. Nowak**
  enowak@harrell-nowak.com

- **Shirin E. Harrell**
  sharrell@harrell-nowak.com

- **Brandon Scott Andrews**
  sandrews@dueprice.com

- **James C. Carver**
  jcarver@oatshudson.com

- **Marc I. Gross**
  migross@pomlaw.com

- **Richard Ieyoub**
  rieyoub@cdomlaw.com

- **John Alden Meade**
  jmeade@odrlaw.com

- **Patrick Craig Morrow**
  pmorrow@mmrblaw.com

  /s/ Michael C. Palmintier

Michael C. Palmintier (LA Bar # 10288)
**deGRAVELLES, PALMINTIER,
   HOLTHAUS & FRUGÉ**
618 Main Street
Baton Rouge, Louisiana 70801
Telephone: (225) 344-3735
Facsimile: (225) 344-0522
mpalmintier@dphf-law.com

- 3 -