UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT F. BACH AND DIANE M. BACH, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:10-cv-00395-BAJ-CN |
| AMEDISYS, INC., WILLIAM F. BORNE, and DALE E. REDMAN, | ) ) ) ) | |
| Defendants | ) ) | |

**MEMORANDUM CONCERNING THE WEST PALM BEACH POLICE PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL**

The West Palm Beach Police Pension Fund (the "West Palm Beach Police Fund"), through its undersigned counsel, respectfully submits this memorandum concerning its motion, filed on August 9, 2010, for an Order: (1) consolidating the related actions; (2) appointing the West Palm Beach Police Fund to serve as Lead Plaintiff in the consolidated securities class action; and (3) approving its selection of counsel as Lead Counsel for the class.

The West Palm Beach Police Fund suffered a loss of approximately $73,000 from its investments in Amedisys, Inc. securities during the Class Period (August 2, 2005 to July 12,

2010). The West Palm Beach Police Fund understands that other movants seeking lead plaintiff status have alleged losses greater than those asserted by the West Palm Beach Police Fund. Therefore, the West Palm Beach Police Fund respectfully submits that if any of these other movants are found inadequate to represent the Class and therefore not the "most adequate plaintiffs" to lead this litigation, that the Court grant the West Palm Beach Police Fund's motion to be appointed Lead Plaintiff and approve its selection of Berman DeValerio as Lead Counsel.

Dated: August 23, 2010

**HARRELL & NOWAK, LLC**

By: /s/ Eric R. Nowak
Eric R. Nowak (#27025)
Shirin E. Harrell (#27495)
650 Poydras St., Suite 2107
New Orleans, LA 70130
Phone: (504)-522-7885
Fax: (504)-528-3131
enowak@harrell-nowak.com

*Liaison Counsel*

**BERMAN DEVALERIO**
Jeffrey C. Block
Leslie R. Stern
Abigail R. Romeo
One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194
LStern@bermandevalerio.com

*Counsel for West Palm Beach Police Pension Fund and Proposed Lead Counsel for the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2010, a copy of the foregoing documents were filed electronically with the Clerk of Court using the CM/ECF system:

**MEMORANDUM CONCERNING THE WEST PALM BEACH POLICE PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL**

Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Patrick V. Dahlstrom
**POMERANTZ HAUDEK GROSSMAN & GROSS, LLP**
10 South LaSalle Street; Suite 3505
Chicago, IL 60603
Tel: 312-377-1181
Fax: 312-377-1184

Peretz Bronstein
**BRONSTEIN GEWIRTZ & GROSSMAN LLC**
60 East 42nd Street
New York, NY 10165
Tel: 212-697-6484
Fax: 212-697-7296

Joel B. Strauss
Jeffrey P. Campisi
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: 212-687-1980
Fax: 212-687-7714

Sandy A. Liebhard
U. Seth Ottensoser
Joseph R. Seidman, Jr.
**BERNSTEIN LIEBHARD LLP**
10 East 22nd Street
22nd Floor
New York, NY 10016
Tel: 212-779-1414
Fax: 212-779-3218

Roy L. Jacobs
**ROY JACOBS & ASSOCIATES**
60 East 42nd Street 46th Floor
New York, NY 10165
Tel: 212-867-1156
Fax: 212-504-8343

<u>s/ Eric R. Nowak</u>
Eric R. Nowak (#27025)
Shirin E. Harrell (#27495)
HARRELL & NOWAK, LLC
Liaison Counsel
650 Poydras St., Suite 2107
New Orleans, LA 70130
Phone: (504) 522-7885
Fax: (504) 528-3131
enowak@harrell-nowak.com