UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT F. BACH, ET AL

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-395-BAJ-CN

CONSOLIDATED WITH

DAN HIMMEL, DERIVATIVELY ON
BEHALF OF AMEDISYS, INC.

VERSUS

WILLIAM F. BORNE, ET AL

CIVIL ACTION

NO. 10-441-RET-SCR

CONSOLIDATED WITH

DAVID ISMAN

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-464-BAJ-DLD

CONSOLIDATED WITH

PAULA WENDLAND, DERIVATIVELY ON
BEHALF OF AMEDISYS, INC.

VERSUS

WILLIAM F. BORNE, ET AL

CIVIL ACTION

NO. 10-468-BAJ-DLD

CONSOLIDATED WITH

ARIK DVINSKY

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-470-JJB-CN

CONSOLIDATED WITH

| | |
|---|---|
| NORTHUMBERLAND COUNTY PENSION FUND, DERIVATIVELY ON BEHALF OF NOMINAL DEFENDANT AMEDISYS, INC. | CIVIL ACTION |
| VERSUS | NO. 10-480-JJB-DLD |
| WILLIAM F. BORNE, ET AL | |

CONSOLIDATED WITH

| | |
|---|---|
| MELVIN W. BRINKLEY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION |
| VERSUS | NO. 10-497-JJB-CN |
| AMEDISYS, INC., ET AL | |

CONSOLIDATED WITH

| | |
|---|---|
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, DERIVATIVELY ON BEHALF OF AMEDISYS, INC. | CIVIL ACTION |
| VERSUS | NO. 10-505-RET-CN |
| AMEDISYS, INC., ET AL | |

ORDER

The court having determined that the above-captioned cases present common questions of law and fact,

IT IS ORDERED that the above-captioned cases are hereby consolidated and transferred to District Judge Brian A. Jackson and Magistrate Judge Christine Noland

for further proceedings.

    Baton Rouge, Louisiana, August 25, 2010

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

_____
JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

_____
BRIAN A. JACKSON, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA