

Writer's Direct Dial: (610) 822-2208
E-Mail: shandler@btkmc.com

October 11, 2010

**VIA OVERNIGHT MAIL**
The Honorable Brian A. Jackson
United States District Court
Middle District of Louisiana
777 Florida Street, Suite 375
Baton Rouge, LA 70801

    Re:     Bach et al v. Amedisys, Inc. et al.
                  No. 10-cv-00395-BAJ –CN (E.D. La.)

Dear Judge Jackson:

On behalf of the City of Tallahassee Retirement System ("City of Tallahassee"), we write to apologize to the Court for not appearing at the conference held on October 7, 2010. We are very sensitive to the Court's concerns and respectfully take this opportunity to explain our absence.

As the Court is aware, on August 9, 2010, City of Tallahassee filed a motion seeking to consolidate related actions, for appointment as lead plaintiff and for approval of lead and liaison counsel. *See* Docket No. 19. Several other motions were also filed by prospective lead plaintiffs. After reviewing the filings, City of Tallahassee determined that it did not meet the standard for appointment under the Private Securities Litigation Reform Act of 1995, *see* 15 U.S.C. §78u-4(a)(3)(B)(iii). Accordingly, on August 31, 2010, City of Tallahassee moved to withdraw its motion, noting its support for the motion filed by the Public Employees' Retirement System of Mississippi and the Puerto Rico Teachers' Retirement System. *See* Docket No. 36. The Court granted the withdrawal on September 15, 2010 and ordered a hearing, in part, "on the several remaining motions for appointment as lead plaintiff and for approval of lead counsel and liaison counsel" for October 7, 2010. *See* Docket No. 42 at p. 3. Counsel for Tallahassee read the Court's granting of the withdrawal and setting a hearing on the remaining motions as excusing Tallahassee from appearing at the October 7, 2010 hearing. We respectfully apologize to the Court if our reading of the September 15, 2010 Order was incorrect.

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@btkmc.com
580 California Street, Suite 1750, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@btkmc.com
WWW.BTKMC.COM

Case 3:10-cv-00395-BAJ -CN   Document 61   10/26/10   Page 1 of 7


We are available to appear at the Court's convenience should Your Honor have any questions for Tallahassee in this matter.

                                    Respectfully,

                                    Barroway Topaz Kessler
                                    Meltzer & Check, LLP

                                    Sean M. Handler

                                    MORROW, MORROW, RYAN
                                      & BASSETT

                                    Patrick C. Morrow (Bar No. 9748)

cc: All counsel on the attached service list.

# SERVICE LIST

All service via email:

Jeremy A. Liberman
Marc I. Gross
POMERANTZ HAUDEK GROSSSMAN & GROSS LLP
100 Park Avenue
New York, NY 10017
jalieberman@pomlaw.com
migross@pomlaw.com
*Counsel for Plaintiffs Robert F. Bach, Diane E. Bach and Movant Amedisys Securities Investors*

Michael E. Ponder
21105 Waterfront East
Maurepas, LA 70449
judgeponder@gmail.com
*Counsel for Plaintiffs Robert F. Bach and Diane E. Bach*

Richard J. Arsenault
Charles Michael Bollinger
NEBLETT, BEARD & ARSENAULT
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
rarsenault@nbalawfirm.com
mbollinger@nbalawfirm.com
*Counsel for Plaintiff David Isman and Movant Nirav T. Patel*

Lewis S. Kahn
Paul S. Balanon
KAHN SWICK & FOTI, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
lewis.kahn@ksfcounsel.com
paul.balanon@ksfcounsel.com
*Counsel for Plaintiff Arik Dvinsky and Movant Amedisys Securities Investors*

Eric R. Nowak
Shirin E. Harrell
HARRELL & NOWAK
650 Poydras, Suite 2107
New Orleans, LA 70130
enowak@harrell-nowak.com
sharrell@harrell-nowak.com
*Counsel for Plaintiff Melvin W. Brinkley and Movant West Palm Beach Police Pension Fund*

1

Robert E. Arceneaux
47 Beverly Garden Drive
Metairie, LA 70001
Rea7001@cox.net
*Counsel for Plaintiff Northumberland County Pension Fund*

Jillian A.S. Roman
Michael Coren
Stewart L. Cohen
Stuart J. Guber
COHEN, PLACITELLA & ROTH
2001 Market Street, Suite 2900
Philadelphia, PA 19103
jroman@cprlaw.com
mcoren@cprlaw.com
scohen@cprlaw.com
sguber@cprlaw.com
*Counsel for Plaintiff Northumberland County Pension Fund*

