**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ROBERT F. BACH, ET AL., | CIVIL ACTION |
| | No. 3:10-cv-00395-BAJ-CN |
| vs. | Consolidated with: |
| AMEDISYS, INC., ET AL., | No. 3:10-cv-00441-BAJ-CN |
| Defendants. | No. 3:10-cv-00464-BAJ-CN |
| | No. 3:10-cv-00468-BAJ-CN |
| | No. 3:10-cv-00470-BAJ-CN |
| | No. 3:10-cv-00480-BAJ-CN |
| | No. 3:10-cv-00497-BAJ-CN |
| | No. 3:10-cv-00505-BAJ-CN |
| | No. 3:10-cv-00642-BAJ-CN |
| | No. 3:10-cv-00732-BAJ-CN |

**ORDER ADMITTING COUNSEL PRO HAC VICE**

This matter having been opened to the Court by Julie Richard-Spencer, attorney for Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio, Derivatively on behalf of defendant Amedysis, Inc., and good cause appearing,

IT IS HEREBY ORDERED that J. Gerard Stranch, IV, of Branstetter, Stranch & Jennings, PLLC is admitted *pro hac vice* on behalf of Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio, Derivatively, in the above matter pursuant to Local Rule 83.2.6M of the Uniform District Court Rules; and

IT IS FURTHER ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Julie Richard-Spencer, Louisiana, counsel for Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio,

Derivatively on behalf of defendant Amedysis, Inc., and that Julie Richard-Spencer shall enter all appearances and be responsible for signed papers and for the conduct of the attorney admitted herewith.

Signed in Baton Rouge, Louisiana, on February 2, 2011.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**