UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT F. BACH, ET AL

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-395-BAJ-CN

Consolidated with:

NO. 10-441-BAJ-CN
NO. 10-464-BAJ-CN
NO. 10-468-BAJ-CN
NO. 10-470-BAJ-CN
NO. 10-480-BAJ-CN
NO. 10-497-BAJ-CN
NO. 10-505-BAJ-CN
NO. 10-642-BAJ-CN
NO. 10-732-BAJ-CN

## ORDER OF DISMISSAL

Upon consideration of the ERISA Plaintiffs' Notice of Voluntary Dismissal of Defendants Browne Giblin and Loverich (doc. 142); and upon the Court noting that the record demonstrates that no answer or motion for summary judgment has been filed in this matter:

**IT IS ORDERED** that all claims asserted against defendants, Gregory H. Browne, and John F. Giblin, in the consolidated ERISA actions, *Corbin v. Amedisys, Inc., et al*, 10-642-BAJ-CN and *Galimba v. Amedisys, Inc., et al*, 10-

732-BAJ-CN, are hereby **DISMISSED,** without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.[1]

Baton Rouge, Louisiana, April 20, 2011.

_____
JUDGE BRIAN A. JACKSON
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Though plaintiffs also moved to dismiss a defendant named Donald Loverich, Jr., the record indicates no defendant in this matter by that name.