UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT F. BACH, ET AL

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-395-BAJ-CN

Consolidated with:

NO. 10-441-BAJ-CN
NO. 10-464-BAJ-CN
NO. 10-468-BAJ-CN
NO. 10-470-BAJ-CN
NO. 10-480-BAJ-CN
NO. 10-497-BAJ-CN
NO. 10-505-BAJ-CN
NO. 10-642-BAJ-CN
NO. 10-732-BAJ-CN

## RULING AND ORDER

Upon consideration of the foregoing, ex parte motions for leave to file reply memoranda to the pending motions to dismiss (docs. 168, 169, 171, and 172):

The motions are **GRANTED**, and **IT IS ORDERED** that the proposed memoranda be filed into the record of this matter. No further leave to address the pending motion shall be granted.

Baton Rouge, Louisiana, May 30, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA