UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT F. BACH, ET AL

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-395-BAJ-CN

Consolidated with:

NO. 10-441-BAJ-CN
NO. 10-464-BAJ-CN
NO. 10-468-BAJ-CN
NO. 10-470-BAJ-CN
NO. 10-480-BAJ-CN
NO. 10-497-BAJ-CN
NO. 10-505-BAJ-CN
NO. 10-642-BAJ-CN
NO. 10-732-BAJ-CN

## RULING AND ORDER

Upon consideration of the foregoing, ex parte motion for leave to file a memorandum in reply to the opposition to the pending motion to dismiss the consolidated ERISA complaint (doc. 178):

The motion is **GRANTED**, and **IT IS ORDERED** that the proposed memoranda be filed into the record of this matter. No further leave to address the pending motion shall be granted.

Baton Rouge, Louisiana, June 15, 2011.

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**