CLERK'S OFFICE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA STREET, SUITE 139
BATON ROUGE, LA 70801-1712

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

US POSTAGE
HASLER
$0.640
03/10/2011
Mailed From 70801

Return to Sender —
No such Person
at this Address.

SCANNED
U.S. MARSHAL

NIXIE        708    90    1    85    05/24/11
             RETURN TO SENDER
             INSUFFICIENT ADDRESS
             UNABLE TO FORWARD

BC: 70801176599        *2499-00396-24-17

Marc I. Gross
Pajares & Schexnaydre, LLC
68031 Capital Trace Row
Mandeville, LA 70471

70801@1765

Marc I. Gross
Pajares & Schexnaydre, LLC
68031 Capital Trace Row
Mandeville, LA 70471

------------------------------------------------------------