UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, ET AL., <br> Plaintiffs, <br> vs. <br> AMEDISYS, INC., ET AL., <br> Defendants. | CIVIL ACTION <br> No. 3:10-cv-00395-BAJ-CN <br><br> Consolidated with: <br> No. 3:10-cv-00464-BAJ-CN <br> No. 3:10-cv-00470-BAJ-CN <br> No. 3:10-cv-00497-BAJ-CN |

# **ORDER**

Considering the foregoing motion to admit pro hac vice;

IT IS ORDERED that the motion is GRANTED and that visiting attorney, Chad Johnson, be admitted to appear and participate pro hac vice in this matter and as co-counsel on behalf of The Public Employees' Retirement System of Mississippi and The Puerto Rico Teachers' Retirement System.

Signed in Baton Rouge, Louisiana, on June 28, 2011.

**MAGISTRATE JUDGE CHRISTINE NOLAND**