**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
777 FLORIDA STREET, SUITE 139
BATON ROUGE, LA 70801-1712

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Marc I. Gross
Pajares & Schexnaydre, LLC
68031 Capital Trace Row
Mandeville, LA 70471

*No such Person at this Address.*
*Return to Sender*

NIXIE   708   5C  1    00   07/22/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 70801176699    *2165-18158-30-08*

FIRST CLASS
AUTOCR

HASLER
017H1553041
$0.449
Mailed From 70801
US POSTAGE