UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, ET AL | CIVIL ACTION |
| VERSUS | |
| AMEDISYS, INC., ET AL | NO. 10-395-BAJ-CN |

Consolidated with:

NO. 10-441-BAJ-CN
NO. 10-464-BAJ-CN
NO. 10-468-BAJ-CN
NO. 10-470-BAJ-CN
NO. 10-480-BAJ-CN
NO. 10-497-BAJ-CN
NO. 10-505-BAJ-CN
NO. 10-642-BAJ-CN
NO. 10-732-BAJ-CN

## RULING AND ORDER

This matter is before the Court on a motion to strike Notice of Filing (doc. 189). Because the subject document (doc. 189) was filed without leave of court and bears no relevance to the issues presently before the Court, the motion (doc. 189) is **GRANTED**.

Accordingly, **IT IS ORDERED** that the Notice of Filing (doc. 189) be **STRICKEN** from the record.

Baton Rouge, Louisiana, October 18, 2011.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**