# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, ET AL., | ) CIVIL ACTION |
| Plaintiff, | ) No. 3:10-cv-00395-BAJ-CN |
| vs. | ) Consolidated with: |
| AMEDISYS, INC., ET AL., | ) No. 3:10-cv-00441-BAJ-CN |
| | ) No. 3:10-cv-00464-BAJ-CN |
| Defendants. | ) No. 3:10-cv-00468-BAJ-CN |
| | ) No. 3:10-cv-00470-BAJ-CN |
| | ) No. 3:10-cv-00480-BAJ-CN |
| | ) No. 3:10-cv-00497-BAJ-CN |
| | ) No. 3:10-cv-00505-BAJ-CN |
| | ) No. 3:10-cv-00642-BAJ-CN |
| | ) No. 3:10-cv-00732-BAJ-CN |

## AMEDISYS DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Amedisys, Inc., William F. Borne, Dale E. Redman, John F. Giblin, Gregory Browne, and Jeffery Jeter (collectively, the "Amedisys Defendants") hereby give notice of the recent opinion in *In re Almost Family, Inc. Securities Litigation*, No. 3:10-cv-00520-JGH, Doc. No. 62 (W.D. Ky. Feb. 10, 2012) (Heyburn II, J.), in which the court dismissed a securities class action complaint alleging that Almost Family, Inc. violated Rule 10b-5, 17 C.F.R. § 240.10b-5, by inflating its reported earnings by making medically unnecessary home therapy visits. The Almost Family litigation was filed following the *Wall Street Journal's* April 27, 2010 article concerning potential Medicare reimbursement abuses by certain home health providers and the subsequent announcement of an investigation by the United States Senate Finance Committee. A copy of the decision is attached for the Court's convenience as Exhibit A.

Respectfully submitted this 16th day of February, 2012.

/s/ Richard F. Zimmerman, Jr.
Richard F. Zimmerman, Jr. (#13800)
Julie M. McCall (#29992)
KANTROW SPAHT WEAVER
& BLITZER (APLC)
445 North Blvd., Suite 300
Baton Rouge, LA 70802-5747
P: (225) 383-4703
F: (225) 343-0630

KING & SPALDING LLP
Michael R. Smith
David E. Meadows
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
P: (404) 572-4600
F: (404) 572-5100
Attorneys for Amedisys Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served to all counsel of record via PACER notice this 16th day of February, 2012.

/s/ Richard F. Zimmerman Jr.
Richard F. Zimmerman Jr.