# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT F. BACH, ET AL., | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 3:l0-cv-00395-BAJ-CN |
| | ) | |
| vs. | ) | Consolidated with: |
| | ) | |
| AMEDISYS, INC., ET AL., | ) | No. 3:10-cv-00441-BAJ-CN |
| | ) | No. 3: l0-cv-00464-BAJ-CN |
| Defendants. | ) | No. 3:10-cv-00468-BAJ-CN |
| | ) | No. 3:10-cv-00470-BAJ-CN |
| | ) | No. 3:10-cv-00480-BAJ-CN |
| | ) | No. 3:10-cv-00497-BAJ-CN |
| | ) | No. 3:10-cv-00505-BAJ-CN |
| | ) | No. 3:10-cv-00642-BAJ-CN |
| | ) | No. 3:10-cv-00732-BAJ-CN |
| | ) | |

## AMEDISYS DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Lead Plaintiffs The Public Employees' Retirement System of Mississippi and The Puerto Rico Teachers' Retirement System's ("Plaintiffs") Motion to Strike Amedisys Defendants' [Third] Notice of Supplemental Authority (Docket No. 194, the "Notice") has no basis under applicable law or any Court Order and should therefore be denied. Amedisys Defendants' Notice consists of a single page and contains no legal argument, but simply alerted the Court to a recently-issued opinion in a securities class action against another home health provider arising out of the same *Wall Street Journal* article and related events, *In re Almost Family, Inc. Securities Litigation*, No. 3:10-cv-00520-JGH, Doc. No. 62 (W.D. Ky. Feb. 10, 2012) (Heyburn II, J.). Both parties have alerted the Court to judicial decisions rendered since the Defendants' respective motions to dismiss were fully briefed (*see* Docket Nos. 179, 182, 187), and the Notice is consistent with those previous filings, none of which drew objections of any kind. The Amedisys Defendants respectfully submit that their

Case 3:10-cv-00395-BAJ-CN   Document 195   02/21/12   Page 1 of 4

Notice, which merely notifies the Court of a recent judicial decision and provides a courtesy copy of that written decision, contains no "redundant, immaterial, impertinent, or scandalous matter" that might justify striking the Notice under Fed. R. Civ. P. 12(f). It is Plaintiff's motion which deserves striking for inappropriately offering additional legal argument in support of its motion.

For these reasons, Defendants Amedisys, Inc., William F. Borne, Dale E. Redman, John F. Giblin, Gregory Browne, and Jeffery Jeter respectfully request that the Court deny Plaintiffs' Motion to Strike.

Respectfully submitted this 21st day of February, 2012.

/s/ Richard F. Zimmerman, Jr.
Richard F. Zimmerman, Jr. (#13800)
Julie M. McCall (#29992)
KANTROW SPAHT WEAVER
& BLITZER (APLC)
445 North Blvd., Suite 300
Baton Rouge, LA 70802-5747
P: (225) 383-4703
F: (225) 343-0630

KING & SPALDING LLP
Michael R. Smith
David E. Meadows
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
P: (404) 572-4600
F: (404) 572-5100
Attorneys for the Amedisys Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served to all counsel of record via PACER notice this 21st day of February, 2012.

/s/ Richard F. Zimmerman Jr.\_\_\_\_
Richard F. Zimmerman Jr.

1