UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT F. BACH, ET AL

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-395-BAJ-CN

Consolidated with:

NO. 10-441-BAJ-CN
NO. 10-464-BAJ-CN
NO. 10-468-BAJ-CN
NO. 10-470-BAJ-CN
NO. 10-480-BAJ-CN
NO. 10-497-BAJ-CN
NO. 10-505-BAJ-CN
NO. 10-642-BAJ-CN
NO. 10-732-BAJ-CN

## RULING AND ORDER

Upon consideration of the foregoing Lead Plaintiffs' Motion to Strike Defendants' Notice of Supplemental Authority and Memorandum in Support Thereof:

The motion (doc. 194) is **DENIED**.

Baton Rouge, Louisiana, February 17, 2012.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA