UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH et al., | **Consolidated Securities Class Action** |
| | **Civil Action No. 10-395-BAJ-CN** |
| versus | |
| | Consolidated with Nos. 10-464-BAJ-CN, |
| AMEDISYS, INC. et al., | 10-470-BAJ-CN, and 10-497-BAJ-CN |

**ORDER**

Considering the Motion to Withdraw of Labaton Sucharow LLP and deGravelles, Palmintier, Holthaus & Frugé, L.L.P., counsel for former lead plaintiff movant Baltimore County Employees' Retirement System ("Baltimore County"), record document number 200;

IT IS ORDERED that Labaton Sucharow LLP and deGravelles, Palmintier, Holthaus & Frugé, L.L.P. are withdrawn as counsel of record in the above-captioned action.

Baton Rouge, Louisiana, May 4, 2012.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE