UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT F. BACH, ET AL

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-395-BAJ-CN

Consolidated with:

NO. 10-441-BAJ-CN
NO. 10-464-BAJ-CN
NO. 10-468-BAJ-CN
NO. 10-470-BAJ-CN
NO. 10-480-BAJ-CN
NO. 10-497-BAJ-CN
NO. 10-505-BAJ-CN
NO. 10-642-BAJ-CN
NO. 10-732-BAJ-CN

## ORDER OF DISMISSAL

For all of the written reasons assigned and filed in the Court's Ruling on the motions to dismiss the Consolidated Securities Class Action Complaint:

**IT IS ORDERED** that *Robert F. Bach, et al, v. Amedisys, Inc., et al*, 10-395-BAJ-CN; *David Isman v. Amedisys, Inc., et al*, 10-464-BAJ-CN; *Arik Dvinsky v. Amedisys, Inc., et al*, 10-470-BAJ-CN; and *Melvin W. Brinkley, et al v. Amedisys, Inc., et al*, 10-497-BAJ-CN are hereby **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(6).

Baton Rouge, Louisiana, June 28, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA