UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, ET AL., | CIVIL ACTION |
| Plaintiff, | No. 3:10-cv-00395-BAJ-CN |
| vs. | Consolidated with: |
| AMEDISYS, INC., ET AL., | No. 3:10-cv-00441-BAJ-CN |
| Defendants. | No. 3:10-cv-00464-BAJ-CN |
| | No. 3:10-cv-00468-BAJ-CN |
| | No. 3:10-cv-00470-BAJ-CN |
| | No. 3:10-cv-00480-BAJ-CN |
| | No. 3:10-cv-00497-BAJ-CN |
| | No. 3:10-cv-00505-BAJ-CN |
| | No. 3:10-cv-00642-BAJ-CN |
| | No. 3:10-cv-00732-BAJ-CN |

**DEFENDANT AMEDISYS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Nominal Defendant Amedisys, Inc. hereby gives notice of the recent opinion in *Strong, derivatively on behalf of Tidewater, Inc. v. Taylor*, 2:11-cv-00392-JTM-ALC, Doc. No. 50 (E.D. La., July 2, 2012) (Triche-Milazzo, J.) in which the Court granted a motion to dismiss a shareholder derivative suit under Fed. R. Civ. P. Rule 23.1 and Delaware law for failure to plead particular facts establishing demand futility. In *Strong*, nominal defendant Tidewater, Inc. and an affiliate paid over $15 million in disgorgement and penalties following government investigations of bribes paid to foreign officials in violation of the Foreign Corrupt Practices Act. The Court's decision addresses the pleading requirements applicable to derivative suits alleging that pre-suit demand on the board of directors is legally excused as futile.

A copy of the decision is attached for the Court's convenience as Exhibit A.

Respectfully submitted this 9th day of July, 2012.

/s/ Richard F. Zimmerman, Jr.
Richard F. Zimmerman, Jr. (#13800)
Julie M. McCall (#29992)
KANTROW SPAHT WEAVER
& BLITZER (APLC)
445 North Blvd., Suite 300
Baton Rouge, LA 70802-5747
P: (225) 383-4703
F: (225) 343-0630

KING & SPALDING LLP
Michael R. Smith
David E. Meadows
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
P: (404) 572-4600
F: (404) 572-5100
Attorneys for Amedisys Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served to all counsel of record via PACER notice this 9th day of July, 2012.

/s/ Richard F. Zimmerman Jr.
Richard F. Zimmerman Jr.

#278980