UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT F. BACH, ET AL., | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 3:10-cv-00395-BAJ-CN |
| | ) | |
| vs. | ) | Consolidated with: |
| | ) | |
| AMEDISYS, INC., ET AL., | ) | No. 3:10-cv-00441-BAJ-CN |
| | ) | No. 3:10-cv-00464-BAJ-CN |
| Defendants. | ) | No. 3:10-cv-00468-BAJ-CN |
| | ) | No. 3:10-cv-00470-BAJ-CN |
| | ) | No. 3:10-cv-00480-BAJ-CN |
| | ) | No. 3:10-cv-00497-BAJ-CN |
| | ) | No. 3:10-cv-00505-BAJ-CN |
| | ) | No. 3:10-cv-00642-BAJ-CN |
| | ) | No. 3:10-cv-00732-BAJ-CN |
| | ) | |

**DERIVATIVE PLAINTIFFS' RESPONSE TO DEFENDANT AMEDISYS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Amedisys' Notice of Supplemental Authority filed on July 9, 2012 [Dkt. No. 205] should be disregarded by this Court. The facts of the supplemental authority referenced therein are distinguishable from the facts of the case at hand and the case law referenced therein does not add to the law already cited in the parties' briefs filed in regards to the pending motions to dismiss filed on March 21, April 11, and 14, 2011 [Dkt. Nos. 125, 134, 140]. Plaintiffs could just as easily refer the Court to other cases, such as *Louisiana Municipal Police Employees' Retirement System v. Pyott* (hereinafter, "*Allergan*"), wherein defendants' motion to dismiss a derivative action was recently **denied**. C.A. No. 5795-VCL, 2012 WL 2087205 (Del. Ch. June 11, 2012). In *Allergan*, it was explained that the plaintiff does not have to demonstrate a reasonable probability of success of the claim; such a requirement would be "'unduly onerous.'" *Allergan*, 2012 WL 2087205, at *29 (citing *Rales v Blasband*, 634 A2d 927, 935 (Del. 1993)). Instead, "[p]laintiffs need only 'make a threshold showing, through the allegation of particularized facts, that their claims have some merit.'" *Id*. (citing *Rales*, 634 A.2d at 934). Vice Chancellor J. Travis Laster also restates the truism that fiduciaries "'may not choose to manage an entity in an illegal fashion, even if the fiduciary believes that the illegal activity will result in profits for the entity.'" *Allergan*, 2012 WL 2087205, at *30 (citing *Metro Commc'n Corp. v. Advanced Mobilecomm Tech. Inc.*, 854 A2d 121, 131 (Del Ch. 2004)). Thus, the *Allergan* decision also addresses legal principles applicable to this derivative action.

Dated: July 11, 2012

Respectfully submitted by:

ROBBINS UMEDA LLP
BRIAN J. ROBBINS (admitted *pro hac vice*)
KEVIN A. SEELY (admitted *pro hac vice*)
JAY N. RAZZOUK (admitted *pro hac vice*)

/s/ Kevin A. Seely
KEVIN A. SEELY

600 B Street, Suite 1900
San Diego, CA 92101

Telephone: (619) 525-3990
Facsimile: (619) 525-3991

COHEN, PLACITELLA & ROTH, P.C.
STEWART L. COHEN
STUART J. GUBER
JILLIAN A.S. ROMAN
2900 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Telephone: (215) 567-3500
Facsimile: (215) 567-6019
BRANSTETTER, STRANCH &
    JENNINGS, PLLC
J. GERARD STRANCH, IV
MICHAEL G. STEWART
JOE P.LENISKI, JR.
227 Second Avenue North, 4th Floor
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 250-3937

*Co-Lead Counsel for Derivative Plaintiffs*

CLAYTON AND FRUGE
ANTONIO M. CLAYTON (21191)
MICHAEL FRUGE (26287)
607 N. Alexander Ave.
Port Allen, LA 70767
Telephone: (225) 344-7000

ROBEIN, URANN, SPENCER, PICARD
    & CANGEMI, APL
JULIE RICHARD-SPENCER (#20340)
2540 Severn Avenue, Suite 400 (70002)
Post Office Box 6768
Metairie, LA 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969

*Co- Liaison Counsel for Derivative Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2012, a true and correct copy of the above and foregoing Derivative Plaintiffs' Response to Defendant Amedisys' Notice of Supplemental Authority was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record on the attached Electronic Mail Notice List by operation of the Court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing on to the following non-CM/ECF participants listed on attached Manual Notice List.

/s/ Kevin A. Seely
ROBBINS UMEDA LLP
BRIAN J. ROBBINS (admitted *pro hac vice*)
KEVIN A. SEELY (admitted *pro hac vice*)
JAY N. RAZZOUK (admitted *pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Co-Lead Counsel for Derivative Plaintiffs*

751164