UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT F. BACH, ET AL

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-395-BAJ-CN

Consolidated with:

NO. 10-441-BAJ-CN
NO. 10-464-BAJ-CN
NO. 10-468-BAJ-CN
NO. 10-470-BAJ-CN
NO. 10-480-BAJ-CN
NO. 10-497-BAJ-CN
NO. 10-505-BAJ-CN
NO. 10-642-BAJ-CN
NO. 10-732-BAJ-CN

## RULING

This matter is before the Court on a joint motion for a briefing schedule pursuant to Local Rule 7.4 with respect to the pending motion for reconsideration (doc. 208).

Local Rule 7.4 provides:

> Each respondent opposing a motion shall file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 21 days after service of the motion. Memoranda shall contain a *concise* statement of reasons in opposition to the motion, and a citation of authorities upon which the respondent relies. For *good cause* appearing therefor, a respondent may be required to file a response and supporting documents, including memoranda, within such shorter or longer period of time as the court may order, upon written ex parte motion served on all parties.

L.R. 7.4 (emphasis added).[1]

The motion is **GRANTED** insofar as the parties seek a sixteen day extension for the filing of an opposition to the motion and is **DENIED** otherwise. The Court will not entertain a further request for extension, nor will the Court consider any memorandum that does not comport with the local rules.

Baton Rouge, Louisiana, August __9__, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Local Rule 7.3 provides in pertinent part that memoranda accompanying a motion shall contain (1) a *concise* statement of reasons in support of the motion, and (2) citations of the authorities on which he relies or copies of these authorities. L.R. 7.3 (emphasis added).

2