UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT F. BACH, et al.<br><br>versus<br><br>AMEDISYS, INC., et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Consolidated Securities Class Action<br><br>Civil Action No. 10-395-BAJ-CN<br><br>Consolidated with:<br><br>   No. 10-441-BAJ-CN<br>   No. 10-464-BAJ-CN<br>   No. 10-468-BAJ-CN<br>   No. 10-470-BAJ-CN<br>   No. 10-480-BAJ-CN<br>   No. 10-497-BAJ-CN<br>   No. 10-505-BAJ-CN<br>   No. 10-642-BAJ-CN<br>   No. 10-732-BAJ-CN |

## NOTICE OF WITHDRAWAL OF ATTORNEY CHAD JOHNSON

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW William Fredericks, a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, one of the court-appointed Co-Lead Counsel for Lead Plaintiffs, Public Employees' Retirement System of Mississippi and Puerto Rico Teachers' Retirement System (together, "Lead Plaintiffs"), in the above-captioned action, and respectfully provides notice that Chad Johnson is hereby withdrawn as one of the counsel of record for Lead Plaintiffs.

Dated: October 4, 2012

Respectfully Submitted,

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: /s/ William C. Fredericks
WILLIAM C. FREDERICKS
1285 Avenue of the Americas
New York, New York 10019
212-554-1400
bill@blbglaw.com

*Co-Lead Counsel for Public Employees' Retirement System of Mississippi and Puerto Rico Teachers' Retirement System*


HYMEL DAVIS & PETERSEN
RICHARD P. IEYOUB (26287)

By: /s/ Richard P. Ieyoub
RICHARD P. IEYOUB
10602 Coursey Boulevard
Baton Rouge, LA 70816
Telephone: (225) 298-8118
Facsimile: (225) 298-8119

*Liaison Counsel for Public Employees' Retirement System of Mississippi and Puerto Rico Teachers' Retirement System*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the Notice of Withdrawal of Attorney Chad Johnson was filed on this 4th day of October, 2012 with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/ Richard P. Ieyoub
Richard P. Ieyoub