UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, ET AL., | CIVIL ACTION |
| Plaintiff, | No. 3:10-cv-00395-BAJ-CN |
| vs. | Consolidated with: |
| AMEDISYS, INC., ET AL., | No. 3:10-cv-00441-BAJ-CN |
| | No. 3:10-cv-00464-BAJ-CN |
| Defendants. | No. 3:10-cv-00468-BAJ-CN |
| | No. 3:10-cv-00470-BAJ-CN |
| | No. 3:10-cv-00480-BAJ-CN |
| | No. 3:10-cv-00497-BAJ-CN |
| | No. 3:10-cv-00505-BAJ-CN |
| | No. 3:10-cv-00642-BAJ-CN |
| | No. 3:10-cv-00732-BAJ-CN |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby give notice of the recent opinion of Judge Robert E. Flournoy, III of the Superior Court of Cobb County, Georgia in *In re Gentiva Health Services, Inc. Derivative Litigation,* Civil Action File No. 12-1-6174-40, in which the court granted a motion to dismiss a shareholder derivative suit under Delaware law for failure to plead particular facts establishing demand futility. In *Gentiva,* the plaintiffs filed suit against Gentiva Health Services, a home healthcare competitor of Amedisys, based on the same triggering events that spawned this claim: The April 27, 2010 *Wall Street Journal* article questioning Medicare reimbursement trends in the home health industry, and subsequent related congressional and regulatory inquiries. The court's decision addresses the pleading requirements under Delaware law applicable to derivative suits alleging that pre-suit demand on the board of directors is legally excused as futile.

A copy of the decision is attached for the Court's convenience as Exhibit A.

Case 3:10-cv-00395-BAJ-SCR   Document 212   11/01/12   Page 1 of 3

Respectfully submitted this 1st day of November, 2012.

/s/ Richard F. Zimmerman, Jr.
Richard F. Zimmerman, Jr. (#13800)
Julie M. McCall (#29992)
KANTROW SPAHT WEAVER
& BLITZER (APLC)
445 North Blvd., Suite 300
Baton Rouge, LA 70802-5747
P: (225) 383-4703
F: (225) 343-0630

KING & SPALDING LLP
Michael R. Smith
David E. Meadows
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
P: (404) 572-4600
F: (404) 572-5100

*Attorneys for the Amedisys Defendants*

/s/ Shelton Dennis Blunt
Shelton Dennis Blunt
A. Paul LeBlanc., Jr.
Phelps Dunbar, LLP
Convention Street, Ste. 1100
Baton Rouge, LA 70802-5618
P: (225) 376-0231
F: (225) 381-9197

*Attorneys for Defendants Larry Graham and Alice Schwartz*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all participating counsel of record.

This 1st day of November, 2012.

/s Richard F. Zimmerman, Jr.
Richard F. Zimmerman Jr. (#13800)
KANTROW SPAHT WEAVER
& BLITZER (APLC)

#284198