UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT F. BACH, ET AL., | ) | CIVIL ACTION |
| | ) | |
| Plaintiffs, | ) | No. 3:10-cv-00395-BAJ-CN |
| | ) | |
| vs. | ) | Consolidated with: |
| | ) | |
| AMEDISYS, INC., ET AL., | ) | No. 3:10-cv-00441-BAJ-CN |
| | ) | No. 3:10-cv-00464-BAJ-CN |
| Defendants. | ) | No. 3:10-cv-00468-BAJ-CN |
| | ) | No. 3:10-cv-00470-BAJ-CN |
| | ) | No. 3:10-cv-00480-BAJ-CN |
| | ) | No. 3:10-cv-00497-BAJ-CN |
| | ) | No. 3:10-cv-00505-BAJ-CN |
| | ) | No. 3:10-cv-00642-BAJ-CN |
| | ) | No. 3:10-cv-00732-BAJ-CN |
| | ) | |

**DERIVATIVE PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants' Notice of Supplemental Authority filed on November 1, 2012 [Dkt. No. 212] does not introduce new law or analysis to what the parties already briefed with regard to Defendants' Motions to Dismiss [*see, e.g.*, Dkt. Nos. 125, 134, 140] and, therefore, should not influence the Court's decision. The case Defendants offer also involves materially distinguishable demand futility allegations. As Defendants' supplemental authority from a Georgia state court recognizes, "'demand futility is to be evaluated based on the facts of each particular case.'" *See* Defendants' Notice of Supplemental Authority, Exhibit A, *In re Gentiva Health Services, Inc. Derivative Litigation*, Civil Action File No. 12-1-6174-40 (Ga. Super. Oct. 12, 2012 ) at 7 (citing *In re Pfizer Inc. S'holder Derivative Litig.*, 722 F. Supp. 2d 453, 461-62 (S.D.N.Y. 2010)). Plaintiffs allege demand futility based on the unique factual circumstances specific to Amedisys, including, but not limited to, insider selling, the prior experience of Amedisys' Board members, and their failure to execute proper business judgment in making and/or approving false statements and approving a share repurchase plan.

If all possible authority were to be considered without taking into account each case's unique factual circumstances, both parties could cite numerous cases, none of which would necessarily add new law or analysis. For example, Plaintiffs could also refer the Court to *Cook ex rel. Career Educ. Corp. v. McCullough*, 11-CV-9119, 2012 WL 3488442, at *1 (N.D. Ill. Aug. 13, 2012). In that case, a federal district court **denied** defendants' motions to dismiss a derivative action on demand futility grounds where the complaint contained allegations that the defendants were obligated to oversee and review the company's financial reporting, public disclosures, and internal control processes, coupled with allegations of media reports and warnings from governmental entities relating to the wrongdoing, which gave the directors "cause for suspicion." *Id*. at *7. This Court need not take the case cited by Defendants into consideration, given that demand futility requires a case-by-case analysis and the case cited by Defendants does not provide new direction for the Court compared with the authority already provided.

Dated: November 7, 2012

Respectfully submitted by:

ROBBINS UMEDA LLP
BRIAN J. ROBBINS (admitted *pro hac vice*)
KEVIN A. SEELY (admitted *pro hac vice*)
JAY N. RAZZOUK (admitted *pro hac vice*)

/s/ Jay N. Razzouk
JAY N. RAZZOUK

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

COHEN, PLACITELLA & ROTH, P.C.
STEWART L. COHEN
STUART J. GUBER
JILLIAN A.S. ROMAN
2900 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Telephone: (215) 567-3500
Facsimile: (215) 567-6019

BRANSTETTER, STRANCH &
   JENNINGS, PLLC
J. GERARD STRANCH, IV
MICHAEL G. STEWART
JOE P. LENISKI, JR.
227 Second Avenue North, 4th Floor
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 250-3937

*Co-Lead Counsel for Derivative Plaintiffs*

CLAYTON AND FRUGE
ANTONIO M. CLAYTON (21191)
MICHAEL FRUGE (26287)
607 N. Alexander Ave.
Port Allen, LA 70767
Telephone: (225) 344-7000

ROBEIN, URANN, SPENCER, PICARD
   & CANGEMI, APL
JULIE RICHARD-SPENCER (#20340)
2540 Severn Avenue, Suite 400 (70002)
Post Office Box 6768
Metairie, LA 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969

*Co- Liaison Counsel for Derivative Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2012, a true and correct copy of the above and foregoing Derivative Plaintiffs' Response to Defendants' Notice of Supplemental Authority was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record on the attached Electronic Mail Notice List by operation of the Court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing on to the following non-CM/ECF participants listed on attached Manual Notice List.

