UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT F. BACH, ET AL., | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 3:10-cv-00395-BAJ-CN |
| | ) | |
| vs. | ) | Consolidated with: |
| | ) | |
| AMEDISYS, INC., ET AL., | ) | No. 3:10-cv-00441-BAJ-CN |
| | ) | No. 3:10-cv-00464-BAJ-CN |
| Defendants. | ) | No. 3:10-cv-00468-BAJ-CN |
| | ) | No. 3:10-cv-00470-BAJ-CN |
| | ) | No. 3:10-cv-00480-BAJ-CN |
| | ) | No. 3:10-cv-00497-BAJ-CN |
| | ) | No. 3:10-cv-00505-BAJ-CN |
| | ) | No. 3:10-cv-00642-BAJ-CN |
| | ) | No. 3:10-cv-00732-BAJ-CN |
| | ) | |

**NOTICE OF FIRM NAME CHANGE**

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the law firm of Robbins Umeda LLP has changed its name to Robbins Arroyo LLP (the "Firm"). The Firm's website address is www.robbinsarroyo.com and e-mail addresses for the Firm's members and employees are firstinitiallastname@robbinsarroyo.com. The Firm's address, telephone number, and facsimile number remain the same. Please update your records accordingly.

Dated: January 7, 2013

Respectfully submitted by:

ROBBINS UMEDA LLP
BRIAN J. ROBBINS (admitted *pro hac vice*)
KEVIN A. SEELY (admitted *pro hac vice*)
JAY N. RAZZOUK (admitted *pro hac vice*)

/s/ Kevin A. Seely
KEVIN A. SEELY

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

COHEN, PLACITELLA & ROTH, P.C.
STEWART L. COHEN
STUART J. GUBER
JILLIAN A.S. ROMAN
2900 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Telephone: (215) 567-3500
Facsimile: (215) 567-6019

BRANSTETTER, STRANCH &
   JENNINGS, PLLC
J. GERARD STRANCH, IV
MICHAEL G. STEWART
JOE P.LENISKI, JR.
227 Second Avenue North, 4th Floor
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 250-3937

*Co-Lead Counsel for Derivative Plaintiffs*

CLAYTON AND FRUGE
ANTONIO M. CLAYTON (21191)
MICHAEL FRUGE (26287)

Case 3:10-cv-00395-BAJ-SCR   Document 216   01/07/13   Page 2 of 7

1

607 N. Alexander Ave.
Port Allen, LA 70767
Telephone: (225) 344-7000

ROBEIN, URANN, SPENCER, PICARD
   & CANGEMI, APL
JULIE RICHARD-SPENCER (#20340)
2540 Severn Avenue, Suite 400 (70002)
Post Office Box 6768
Metairie, LA 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969

*Co- Liaison Counsel for Derivative Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 7, 2013, a true and correct copy of the above and foregoing Notice of Firm Name Change was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record on the attached Electronic Mail Notice List by operation of the Court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing on to the following non-CM/ECF participants listed on attached Manual Notice List.

/s/ Kevin A. Seely
KEVIN A. SEELY (admitted *pro hac vice*)
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Co-Lead Counsel for Derivative Plaintiffs*

824183

- 3 -

**Mailing Information for a Case 3:10-cv-00395-BAJ-SCR**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brandon Scott Andrews**
  sandrews@dueprice.com,robbie@dueprice.com

- **Richard J. Arsenault**
  rarsenault@nbalawfirm.com

- **Donald L. Beckner**
  don@donaldbeckner.com

- **Marshall G. Bennett**
  mbennett@wolfpopper.com,rdiaz@wolfpopper.com

- **Shelton Dennis Blunt**
  bluntd@phelps.com,christy.andra@phelps.com,bayhis@phelps.com

- **Philip Bohrer**
  phil@bohrerlaw.com,shannon@bohrerlaw.com

- **Charles Michael Bollinger**
  mbollinger@nbalawfirm.com,rmonk@nbalawfirm.com

- **Scott E. Brady**
  scott@bohrerlaw.com,greta@bohrerlaw.com

- **Tony Clayton**
  tclaytonlaw@aol.com,michaelfruge@claytonfrugelaw.com,mdyer@claytonfrugelaw.com

- **Jessica L. Coco**
  jessica.coco@phelps.com,kigganst@phelps.com,terrelld@phelps.com,smithsha@phelps.com,creasys@phelps.com

