UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT F. BACH, ET AL

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-395-BAJ-CN

Consolidated with:

NO. 10-441-BAJ-CN
NO. 10-464-BAJ-CN
NO. 10-468-BAJ-CN
NO. 10-470-BAJ-CN
NO. 10-480-BAJ-CN
NO. 10-497-BAJ-CN
NO. 10-505-BAJ-CN
NO. 10-642-BAJ-CN
NO. 10-732-BAJ-CN

## RULING ON MOTION FOR RECONSIDERATION

This matter is before the Court on a motion by lead plaintiffs the Public Employees' Retirement Systems of Mississippi and Puerto Rico Teachers' Retirement System (doc. 207–2), for Reconsideration of the Court's Ruling dismissing plaintiffs' claims under Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a), and for leave to file a First Amended Complaint. (doc. 203) The motion is opposed. (doc. 210)

The Court finds that plaintiffs' motion is without merit and the motion is **DENIED** for the reasons provided in the Court's original Ruling. (doc. 203)

Baton Rouge, Louisiana, April 9, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA