# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, et al. | CIVIL ACTION |
| Plaintiff, | No. 3:10-cv-00395-BAJ-CN |
| vs. | Consolidated with: |
| AMEDISYS, INC., et al., | No. 3:10-cv-00441-BAJ-CN |
| | No. 3:10-cv-00464-BAJ-CN |
| | No. 3:10-cv-00468-BAJ-CN |
| | No. 3:10-cv-00470-BAJ-CN |
| | No. 3:10-cv-00480-BAJ-CN |
| | No. 3:10-cv-00497-BAJ-CN |
| Defendants. | No. 3:10-cv-00505-BAJ-CN |
| | No. 3:10-cv-00642-BAJ-CN |
| | No. 3:10-cv-00732-BAJ-CN |

## NOTICE OF APPEAL

Notice is hereby given that the Public Employees' Retirement System of Mississippi and Puerto Rico Teachers' Retirement System, on behalf of themselves and all other persons and entities similarly situated, Lead Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's orders dated June 28, 2012 (ECF No. 203, Ruling on Motion to Dismiss; and ECF No. 204, Order of Dismissal), and April 9, 2013 (ECF No. 219; Ruling on Motion for Reconsideration and for Leave to File a First Amended Complaint).

Dated: May 3, 2013

HYMEL DAVIS & PETERSEN
RICHARD P. IEYOUB (26287)

*/Richard P. Ieyoub*
RICHARD P. IEYOUB
10602 Coursey Boulevard
Baton Rouge, LA 70816
Telephone: (225) 298-8118
Facsimile: (225) 298-8119

*Liaison Counsel*

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
G. Anthony Gelderman, III
2727 Prytania Street, Suite 14
New Orleans, LA 70130
Telephone: (504) 889-2339
Facsimile: (504) 899-2342

*- and -*

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
John C. Browne
Jeremy P. Robinson
Adam H. Wierzbowski
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444


WOLF POPPER LLP
Marian P. Rosner
Robert C. Finkel
Matthew Insley-Pruitt
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

*Lead Counsel for Lead Plaintiffs*