UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT F. BACH, ET AL., | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 3:10-cv-00395-BAJ-CN |
| | ) | |
| vs. | ) | Consolidated with: |
| | ) | |
| AMEDISYS, INC., ET AL., | ) | No. 3:10-cv-00441-BAJ-CN |
| | ) | No. 3:10-cv-00464-BAJ-CN |
| Defendants. | ) | No. 3:10-cv-00468-BAJ-CN |
| | ) | No. 3:10-cv-00470-BAJ-CN |
| | ) | No. 3:10-cv-00480-BAJ-CN |
| | ) | No. 3:10-cv-00497-BAJ-CN |
| | ) | No. 3:10-cv-00505-BAJ-CN |
| | ) | No. 3:10-cv-00642-BAJ-CN |
| | ) | No. 3:10-cv-00732-BAJ-CN |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

Northumberland County Pension Fund, Laborers' District Council and Contractors' Pension Fund of Ohio, Dan Himmel, and Paula Wendland (the "Plaintiffs"), by and through undersigned counsel, hereby move the Court, pursuant to Fed. R. Civ. P. 23(e), for an order:

(1) preliminarily approving the proposed settlement in this action ("Settlement") as memorialized in the Stipulation of Settlement ("Stipulation"),[1] attached hereto as Exhibit A;[2]

---

[1] The Stipulation contains all material terms of the Settlement, including, *inter alia*, the manner and form of notice to the Class and the contingencies or conditions to the Settlement's final approval.

[2] The [Proposed] Order Preliminarily Approving Settlement and Approving the Form and Manner of Notice is attached hereto as Exhibit B.

1

(2) approving the form of class notice described in the Notice of Proposed Settlement of Amedisys, Inc. Derivative Litigation ("Notice") and Summary Notice ("Summary Notice"), attached hereto as Exhibits D and E;

(3) scheduling a hearing to determine whether the Settlement should be given final approval ("Settlement Hearing"); and

(4) establishing dates for the dissemination of the Notice, and other relevant deadlines.

This motion is made upon the grounds that the parties, by and through their respective counsel, have entered into the Stipulation which provides for dismissal of this action, pursuant to Fed. R. Civ. P. 23(e), upon the terms and conditions specified therein and subject to the approval of the Court.

In support of this motion, Plaintiffs submit herewith a memorandum of law, the Stipulation and exhibits annexed thereto, the pleadings and other files herein and such other written or oral arguments as may be permitted by the Court.

Dated: June 25, 2013                                  Respectfully submitted,

                                              **COHEN, PLACITELLA & ROTH, P.C.**

                                              *s/ Stuart J. Guber*
                                              Stewart L. Cohen (admitted pro hac vice)
                                              Stuart J. Guber (admitted pro hac vice)
                                              Jillian A.S. Roman (admitted pro hac vice)
                                              Two Commerce Square
                                              2001 Market Street
                                              Suite 2900
                                              Philadelphia, PA 19103
                                              Telephone: 215.567.3500
                                              Facsimile: 215.567.6019

ROBBINS ARROYO LLP

*s/ Kevin A. Seely*

Brian J. Robbins (admitted pro hac vice)
Kevin A. Seely (admitted pro hac vice)
Jay N. Razzouk (admitted pro hac vice)
600 B Street
Suite 1900
San Diego, CA 92101
Telephone: 619.525.3990
Facsimile: 619.525.3991

**BRANSTETTER, STRANCH
  & JENNINGS, PLLC**

*s/ J. Gerard Stranch, IV*

J. Gerard Stranch, IV (admitted pro hac vice)
Michael G. Stewart (admitted pro hac vice)
Joe P. Leniski, Jr. (admitted pro hac vice)
227 Second Avenue North, Fourth Floor
Nashville, TN 37201
Telephone: 615.254.8801
Facsimile: 615.250.3937

*Co-Lead Counsel for Derivative Plaintiffs*

877620

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                  *s/ Kevin A. Seely*
                                  Kevin A. Seely

1

Case 3:10-cv-00395-BAJ-SCR   Document 223   06/25/13   Page 4 of 4