UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, ET AL., | ) CIVIL ACTION |
| Plaintiff, | ) No. 3:10-cv-00395-BAJ-CN |
| vs. | ) Consolidated with: |
| AMEDISYS, INC., ET AL., | ) No. 3:10-cv-00441-BAJ-CN |
| Defendants. | ) No. 3:10-cv-00464-BAJ-CN |
| | ) No. 3:10-cv-00468-BAJ-CN |
| | ) No. 3:10-cv-00470-BAJ-CN |
| | ) No. 3:10-cv-00480-BAJ-CN |
| | ) No. 3:10-cv-00497-BAJ-CN |
| | ) No. 3:10-cv-00505-BAJ-CN |
| | ) No. 3:10-cv-00642-BAJ-CN |
| | ) No. 3:10-cv-00732-BAJ-CN |

**SUMMARY NOTICE OF SETTLEMENT OF
AMEDISYS, INC. DERIVATIVE LITIGATION**

TO: **ALL PERSONS WHO OWNED AMEDISYS, INC. COMMON STOCK FROM 2005 TO DATE ("AMEDISYS SHAREHOLDERS")**

YOU ARE HEREBY NOTIFIED that the parties to the above-captioned consolidated derivative actions, as set forth in *Himmel v. Borne, et al.*, Civ. A. No. 3:10-CV-00441-BAJ-CN, U.S.D.C. M.D. La, *Wendland v. Borne, et al.*, Civ. A. No. 3:10-CV-00468-BAJ-CN, U.S.D.C. M.D. La., *Northumberland County Pension Fund v. Borne, et al.*, Civ. A. No. 3:10-CV-00480-BAJ-CN, U.S.D.C. M.D. La., and *Laborers' Dis+trict Council and Contractors' Pension Fund of Ohio v. Amedisys, Inc., et al.*, Civ. A. No. 3:10-CV-00505-BAJ-CN, U.S.D.C. M.D. La. (together, the "Action"),[1] have reached a settlement (the "Settlement") to resolve issues raised in

---

[1] Four securities class actions were also filed against Amedisys and officers of the Company and consolidated by the Court for trial on October 21, 2010. They are: (a) *Bach v. Amedisys, Inc.*, No. 10-395-BAJ-CN (filed July 16, 2010); (b) *Isman v. Amedisys, Inc.*, No. 10-464-BAJ-CN (filed July 14, 2010); (c) *Dvinsky v. Amedisys, Inc.*, No. 10-470-BAJ-CN (filed July 16, 2010); and (d) *Brinkley v. Amedisys, Inc.*, No. 10-497-BAJ-CN

the Action (capitalized terms are defined in the Stipulation of Settlement dated June 24, 2013 ("Stipulation")).

PLEASE BE FURTHER ADVISED that pursuant to an Order of the United States District Court for the Middle District of Louisiana (the "Court"), a hearing (the "Hearing") will be held before the Honorable Brian A. Jackson in the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, Louisiana 70801, at 9:30 a.m., on Wednesday, September 4, 2013, to determine whether (i) the proposed settlement should be approved by the Court as fair, reasonable, adequate, and in the best interests of Amedisys, Inc. ("Amedisys" or the "Company") and Amedisys shareholders; (ii) the Action should be dismissed with prejudice and all Released Claims against the Released Persons should be released and extinguished; (iii) the Court should award attorneys' fees and expenses to Plaintiffs' Co-Lead Counsel; and (iv) to consider such other matters as may properly come before the Court. The Hearing may be continued by the Court at the Hearing, or at any adjourned session thereof without further notice.

The Action and Settlement address claims alleging that certain current and former directors and officers of Amedisys breached their fiduciary duties by failing to implement and/or maintain adequate internal controls over the Company's operations and disclosure, by making or approving false statements to the Company's shareholders, by engaging in insider trading, and by wasting Amedisys' assets by approving excessive executive compensation. The Actions

---

(filed July 28, 2010) (collectively referred to as the "Consolidated Securities Class Actions"). There were also two ERISA actions filed against Amedisys and directors of the Company that were consolidated by the Court for trial on December 10, 2010. They are: (a) *Corbin v. Amedisys, Inc.*, No. 10-642-BAJ-SCR (filed September 27, 2010); and (b) *Galimba v. Amedisys, Inc.*, No. 10-732-BAJ-SCR (filed October 22, 2010) (collectively referred to as the "Consolidated ERISA Class Actions"). The Court consolidated the Consolidated Derivative Actions, the Consolidated Securities Class Actions and the Consolidated ERISA Class Actions on December 10, 2010 for pretrial purposes. On June 28, 2012, the Court entered an order dismissing the Consolidated Securities Class Actions. The Consolidated Securities Class Actions and the Consolidated ERISA Class Actions are not part of the "Action" for purposes of this Summary Notice.

further allege that certain defendants were unjustly enriched at the Company's expense. The Defendants deny and continue to deny all allegations of wrongdoing and deny that they have any liability on the claims asserted in the Actions.

As part of the Settlement, Amedisys has agreed to adopt and/or maintain certain corporate governance reforms as set forth in the Stipulation. The terms and conditions of the proposed Settlement are set forth in the Stipulation. The Stipulation has been filed with the Court and is also available for viewing on the website of Robbins Arroyo LLP (http://www.robbinsarroyo.com/notices.html).

Plaintiffs' Co-Lead Counsel will request Court approval of the agreed upon attorneys' fees and expenses in an amount not to exceed $445,000, which shall include all attorneys' fees and costs that may be due any counsel (or anyone else) who has asserted, or participated in the assertion of, derivative claims on behalf of Amedisys in any court. Any award of fees and expenses will be paid by the Company (or its insurer on its behalf). To date, Plaintiffs' Co-Lead Counsel have neither received any payment for their services in conducting the Action, nor have counsel been reimbursed for their out-of-pocket expenses incurred. Plaintiffs will also seek Court approval of an incentive payment of up to $5,000 each for their participation and efforts in the Action. This Incentive Amount shall be paid from the attorneys' fees and expenses awarded by the Court. If the Settlement is approved, the Action will be dismissed with prejudice and the Defendants will be released by Plaintiffs, Amedisys, and its shareholders from all claims that were or could have been alleged in the Action.

If you are an Amedisys Shareholder, you may have certain rights in connection with the proposed settlement. A full Notice of Settlement has been filed by Amedisys with the Securities and Exchange Commission on Form 8-K and made accessible on Amedisys' corporate website at

http://www.amedisys.com/. If you are a current Amedisys shareholder and do not take steps to appear in this Action or to object to the Settlement, you will be bound by the Court's Judgment and Order of Dismissal, you will forever be barred from raising an objection to such Settlement in this or any other action or proceeding, and certain claims that you might have may be released.

PLEASE DO NOT TELEPHONE THE COURT OR AMEDISYS REGARDING THIS NOTICE.

s/_____
By Order of the Court
CLERK OF THE COURT