UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT F. BACH, ET AL., | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 3:10-cv-00395-BAJ-CN |
| | ) | |
| vs. | ) | Consolidated with: |
| | ) | |
| AMEDISYS, INC., ET AL., | ) | No. 3:10-cv-00441-BAJ-CN |
| | ) | No. 3:10-cv-00464-BAJ-CN |
| Defendants. | ) | No. 3:10-cv-00468-BAJ-CN |
| | ) | No. 3:10-cv-00470-BAJ-CN |
| | ) | No. 3:10-cv-00480-BAJ-CN |
| | ) | No. 3:10-cv-00497-BAJ-CN |
| | ) | No. 3:10-cv-00505-BAJ-CN |
| | ) | No. 3:10-cv-00642-BAJ-CN |
| | ) | No. 3:10-cv-00732-BAJ-CN |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SHAREHOLDER DERIVATIVE SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on September 4, 2013 at 9:30 a.m. in Courtroom 2 before the Honorable Brian A. Jackson, Judge of the U.S. District Court for the Middle District of Louisiana, located at 777 Florida Street, Suite 139, Baton Rouge, Louisiana, Plaintiffs[1] Dan Himmel, Paula Wendland, Northumberland County Pension Fund, and Laborers' District Council and Contractors' Pension Fund of Ohio, each individually and derivatively on behalf of Amedisys, Inc. ("Amedisys" or the "Company"), by and through their undersigned counsel,

---

[1] Unless otherwise noted, all capitalized terms shall have the same definition as set forth in the Stipulation of Settlement dated June 24, 2013 and filed with the Court on June 25, 2013 ("Stipulation"). Dkt. No. 222.

hereby move this Court for an order granting final approval of the Settlement set forth in the Stipulation.  Plaintiffs hereby apply for entry of the [Proposed] Judgment and Order of Dismissal with Prejudice substantially in the form of Exhibit C attached to the Stipulation and submitted concurrently herewith, requesting the Court to determine: (i) whether the terms and conditions of the Settlement are fair, reasonable, and adequate, and in the best interests of Amedisys and its shareholders; (ii) whether the [Proposed] Judgment and Order of Dismissal with Prejudice in the form submitted concurrently herewith, dismissing the Action with prejudice, releasing the Released Claims as to the Released Persons, and enjoining the prosecution of any and all Released Claims as against the Released Persons, with each party to bear its, his, or her own costs except as otherwise provided, should be entered by the Court; (iii) whether the agreed-to Fee and Expense Amount should be approved; (iv) whether the Incentive Amount should be approved; and (v) such other matters as the Court may deem necessary and appropriate.

This Unopposed Motion is made pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure and is supported by the accompanying Memorandum of Law, the supporting Affidavits of J. Gerard Stranch, IV and Mark A. Buckstein, [Proposed] Judgment and Order of Dismissal with Prejudice submitted concurrently herewith, and the Stipulation and exhibits thereto, all pleadings and papers filed in this action, any arguments made before the Court at the hearing of this Unopposed Motion, and such additional evidence or argument as may be required by the Court.

Dated: August 15, 2013             **COHEN, PLACITELLA & ROTH, P.C.**

                                   *s/ Stuart J. Guber*
                                   Stewart L. Cohen (admitted *pro hac vice*)
                                   Stuart J. Guber (admitted *pro hac vice*)
                                   Jillian A.S. Roman (admitted *pro hac vice*)
                                   Two Commerce Square

- 2 -

2001 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: 215.567.3500
Facsimile: 215.567.6019
Email: scohen@cprlaw.com
sguber@cprlaw.com
jroman@cprlaw.com

**ROBBINS ARROYO LLP**

*s/ Kevin A. Seely*

Brian J. Robbins (admitted *pro hac vice*)
Kevin A. Seely (admitted *pro hac vice*)
Jay N. Razzouk (admitted *pro hac vice*)
600 B Street
Suite 1900
San Diego, CA 92101
Telephone: 619.525.3990
Facsimile: 619.525.3991
Email: brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
jrazzouk@robbinsarroyo.com

**BRANSTETTER, STRANCH
  & JENNINGS, PLLC**

*s/ J. Gerard Stranch, IV*

J. Gerard Stranch, IV (admitted *pro hac vice*)
Michael G. Stewart (admitted *pro hac vice*)
Joe P. Leniski, Jr. (admitted *pro hac vice*)
227 Second Avenue North, Fourth Floor
Nashville, TN 37201
Telephone: 615.254.8801
Facsimile: 615.250.3937
Email: gerards@branstetterlaw.com
mikes@branstetterlaw.com
joeyl@branstetterlaw.com

*Co-Lead Counsel for Derivative Plaintiffs*

884459

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            *s/ J. Gerard Stranch, IV*
                                            J. Gerard Stranch, IV (admitted *pro hac vice*)