UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT F. BACH, ET AL., | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 3:10-cv-00395-BAJ-CN |
| | ) | |
| vs. | ) | Consolidated with: |
| | ) | |
| AMEDISYS, INC., ET AL., | ) | No. 3:10-cv-00441-BAJ-CN |
| | ) | No. 3:10-cv-00464-BAJ-CN |
| Defendants. | ) | No. 3:10-cv-00468-BAJ-CN |
| | ) | No. 3:10-cv-00470-BAJ-CN |
| | ) | No. 3:10-cv-00480-BAJ-CN |
| | ) | No. 3:10-cv-00497-BAJ-CN |
| | ) | No. 3:10-cv-00505-BAJ-CN |
| | ) | No. 3:10-cv-00642-BAJ-CN |
| | ) | No. 3:10-cv-00732-BAJ-CN |
| | ) | |

**PLAINTIFFS' NOTICE OF NO SHAREHOLDER OBJECTION TO UNOPPOSED MOTION FOR FINAL APPROVAL OF SHAREHOLDER DERIVATIVE SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Plaintiffs respectfully submit this notice of no shareholder objection in further support of Plaintiffs' Unopposed Motion for Final Approval of Shareholder Derivative Settlement and Award of Attorneys' Fees and Reimbursement of Expenses. Dkt. No. 233-1.

Pursuant to the Court's June 27, 2013, Order Preliminarily Approving Settlement and Approving the Form and Manner of Notice ("Preliminary Approval Order") (Dkt. No. 225), all objections to the proposed Settlement[1] of the above-captioned shareholder derivative action were

---

[1] Unless otherwise noted, all capitalized terms shall have the same definition a set forth in the Stipulation of Settlement dated June 24, 2013 and filed with the Court on June 25, 2013. Dkt. No. 222.

due to be filed with this Court and served on the Settling Parties no later than August 21, 2013. The August 21, 2013 deadline has now passed and not a single Amedisys shareholder has objected to any aspect of the proposed Settlement. This favorable reaction by current Amedisys shareholders supports the reasonableness of the Settlement. *Maher v. Zapata Corp.*, 714 F.2d 436, 456 & n.53 (5th Cir. 1983) (noting that a minimal nature of objections is a factor that favors approval); *Quintanilla v. A&R Demolition Inc.*, No. H-04-1965, 2008 WL 9410399, at *5 (S.D. Tex. May 7, 2008) (noting that "there were no objections to the settlement.... This indicates that the class is overwhelmingly in favor of settlement."); *Wal-Mart Stores, Inc. v. VISA U.S.A., Inc.*, 396 F.3d 96, 118 (2d Cir. 2005) ("'If only a small number of objections are received, that fact can be viewed as indicative of the adequacy of the settlement.'") (quoting 4 Herbert S. Newberg & Alba Conte, *Newberg on Class Actions* §11.41, at 108 (4th ed. 2002)); *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), Case No. 06-3513, 2009 WL 166689, at *3 (N.D. Cal. Jan. 20, 2009) (noting that the lack of shareholder objection weighs in favor of approval and that the reaction of to a proffered settlement is "'perhaps the most significant factor to be weighed in considering its adequacy'") (citing *In re SmithKline Beckman Corp. Sec. Litig.*, 751 F. Supp. 525, 530 (E.D. Pa. 1990)).

Based on the foregoing and the entire record herein, Plaintiffs respectfully request that the Court approve the Settlement, including the agreed-to Fee and Expense Amount and the Incentive Amount, as fair, reasonable, and adequate.

Dated: August 22, 2013                    Respectfully submitted,

                                                **COHEN, PLACITELLA & ROTH, P.C.**

                                                *s/ Stuart J. Guber*
                                                Stewart L. Cohen (admitted *pro hac vice*)
                                                Stuart J. Guber (admitted *pro hac vice*)

Jillian A.S. Roman (admitted *pro hac vice*)
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: 215.567.3500
Facsimile: 215.567.6019
Email: scohen@cprlaw.com
sguber@cprlaw.com
jroman@cprlaw.com

**ROBBINS ARROYO LLP**

*s/ Kevin A. Seely*

Brian J. Robbins (admitted *pro hac vice*)
Kevin A. Seely (admitted *pro hac vice*)
Jay N. Razzouk (admitted *pro hac vice*)
600 B Street
Suite 1900
San Diego, CA 92101
Telephone: 619.525.3990
Facsimile: 619.525.3991
Email: brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
jrazzouk@robbinsarroyo.com

**BRANSTETTER, STRANCH
& JENNINGS, PLLC**

*s/ J. Gerard Stranch, IV*

J. Gerard Stranch, IV (admitted *pro hac vice*)
Michael G. Stewart (admitted *pro hac vice*)
Joe P. Leniski, Jr. (admitted *pro hac vice*)
227 Second Avenue North, Fourth Floor
Nashville, TN 37201
Telephone: 615.254.8801
Facsimile: 615.250.3937
Email: gerards@branstetterlaw.com
mikes@branstetterlaw.com
joeyl@branstetterlaw.com

*Co-Lead Counsel for Derivative Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    *s/ J. Gerard Stranch, IV*
    J. Gerard Stranch, IV (admitted *pro hac vice*)