# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Nick J. Lorio**
**CLERK**

October 29, 2013

Mr. Lyle Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

APPEAL NO. 13-30580

IN RE: 3:10-cv-395, Member Cases 10-cv-464, 10-cv-470, 10-cv-497

Robert Bach et al vs. Amedisys, Inc. et al

Dear Sir:

In connection with this appeal, the following documents are transmitted and/or information is furnished. Please acknowledge receipt on the enclosed copy of this letter.

X   Record on appeal consisting of:

   *24   Volume(s) of the record;   ____ Sealed PSI; Document #

   ____ Container(s) of trial exhibits   ____ Containers of attachments

   ____ Volume(s) of the transcript;   Document #

   ____ Volume(s) of State Court Record

____ 1st Supplemental record, including updated docket entries;

____ 2nd Supplemental record, including updated docket entries;

____ Sealed Documents and Exhibits: Document

____ Other:

```
*  18 Volumes 10-cv-395
   2 Volumes 10-cv-464
   2 Volumes 10-cv-470
   2 Volumes 10-cv-497
```

Very truly yours,

*Tina Russell*

By
Deputy Clerk

777 FLORIDA STREET●SUITE 139● BATON ROUGE, LA 70801-1712● TELEPHONE 225- 389-3500● FAX 225-389-3501