# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT F. BACH, ET AL., | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 3:10-cv-00395-BAJ-SCR |
| | ) | |
| vs. | ) | Consolidated with: |
| | ) | |
| AMEDISYS, INC., ET AL., | ) | No. 3:10-cv-00441-BAJ- SCR |
| | ) | No. 3:10-cv-00464-BAJ- SCR |
| Defendants. | ) | No. 3:10-cv-00468-BAJ- SCR |
| | ) | No. 3:10-cv-00470-BAJ- SCR |
| | ) | No. 3:10-cv-00480-BAJ- SCR |
| | ) | No. 3:10-cv-00497-BAJ- SCR |
| | ) | No. 3:10-cv-00505-BAJ- SCR |
| | ) | No. 3:10-cv-00642-BAJ- SCR |
| | ) | No. 3:10-cv-00732-BAJ- SCR |
| | ) | |

## JOINT NOTICE OF PROPOSED SETTLEMENT OF CONSOLIDATED ERISA CASES

Pursuant to Local Rule 16.3, the parties to *Corbin v. Amedisys, Inc., et al.*, 3:10-cv-00642-BAJ-SCR, and *Galimba v. Amedisys, Inc., et al.*, 3:10-cv-00732-BAJ-SCR (together, the "Consolidated ERISA Cases") hereby notify the Court and the Clerk's office that they have reached an agreement in principle to settle the Consolidated ERISA Cases on a class-wide basis, subject to approval by the Court pursuant to Rule 23 of the Federal Rules of Civil Procedure. The parties are negotiating a settlement agreement and expect to move for preliminary approval of the class-wide settlement within thirty (30) days. In light of this development, the parties respectfully request that the Court stay further consideration of the pending Defendants' Motion to Dismiss the Consolidated ERISA Complaint [Dkt. No. 161 in *Bach v. Amedisys, Inc., et al.* Middle District of Louisiana Case No. 10-395-BAJ-SCR].

Respectfully submitted this 6th day of November 2013.

| | |
|---|---|
| */s/ Stephen J. Fearon, Jr.* | */s/ David Tetrick, Jr.* |
| Stephen J. Fearon , Jr. | David Tetrick, Jr. |
| SQUITIERI & FEARON, LLP | Georgia Bar No. 713653 |
| 32 E. 57th Street, 12th Floor | *Admitted Pro Hac Vice* |
| New York, NY 10022 | Darren A. Shuler |
| | Georgia Bar No. 644276 |
| Telephone: 212-421-6492 | *Admitted Pro Hac Vice* |
| Fax: 212-421-6553 | Michael B. Wakefield |
| stephen@sfclasslaw.com | Georgia Bar No. 950517 |
| | *Admitted Pro Hac Vice* |
| *Interim Co-Lead Counsel for Plaintiffs* | KING & SPALDING LLP |
| | 1180 Peachtree St. |
| | Atlanta, GA 30309 |
| | |
| | Telephone: 404-572-4600 |
| | Fax: 404-572-5100 |
| | dtetrick@kslaw.com |
| | |
| FARUQI & FARUQI, LLP | Thomas W. Darling (T.A.) |
| Michael J. Hynes (*pro hac vice* | Bar Roll No. 23020 |
| application pending) | GAUDRY, RANSON, HIGGINS & |
| 101 Greenwood Avenue, Suite 600 | GREMILLION, L.L.C. |
| Jenkintown, PA 19046 | Bar Roll No. 23020 |
| Telephone: 215-277-5770 | 2223 Quail Run, Suite C-2 |
| Fax: 215-277-5771 | Baton Rouge, LA 70808 |
| | |
| | Telephone: 225-663-6016 |
| GERALD D. WELLS, III | Fax: 225-663-6102 |
| Gerald D. Wells, III | tdarling@grhg.net |
| 1500 Mt. Vernon St. | |
| Unit 1-F | *Counsel for All Defendants Except Larry R.* |
| Philadelphia, PA 19130 | *Graham and Alice Ann Schwartz* |
| | |
| Scott E. Brady | */s/ Karleen J. Green* |
| BOHRER LAW FIRM LLC | Karleen Joseph Green (T.A.) |
| 8712 Jefferson Highway | Bar Roll No. 25119 |
| Suite B | Jessica L. Coco |
| | Bar Roll No. 30445 |

Baton Rouge, LA 70809

225-925-5297  
Fax: 225-231-7000 FAX  
scott@bohrerlaw.com

*Interim Liaison Counsel for the Plaintiffs*

PHELPS DUNBAR LLP  
400 Convention Street  
Suite 1100  
Baton Rouge, Louisiana 70821-4412

Telephone: 225-346-0285  
Fax: 225-381-9197  
greenk@phelps.com

*Counsel for Defendants Larry R. Graham and Alice Ann Schwartz*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2013, a copy of the foregoing Joint Notice of Settlement of Consolidated ERISA Cases was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                   */s/ David Tetrick, Jr.*
                                                   David Tetrick Jr.
                                                   Georgia Bar No. 713653
                                                   (*Admitted Pro Hac Vice*)