RECEIVED
NOV 21 2013
U. S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK
Nick J. Lorio
CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

U.S. COURT OF APPEALS
RECEIVED
2013 OCT 30 PM 12: 45
FIFTH CIRCUIT

October 29, 2013

Mr. Lyle Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

APPEAL NO. 13-30580

IN RE: 3:10-cv-395, Member Cases 10-cv-464, 10-cv-470, 10-cv-497

Dear Sir: Robert Bach et al vs. Amedisys, Inc. et al

In connection with this appeal, the following documents are transmitted and/or information is furnished. Please acknowledge receipt on the enclosed copy of this letter.

X   Record on appeal consisting of:

*24 Volume(s) of the record;  ____ Sealed PSI; Document #

____ Container(s) of trial exhibits  ____ Containers of attachments

____ Volume(s) of the transcript;  Document #

____ Volume(s) of State Court Record

___ 1st Supplemental record, including updated docket entries;

___ 2nd Supplemental record, including updated docket entries;

___ Sealed Documents and Exhibits: Document

___ Other:

\*  18 Volumes 10-cv-395
    2 Volumes 10-cv-464
    2 Volumes 10-cv-470
    2 Volumes 10-cv-497

Very truly yours,

*Dina Russell*
By
Deputy Clerk