UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, ET AL. | CIVIL ACTION |
| VERSUS | |
| AMEDISYS, INC., ET AL. | NO.: 10-00395-BAJ-SCR |
| | C/W   10-cv-00441-BAJ-SCR |
| | 10-cv-00464-BAJ-SCR |
| | 10-cv-00468-BAJ-SCR |
| | 10-cv-00470-BAJ-SCR |
| | 10-cv-00480-BAJ-SCR |
| | 10-cv-00497-BAJ-SCR |
| | 10-cv-00505-BAJ-SCR |
| | 10-cv-00642-BAJ-SCR |
| | 10-cv-00732-BAJ-SCR |

## SIXTY DAY ORDER OF DISMISSAL OF CONSOLIDATED ERISA CASES

Before the Court is a **Joint Notice of Proposed Settlement of Consolidated ERISA Cases (Doc. 238)**, filed by the parties to Civil Action 10-00642-BAJ-SCR, *Corbin v. Amedisys, Inc., et al.* and Civil Action 10-00732-BAJ-SCR, *Galimba v. Amedisys, Inc., et al.*, informing the Court that the parties have reached a settlement agreement, and requesting the Court stay further consideration of Defendants' motion to dismiss, which was filed in the lead case Civil Action 10-00395-BAJ-SCR, *Bach v. Amedisys, Inc., et al.*, Doc. 161.

Upon review of the record, it appears that the consolidated ERISA matters were inadvertently closed when the related derivative matters were dismissed. (Doc. 236.)

Nevertheless,

**IT IS ORDERED** that Civil Action 10-00642-BAJ-SCR, *Corbin v. Amedisys, Inc., et al.* and Civil Action 10-00732-BAJ-SCR, *Galimba v. Amedisys, Inc., et al.*, which were inadvertently closed when the related derivative matters were dismissed, are hereby **DISMISSED**, without prejudice to the right, upon good cause shown, **within sixty (60) days**, to reassert the claims if the settlement is not consummated.

Baton Rouge, Louisiana, this 3rd day of December, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2