# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, et al. | **Consolidated Securities Class Action** |
| versus | **Civil Action No: 10:395-BAJ-CN** |
| AMEDISYS, INC., et al. | **Consolidated with:** |
| | **No: 10-441-BAJ-CN** |
| | **NO: 10-464-BAJ-CN** |
| | **NO: 10-468-BAJ-CN** |
| | **NO: 10-470-BAJ-CN** |
| | **NO: 10-480-BAJ-CN** |
| | **NO: 10-497-BAJ-CN** |
| | **NO: 10-505-BAJ-CN** |
| | **NO: 10-642-BAJ-CN** |
| | **NO: 10-732-BAJ-CN** |

## NOTICE OF CHANGE OF FIRM AFFILIATION

To:     The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Richard P. Ieyoub, proposed Liaison Counsel for the

Public Employee's Retirement System of Mississippi ("Mississippi PERS") and the Puerto Rico

Teachers' Retirement System (Puerto Rico TRS"), is now affiliated with Ieyoub Law Firm, LLC

at the following address and is no longer affiliated with Hymel Davis & Petersen, LLC:

Richard P. Ieyoub
IEYOUB LAW FIRM, LLC
10602 Coursey Blvd.
Baton Rouge, LA 70816
Telephone: (225) 297-2525
Email: rieyoub@hotmail.com

Dated: December 10, 2013                          Respectfully submitted,
Baton Rouge, Louisiana
                                                  IEYOUB LAW FIRM, LLC

                                                  By: s/ Richard P Ieyoub
                                                  Richard P. Ieyoub (LA # 02217)
                                                  10602 Coursey Blvd.
                                                  Baton Rouge, LA 70816
                                                  Telephone: (225) 297-2525
                                                  Email: rieyoub@hotmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on December 10 2013, true and correct copies of the above and

foregoing Notice of Change of Firm Affiliation were electronically served on counsel of record

in this matter who are registered with the Court's ECF filing system through ECF notification.

s/ Richard P. Ieyoub
Richard P. Ieyoub