UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD BACH, et al., <br><br> Plaintiffs, <br> v. <br><br> AMEDISYS, INC., et al., <br><br> Defendants. | Case No: 10-395-BAJ-SCR |

### ERISA PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF CLASS, FOR SETTLEMENT APPROVAL OF NOTICE PLAN, AND TO SET FAIRNESS HEARING TO APPROVE SETTLEMENT

Plaintiffs Wanda Corbin, Linda Trammel, and Pia Galimba ("Plaintiffs") respectfully request that the Court enter an Order: (a) preliminarily approving the Settlement Agreement; (b) conditionally certifying the proposed Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(1); (c) approving the form and contents of the Class Notice; (d) authorizing the Settlement Administrator to send the Class Notice to the Settlement Class members; and (e) setting a date and time for the Fairness Hearing and all related deadlines. In support of this unopposed Motion, Plaintiffs submit the accompanying Memorandum of Law, Declaration of Stephen J. Fearon, Jr. with exhibits, and the Settlement Agreement with exhibits. Plaintiffs also are submitting a proposed Preliminary Approval Order.

Dated: December 13, 2013

Respectfully submitted,

By: */s/ Scott E. Brady*
Scott E. Brady
**BOHRER LAW FIRM, L.L.C.**
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
Email: scott@bohrerlaw.com

*Interim Liaison Counsel for Plaintiffs*

**SQUITIERI & FEARON, LLP**

By: /s/Stephen J. Fearon, Jr.
　　　Stephen J. Fearon, Jr.
　　　Caitlin Duffy
32 East 57th Street, 12th Floor
New York, NY 10022
Tel: (212)421-6492
Fax: (212) 421-6553
Email : stephen@sfclasslaw.com
　　　　caitlin@sfclasslaw.com

FARUQI & FARUQI, LLP
Michael J. Hynes
101 Greenwood Avenue
Jenkintown, PA 19046
Tel: (215) 277-5770
Fax: (215) 277-5771
Email: mhynes@faruqilaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Gerald Wells, III, Esq.
1500 Mt. Vernon Street
Philadelphia, PA 19130
Tel: (215) 416-0047
Email: gwellsesq@gmail.com

*Counsel for Plaintiff Pia Galimba*