UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD BACH, et al.,<br><br>         Plaintiffs,<br>v.<br><br>AMEDISYS, INC., et al.,<br><br>         Defendants. | Case No: 10-395-BAJ-SCR |

**PLAINTIFFS' AND CLASS COUNSEL'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, APPLICATION FOR CASE CONTRIBUTION AWARDS, AND APPLICATION FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiffs Wanda Corbin, Linda Trammel, and Pia Galimba respectfully request that the Court enter an Order: (a) granting final approval of the class action settlement and the proposed plan of allocation; (ii) certifying the Settlement Class; (iii) approving the Case Contribution Award for each Plaintiff; and (iv) granting Class Counsel's requested award of attorneys' fees and expenses. By Order entered April 14, 2014 [D.E. 248] the Court scheduled the hearing on this motion for July 22, 2014 at 10:00 a.m. in Courtroom 2, United States District Court, 777 Florida Street, Baton Rouge, Louisiana. Plaintiffs are submitting a proposed Final Order.

Dated: May 23, 2014                                    respectfully submitted,

                                                                By: /s/ Scott E. Brady
                                                                        Scott E. Brady
                                                                **BOHRER LAW FIRM, L.L.C.**
                                                                8712 Jefferson Highway, Suite B
                                                                Baton Rouge, LA 70809
                                                                Telephone: (225) 925-5297
                                                                Facsimile:  (225) 231-7000
                                                                Email: scott@bohrerlaw.com

                                                                *Interim Liaison Counsel for Plaintiffs*

**SQUITIERI & FEARON, LLP**

By: /s/Stephen J. Fearon, Jr.
    Stephen J. Fearon, Jr.
32 East 57th Street, 12th Floor
New York, NY 10022
Tel: (212)421-6492
Fax: (212) 421-6553
Email : stephen@sfclasslaw.com

FARUQI & FARUQI, LLP
101 Greenwood Avenue
Jenkintown, PA 19046
Tel: (215) 277-5770
Fax: (215) 277-5771

*Court Appointed Co-Lead Counsel for Plaintiffs*

CONNOLLY WELLS & GRAY, LLP
Gerald D. Wells, III
2299 Renaissance Blvd.
King of Prussia, PA 19406
Tel: (610) 822-3702
Email: gwellsesq@cwg-law.com

*Counsel for Plaintiff Pia Galimba*

## CERTIFICATE OF SERVICE

I, Stephen J. Feaorn, Jr., counsel for Plaintiffs, hereby certify that on May 23, 2014, I electronically filed the attached with the Clerk of the Court using the ECF system which sent notification of such filing to counsel of record.

Dated: May 23, 2014                     By: /s Stephen J. Fearon, Jr.
                                            STEPHEN J. FEARON, JR.