UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RICHARD BACH, et al.,

            Plaintiffs,

v.

AMEDISYS, INC., et al.,

            Defendants.

Case No: 10-395-BAJ-SCR

**PLAINTIFFS' NOTICE OF RECEIVING NO OBJECTIONS**

The Preliminary Approval Order gave Settlement Class members until June 23, 2014 to object to the fairness, reasonableness and adequacy of the Settlement, the Settlement Agreement, the Plan of Allocation, and the proposed award of attorneys' fees and expenses as well as the case contribution awards for Named Plaintiffs. (Doc. No. 248, pages 7 - 9.) Plaintiffs are aware of no objections to any portion of the Settlement or the related relief and have confirmed with the Settlement Administrator and defense counsel that they also know of no objections from Settlement Class members to the Settlement or any portion of the related relief that will be sought at the Fairness Hearing on July 22, 2104.

Dated: July 7, 2014

Respectfully submitted,

By: */s/ Scott E. Brady*
      Scott E. Brady
**BOHRER LAW FIRM, L.L.C.**
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
Email: scott@bohrerlaw.com

*Interim Liaison Counsel for Plaintiffs*

**SQUITIERI & FEARON, LLP**

By: /s/Stephen J. Fearon, Jr.
      Stephen J. Fearon, Jr.
32 East 57th Street, 12th Floor
New York, NY 10022
Tel: (212)421-6492
Fax: (212) 421-6553
Email : stephen@sfclasslaw.com

FARUQI & FARUQI, LLP
101 Greenwood Avenue
Jenkintown, PA 19046
Tel: (215) 277-5770
Fax: (215) 277-5771

*Court Appointed Co-Lead Counsel for Plaintiffs*

CONNOLLY WELLS & GRAY, LLP
Gerald D. Wells, III
2299 Renaissance Blvd.
King of Prussia, PA 19406
Tel: (610) 822-3702
Email: gwellsesq@cwg-law.com

*Counsel for Plaintiff Pia Galimba*