UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, et al.<br><br>versus<br><br>AMEDISYS, INC., et al. | Civil Action No. 10-395-BAJ-CN<br><br>Consolidated with:<br><br>No. 10-464-BAJ-CN<br>No. 10-470-BAJ-CN<br>No. 10-497-BAJ-CN |

**MOTION FOR VISITING ATTORNEY JOHN C. BROWNE TO APPEAR
*PRO HAC VICE* FOR THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF
MISSISSIPPI AND THE PUERTO RICO TEACHERS' RETIREMENT SYSTEM**

COME NOW Lead Plaintiffs The Public Employees' Retirement System of Mississippi ("Mississippi PERS") and Puerto Rico Teachers' Retirement System ("Puerto Rico TRS" and, together with Mississippi PERS, "Movants") who hereby move this Honorable Court, pursuant to LR83.2.6 of the Uniform District Court Rules, to allow John C. Browne to appear and participate as counsel for Mississippi PERS and Puerto Rico TRS, stating as follows:

1. Movants note that John C. Browne is a member in good standing of the bar of the State of New York, as noted by the Certificate of Good Standing attached as Exhibit A.

2. Movants further provide the Affidavit of John C. Browne as Exhibit B, in which he states under oath that he is licensed to practice law in the State of New York, the United States District Court for the Southern District of New York, and the United States Courts of Appeals for the Second, Third, and Fifth Circuits, and that no disciplinary proceedings or criminal charges have been instituted against him.

3. Movants further submit that Mississippi PERS and Puerto Rico TRS have associated Richard P. Ieyoub as liaison counsel in this matter, who will be responsible for the progress of this case pursuant to LR83.2.6.

4. John C. Browne's contact information is as follows:

John C. Browne
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com

WHEREFORE, the undersigned requests an order of this Court allowing John C. Browne to be specifically admitted in the above-referenced action as counsel for Mississippi PERS and Puerto Rico TRS.

Dated: October 2nd, 2015                IEYOUB LAW FIRM, LLC

/s/ Richard P. Ieyoub
RICHARD IEYOUB
Louisiana Bar #02217
3741 Highway 1 South
Port Allen, LA 70767
Telephone: (225) 298-8118
Facsimile: (225) 298-8119
rieyoub@hotmail.com

*Liaison Counsel for The Public Employees' Retirement System of Mississippi and Puerto Rico Teachers' Retirement System*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2nd, 2015, true and correct copies of the above and foregoing Motion for Visiting Attorney John C. Browne to Appear *Pro Hac Vice* were electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

By: /s/ Richard P. Ieyoub
Richard P. Ieyoub
