UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, et al.<br><br>versus<br><br>AMEDISYS, INC., et al. | Civil Action No. 10-395-BAJ-SR<br><br>Consolidated with:<br><br>No. 10-464-BAJ-CN<br>No. 10-470-BAJ-CN<br>No. 10-497-BAJ-CN |

**MOTION FOR VISITING ATTORNEY ADAM D. HOLLANDER TO APPEAR *PRO HAC VICE* FOR THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND THE PUERTO RICO TEACHERS' RETIREMENT SYSTEM**

COME NOW Lead Plaintiffs The Public Employees' Retirement System of Mississippi ("Mississippi PERS") and Puerto Rico Teachers' Retirement System ("Puerto Rico TRS" and, together with Mississippi PERS, "Movants") who hereby move this Honorable Court, pursuant to LR83.2.6 of the Uniform District Court Rules, to allow Adam D. Hollander to appear and participate as counsel for Mississippi PERS and Puerto Rico TRS, stating as follows:

1. Movants note that Adam D. Hollander is a member in good standing of the bar of the State of New York, as noted by the Certificate of Good Standing attached as Exhibit A.

2. Movants further provide the Affidavit of Adam D. Hollander as Exhibit B, in which he states under oath that he is licensed to practice law in the states of New York and Connecticut, the United States District Courts for the Southern District of New York, the District of Connecticut, and the District of Colorado, and the United States Court of Appeals for the Second Circuit, and that no disciplinary proceedings or criminal charges have been instituted against him.

3. Movants further submit that Mississippi PERS and Puerto Rico TRS have associated Richard P. Ieyoub as liaison counsel in this matter, who will be responsible for the progress of this case pursuant to LR83.2.6.

4. Adam D. Hollander's contact information is as follows:

Adam D. Hollander
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Adam.Hollander@blbglaw.com

WHEREFORE, the undersigned requests an order of this Court allowing Adam D. Hollander to be specifically admitted in the above-referenced action as counsel for Mississippi PERS and Puerto Rico TRS.

Dated October 2nd, 2015					IEYOUB LAW FIRM, LLC

/s/ Richard P. Ieyoub
RICHARD IEYOUB
Louisiana Bar #02217
3741 Highway 1 South
Port Allen, LA 70767
Telephone: (225) 298-8118
Facsimile: (225) 298-8119
rieyoub@hotmail.com

*Liaison Counsel for Public Employees' Retirement System of Mississippi and Puerto Rico Teachers' Retirement System*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2nd, 2015, true and correct copies of the above and foregoing Motion for Visiting Attorney to Appear *Pro Hac Vice* were electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

By: /s/ Richard P. Ieyoub
Richard P. Ieyoub