UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, *et al.*, | CIVIL ACTION |
| Plaintiffs, | No. 3:10-cv-00395-BAJ-RLB |
| v. | Consolidated with: |
| AMEDISYS, INC., *et al.*, | No. 3:10-cv-00464-BAJ-RLB |
| | No. 3:10-cv-00470-BAJ-RLB |
| Defendants. | No. 3:10-cv-00497-BAJ-RLB |

### MOTION FOR VISITING ATTORNEY TO APPEAR PRO HAC VICE FOR AMEDISYS, INC., DALE E. REDMAN, AND JEFFREY JETER

COMES NOW Defendants Amedisys, Inc. ("Amedisys"), Dale E. Redman, and Jeffrey Jeter (hereinafter "Defendants") who hereby move this Honorable Court, pursuant to Rule L.R. 83(b)(8) of the Uniform District Court Rules, to allow Jacqueline Vallette to appear and participate as co-counsel for Defendants, stating as follows:

1. Mover shows that Jacqueline Vallette is a member in good standing of the bar of the State of Texas as noted by the Certificate issued by the clerk of the highest court of the State of Texas, attached as Exhibit "A."

2. Further, Mover attaches the affidavit of Jacqueline Vallette as Exhibit "B," in which she states under oath that she is licensed to practice law under the laws of the State of Texas and that no disciplinary proceedings or criminal charges have been instituted against her.

3. Mover further submits that Defendants have associated Richard F. Zimmerman, Jr. of Kantrow, Spaht, Weaver & Blitzer (APLC), 445 N. Blvd., Suite 300, Baton Rouge, LA 70802, as local counsel in this matter who will be responsible for the progress of this case pursuant to LR 83(b)(8)(F).

4. Jacqueline Vallette's contact information is as follows:

Jaqueline Vallette
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002-2712
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
jvallette@jonesday.com

WHEREFORE, the undersigned requests an order of this Court allowing Jacqueline Vallette to be specifically admitted in the above-referenced action as co-counsel for Defendants Amedisys, Dale E. Redman, and Jeffrey Jeter.

Respectfully submitted this 25th day of October, 2016.

KANTROW SPAHT WEAVER & BLITZER (APLC)

*/s/ Richard F. Zimmerman Jr.*
Richard F. Zimmerman Jr., Bar Roll No. 13800
Julie M. McCall, Bar Roll No. 29992
445 North Blvd., Suite 300
Baton Rouge, Louisiana 70802-5747
Telephone: 225.383.4703
Facsimile: 225.343.0630

*Amedisys, Inc., Dale Redman, and Jeffrey Jeter*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail the following non-CM/ECF participations: N/A

Baton Rouge, Louisiana, this 25th day of October, 2016.

*/s/Richard F. Zimmerman, Jr.*
Richard F. Zimmerman, Jr..