## JOINT NOTICE OF AGREEMENT IN PRINCIPLE TO SETTLE

<u>**VIA CM-ECF**</u>

June 16, 2017

Chief Judge Brian A. Jackson
777 Florida Street, Suite 375
Baton Rouge, LA 70801

    Re: *Bach, et al. v. Amedisys, Inc., et al.*, U.S. District Court for the Middle
       District of Louisiana, Docket No. 3:10-cv-00395-BAJ-RLB

Dear Chief Judge Jackson:

  Lead Plaintiffs the Public Employees' Retirement System of Mississippi and the Puerto Rico Teachers' Retirement System (collectively, "Plaintiffs") and Defendants Amedisys, Inc., Dale E. Redman, Larry R. Graham, Wendy Stabiler Borne, as the Independent Executrix of the Succession of William F. Borne, Alice Ann Schwartz, and Jeffrey D. Jeter (collectively, "Defendants," and together with Plaintiffs, the "Parties") respectfully submit this Joint Notice of Agreement in Principle to Settle to the Court.

  The Parties advise the Court that they have reached an agreement-in-principle to settle the *Bach, et al. v. Amedisys, Inc., et al.* class action (No. 10-00395-BAJ-RLB) (M.D. La.), subject to the completion of settlement documentation. The Parties expect to present the settlement documentation to the Court within 60 days. The Parties have agreed among themselves and also request that the Court stay all deadlines until they complete and submit the settlement documentation. In addition, the Court had scheduled a hearing on Plaintiffs' anticipated class certification motion for November 9, 2017, and we respectfully request that the Court hold that date open for the hearing on final approval of the proposed settlement.

             Respectfully submitted by:

             **KANTROW SPAHT WEAVER &**
             **BLITZER (APLC)**

             <u>/s/ *Richard F. Zimmerman, Jr.*</u>
             Richard F. Zimmerman, Jr.
             Bar Roll No. 13800
             Julie M. McCall
             Bar Roll No. 29992
             445 North Blvd., Suite 300
             Baton Rouge LA 70802-5747
             Telephone: 225-383-4703
             Facsimile: 225-343-0630
             Email: richard@kswb.com
             Email: julie@kswb.com

JONES DAY

/s/ *N. Scott Fletcher*
N. Scott Fletcher *(admitted pro hac vice)*
Texas Bar No. 00789046
Elizabeth G. Myers *(admitted pro hac vice)*
Texas Bar No. 24047767
Jacqueline Vallette *(admitted pro hac vice)*
Texas Bar No. 24099000
717 Texas Ave., Suite 3300
Houston, TX  77002-2712
Telephone:  832-239-3939
Facsimile:  832-239-3600
Email: sfletcher@jonesday.com
Email: egmyers@jonesday.com
Email: jvallette@jonesday.com

Walter W. Davis *(admitted pro hac vice)*
Georgia Bar No. 213083
Joseph E. Finley *(admitted pro hac vice)*
Georgia Bar No. 261526
1420 Peachtree Street, NE, Suite 800
Atlanta, GA  30309-3053
Telephone:  404-521-3939
Facsimile:  404-581-8330
Email: wwdavis@jonesday.com
Email: jfinley@jonesday.com

***Counsel for Defendants Amedisys, Inc., Dale Redman, Jeffrey D. Jeter, and Wendy Stabiler Borne, as the Independent Executrix of the Succession of William F. Borne***


PHELPS DUNBAR LLP

/s/ *Paul LeBlanc*
Paul LeBlanc, Bar Roll No. 23186
Shelton Dennis Blunt, Bar Roll No. 23186
Jane R. Goldsmith, Bar Roll No. 19123
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA  70802-4412
Telephone:  225-346-0285
Facsimile:  225-381-9197

Email: paul.leblanc@phelps.com
Email: dennis.blunt@phelps.com
Email: jane.goldsmith@phelps.com

*Counsel for Defendants Larry Graham and Alice Schwartz*


**IEYOUB LAW FIRM**

*/s/ Richard P. Ieyoub*
Richard P. Ieyoub, LA Bar Roll No. 02217
131 Shady Lake Parkway
Baton Rouge, LA 70810
Telephone: 225-763-9422
Email: rieyoub@hotmail.com

*Liaison Counsel for Plaintiffs*


**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

*/s/ John C. Browne*
John C. Browne *(admitted pro hac vice)*
Adam Wierzbowski *(admitted pro hac vice)*
Adam D. Hollander *(admitted pro hac vice)*
Julia Tebor *(admitted pro hac vice)*
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-554-1400
Facsimile: 212-554-1444
Email: Johnb@blbglaw.com
Email: Adam@blbglaw.com
Email: Adam.Hollander@blbglaw.com
Email: Julia.Tebor@blbglaw.com

G. Anthony Gelderman, III
2727 Prytania Street, Suite 14
New Orleans, LA 70130
Telephone: 504-889-2339
Facsimile: 504-899-2342
Email: Tony@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs*

WOLF POPPER LLP

/s/ *Robert C. Finkel*
Robert C. Finkel *(admitted pro hac vice)*
Joshua W. Ruthizer *(admitted pro hac vice)*
Sean M. Zaroogian *(admitted pro hac vice)*
845 Third Avenue
New York, NY 10022
Telephone: 212-759-4600
Facsimile: 212-486-2093
Email: rfinkel@wolfpopper.com
Email: jruthizer@wolfpopper.com
Email: szaroogian@wolfpopper.com

*Co-Lead Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 16, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.


By: /s/ Richard F. Zimmerman, Jr.
Richard F. Zimmerman, Jr.
Bar Roll No. 13800