**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ROBERT F. BACH, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>AMEDISYS, INC., et al.,<br><br>        Defendants. | Consolidated Securities Class Action<br><br>Civil Action No. 10-00395-BAJ-RB<br><br>Consolidated With:<br><br>  No. 10-464-BAJ-RB<br>  No. 10-470-BAJ-RB<br>  No. 10-497-BAJ-RB |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Providing for Notice dated August 21, 2017 (ECF No. 339), and upon (i) the Joint Declaration of John C. Browne and Joshua W. Ruthizer in Support of: (A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (iii) all other papers and proceedings herein, Lead Plaintiffs, the Public Employees' Retirement System of Mississippi and the Puerto Rico Teachers' Retirement System (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class, will and hereby do move this Court, before the Honorable Brian A. Jackson, on December 13, 2017 at 11:00 a.m., at the United States District Court for the Middle District of Louisiana, United States Court House, Courtroom 2, 777 Florida Street, Baton Rouge, LA 70801, or at such other location and time as set by the Court, for entry of a Judgment approving the proposed Settlement as fair, reasonable and adequate and for entry of an Order approving the

proposed Plan of Allocation as fair and reasonable.  A proposed Judgment and Order granting the requested relief will be submitted with Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Dated: November 8, 2017

Respectfully submitted by:

IEYOUB LAW FIRM
/s Richard P. Ieyoub
Richard P. Ieyoub (26287)
Email: rieyoub@hotmail.com
3741 Highway 1 South
Port Allen, LA 70767
Telephone: (225) 298-8118
Facsimile: (225) 298-8119

*Liaison Counsel for Plaintiffs*

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
John C. Browne
Email: Johnb@blbglaw.com
Adam H. Wierzbowski
Email: Adam@blbglaw.com
Adam D. Hollander
Email: Adam.Hollander@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

WOLF POPPER LLP
Robert C. Finkel
Email: rfinkel@wolfpopper.com
Joshua W. Ruthizer
Email: jruthizer@wolfpopper.com
Sean M. Zaroogian
Email: szaroogian@wolfpopper.com
845 Third Avenue
New York, NY  10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

G. Anthony Gelderman, III
Email: Tony@blbglaw.com
2727 Prytania Street, Suite 14
New Orleans, LA 70130
Telephone: (504) 889-2339
Facsimile: (504) 899-2342

*Lead Counsel for the Settlement Class*

#1134083

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation was served on all counsel of record via PACER electronic service on November 8, 2017.

/s Richard P. Ieyoub
Richard P. Ieyoub

2