Pascal F. Calogero, Jr.
AJUBITA LRFTWICH & SALZER
1100 Poydras Street, Suite 1500
New Orleans, LA 70163
pcalogero@alsfirm.com
*Counsel for Plaintiff Northumberland County Pension Fund*

Tony Clayton
607 North Alexander Avenue
Port Allen, LA 70767
tclaytonlaw@aol.com
*Counsel for Plaintiffs Paula Wendland and Dan Himmel*

Andrew Allen Lemmon
Irma L. Netting
LEMMON LAW FIRM, L.L.C.
P.O. Box. 904
15058 River Rd.
Hahnville, LA 70057
Andrew@lemmonlawfirm.com
Irma@lemmonlawfirm.com
*Counsel for Plaintiffs Paula Wendland and Dan Himmel*

Michael Paul Fruge
CLAYTON AND FRUGE
607 N. Alexander Avenue
Port Allen, LA 70767

2

Case 3:10-cv-00395-BAJ -CN   Document 61   10/26/10   Page 4 of 7

michaelfruge@claytonfrugelaw.com
*Counsel for Plaintiff Paula Wendland and Dan Himmel*

Brian J. Robbins
Jay N. Razzouk
Kevin A. Seely
ROBBINS UMEDA
600 B Street, Suite 1900
San Diego, CA 92101
notice@robbinsumeda.com
jrazzouk@robbinsumeda.com
kseely@robbinsumeda.com
*Counsel for Plaintiff Dan Himmel*

Theodore J. Leopold
William C. Wright
LEOPOLD KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
tleopold@leopoldkuvin.com
wwright@leopoldkuvin.com
*Counsel for Plaintiff Dan Himmel*

John Alden Meade
ODOM & DES ROCHES, LLP
650 Poydras Street, Suite 2020
New Orleans, LA 70130
jmeade@ordlaw.com
*Counsel for Plaintiff City of Pontiac General Employees' Retirement System*

Gerald H. Silk
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
jerry@blbglaw.com
*Counsel for Movants the Public Employees' Retirement System of Mississippi and Puerto Rico Teachers' Retirement System*

Marian P. Rosner
Marshall G. Bennett
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
mrosner@wolfpopper.com
mbennett@wolfpopper.com
*Counsel for Movant the Public Employees' Retirement System of Mississippi*

3

Case 3:10-cv-00395-BAJ -CN   Document 61   10/26/10   Page 5 of 7

Richard Ieyoub
HYMEL DAVIS & PETERSEN
10602 Coursey Blvd.
Baton Rouge, LA 70816
rieyoub@hymeldavis.com
*Counsel for Movants the Public Employees' Retirement System of Mississippi and Puerto Rico Teachers' Retirement System*

Douglas Wilens
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
pgeller@rgrdlaw.com
dgeorge@rgrdlaw.com
*Counsel for Movant Macomb County Employees' Retirement System*

Darren J. Robbins
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
darrenr@rgrdlaw.com
*Counsel for Movant Macomb County Employees' Retirement System*

James C. Carver
OATS & HUDSON
343 Third St., Suite 500
Baton Rouge, LA 70801
jcarver@oatshudson.com
*Counsel for Movant Macomb County Employees' Retirement System*

Paul F. Novak
Andrei V. Rado
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
pnovak@milberg.com
arado@milberg.com
*Counsel for Movant Baltimore County Employees' Retirement System*

Michael Carter Palmintier
DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801
mpalmintier@dphf-law.com
*Counsel for Movant Baltimore County Employees' Retirement System*

4

Brandon Scott Andrews
DUE', PRICE, GUIDRY, PIEDRAHITA & ANDREWS
8201 Jefferson Highway
Baton Rouge, LA 70809
sandrews@dueprice.com
*Counsel for Movant City of Birmingham Retirement and Relief System*

Richard Franklin Zimmerman, Jr.
Julie Moffett McCall
KANTROW, SPAHT, WEAVER & BLITZER
P.O. Box 2997
445 North Blvd., Suite 300
Baton Rouge, LA
Richard@kswb.com
Julie@kswb.com
*Counsel for Defendants*

David E. Meadows
Michael R. Smith
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
demeadows@kslaw.com
mrsmith@kslaw.com
*Counsel for Defendants*