/s/ Jay N. Razzouk
JAY N. RAZZOUK (admitted *pro hac vice*)
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Co-Lead Counsel for Derivative Plaintiffs*

795785

## Mailing Information for a Case 3:10-cv-00395-BAJ-SCR

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brandon Scott Andrews**
  sandrews@dueprice.com,robbie@dueprice.com

- **Richard J. Arsenault**
  rarsenault@nbalawfirm.com

- **Donald L. Beckner**
  don@donaldbeckner.com

- **Marshall G. Bennett**
  mbennett@wolfpopper.com,rdiaz@wolfpopper.com

- **Shelton Dennis Blunt**
  bluntd@phelps.com,christy.andra@phelps.com,bayhis@phelps.com

- **Philip Bohrer**
  phil@bohrerlaw.com,shannon@bohrerlaw.com

- **Charles Michael Bollinger**
  mbollinger@nbalawfirm.com,rmonk@nbalawfirm.com

- **Scott E. Brady**
  scott@bohrerlaw.com,greta@bohrerlaw.com

- **Tony Clayton**
  tclaytonlaw@aol.com,michaelfruge@claytonfrugelaw.com,mdyer@claytonfrugelaw.com

- **Jessica L. Coco**
  jessica.coco@phelps.com,kigganst@phelps.com,terrelld@phelps.com,smithsha@phelps.com

- **Thomas W. Darling**
  tdarling@grhg.net,tigerthom@cox.net,tdomingue@grhg.net,firm@grhg.net,al@grhg.net

- **Caitlin Duffy**
  caitlin@sfclasslaw.com

- **Stephen J. Fearon , Jr**
  stephen@sfclasslaw.com,cathy@sfclasslaw.com

- **Robert C. Finkel**
  rfinkel@wolfpopper.com,minsley-pruitt@wolfpopper.com,cdunleavy@wolfpopper.com,alencyk@wolfpopper.com,rdiaz@wolfpopper.com,nmackiel@wolfpopper.com

- **Michael Paul Fruge'**
  michaelfruge@claytonfrugelaw.com,mdyer@claytonfrugelaw.com

- **Jacob A. Goldberg**
  jgoldberg@faruqilaw.com

- **Karleen Joseph Green**
  greenk@phelps.com,creasys@phelps.com

- **Marc I. Gross**
  migross@pomlaw.com

- **Shirin E. Harrell**
  sharrell@harrell-nowak.com

- **Richard Ieyoub**
  rieyoub@hymeldavis.com,bill@blbglaw.com,marionp@blbglaw.com,jeremy@blbglaw.com,jbragg@hymeldavis.com,adam@blbglaw.com,cwilliams@hymeldavis.com

- **Lewis Stephen Kahn**
  lewis.kahn@ksfcounsel.com

- **Alfred Paul LeBlanc , Jr**
  leblancp@phelps.com

- **Andrew Allen Lemmon**
  andrew@lemmonlawfirm.com,court@lemmonlawfirm.com

- **Joe P Leniski , Jr**
  jleniski@branstetterlaw.com,pmccoy@branstetterlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com

- **Hamilton Lindley**
  hlindley@goldfarbbranham.com,bhamilton@goldfarbbranham.com

Case 3:10-cv-00395-BAJ-SCR    Document 213    11/07/12    Page 5 of 7

- **Julie Moffett McCall**
  julie@kswb.com

- **David E. Meadows**
  demeadows@kslaw.com,gwilson@kslaw.com

- **Patrick Craig Morrow**
  pmorrow@mmrblaw.com,maria@mmrblaw.com,jld@mmrblaw.com

- **Irma L. Netting**
  irma@lemmonlawfirm.com

- **Eric R. Nowak**
  enowak@harrell-nowak.com,tguthrie@harrell-nowak.com,sharrell@hnwewin.com,lstern@bermandevalerio.com,JBlock@bermandevalerio.com,DDevalerio@bermandevalerio.com,kdonovan@bermandevalerio.com

- **Michael E. Ponder**
  judgeponder@gmail.com

- **Olga Anna Posmyk**
  olga@sfclasslaw.com

- **Jay N. Razzouk**
  jrazzouk@robbinsumeda.com,notice@robbinsumeda.com,cbautista@robbinsumeda.com

- **Julie Richard-Spencer**
  jrichard@ruspclaw.com,svanderbrook@ruspclaw.com,rwetzel@ruspclaw.com

- **Brian J. Robbins**
  notice@robbinsumeda.com

- **Jane Robert**
  robertj@phelps.com,christy.andra@phelps.com,callahag@phelps.com

- **Jillian A. S. Roman**
  jroman@cprlaw.com,kleonetti@cprlaw.com

- **Marian Rosner**
  mrosner@wolfpopper.com

- **Kevin A. Seely**
  kseely@robbinsumeda.com,notice@robbinsumeda.com

- **Darren A Shuler**
  dshuler@kslaw.com

- **Steven J. Simerlein**
  ssimerlein@branstetterlaw.com,lcasey@branstetterlaw.com

- **Michael R. Smith**
  mrsmith@kslaw.com

- **Sandra G. Smith**
  ssmith@faruqilaw.com

- **Michael G. Stewart**
  mstewart@branstetterlaw.com,pamg@branstetterlaw.com

- **J. Gerard Stranch**
  gerards@branstetterlaw.com,calebb@branstetterlaw.com,lisac@branstetterlaw.com,pamg@branstetterlaw.com

- **David Tetrick , Jr**
  dtetrick@kslaw.com,bcummins@kslaw.com,danderson@kslaw.com

- **Michael B. Wakefield**
  mwakefield@kslaw.com

- **Laranda Moffett Walker**
  laranda.walker@phelps.com

- **Gerald D. Wells , III**
  jwells@faruqilaw.com,jjenks@faruqilaw.com

- **Douglas Wilens**
  dwilens@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Richard Franklin Zimmerman , Jr**
  richard@kswb.com,beth@kswb.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Darren J Robbins**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Gerald H Silk**
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019