- **Thomas W. Darling**
  tdarling@grhg.net,tigerthom@cox.net,tdomingue@grhg.net,firm@grhg.net,al@grhg.net

- **Caitlin Duffy**
  caitlin@sfclasslaw.com

- **Stephen J. Fearon , Jr**
  stephen@sfclasslaw.com,cathy@sfclasslaw.com

- **Robert C. Finkel**
  rfinkel@wolfpopper.com,minsley-pruitt@wolfpopper.com,cdunleavy@wolfpopper.com,alencyk@wolfpopper.com,rdiaz@wolfpopper.com,nmackiel@wolfpopper.com

- **Michael Paul Fruge'**
  michaelfruge@claytonfrugelaw.com,mdyer@claytonfrugelaw.com

- **Jacob A. Goldberg**
  jgoldberg@faruqilaw.com

- **Karleen Joseph Green**
  greenk@phelps.com,creasys@phelps.com

- **Marc I. Gross**
  migross@pomlaw.com

- **Shirin E. Harrell**
  sharrell@harrell-nowak.com

- **Richard Ieyoub**
  rieyoub@hymeldavis.com,bill@blbglaw.com,marionp@blbglaw.com,jeremy@blbglaw.com,jbragg@hymeldavis.com,adam@blbglaw.com,cwilliams@hymeldavis.com

- **Lewis Stephen Kahn**
  lewis.kahn@ksfcounsel.com

- **Alfred Paul LeBlanc , Jr**
  leblancp@phelps.com

- **Andrew Allen Lemmon**
  andrew@lemmonlawfirm.com,court@lemmonlawfirm.com

- **Joe P Leniski , Jr**
  jleniski@branstetterlaw.com,pmccoy@branstetterlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com

- **Hamilton Lindley**
  hlindley@goldfarbbranham.com,bhamilton@goldfarbbranham.com

- **Julie Moffett McCall**
  julie@kswb.com

- **David E. Meadows**
  demeadows@kslaw.com,gwilson@kslaw.com

- **Patrick Craig Morrow**
  pmorrow@mmrblaw.com,maria@mmrblaw.com,jld@mmrblaw.com

- **Irma L. Netting**
  irma@lemmonlawfirm.com

- **Eric R. Nowak**
  enowak@harrell-nowak.com,tguthrie@harrell-nowak.com,sharrell@hnwewin.com,lstern@bermandevalerio.com,JBlock@bermandevalerio.com,DDevalerio@bermandevalerio.com,kdonovan@bermandevalerio.com

- **Michael E. Ponder**
  judgeponder@gmail.com

- **Olga Anna Posmyk**
  olga@sfclasslaw.com

- **Jay N. Razzouk**
  jrazzouk@robbinsarroyo.com,cbautista@robbinsarroyo.com,notice@robbinsarroyo.com

- **Julie Richard-Spencer**
  jrichard@ruspclaw.com,svanderbrook@ruspclaw.com,rwetzel@ruspclaw.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Jane Robert**
  robertj@phelps.com,christy.andra@phelps.com,callahag@phelps.com

- **Jillian A. S. Roman**
  jroman@cprlaw.com,kleonetti@cprlaw.com

- **Marian Rosner**
  mrosner@wolfpopper.com

- **Kevin A. Seely**
  kseely@robbinsarroyo.com,notice@robbinsarroyo.com

- **Darren A Shuler**
  dshuler@kslaw.com

- **Steven J. Simerlein**
  ssimerlein@branstetterlaw.com,lcasey@branstetterlaw.com

- **Michael R. Smith**
  mrsmith@kslaw.com

- **Sandra G. Smith**
  ssmith@faruqilaw.com

- **Michael G. Stewart**
  mstewart@branstetterlaw.com,pamg@branstetterlaw.com

- **J. Gerard Stranch**
  gerards@branstetterlaw.com,calebb@branstetterlaw.com,lisac@branstetterlaw.com,pamg@branstetterlaw.com

- **David Tetrick , Jr**
  dtetrick@kslaw.com,bcummins@kslaw.com,danderson@kslaw.com

- **Michael B. Wakefield**
  mwakefield@kslaw.com

- **Laranda Moffett Walker**
  laranda.walker@phelps.com

- **Gerald D. Wells , III**
  jwells@faruqilaw.com,jjenks@faruqilaw.com

- **Douglas Wilens**
  dwilens@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Richard Franklin Zimmerman , Jr**
  richard@kswb.com,beth@kswb.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Darren J Robbins**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Gerald H Silk**
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019